IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KIRSTEN ANDERSON, *et al.*; | § § § § | Civil Action No.: 1:06-cv-13371 (GBD-DCF) |
| Plaintiffs, | § § | |
| v. | § § | CASE AFFECTED:   ALL CASES |
| GREYHOUND LINES, INC. | § § § | |
| Defendant/Third-Party Plaintiff, | § § | THIRD PARTY DEFENDANT MOTOR COACH INDUSTRIES, INC.'S LIST OF EXHIBITS TO ITS MEMORANDUM IN SUPPORT OF ITS MOTION TO EXCLUDE CERTAIN OPINIONS OF GREYHOUND LINES, INC.'S EXPERT JOHN DAWS |
| v. | § § § § § § § § § § | |
| MOTOR COACH INDUSTRIES, INC.,  UGL UNICCO, Formerly Known As UNICCO Service Company, and THE GOODYEAR TIRE & RUBBER COMPANY, | § § § § § | |
| Third-Party Defendants. | § | |

## LIST OF EXHIBITS

The following documents and materials have been generated by or produced during discovery, and are attached in support of MCI's Memorandum in Support of its Motion to Exclude Certain Opinions of Greyhound's Designated Expert John Daws:

| Exhibit | Description |
|---|---|
| A | Daws Engineering LLC July 28, 2010 Letter ("Daws Report"). |
| B | September 14, 2010 Deposition of John William Daws ("Daws Depo."). |
| C | CD containing the following files:  Exhibit C1 – NTSB Leak Test Video; Exhibit C2 – Video footage of NTSB Delamination  Test No. 2; and Exhibit C3 – Video footage of NTSB Delamination Test No. 5. |
| D | Attachment 5 to Daws Report. |
| E | Various publications documenting the formula for calculating the volume of a sphere. |

| | |
|---|---|
| F | Human Performance & Vehicle Group Chairmen's Report of Operational Testing. |
| G | Select photographs of the subject tire following the subject accident. |
| H | Calculation sheet comparing Daws' leak rate calculation using the incorrect formula for calculating the volume of a sphere with the leak rate calculation using the correct formula for calculating the volume of a sphere. |
| I | Calculation sheet showing the effect of a 1 bubble error in Daws' bubble count. |
| J | Calculation sheet showing the effect of a 5% variation in Daws' measured bubble diameter. |
| K | Selected pages from the September 29, 2010 Oral Deposition of Kevan Granat. |
| L | July 29, 2010 Report of Jack Mears. |
| M | Selected pages from the September 29, 2010 Oral Deposition of Mark Arndt. |

Dated: November 5, 2010

    Respectfully submitted,

/s/  Melissa A. Dorman
**JOHN C. DACUS -** *Admitted Pro Hac Vice*
Texas State Bar No. 05305300
**MELISSA A. DORMAN  -** *Admitted Pro Hac Vice*
Texas State Bar No. 00790603

Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
6688 N. Central Expressway, Suite 1000
Dallas, TX 75206
Telephone:  214-369-2100
Facsimile:  214-369-2118
E-Mail:   jdacus@hdbdk.com
         mdorman@hdbdk.com

And

**DARRELL L. BARGER -** *Admitted Pro Hac Vice*
Texas State Bar No. 01733800

Hartline, Dacus, Barger, Dreyer & Kern, L.L.P.
800 N. Shoreline Plaza, Suite 2000
North Tower
Corpus Christi, TX 78401
Telephone:  361-866-8000
Facsimile:  361-866-8039
E-Mail:   dbarger@hdbdk.com

**OF COUNSEL:**

**MARC J. CITRIN**
New York State Bar No. MC0048

Shaub, Ahmuty, Citrin & Spratt
655 Third Avenue, 28th Floor
New York, NY 10017
Telephone:  212-599-8200
Facsimile:  212-599-7765

    **ATTORNEYS FOR THIRD-PARTY DEFENDANT
    MOTOR COACH INDUSTRIES, INC.**

**CERTIFICATE OF SERVICE**

      On November 5, 2010, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Southern District of New York, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                         /s/ Melissa A. Dorman

| | |
|---|---|
| *Attorneys for Plaintiff Kristen Anderson and Plaintiffs Christian Yopa and Abi-Sara Yopa:*<br>Mr. James P. Kreindler<br>Ms. Megan Benett<br>Mr. Noah H. Kushlefsky<br>Kreindler & Kreindler LLP<br>750 Third Avenue<br>New York, New York 10017 | *Attorneys for Plaintiffs Betty Dorce Exume, as Administratrix of the Estate of Antonide Dorce, deceased, and Betty Dorce Exume, individually, Jacqueline Bertrand and Marie Liliane Milard:*<br>Mr. Robert Petitt<br>Rubenstein & Rynecki<br>16 Court Street<br>Brooklyn, NY 11241 |
| *Attorneys for Plaintiff Zibo Wang:*<br>Mr. Jeffrey M. Rich<br>Rich & Rich, PC<br>30 Vesey Street<br>New York, New York 10007 | *Attorneys for Plaintiff Sylvina Jean Clavien:*<br>Mr. Neil Moldovan<br>Law Offices of Neil Moldovan, P.C.<br>One Old Country Road, Suite 270<br>Carle Place, New York 11514 |
| *Attorneys for Plaintiffs Teresita Santiago, Ramon Lorenzo and Teresita Santiago, as the Mother and Natural Guardian of Karen Santiago Diaz and Henry Lorenzo, infants, and Maria Mercedes Rosario Breton, Fabian Garcia and Paola Garcia:*<br>Mr. Kenneth Marder<br>Mr. Frank N. Eskesen<br>Marder, Eskesen & Nass<br>450 7th Avenue, 37th Floor<br>New York, New York 10123 | *Attorneys for Sherry Ann George, Individually and as Mother and Natural Guardian of Voshona George, Infant, and Sherry Ann George and Allison Idohou, as Co-Administrators of the Estate of Doreen George, deceased:*<br>Mr. Norman Liss<br>Norman Liss Attorneys-at-Law, P.C.<br>200 West 57th Street<br>New York, NY 10019 |
| *Attorneys for Cindylyn Lamarche:*<br>Mr. E. Stewart Jones, Jr.<br>Mr. E. Stewart Jones, Esq.<br>28 Second Street<br>Troy, New York 12181 | *Attorney for Laura Bickford-Bushney:*<br>Mr. Mark A. Schneider, Esq.<br>Mr. Daniel C. Cuppett<br>Law Office of Mark Schneider<br>57 Court Street<br>Plattsburgh, NY 12901 |
| *Attorneys for Plaintiff Laure Boudet:*<br>Mr. William Gordon Kelly<br>170 Hamilton Avenue, Suite 203<br>White Plains, NY 10601-1717<br><br>And<br><br>Mr. Kenneth M. Alweis<br>Ms. Lisa Marie Robinson<br>Goldberg Segalla LLP<br>5789 Widewaters Parkway<br>Syracuse, NY 13214 | *Attorneys for Plaintiffs Cheikh Sidy Mohamed Tamadou, Individually, and Oury Cisse, on behalf of themselves and as Co-Liquidators of the Estate of Souleymane Tambadou:*<br>Mr. David K. Lietz<br>The Lietz Law Firm<br>888 16th Street, NW, Suite 800<br>Washington, DC 20006<br><br>And<br><br>Mr. John J. Vecchione<br>Ms. Audrey Arnold<br>Valad and Vecchione, PLLC<br>3863 Plaza Drive<br>Fairfax, VA  22030 |
| *Attorneys for Mamadou Saidou Bah and Gnalen Bah:*<br>Mr. Edward Ryan<br>38 Eagle Street<br>Albany, New York 12207 | *Attorneys for Intervenor Societe de L'Assurance Automobile Du Quebec ("SSAQ"):*<br>Mr. Howard S. Kaminsky<br>Law Office of Howard S. Kaminsky<br>32 Union Square East, Suite 414<br>New York, New York 10003 |

*Attorneys for UNICCO Service Company d/b/a UGL Unicco:*
Ms. Dara L. Rosenbaum
Mr. Scott Taylor
Quirk & Bakalor, P.C.
845 Third Avenue
New York, New York 10022

*Attorneys for Lionel Cadelis:*
Mr. Jay Tanenbaum
Law Offices of Jay Tanenbaum
110 Wall Street
New York, New York 10005

And

Mr. Michael Bruce Zaransky
Chapman Zaransky, LLP
114 Old Country Road, Suite 680
Mineola , NY 11401

*Attorneys for Greyhound Lines, Inc.:*
Mr. Kevin B. Pollak
Mr. Jeffrey S. Glassman
Fabiani Cohen & Hall, LLP
570 Lexington Avenue, 4th Floor
New York, New York 10022

*Attorneys for Goodyear Tire & Rubber Company:*
Mr. Alan D. Kaplan, Esq.
Ms. Marni J. Galison, Esq.
Herrick, Feinstein, LLP
2 Park Avenue
New York, New York 10016

*Attorneys for MCI:*
Mr. John A. Ortiz
Shaub, Ahmuty, Citrin & Spratt, LLP
655 3rd Avenue, 28th Floor
New York, New York 10017-5617