**1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
TERESITA SANTIAGO, RAMON LORENZO and
TERESITA SANTIAGO, as the Mother and
Natural Guardian of KAREN SANTIAGO
DIAZ and HENRY LORENZO infants,
                    Plaintiffs,
                                    06CIV7108
     -against-                      (GBD)(DF)
GREYHOUND LINES, INC., and THE
GOODYEAR RUBBER and TIRE COMPANY,

                    Defendants.
---------------------------------------x
GREYHOUND LINES, INC.,

                Third-Party Plaintiff,

     -against-

MOTOR COACH INDUSTRIES, INC.,
                Third-Party Defendant.
---------------------------------------x
GREYHOUND LINES, INC.
                Third-Party Plaintiff,
     -against-
UGL UNICCO, Formerly Known As UNICCO
Service Company
                Second Third-Party
                Defendant.
---------------------------------------x
                September 14, 2010
                9:46 a.m.

Deposition of JOHN WILLIAM DAWS, Ph.D., PE.

**2**

September 14, 2010

9:46 a.m.

Deposition of JOHN WILLIAM DAWS, Ph.D., PE,

taken by Defendant Goodyear Rubber and Tire

Company, pursuant to Notice, at the offices of

Fabiani Cohen & Hall, LLP, 570 Lexington

Avenue, New York, New York 10022, before

Anneliese R. Tursi, a Registered Professional

Reporter and Notary Public within and for the

State of New York.

**3**

A P P E A R A N C E S

KREINDLER & KREINDLER LLP
Attorneys for Consolidated Plaintiffs
   100 Park Avenue
   New York, New York 10017-5590
BY:  NOAH H. KUSHLEFSKY, ESQ.
   212-973-3448
   Nkushlefsky@kreindler.com

FABIANI COHEN & HALL, LLP
Attorneys for Defendants Greyhound Lines
Inc. and Laidlaw International
   570 Lexington Avenue
   New York, New York 10022
BY:  KEVIN B. POLLAK, ESQ.
   212-644-4420
   Pollakk@fcllp.com

HERRICK, FEINSTEIN LLP
Attorneys for Defendant The Goodyear
Rubber and Tire Company
   2 Park Avenue
   New York, New York 10016
BY:  ALAN D. KAPLAN, ESQ.
   212-592-1507
   Akaplan@herrick.com

**4**

A P P E A R A N C E S

HARTLINE, DACUS, BARGER,
DREYER & KERN LLP
Attorneys for Defendant MCI
   6688 N. Central Expressway
   Suite 1000
   Dallas, Texas 75206
BY:  JOHN C. DACUS, ESQ.
   214-346-3718
   Jdacus@hdbdk.com

QUIRK and BAKALOR, P.C.

Attorneys for Defendant UNICCO

   845 Third Avenue

   New York, New York 10022

BY:  JEANNE M. BOYLE, ESQ.
   212-319-1000
   Jboyle@quirkbakalor.com

John William Daws, Ph.D., PE.                    September 14, 2010

---

5

1          J.W. DAWS
2          THE VIDEOGRAPHER:  We are now
3   going on record at approximately 9:46
4   a.m.  This is tape No. 1 in the
5   videotaped deposition of witness John
6   Daws, taken in the US District Court,
7   the Southern District of New York.  The
8   case number is 06CIV13371 in Teresita
9   Santiago, et.al, versus Greyhound Lines,
10  Inc. and the Goodyear Rubber and Tire
11  Company.  The deposition is being held
12  today, September 14th, 2010 at the
13  offices of Fabiani Cohen & Hall at 570
14  Lexington Avenue in New York City.
15          I'm Kevin Gallagher, the
16  videographer.  The court reporter is
17  Liese Tursi.  We are both from the
18  independent firm of Esquire Reporting
19  Services.
20          Counsel will now identify
21  themselves for the record.
22          MR. KAPLAN Alan Kaplan for
23  Goodyear Tire and Rubber company.
24          MR. DACUS:  John Dacus for Motor
25  Coach Industries.

---

7

1   Arizona.
2          Q.   And what's your current
3   occupation?
4          A.   I'm a consultant.
5          Q.   And who are you a consultant for?
6          A.   Many different companies,
7   individuals.
8          Q.   Do you work for a particular
9   company?
10         A.   I work for Daws Engineering LLC.
11         Q.   And how many people are employed
12  by Daws Engineering?
13         A.   Just myself and my wife.
14         Q.   And what type of company is this:
15  is it a partnership, a corporation?  Please
16  tell me.
17         A.   It's an LLC.
18         Q.   How long have you worked at Daws
19  Engineering?
20         A.   Since the beginning of 2006.
21         Q.   And is the work that you perform
22  at Daws Engineering exclusively as a
23  consultant?
24         A.   Probably 90 percent of my time

---

8

1          J.W. DAWS
2          MR. KUSHLEFSKY:  Noah Kushlefsky
3   for the consolidated plaintiffs.
4          MS. BOYLE:  June Boyle for UNICCO
5   Service Company doing business as UGL
6   UNICCO.
7          MR. POLLAK:  Kevin Pollack on
8   behalf of Greyhound.
9          THE VIDEOGRAPHER:  Ms. Tursi will
10  now swear in the witness.
11  J O H N   W I L L I A M   D A W S,
12      4535 West Marcus Drive, Phoenix, Arizona
13      85083 having been first duly sworn by
14      the Notary Public (Anneliese R. Tursi),
15      was examined and testified as follows:
16          MR. POLLAK:  Just before we start
17  I just want to indicate on the record
18  that the witness reserves his right to
19  read and sign this transcript.
20          MR. KAPLAN:  All right.
21  EXAMINATION BY MR. KAPLAN:
22          Q.   Sir, can you please state your
23  name and address for the record.
24          A.   My name is John William Daws.  My
25  address is 4535 West Marcus Drive in Phoenix,

---

8

1          J.W. DAWS
2   goes into consultant activities.
3          Q.    What percentage of that is geared
4   towards litigation?
5          A.   All of it.
6          Q.   And what percent of the time that
7   you put into your consulting activities is
8   devoted to litigation?
9          A.   Litigation support is the
10  primary -- you know, is the, you know, 98
11  percent or so of my consulting work is
12  litigation support.  I do an occasional job
13  for tire sellers or something like that where
14  I review service materials, things like that.
15  But for the most part my consulting practice
16  is litigation support.
17         A.   And what percentage of your income
18  is derived from litigation-related activities?
19         A.   Pretty much all of it.
20         Q.   Prior to Daws Engineering, you
21  worked at Exponent, is that correct?
22         A.   That's correct.
23         Q.   And approximately how many years
24  were you at Exponent?
25         A.   Four.

9

1          J.W. DAWS
2      Q.   And your duties there were
3   basically the same, working as a consultant on
4   litigated matters?
5          MR. POLLAK:  Objection to the form
6      of the question.  You can answer.
7      A.   I did consulting work.  I was also
8   the vehicle practice director for about a
9   year-and-a-half.  So I had administrative
10  responsibilities and so on.
11     Q.   And prior to that, you've worked
12  at the Michelin Tire Company, correct?
13     A.   For almost 20 years, yes.
14     Q.   And you left there in 2001?
15     A.   Right at the end.  Right after
16  Thanksgiving, 2001.
17     Q.   Now, in those years you were at
18  Michigan, how many years were spent in a job
19  title where you designed tires?
20         MR. POLLAK:  You said Michigan.  I
21     guess you meant Michelin.
22     Q.   Michelin.  I meant Michelin.  If I
23  say Michigan, please take it as Michelin.
24         MR. POLLAK:  Please repeat the
25     question for the witness.

10

1          J.W. DAWS
2         She will repeat the question for
3      you.
4         (Record read.)
5      A.   While I was at Michelin, I had a
6   job where my title was job design engineer for
7   two years.
8      Q.   Now, while you were at Michelin,
9   did you ever design a radial medial truck tire
10  such as the G-409 involved in this case?
11     A.   I did not personally design such a
12  tire, no.
13     Q.   At Michelin you designed low
14  rolling resistance tires for electric
15  vehicles.  Is that correct?
16         MR. POLLAK:  Objection to form.
17     You can answer.
18     A.   As a design engineer, that was my
19  job, yes.
20     Q.   And was the Proxima,
21  P-R-O-X-I-M-A, one of those tires?
22     A.   It was.
23     Q.   Was that a radial tire?
24     A.   Yes, it was.
25     Q.   Was that the only tire that you

11

1          J.W. DAWS
2   were involved with that was ever put into
3   production?
4          MR. POLLAK:  Objection to the
5      form.  You can answer.
6      A.   Yes.
7      Q.   Approximately how many of the
8   Proxima tires were produced?
9      A.   About 15,000.
10     Q.   Now, you said it was a radial
11  tire.  Correct?
12     A.   Yes, sir.
13     Q.   Was it a steel-belted radial tire?
14     A.   Yes, sir.
15     Q.   And what type of service was it
16  designed for?
17     A.   Electric vehicle.
18     Q.   Used in what capacity:  a golf
19  cart, on-the-road vehicle?  That's what I'm
20  trying to figure out.
21     A.   General Motors EV1, the Impact.
22     Q.   How many steel belts did the
23  Proxima tire have?
24     A.   Two.
25     Q.   Now, if I refer to a steel belt

12

1          J.W. DAWS
2   package, is it understood that I'm referring
3   to the number of belts that make up the tire
4   itself?
5      A.   Yes, sir.
6      Q.   Did you ever design component
7   parts for the tires that you were involved
8   with?
9      A.   I'm not sure I understand your
10  question.
11     Q.   Well, did you ever design the
12  tread area for a tire?
13     A.   Are you talking about the tread
14  sculpture?
15     Q.   Rough composition, tread pattern,
16  anything.
17     A.   Well, I had to design the shape of
18  the tire which encompassed the crown radius
19  and so on.  The sculpture was designed by
20  someone else.
21     Q.   How about any steel belt packages,
22  did you ever design any steel-belted packages
23  for any tires?
24         MR. POLLAK:  Note my objection to
25     the form.  You can answer.

John William Daws, Ph.D., PE.                    September 14, 2010

---

13

J.W. DAWS

1
2      A.   The steel belt package had to be
3   designed; that is, the width of the belts, the
4   skim thicknesses, the spacing, the pace of the
5   belts and so on.
6      Q.   Did you do that design work for
7   the Proxima?
8      A.   Yes.
9      Q.   Did you design any of the wire
10  configurations that went into the steel belts
11  of that tire?
12     A.   No, I did not.
13     Q.   Where did those design parameters
14  come from?
15     A.   They were standard Michelin
16  building blocks.
17     Q.   Would it be fair to say that often
18  a tire designer puts together components that
19  have been already used by the company in other
20  products?
21     A.   Yes.
22     Q.   So in essence when you were
23  designing the Proxima, you were putting in
24  certain components that had already been used
25  in prior Michelin tires.  Is that correct?

---

14

J.W. DAWS

1
2      A.   That's correct.
3      Q.   Now, while you were at Michelin,
4   did you have opportunities to forensically
5   examine tires?
6      A.   Many times.
7      Q.   Now, part of that was while you
8   were at the Spartanburg location, is that
9   correct?
10     A.   The Spartansburg plant is
11  Michelin's plant in the United States, or one
12  of the plants in North America that makes
13  medium radial truck tires.  I was the
14  engineering manager for that plant for a while
15  and in that role I did forensic examination of
16  medium radial truck tires and their impact, or
17  the impact of process equipment on roads.
18     Q.   Now, did the forensic examination
19  that you performed while at Spartansburg,
20  include you determining whether or not
21  anything had gone wrong in the manufacturing
22  process related to those tires?
23     A.   That was my primary role.
24     Q.   In other words, your job wasn't to
25  get a tire, examine it and say there is

---

15

J.W. DAWS

1
2   something wrong with the design of this tire.
3   Is that correct?
4      A.   Well, understand that I worked
5   with the tire designers in reviewing those
6   tires, so, you know, whether a certain problem
7   in the tire was related to its manufacturing
8   or its design, was something we would develop
9   pretty much together.  It wasn't -- it wasn't
10  looking at the manufacturing aspects of the
11  tire in a vacuum, nor was it looking at the
12  design aspects of the tire in a vacuum.
13     Q.   But your function was not to
14  identify a design problem with one of those
15  tires, was it?
16     A.   Well, again, I was representing
17  manufacturing in those reviews.  I was not --
18  that doesn't mean I didn't comment on design
19  issues.  It just means that I was
20  representing, I was the representative of
21  manufacturing for the plant.
22     Q.   And your role was to look at what
23  the manufacturing process had been related to
24  that particular tire, a particular tire, and
25  then try to determine what, if anything, went

---

16

J.W. DAWS

1
2   wrong in the manufacturing process.  Is that
3   correct?
4          MR. POLLAK:  Objection:  asked and
5      answered.  You can answer.
6      A.   That was my primary role, yes.
7      Q.   Now, you also worked at quality
8   assurance while at Michelin?
9      A.   Yes, I did.
10     Q.   How many years did you do that?
11     A.   Four years.
12     Q.   Was that for radial medium truck
13  tires?
14     A.   That was for all types of tires,
15  everything from earth mover to passenger car.
16     Q.   What was the percentage of tires
17  that you looked at while working in quality
18  assurance that were passenger tires?
19     A.   Probably 75 to 80 percent of those
20  tires were passenger car tires.
21     Q.   How about light truck tires?
22     A.   Passenger and light truck
23  together.  I tend to lump those into the same
24  bucket.
25     Q.   And would the remaining amount be

17

J.W. DAWS

1
2 for radial medium truck tires?
3       A.   For the most part.  There was the
4 occasional earth mover tire, occasional
5 aircraft tire, but for the most part medium
6 radial truck tires.
7       Q.   Now, were you involved with the
8 radial medium truck tire group at all while
9 you were at Michelin?
10      A.   Was I involved with?
11      Q.   Well, did you have a position in
12 the radial medium truck tire group?
13      A.   I never had a position in the
14 radial medium truck tire group.
15      Q.   Was there a period of time where
16 you were involved in the vulcanization of
17 radial medium truck tires?
18      A.   Yes, sir.
19      Q.   And were you also involved with
20 issues regarding the retreading process of
21 radial medium truck tires?
22      A.   Yes, I was.
23      Q.   Are you familiar with the
24 retreading process for radial medium truck
25 tires?

18

J.W. DAWS

1
2       A.   I'm familiar with several
3 retreading processes for such tires, yes.
4       Q.   Have the processes changed much
5 from when you worked at Michelin, until the
6 present time?
7       A.   I wouldn't think so, but there is
8 always a possibility there is some new process
9 out there.
10      Q.   At the time that you worked at
11 Michelin, how many different models of radial
12 medium truck tires did they have?
13      A.   It's been a long time ago.  I
14 couldn't tell you.
15      Q.   More than five?
16      A.   Oh, yes.
17      Q.   More than --
18      A.   Again, I don't know.
19      Q.   Well, more than 20?
20      A.   I don't know.
21      Q.   So definitely more than five?
22      A.   Definitely more than five.
23      Q.   How about more than ten?
24      A.   I don't -- again, I don't know.
25      Q.   Were all of those radial medium

19

J.W. DAWS

1
2 truck tires designed to be retreadable?
3       A.   I wouldn't necessarily know the
4 answer to that question.
5       Q.   Do you remember how many were?
6       A.   No.
7       Q.   Was it at least one?
8       A.   There were many that were designed
9 to be retreadable, certainly.  I just don't
10 know how many.
11      Q.   How many would be more than five?
12      A.   I don't know.  The vast majority
13 of over-the-road truck tires are designed to
14 be retreadable.
15      Q.   Now, the RMT tires that were
16 produced at Michelin, were any of those used
17 for commercial bus application?
18      A.   Yes.
19      Q.   Approximately how many?
20      A.   I don't know.
21      Q.   Many?
22      A.   Again, I was not part of the
23 commercial side of the radial truck tire
24 group.  I don't know.
25      Q.   Were any of the radial medium

20

J.W. DAWS

1
2 truck tires that were designated for use on
3 commercial bus applications, also designed to
4 be retreadable?
5       A.   I couldn't answer that question.
6 I don't know.
7       Q.   You don't know if even one was?
8       A.   I don't know.
9       Q.   The G-409 tire that's involved in
10 this case, do you know if that is designed to
11 be retreadable?
12      A.   I believe it is, yes.
13      Q.   Now, were the designs of the steel
14 belt packages that were used in the radial
15 medium truck tires at Michelin while you were
16 there, the same?
17          MR. POLLAK:  Objection to the form
18 of the question.  And, again, I'm just
19 objecting to the phrase "belt package."
20 That will be a continuous objection
21 throughout this deposition unless it is
22 specifically defined.  That's my
23 objection.
24      A.   Can you repeat the question,
25 please.

John William Daws, Ph.D., PE.                    September 14, 2010

---

21

J.W. DAWS

1
2      Q.   Well, you and I have already
3  discussed how we are using the term belt
4  package, is that correct?
5      A.   That's right.
6      Q.   And you don't have a problem
7  with --
8      A.   I don't have a problem with the
9  term belt package.  I have a problem with the
10  same.  I don't know what that means.
11      Q.   Similar.
12      A.   Were they similar to one another?
13      Q.   Correct.
14      A.   Or similar to what everybody else
15  makes?
16      Q.   Let's start with similar to one
17  another.
18      A.   I really don't know how to answer
19  that question.  It depends on what level of
20  similarity.  You know, they all look generally
21  the same to a non-tire designer, but to a tire
22  designer they are very different.
23      Q.   Could you give me a general
24  description of what the construction was like
25  of the radial medium truck tires that were

---

22

J.W. DAWS

1
2  being produced at Michelin during the time
3  period that you were there.
4      A.   Well, there were generally
5  categories involving full four-belt package, a
6  four-belt package with a, you know, with half
7  belts either on the bottom or the top of the
8  system.  I think there were some small
9  three-belt package tires, things like that.
10          But for the most part, you know,
11  they were multiple belt packages.  The
12  question of how the belts were arranged and
13  how the skim rubber was set in and things
14  like, you know, belt angles and wire types and
15  so on could make them very, very different.
16      Q.   How about the thickness of the
17  belt wires themselves, did they differ from
18  belt package to belt package?
19      A.   Again, it depends on what you are
20  talking about.  You know, depending on the
21  function of the tire, what market it was
22  intended for, could have been substantial
23  differences in belt wires.
24      Q.   How about the ends-per-inch count
25  from steel-belt package to steel-belt package,

---

23

J.W. DAWS

1
2  did they differ as well?
3      A.   Yes.
4      Q.   Now, you mentioned that there were
5  full four-belt packages.  Is that how you
6  would describe the G-409 tire that was
7  involved in this case?
8      A.   Yes, sir.
9      Q.   You also said at Michelin they
10  made four-belt packages that included
11  half-belts.
12      A.   Yes.
13      Q.   Can you describe what you mean by
14  that.
15      A.   Well, one of the belts -- and
16  Goodyear makes tires like this, where one of
17  the belts is, instead of being the full width
18  of the belt package, it is made in two pieces
19  and the space in the center of the tire, there
20  is no belt in that level.
21      Q.   And in a tire that is constructed
22  in that fashion, how many of those belts would
23  be half belts?
24      A.   Just one.
25      Q.   So you would have three full belts

---

24

J.W. DAWS

1
2  and then a half belt at one other layer?
3      A.   That's correct.
4      Q.   Now, did Michelin produce any
5  radial medium truck tires back then that only
6  had three belts?
7      A.   You know, this has been over ten
8  years ago.  I don't really remember.
9      Q.   Well, I believe you indicated that
10  there were some smaller three-belt package
11  tires?
12      A.   Inner city delivery vehicles,
13  small tires, 19-1/2, 17-1/2 inch tires that
14  were covered by the medium radial truck tire
15  group had three belt.
16      Q.   So what sizes did those tires run?
17      A.   I'm sorry?
18      Q.   What sizes did those tires run?
19      A.   An 8R19.5.  There was a 17-1/2
20  inch tire, I don't remember exactly what size
21  it was.  But those were, again, small tires.
22      Q.   Do you remember any of the
23  Michelin radial medium truck tires that were
24  constructed with three belts, the same size as
25  the tire involved in the instant case?

John William Daws, Ph.D., PE.                    September 14, 2010

---

25

```
 1            J.W. DAWS
 2      A.   I don't recall.
 3      Q.   Can you say one way or another
 4  whether or not Michelin was producing
 5  three-belted radial medium truck tires that
 6  were the same size as the tire involved in
 7  this case?
 8          MR. POLLAK:  I think he answered.
 9  You can answer.
10      A.   My experience with three-belt
11  tires is they are all fairly small sizes.
12  This is a very large tire.
13          Again, you know -- and I need to
14  suggest to you that, you know, if you keep
15  going along the lines of what I remember from
16  Michelin, we are going to get into, you know,
17  secrecy agreements and things like that.  I'm
18  not sure how much detail I can provide on what
19  Michelin does in terms of design.
20      Q.   That is understood.  I'm just
21  asking, very simply, if you can say one way or
22  another whether or not Michelin radial medium
23  truck tires that were produced while you were
24  there that had three steel belts, were of the
25  same size of the G-409 tire in this case?
```

26

```
 1            J.W. DAWS
 2      A.   I would say absolutely not.  A
 3  tire of this size, would have four layers of
 4  steel cord.  They may have a half belt as one
 5  of those layers.
 6      Q.   So, in other words, it might have
 7  3-1/2 belts as opposed to four full belts?
 8      A.   That's correct.
 9      Q.   That means there would be less
10  steel in what portion of the tread surface of
11  the tire?
12      A.   The center --
13          MR. POLLAK:  Objection to form.
14  You can answer.
15      A.   The center of the tire.
16      Q.   And for how many inches across the
17  center would that area of less steel be?
18      A.   That would depend on the designer
19  and what they actually decided to put into it.
20      Q.   In your experience what would the
21  ranges be of that area in the center of the
22  tread where there was one less layer of steel?
23      A.   I think that's proprietary design
24  information for Michelin.
25      Q.   And after you have been at
```

27

```
 1            J.W. DAWS
 2  Michelin, have you seen tires that have that
 3  type of design?
 4      A.   Yes.
 5      Q.   And what would you say the ranges
 6  were for those types of tires in terms of the
 7  area of missing steel in that belt that you
 8  described as a half belt?
 9      A.   Generally, if you see a tire like
10  that, something less than a third of the
11  summit is open in that center, you know,
12  has -- the half belts cover over two-thirds of
13  the -- generally, say two-thirds of the belt
14  width.
15      Q.   Would it be fair to say that the
16  overall amount of steel in those steel-belt
17  packages, would be less than what you would
18  find in the steel that was contained in a tire
19  that had four steel belts?
20      A.   It depends on how the steel cord
21  was arranged.
22      Q.   It might, though?
23      A.   It might not.
24      Q.   But you can't say that it --
25      A.   You can't say that it would or it
```

28

```
 1            J.W. DAWS
 2  wouldn't.  It depends on how the steel was
 3  designed and paced and so on.
 4      Q.   Do you know if when you were at
 5  Michelin, if Michelin did comparisons between
 6  different designs of steel-belt packages to
 7  see which ones had more or less steel in them?
 8          MR. POLLAK:  Objection to the
 9  form.  You can answer.
10      A.   No, I don't.
11      Q.   Do you think that would have been
12  an important task for them to perform?
13      A.   I'm sure someone in the company
14  did that.  I just wasn't privy to those
15  results.
16      Q.   When you say that you are sure
17  someone did it, what is the basis of your
18  saying that you are sure someone did it if you
19  were not privy to those results?
20      A.   Because we had -- Michelin had a
21  competitive analysis group and their job was
22  to look at competitive tires.  And from time
23  to time, I would see such analyses for certain
24  kinds of tires.
25      Q.   Did you ever see an analysis which
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

29

J.W. DAWS

1
2  compared the amount of steel in one steel-belt
3  package of the Michelin tire compared to
4  another steel-belt package contained in a
5  different model Michelin tire?
6      A.  No, I did not.
7      Q.  Are you familiar with the current
8  line of Michelin radial medium truck tires?
9      A.  No, I'm not.
10      Q.  Are you aware that they make
11  several radial medium truck tires that are
12  constructed with three steel belts?
13      A.  They probably do.
14      Q.  Are you familiar with the XZA 3
15  design?
16      A.  No, I'm not.
17      Q.  Are you aware that it is described
18  on their website as being "a premium, all
19  position radial with extra wide, extra deep
20  tread designed to help deliver our best wear
21  in high scrub applications"?
22      A.  No.
23      Q.  Are you aware that this tire is
24  constructed with three steel belts?
25      A.  No, I'm not.

---

30

J.W. DAWS

1
2      Q.  Are you familiar with the XZE
3  design radial medium truck tire currently
4  produced by Michelin?
5      A.  No, I'm not.
6      Q.  Are you aware that that tire is
7  currently constructed with three steel belts?
8      A.  No, I'm not.
9      Q.  Are you familiar with the XZE 2
10  radial medium truck tire that is currently
11  produced by Michelin?
12      A.  No, I'm not.
13      Q.  Are you aware that that tire is
14  currently constructed with three steel belts?
15      A.  No, sir.
16      Q.  Are you familiar with any radial
17  medium truck tires currently produced by
18  Michelin that have four steel belts?
19      A.  No, I'm not.  Again, I'm not
20  familiar with any of the current Michelin
21  designs.  I've been out of Michelin for at
22  least ten years.
23      Q.  Well, other than Michelin, are you
24  aware of the fact that numerous tire
25  manufacturers produce radial medium truck

---

31

J.W. DAWS

1
2  tires with three steel belts in the steel-belt
3  package?
4      MR. POLLAK:  Objection to the
5      form.  You can answer.
6      A.  I'm sure they do.  The last
7  Michelin tire that I looked at in 315/80R
8  22-1/2 which is the same size as this tire,
9  has four steel belts.  But I'm sure they make
10  tires that are three steel-belt tires.
11      Q.  Would you say that steel-belt
12  tires with three steel belts in the belt
13  package, have less overall steel in the belt
14  package area than tires with four steel belts?
15      MR. POLLAK:  Objection.  I believe
16      this was asked and answered.  You can
17      answer.
18      A.  No, sir.  It depends on how the
19  steel is arranged, the size of the cables, the
20  pacing of the cables and so on.
21      Q.  Have you done any comparative
22  analysis between tires that have three steel
23  belts in the steel-belt package, as opposed to
24  radial medium truck tires that have four steel
25  belts in the steel-belt package?

---

32

J.W. DAWS

1
2      MR. POLLAK:  Objection to the
3      form.  You can answer.
4      A.  No, I have not.
5      Q.  Have you done any puncturability
6  studies between tires that have three steel
7  belts in the steel-belt package -- and I'm
8  referring to radial medium truck tires -- with
9  those radial medium truck tires that have four
10  steel belts in the steel-belt package?
11      MR. POLLAK:  Objection to the
12      form.  You can answer.
13      A.  No, I have not.
14      Q.  Now, when radial medium truck
15  tires, including those designed for commercial
16  bus application, are retreaded, can you
17  retread a tire that only has three steel belts
18  in the steel-belt package?
19      A.  I don't know.
20      Q.  Is it your experience one way or
21  another, whether or not such tires have been
22  retreaded?
23      A.  I would imagine they have.
24  Sometimes when you have a four-belt system you
25  can remove one belt and still retread the

John William Daws, Ph.D., PE.                    September 14, 2010

---

33

1                    J.W. DAWS
2    tires so it would have three steel belts.
3         Q.   So is it fair to say that a radial
4    medium truck tire that is produced with four
5    steel belts and designed to be retreaded, can
6    continue in its second service life after
7    retreading with only three belts, as opposed
8    to its original four belts?
9         A.   That often happens, and one of the
10   reasons that can work is that those tires are
11   never put on steer axles again.
12        Q.   Has your experience been that when
13   a three-belted tire that was formerly a
14   four-belted tire is put into service, that
15   they lose puncture resistance?
16            MR. POLLAK:  Objection to form.
17        You can answer.
18        A.   Again, there would be a reduction
19   in puncture resistance because you removed one
20   of the steel belts, certainly.  The tire was
21   designed to have adequate service at -- with
22   four steel belts.  If you remove one of those
23   belts and you would have a three-belt tire
24   which would not be the same as a tire that was
25   designed as a three-belt tire.

---

34

1                    J.W. DAWS
2         Q.   Does the removal of the fourth
3    belt mean that the tire that now is using only
4    three belts, is defective?
5            MR. POLLAK:  Objection to the
6        form.  You can answer.
7         A.   Again, as I mentioned, those tires
8    only see service as drive and tag -- or drive
9    axle tires typically where they are paired
10   with another tire.  So puncture resistance
11   really isn't an issue with those tires.
12        Q.   Do you know of any studies that
13   have been done which compare the puncture
14   resistance of tires that were originally
15   manufactured with four steel belts, but
16   subsequently had one of those belts removed
17   during the retreading process?
18        A.   No, I do not.
19        Q.   Has any statistical analysis ever
20   been done as far as you know, comparing tires
21   that were originally manufactured with four
22   steel belts that later have one of those belts
23   removed, in terms of their puncturability?
24            MR. POLLAK:  Objection to form.
25        You can answer.

---

35

1                    J.W. DAWS
2         A.   No, sir.
3         Q.   Do you know if the federal
4    government has ever done any studies regarding
5    the puncturability of retreaded radial medium
6    truck and commercial bus tires that have had
7    one of their original four belts removed?
8            MR. POLLAK:  Objection to the
9        form.  You can answer.
10        A.   No, sir.
11        Q.   Has there ever been any defect
12   finding by any investigating agency, regarding
13   radial medium truck and commercial bus tires
14   that have been retreaded and have had one of
15   their original four belts removed?
16            MR. POLLAK:  Objection.  You can
17        answer.
18        A.   Could you repeat the question.
19            MR. KAPLAN:  Could you please
20        repeat it.
21           (Record read.)
22        A.   Can you clarify the term --
23        Q.   In terms of their ability to be
24   punctured?
25        A.   Can you clarify the term agency.

---

36

1                    J.W. DAWS
2         Q.   Agency under the Department of
3    Transportation.
4         A.   No, sir.
5         Q.   As far as you know, does any other
6    agency, other than those operating under the
7    United States Department of Transportation
8    issue defect findings regarding commercial bus
9    tires?
10        A.   No, sir.  But I just wanted to
11   make sure that my interpretation of agency was
12   the same as yours.
13        Q.   Okay.  Now, when you remove the
14   fourth belt from a four-belt radial medium
15   truck tire that has been retreaded, is that
16   described as the outer belt?
17        A.   Yes, sir.
18        Q.   And is that given the designation
19   of the number four belt?
20        A.   That would be typically called the
21   number four belt or the protector ply.
22        Q.   So as you go towards the inner
23   liner of the tire, you would have the number
24   four belt, then the number three belt, then
25   the number two belt, then the number one belt.

John William Daws, Ph.D., PE.                           September 14, 2010

---

37

J.W. DAWS

1
2  Is that correct?
3      A.   That's correct.
4      Q.   Now, just for a general
5  description of what a cross-section of a
6  radial medium truck tire would look like if
7  you were going from the tread surface down,
8  you first have to go through the tread area.
9  Is that correct?
10     A.   That's correct.
11     Q.   Would the four steel belts or
12  three steel belts or two steel belts if it was
13  a light truck tire, be the next layer that you
14  would encounter?
15     A.   No, sir.
16     Q.   What would the next layer be?
17     A.   Typically the sub-tread.
18     Q.   I'm sorry?
19     A.   The sub-tread which is a cushion
20  layer of tread rubber, softer material.
21     Q.   100 percent rubber, though?
22     A.   Right.
23     Q.   Then what would the next layer be?
24     A.   It depends on the tire design.  It
25  may be a layer of nylon in the passenger,

---

38

J.W. DAWS

1
2  light truck, they may have a circumferentially
3  wound steel wire in the case of the Michelin
4  tire.  There may be any number of different
5  things there before you reach the protector
6  ply.
7      Q.   Protector ply being the steel-belt
8  package?
9      A.   The fourth belt, yes.
10     Q.   What other things would there be
11  in between the tread area and the steel-belt
12  package that would be made out of steel?
13     A.   Well, Michelin makes a tire that
14  has a circumferentially wound steel cord.
15     Q.   Which tire is that?
16     A.   I don't recall the designation.  I
17  know they were doing the design work for it
18  when I left and it has been commercialized as
19  far as I understand, but I don't know what it
20  is called.
21     Q.   When you say it is commercialized,
22  you mean put into production?
23     A.   Yes.
24     Q.   Do you know what the application
25  is for that tire?

---

39

J.W. DAWS

1
2      A.   No, I don't.
3      Q.   Is that tire used on commercial
4  bus fleets?
5      A.   No, not that I know of.
6      Q.   Is that a heavy equipment type
7  tire used on bull dozers or other types of
8  vehicles?
9      A.   No, sir, those tires are not that
10  sort of tire.
11     Q.   Do you know what kind of vehicle
12  use that tire was on?
13     A.   No, I don't.
14     Q.   Do you know any other tire other
15  than that one that has this layer that you are
16  speaking of?
17     A.   No.
18     Q.   And would the next layer then be
19  the steel-belt package?
20     A.   Yes, it would.
21     Q.   And after the steel-belt package,
22  what would you encounter?
23     A.   Well, you would have the various
24  levels of steel cord and then you have the
25  body ply itself.

---

40

J.W. DAWS

1
2      Q.   I'm sorry, when you say the
3  various level of steel cords, you are
4  referring to the steel-belt package?
5      A.   Steel belt, however many belts
6  there are.
7      Q.   Then after that you have the body
8  ply --
9      A.   Body ply.
10     Q.   Are they also referred to as body
11  cords?
12     A.   Yes.
13     Q.   And those would be the cords that
14  you typically see in a radial tire that runs
15  from bead to bead.  Is that correct?
16     A.   That's correct.
17     Q.   And they run perpendicular to the
18  direction of the circumference of the tire?
19     A.   That's correct.
20     Q.   And what is that, are those body
21  cords usually constructed of, what material?
22     A.   For what kind of tire?
23     A.   Radial medium truck tire.
24     A.   Steel.
25     Q.   And after that layer, what do you

41

```
 1              J.W. DAWS
 2   encounter?
 3        A.   Typically the inner liner.
 4        Q.   And the inner liner is the rubber
 5   layer which in effect creates the airtight
 6   seal for the tire when mounted on the rim,
 7   correct?
 8        A.   That's correct.
 9        Q.   Now, when the tire is retreaded
10   and has one of the tread belts removed, how
11   many miles is that tire expected to have in
12   usage in the real world?
13           MR. POLLAK:  Objection to the form
14       of the question.  You can answer.
15        A.   That really depends on the
16   manufacture of the tire and the type of
17   retreading that it's gone through, but
18   typically it will be some fraction of what it
19   would have as an original new tire.
20        Q.   It would not be uncommon for a
21   tire like that to run another hundred thousand
22   miles before an additional retread operation
23   might be needed.  Is that correct?
24           MR. POLLAK:  Objection to the
25       form.  You can answer.
```

42

```
 1              J.W. DAWS
 2        A.   Again, it depends on the tire and
 3   the service and so on.  I have seen them as
 4   low as 60,000 miles.
 5           But, yeah, I mean, if it is a
 6   Michelin tire, typically they expect to get
 7   considerably more than a hundred thousand
 8   miles on the retread.
 9        Q.   Now the wires that make up the
10   steel-belt package, do you use terms like
11   cords, filaments to describe the construction
12   of the wire that is laid out in each
13   individual steel belt?
14        A.   You can use any terminology you
15   like.
16        Q.   Okay.  Well, why don't, if you can
17   give me a paragraph long description of the
18   construction in the typical steel belt that
19   goes into a radial medium truck tire, could
20   you do that?
21        A.   Sure.  I think I can.  A belt is
22   made up of cables, encompassed in a natural
23   rubber that is typically called a skim rubber.
24   Each cable is made up of twisted sets of
25   wires.  So there will be a cord set of wires,
```

43

```
 1              J.W. DAWS
 2   typically three, two or three wires in a core.
 3           And then those wires will be
 4   twisted together and then they'll be wrapped
 5   with another set of wires, and sometimes there
 6   will be a wrap wire around that whole bundle
 7   to make a cable.
 8           And then the belt is made up of
 9   basically cables adjacent to one another on
10   the bias; that is, they exist at an angle to
11   the circumferential direction of the tire.
12        Q.   Now, how do you distinguish
13   between -- you said there were cables and then
14   there were twisted wires and then they were
15   wrapped with another set of wires.
16        A.   Yes, sir.
17        Q.   How do you distinguish between the
18   terminology used for both of those, the first
19   set that is wrapped around and then the set
20   that's wrapped around those?  Are they called
21   filaments, are they called anything else?
22           MR. POLLAK:  Objection to the
23       form.  You can answer.
24        A.   I use wire because it is
25   individual wires.  The cable is made up of
```

44

```
 1              J.W. DAWS
 2   individual wires of different sizes, typically
 3   different sizes, but they can all be the same
 4   size as well.
 5        Q.   Because the wires are different
 6   sizes, that might mean that the cables
 7   ultimately are different sizes.  Is that
 8   correct?
 9        A.   The cables within a steel belt
10   will all be the same.
11        Q.   No, I'm saying from design to
12   design?
13        A.   Yes, from design to design.  From
14   belt to belt they may be different.
15        Q.   And when we talk about size, we
16   are talking about width of the cable itself,
17   diameter:  how do you measure the thickness?
18           MR. POLLAK:  Objection to the
19       form.  You can answer.
20        A.   Typically, the diameter is used as
21   the indicator, is, you know, what's the
22   minimum size hole that this cable will fit
23   through.
24        Q.   And then there is a measurement
25   that we have used before, ends per inch.
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

45

1                    J.W. DAWS
2        A.   Yes.
3        Q.   Could you describe what end per
4    inch implies?
5        A.    Ends per inch basically is the
6    number of wires in an inch of cable.  So if
7    you measure an inch of cable and count the
8    wires and you do that over a number of
9    different inches and average it out, you will
10   get the ends per inch.
11       Q.    And you also said that sometimes
12   there is an additional wrap?
13       A.   Yes.
14       Q.   Can you tell me what that is.
15       A.    Some cables have a single wire
16   that spirals around the first and second cord
17   twists to complete the wire, to provide extra
18   stability for the cord, for the cable.
19       Q.    Are some of those single wires
20   which spiral around simply there for the
21   manufacturing process, as opposed to
22   stability?
23            MR. POLLAK: Objection.  You can
24       answer.
25       A.   I think different manufacturers

---

46

1                    J.W. DAWS
2    perhaps have different takes on that.  I mean,
3    certainly the wrap wires, or the frets as
4    Michelin likes to call them, would, you know,
5    provide some stability in the -- prevent the
6    cords from moving around in the belt package.
7        Q.    So am I correct that you are
8    saying that when a single wire wrap is used
9    like this, its purpose is pretty much left up
10   to individual manufacturers who employ the use
11   of that wrap?
12       A.    Not necessarily.  I mean it binds
13   the cable together.  Now, that has an
14   advantage in manufacturing.  It also has some
15   advantage in design.
16       Q.    Now, you mentioned that one of the
17   variables is the EPI, the ends per inch.  In
18   radial medium truck tires, is there a range
19   that you are familiar with of how many ends
20   per inch there are in different belts or
21   different belt designs?
22       A.    That's a pretty broad question.  I
23   mean, you know, medium radial truck tires run
24   the gamut from small 17-1/2 inch, 19-1/2 inch
25   sizes to 24-1/2 inch bead diameters and so on,

---

47

1                    J.W. DAWS
2    and huge variations in width.  So depending on
3    the tire, you know, the tire range and its
4    function, ends per inch can be all over the
5    map.
6        Q.    How about radial medium truck
7    tires that are used for long-haul service
8    operation or used for long-haul commercial bus
9    operation?
10       A.    Again, that depends not only on
11   the tire size but also on the size of the
12   wires and the thickness of the belt package
13   itself.
14       Q.    Now --
15       A.    Obviously the thicker the wire you
16   use, the lower the ends per inch are likely to
17   be.
18       Q.    Right.  What was the lowest number
19   of ends per inch that you have ever seen in a
20   steel belt of a radial medium truck tire that
21   was used for long-haul operation or commercial
22   bus operation?
23       A.    I don't recall.  I mean, I don't
24   typically count them.
25       Q.    Could it have been less than ten?

---

48

1                    J.W. DAWS
2            MR. POLLAK: Objection to form.
3       You can answer.
4        A.    Well, for heavy cable, yes.
5        Q.    In terms of the diameter of the
6    cable, what would you say the range is for the
7    diameter of cable that would be used in a
8    steel-belt package for a radial medium truck
9    tire that is used for long-haul service or
10   commercial bus service?
11            MR. POLLAK: Objection to the
12       form.  You can answer.
13       A.    Again, that's all over the map.
14   It depends on the manufacturer.
15       Q.    So there is no industry standard
16   as far as you know for the diameter of a steel
17   belt cable that's used in a steel belt in a
18   radial medium truck tire that is used for
19   long-haul service or commercial bus service?
20       A.    There is no standard for design,
21   period.
22       Q.    And the same question regarding
23   ends per inch.  Is there any industry standard
24   in terms of how many ends per inch there would
25   be in a belt design for a belt that's used in

John William Daws, Ph.D., PE.                    September 14, 2010

---

**49**

J.W. DAWS

1
2    a radial medium truck tire that is in
3    long-haul service or used for commercial bus
4    service?
5        A.   No, sir.
6        Q.   You mentioned the thickness of the
7    belt package.  Would that be the measurement
8    that you go from the top of the number four
9    belt to the bottom of the number one belt more
10   or less?
11       A.   Well, that would encompass all the
12   belts, but each belt has an individual
13   thickness as well.
14       Q.   But when you were referring to
15   thickness before, were you referring to the
16   cumulative thickness of the different belts?
17       A.   Both.  Both the thickness of the
18   individual belts, as well as the overall belt
19   package.
20       Q.   Is there any standard for belt or
21   belt package thickness for belts or belt
22   packages that are used in radial medium truck
23   tires that are designed for long-haul service
24   or for commercial bus service?
25       A.   There is no design standard.

---

**50**

J.W. DAWS

1
2        Q.   So when you look at a tire, a
3    radial medium truck tire that has a certain
4    belt package or belt thickness, you can't
5    determine one way or another whether or not it
6    doesn't comply with an industry standard, is
7    that correct?
8        MR. POLLAK:  Objection to the
9    form.  You can answer.
10       A.   There is no industry design
11   standard.
12       Q.   And the same question regarding
13   the diameter of the cables used in a
14   steel-belt package for radial medium truck
15   tires for long haul and commercial bus
16   operation:  you cannot look at a design and
17   say that it's diameter does not comply with
18   industry standards.  Is that correct?
19       A.   That's correct.
20       Q.   And the same thing for the EPI
21   count, you cannot look at an EPI count of a
22   radial medium truck tire in terms of its
23   steel-belt package and say that that EPI is
24   not within industry standards?
25       A.   That's correct.

---

**51**

J.W. DAWS

1
2        Q.   Now, when we were talking about
3    the direction that the wires, the cables run,
4    you used the term bias, and that means they
5    run at an angle to the direction of the tread
6    of the tire.  Is that correct?
7        A.   That's correct.
8        Q.   When the belts are laid on top of
9    each other, are they laid in such a fashion
10   that the belts are biased in the same way or
11   that they are biased in the opposite
12   direction?
13       A.   Depends on which belt you are
14   talking about.
15       Q.   Well, let's say, let's talk about
16   a four-belt tire for the moment.  If the
17   number four belt is biased one way, would the
18   number three belt be biased another way?
19       A.   It might or might not.  Typically
20   it would not.  Typically, it will have the
21   same angle, or similar -- it will be in the
22   same direction.  It may not have the same
23   angle, but it will be in the same direction as
24   the number three which will be opposite to the
25   number two and then -- because the two and

---

**52**

J.W. DAWS

1
2    three belts are considered the working belts
3    of the tire.
4        Q.   So the two and three belts would
5    run in opposite angles, is the correct?
6        A.   That's correct.
7        Q.   And would the one belt operate in
8    the same -- I'm sorry, would the one belt be
9    biased in the same angle as the four belt or
10   different?
11       A.   Typically it is going to be
12   opposite the one belt and at a very different
13   angle.
14       Q.   So you get basically a honeycomb
15   pattern when you look down.  If you could look
16   down at the belts laid one on top of the
17   other, it would look like a honeycomb pattern,
18   is that correct?
19       A.   That's correct.
20       Q.   The wires criss-cross?
21       A.   Yes.
22       Q.   And it kind of looks like a waffle
23   at an angle?
24       A.   Yes.
25       Q.   Now, when you look down at the

John William Daws, Ph.D., PE.                    September 14, 2010

---

53

1              J.W. DAWS
2  image that's created, this honeycomb-type
3  image, if you were looking through an x-ray,
4  that's a two-dimensional image that you get.
5  Is that correct?
6      A.   An x-ray is definitely a
7  two-dimensional image.
8           You can -- I have seen CAT scans
9  of tires and they are three-dimensional images
10  but they are very expensive to make, so
11  typically people work with x-rays.
12     Q.   And the x-rays you took in this
13  case are two-dimensional views looking down
14  through the tread towards the inner liner, is
15  that correct?  Or the other way, looking out
16  from the liner out towards the tread.
17     A.   That's one way to do it, yeah.
18     Q.   Did you do that?
19     A.   I did that, as well as shooting at
20  an angle through the sidewall, through the
21  tread and through the outside.
22     Q.   Now, when you look at a steel-belt
23  package in a tire, based on the
24  specifications, you can determine the
25  percentage of steel versus non-steel that's in

---

54

1              J.W. DAWS
2  a square inch of a steel-belt package, is that
3  correct?
4      A.   Can you repeat the question.
5      Q.   Well, based on the specifications
6  of, the design specifications of a radial
7  medium truck tire, can you determine per
8  square inch how much steel there is in the
9  belt package area versus non-steel?
10     A.   Well, you can determine what that
11  ratio is in a green tire, in the unvulcanized
12  tire, and those numbers change in the cured
13  tire.  So from the specs, from the green tire
14  specs you can determine what it is for the
15  green tire.
16     Q.   And the change is within certain
17  manufacturing tolerances?
18          MR. POLLAK:  Objection to the
19     form.  You can answer.
20     A.   The change has to do with the
21  pantographing of the belts as they go into the
22  mold, and how much, what we used to refer to
23  as lift, how much push you need to get into
24  the mold, because that generates pantographing
25  of the belts and a compression of the belt

---

55

1              J.W. DAWS
2  system, yes.
3      Q.   For instance, if a tire, based on
4  its specifications, the green tire
5  specifications, had 40 percent of steel per
6  square inch versus 60 percent of non-steel,
7  what would happen to those percentages as a
8  result of the manufacturing process?  Would
9  there be -- could the percentage of steel go
10  up, could the percentage of steel go down?
11  You tell me.
12          MR. POLLAK:  Objection to form.
13     You can answer.
14     A.   Well, typically what happens is
15  the steel core gets a little closer together
16  in the cured tire.
17     Q.   And what does that mean?
18     A.   So the steel density goes up some
19  fraction.
20     Q.   And when you say fraction, if it
21  was a 40 percent distribution of steel per
22  square inch, would that go up to 41 percent,
23  45 percent?
24     A.   It depends on the lift and the
25  design of the mold and how the green tire is

---

56

1              J.W. DAWS
2  put together, the angle of belts and any
3  number of other variables.
4      Q.   Could it go up as much as 5
5  percent?
6          MR. POLLAK:  Objection to the
7     form.  You can answer.
8      A.   Again, I don't recall.
9      Q.   You don't know one way or the
10  other?
11     A.   Well, it -- it may go up 5
12  percent, certainly.
13     Q.   Could it go down 5 percent?
14     A.   Not likely.
15     Q.   What would be more likely?
16     A.   That it would go up.
17     Q.   And if it went down, what
18  percentage would it go down?
19          MR. POLLAK:  Objection to the
20     form.  You can answer.
21     A.   I don't know the answer to that
22  question.
23     Q.   Could it be one, two percent,
24  three percent?
25          MR. POLLAK:  Objection:  asked and

John William Daws, Ph.D., PE.                                   September 14, 2010

---

57

1              J.W. DAWS
2    answered.
3        A.   I already said I don't know the
4    answer to the question.
5        Q.   Okay.  So if you have a tire of
6    one design that has 40 percent of steel per
7    square inch in the belt package, and another
8    tire which by design has 45 percent of steel
9    in the belt package per square inch -- and
10   this again is based on the green tire specs,
11   correct?
12           MR. POLLAK:  Objection to the form
13       of the question.
14       A.   Those are the numbers you are
15   giving me, yes.
16       Q.   Is it possible that when those
17   tires are produced, that the tire with 40
18   percent could rise in terms of its percentage
19   of steel, and the tire with 45 percent can
20   either drop or remain the same in terms of its
21   percentage of steel per square inch so that
22   they would have the same amount of steel
23   coverage per square inch?
24           MR. POLLAK:  Objection to the
25       form.  You can answer.

---

58

1              J.W. DAWS
2        A.   That's a non-answerable question.
3        Q.   Why is that non-answerable?
4        A.   Because if you tell me those two
5    tires are made by the same company and they
6    are the same size, I can give you an answer.
7            If you tell me they are made by
8    the same company and they are two different
9    sizes, it can't be answered, not easily.  And
10   if they are made by two different companies,
11   you have no idea.
12       Q.   Well, let's take the second
13   suggestion, it is the same company but
14   different models?
15       A.   Different sizes?
16       Q.   Same size different model
17   steel-belt package, different design
18   steel-belt package.
19           MR. POLLAK:  Objection to the
20       form.
21       Q.   Is it possible that the size that
22   has 45 percent of steel coverage per square
23   inch, and the design that has 40 percent of
24   steel coverage, could equal out after the
25   production process?

---

59

1              J.W. DAWS
2            MR. POLLAK:  Objection.  You can
3        answer over the objection.
4        A.   If they are the same size tire
5    made by the same company, the answer is no.
6        Q.   And why is that?
7        A.   Because tire companies use
8    standardized building blocks and so on.  The
9    beads are probably going to be identical.
10   Certainly the molds will be designed with the
11   same philosophy and the same lift ratios and
12   things like that.  So they are going to be --
13   whatever happens to one tire, is going to
14   happen to the next.
15       Q.   Does that happen to every single
16   tire during its production process?  I mean,
17   aren't there tolerances from tire to tire in
18   the manufacturing process which account for
19   variations for things like this?
20           MR. POLLAK:  Objection to the
21       form.  You can answer.
22       A.   Within a given tire design, yeah,
23   but not within -- I mean, you know, you don't
24   expect two tires that are made, you know, from
25   two different companies to be covered by the

---

60

1              J.W. DAWS
2    same set of tolerances because each company
3    has its own tolerances that it makes up as it
4    goes along.
5            So, you know, for example in
6    Goodyear's case the tolerances on wire
7    strength is plus or minus five percent.  So,
8    you know, if you happen to make a tire with
9    weak wire one week, and a tire with strong
10   wire another week, you are going to get
11   slightly different performance results out of
12   identically the same tire.
13       Q.   Let's go back to, though, the
14   scenario that we talked about before where a
15   tire can increase the amount of steel coverage
16   by the amount of 5 percent per square inch
17   from the green tire spec.  Do you remember we
18   were talking about that?
19           MR. POLLAK:  Objection.  You can
20       answer.
21       A.   Yes.
22       Q.   Is that going to happen in every
23   single tire that is manufactured by the same
24   manufacturer:  is it always going to be a five
25   percent increase?

John William Daws, Ph.D., PE.                    September 14, 2010

---

61

1              J.W. DAWS
2         MR. POLLAK:  Objection.  You can
3    answer.
4         A.   No, sir, but they will be similar
5    to one another.  It might not be identically
6    the same number, and certainly from tire to
7    tire within the same batch they are going to
8    be different, slightly different.
9         Q.   Some might not increase at all?
10        A.   No, I didn't say that.  I said
11   some might be 4.8 percent, some might be 5.2
12   percent.
13        Q.   How about 3 percent?
14        A.   Maybe.  It depends on the control
15   that the company has on its process.
16        Q.   How about 2 percent?
17        A.   It depends on the control the
18   company has on their process.
19        Q.   So, in other words, the
20   differences between a tire that's designed
21   with its green tire spec having 40 percent
22   steel per square inch, might ultimately be
23   about the same amount of steel coverage as a
24   tire that has 45 percent in its green tire
25   spec?

---

62

1              J.W. DAWS
2         MR. POLLAK:  Note my objection.
3    asked and answered.  You can answer.
4         A.   Yeah, that's not what I said.
5         If the tires are designed
6    different, they will typically, you know, be
7    different in the finished product, because
8    they will move in the same general direction
9    if they are made by the same company because
10   companies design their processes and their
11   processing equipment and their molds and so
12   on, with the same general philosophy.
13        Q.   Now, is the percentage of steel
14   versus non-steel in the square inch of a
15   radial medium truck tire's belt package,
16   something that's directly stated or listed in
17   the tire specifications?
18        MR. POLLAK:  Objection.  You can
19   answer.
20        A.   Is the --
21        Q.   In other words, is that figure
22   there, or is it something that you have to
23   make a measurement or a calculation to figure
24   out?
25        MR. POLLAK:  Objection.  You can

---

63

1              J.W. DAWS
2    answer.
3         A.   That's something you have to
4    calculate.
5         Q.   Would the square inches from
6    different locations of the same tire, have the
7    same percentage of steel versus non-steel?
8         In other words, would the
9    distribution be the same or consistent
10   throughout the steel-belt package of one
11   particular tire?
12        A.   No, sir.
13        Q.   They could be different?
14        A.   It would be slightly different,
15   especially as you get out near the belt edges.
16        Q.   Would there be more or less steel
17   per square inch in the belt edge area?
18        A.   Well, the belt edge area, the
19   belts aren't all the same width.  So because
20   there is a difference in width, you know, when
21   you get out to the outside edge of the tire,
22   the outside edges of the steel belts sometimes
23   you have one steel belt, sometimes you have
24   two, sometimes you have three, sometimes you
25   have four, so.

---

64

1              J.W. DAWS
2         Q.   And that's out towards the
3    shoulder area?
4         A.   That's out towards the shoulder
5    area, yes.
6         Q.   The puncture that is involved in
7    the subject tire in this case, was that out
8    towards the shoulder area or was that more
9    towards the center of the tread?
10        A.   If you don't mind, I --
11        Q.   Absolutely, if you need to take a
12   look at something, that's fine.
13        (Discussion off the written
14   record.)
15        MR. KAPLAN:  Can we go off the
16   record for two minutes.
17        THE VIDEOGRAPHER:  We are now
18   going off the record at approximately
19   10:41 a.m.
20        (Off the record.)
21        THE VIDEOGRAPHER:  We are now
22   going back on the record approximately
23   10:51 a.m.
24        MR. KAPLAN:  Do you need the last
25   question repeated?

John William Daws, Ph.D., PE.                    September 14, 2010

---

65

```
1                J.W. DAWS
2           THE WITNESS:  No, sir.
3           MR. KAPLAN:  Okay.
4           MR. POLLAK:  I do.  Can you please
5      read it back.
6           (Record read.)
7           MR. POLLAK:  Thank you.
8       A.   It's in one of the inboard tread
9      ribs, so it is toward the center of the tire.
10      Q.   If you had to pick a spot on the
11     tread area of that tire where there would be
12     more or less steel coverage beneath it, that
13     would be a likely spot, is that correct?
14          MR. POLLAK:  Objection to the
15     form.  You can answer.
16      Q.   In other words, you indicated that
17     the belt steel coverage per square inch from
18     location to location on a tire might vary with
19     lesser amounts being towards the shoulder
20     area.  Correct?
21      A.   With lesser amounts in the, you
22     know, outboard of the last tread rib where the
23     belt ends or edges are.  So this is, you know,
24     on an inboard tread rib so that, if anything,
25     things are fairly constant here.
```

66

```
1                J.W. DAWS
2           Obviously they are denser in the
3      exact center, under the center rib, but they
4      are fairly constant here.
5       Q.   Okay.  Now looking at a
6      two-dimensional image of the honeycomb
7      pattern, you get what I describe as a steel
8      coverage pattern.  Do you understand what I'm
9      talking about?
10      A.   Yes, sir, I do.
11      Q.   In other words, you are looking at
12     a two-dimensional, almost like a crossword
13     puzzle looking picture, and you can make a
14     measurement possibly of how much steel you see
15     versus how much non-steel area you see.  Are
16     you with me?
17      A.   I suppose that's possible, but the
18     steel cords may overlap one another so it is
19     tough to say that a given steel line in an
20     x-ray, isn't multiple steel cords depth and
21     deep.
22      Q.   Right.  So when you look at that
23     two-dimensional image in terms of the steel
24     coverage, you are not seeing all of the steel
25     that is actually there because of the overlap.
```

67

```
1                J.W. DAWS
2      Is that correct?
3       A.   It could be.  It depends on how
4      the steel is laid out.
5       Q.   In terms of puncture resistance,
6      do you think that the layout is as important
7      or not as important or it doesn't matter when
8      compared to the total amount of steel that's
9      in the steel-belt package?
10          MR. POLLAK:  Objection to the
11     form.  You can answer.
12      A.   Well, puncture is related to
13     aerial density.  So the total amount of steel,
14     and the total amount of rubber, the aerial
15     density of the tire is what's important.
16      Q.   In other words, you don't consider
17     how the steel is laid out in a particular
18     square inch in terms of a tire's puncture
19     resistance; you look towards the total amount
20     of steel versus non-steel.  Is that correct?
21      A.   Well, that would be the -- that
22     would be the gross assessment.  You really
23     don't have a finer assessment than that.  I
24     mean, there is an infinite variety in how
25     wires are placed in tires by various companies
```

68

```
1                J.W. DAWS
2      and in various designs.  So the easiest thing
3      to do is to look at the aerial density.
4       Q.   Well, you know how geologists when
5      they take a soil sample, they can stick a tube
6      down and they can kind of see what each layer
7      of the subsoil looks like in terms of how much
8      of a different material is there and at what
9      level.  Do you know what I'm speaking of?
10      A.   I think I do.
11      Q.   Is that something you could do
12     with a tire when you go down from the tread
13     through the belt layers but right before you
14     get to the body cords?
15      A.   If you cut the tire through the
16     belts, you can -- that's a fair assessment of
17     what's going on.
18      Q.   Well, in some areas you are going
19     to encounter steel towards the top, isn't that
20     correct?  You might go through an area where
21     the four-belt steel is present.  Is that
22     correct?
23          MR. POLLAK:  Objection to the
24     form.
25      Q.   In other words, if you just take a
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

69

J.W. DAWS

1
2    probe going down different portions of a tire,
3    in some areas you may hit a portion of the
4    number four steel belt, and in some areas you
5    might not hit a portion of the number four
6    steel belt. Is that --
7        A.   By portion are you talking about a
8    cable?
9        Q.   Correct.
10       A.   Yes, you might hit a cable, you
11   might not hit a cable, and depending on the
12   size of the probe --
13       Q.   Right.
14       A.   You know.
15       Q.   And the same would be true if you
16   went through that belt four layer and got into
17   the belt three layer, isn't that correct?
18       A.   That's correct.
19       Q.   Depending on where you are on the
20   tire's tread, you may or may not come into
21   contact with a wire from the number three
22   belt?
23           MR. POLLAK:  Objection to the
24   form.  You can answer.
25       A.   That's correct.

---

70

J.W. DAWS

1
2        Q.   And the same is true once you get
3    down to the number two belt, if you get that
4    far, isn't that right, you may or you may not?
5        A.   I would say that's true for every
6    belt.
7        Q.   For every single belt all the way
8    down?
9        A.   Including the body ply.
10       Q.   And these probes would show
11   inconsistent results from different areas
12   around the tire, isn't that correct?  Some
13   might cause contact with the cords in the
14   number four belt and the number two belt.
15   Others might have contact with wires in the
16   number one belt, in the number three belt.
17   There are all kinds of different combinations
18   that can happen, isn't that correct?
19           MR. POLLAK:  Objection.  You can
20   answer.
21       A.   I would agree with that.  You are
22   talking about taking, you know, a small hole
23   and cutting a hole out and looking at whether
24   you have steel at a given layer, yeah.
25       Q.   And would it be fair to say that I

---

71

J.W. DAWS

1
2    wouldn't be able to predict what I would find
3    depending on where I put a probe into the
4    tread surface of any particular radial medium
5    truck tire, is that correct?
6        A.   I think that's a fair assessment,
7    yes.
8        Q.   Can you predict if a nail or a
9    screw is going to go through a tread and
10   through a certain amount of steel belts on a
11   particular tire on every single occasion?
12           MR. POLLAK:  Objection to the
13   form.  You can answer.
14       A.   No, sir.
15       Q.   In other words, you could run the
16   same tire over a same screw or a same nail
17   under identical conditions, and depending on
18   what portion of that tread makes contact with
19   the screw or the nail, you may have a
20   different result in terms of how the tire is
21   punctured?
22           MR. POLLAK:  Objection to the
23   form.  You can answer.
24       A.   I guess I would express it a
25   little differently than that.  I would say if

---

72

J.W. DAWS

1
2    you did it a hundred times, there would be an
3    average, there would be some level with which
4    that penetration would get to, and there would
5    be certain occurrences where it goes further
6    and certain occurrences where it doesn't go as
7    far.
8        Q.   Have you ever encountered any
9    studies where something like that has been
10   done, where tires have been run over nails or
11   screws and data is kept over, let's say, a
12   hundred times or however many times the
13   situation is recreated?
14       A.   No, sir.
15       Q.   Have you ever heard of any
16   situations where manufacturers compare the
17   ability of one tire that they design, with
18   another tire that they design -- I'm talking
19   about radial medium truck tires in this
20   fashion -- to determine whether or not one
21   tire is going to have a greater puncture rate
22   than the other tire?
23           MR. POLLAK:  Objection to the
24   form.  You can answer.
25       A.   No, sir.

John William Daws, Ph.D., PE.                    September 14, 2010

---

73

1           J.W. DAWS
2      Q.  Do you know if, or have you ever
3  heard of any manufacturers doing that type of
4  comparative study between tires they
5  manufacture and tires that other manufacturers
6  produce?
7      A.  No, sir.
8      Q.  What would you say the minimum
9  percentage of steel should be in a radial
10  medium truck tire used in long-haul service or
11  bus service per square inch?
12      MR. POLLAK:  Objection to the
13  form.  You can answer.
14      A.  I wouldn't say.
15      Q.  Why wouldn't you say?
16      A.  Because, again, depending on how
17  it's laid out, how it is put in, what, you
18  know, what kind of angles, there might be a
19  range there.  I just don't know what it would
20  be.
21      Q.  So you have never calculated a
22  range based on how much steel versus non-steel
23  would be acceptable or not acceptable?
24      A.  No, sir.
25      Q.  Do you know if anybody in the

---

74

1           J.W. DAWS
2  industry, the tire industry, has ever done
3  something like that?
4      A.  No, I don't.
5      Q.  As opposed to a minimum amount of
6  steel, have you ever heard of there being a
7  range in terms of how much steel versus
8  non-steel should be in a steel-belt package
9  per square inch?
10      MR. POLLAK:  Objection to the
11  form.  You can answer.
12      A.  No, sir.
13      Q.  Have you ever heard of any studies
14  or tests where the, where tires with different
15  percentages of steel versus non-steel per
16  square inch in the belt package, were compared
17  to one another for puncturability?
18      A.  No, sir.
19      THE WITNESS:  I'm going to have to
20  take a break guys, sorry.
21      MR. KAPLAN:  Okay.
22      MR. POLLAK:  No problem.
23      THE VIDEOGRAPHER:  We're now going
24  off the record at approximately 11:02
25  a.m.  This is the end of tape No. 1.

---

75

1           J.W. DAWS
2      (Recess taken.)
3      THE VIDEOGRAPHER:  We're now going
4  back on the record at approximately
5  11:09 a.m.  This is the beginning of
6  tape No. 2.
7  BY MR. KAPLAN:
8      Q.  I had previously asked you a
9  question about whether you knew of any testing
10  regarding whether or not there was more or
11  less puncture resistance in an RMT tire that
12  had more steel coverage per square inch in its
13  steel-belt package, versus an RMT tire that
14  had less steel in a square-inch area.  And you
15  said that you knew of no testing, is that
16  correct?
17      A.  That's correct.
18      Q.  Would it also be fair to say that
19  you know of no articles or studies relating to
20  that concept?
21      MR. POLLAK:  Objection to the
22  form.
23      Q.  Okay, let me rephrase it.  Is it
24  also fair to say that you know of no articles
25  or studies concerning whether an increased

---

76

1           J.W. DAWS
2  amount of steel in an RMT belt package per
3  square inch, is more effective in terms of
4  puncture resistance than an RMT tire with less
5  steel per square inch?
6      MR. POLLAK:  Objection to the
7  form.  You can answer.
8      A.  That's correct.
9      Q.  And would the same answer also be
10  correct if I said if there was any peer review
11  material whatsoever regarding that?
12      A.  That's correct.
13      Q.  Now, is the identical screw or
14  nail lying on a road, always going to cause a
15  puncture in a tire of the same model and
16  design when it runs over it?
17      MR. POLLAK:  Objection to form.
18  You can answer it.
19      A.  No, sir.
20      Q.  Is there anyway for you to predict
21  whether or not the same puncture, or whether
22  or not a puncture will occur at all when one
23  tire of the same design is run over the same
24  screw or nail?
25      A.  No, sir.  It is an absolutely

77

```
 1              J.W. DAWS
 2  random event.
 3      Q.   Is there anyway for you to
 4  determine whether or not a G-409 C-3 revision
 5  tire running over a screw or a nail is always
 6  going to result in a puncture to that tire?
 7          MR. POLLAK:  Objection to the
 8      form.  You can answer.
 9      A.   I'm not sure I understand your
10  question.
11      Q.   Well, let's take the type of screw
12  that you have identified in your x-ray
13  analysis in this case.  Is there anyway for
14  you to predict whether or not a G-409 tire
15  with a C-3 revision, is going to always be
16  punctured when run over that type of screw?
17      A.   No, sir.  Again, it is a
18  completely random event, random energies,
19  random orientations.
20      Q.   Same question regarding a G-409
21  tire pre-C-3 specification, is there anyway to
22  tell if that type of tire will run over the
23  screw that you have identified in this case,
24  is always going to result in a puncture?
25          MR. POLLAK:  Objection to form.
```

78

```
 1              J.W. DAWS
 2      You can answer.
 3      A.   I think the same answer applies.
 4  It is completely random orientation.  Some of
 5  them will; some of them won't.
 6      Q.   Is there anyway to do a
 7  comparative analysis between whether or not a
 8  C-3 G-409 tire run over the same screw is
 9  going to result in a puncture, as opposed to a
10  pre-C-3 G-409 tire?
11          MR. POLLAK:  Can you please read
12      back the question.
13      (Record read.)
14          MR. POLLAK:  Objection to the
15      form.  You can answer.
16      A.   Okay.  I think the answer to that
17  is, that's what I did with the flat analysis.
18  You know, obviously, you can't -- you know,
19  every puncture isn't that particular screw.
20  But certainly the propensity for punctures is
21  clearly captured in the flats analysis from
22  the response desk, maintenance response desk
23  data.
24      Q.   That's the 1852-page document you
25  are referring to, correct?
```

79

```
 1              J.W. DAWS
 2      A.   Yes, sir.
 3      Q.   Let's put that on hold for a
 4  second.
 5          Is there any other comparative
 6  analysis that you can make, as I have asked
 7  you, between whether or not a C-3 G-409 tire
 8  is going to result in a puncture when it runs
 9  over a screw, as opposed to a pre-C-3 G-409
10  tire?
11          MR. POLLAK:  Objection to form.
12      You can answer.
13      A.   The only way to do that would be
14  in a population analysis; that is, you look at
15  what's coming back out of the field which is
16  the way the tire industry rates tires anyway.
17  It evaluates the design.  It evaluates how
18  well the tire is working.  It evaluates
19  whether to update the design or change it in
20  some way.  It's a field analysis.  Okay?  And
21  so when you say set aside the only study
22  that's out there, no, there is no others that
23  I know of.
24      Q.   Well, you refer to it as a study.
25  Is that an accurate description of what it is?
```

80

```
 1              J.W. DAWS
 2      A.   Well, again, that's what field,
 3  you know, that's what field data analysis is.
 4  It is taking the data that comes back from the
 5  field and drawing conclusions about what's
 6  happened, you know, and in this case the,
 7  because punctures are random, the randomness
 8  did not occur -- you know, there wasn't an
 9  increase in randomness on the road or increase
10  in the number of puncture entities on the
11  road.  There is no reason to believe that.  So
12  the only thing out there then is the fact the
13  tire changed.
14      Q.   Was there any mention of the
15  1852-page document from the maintenance
16  response desk being a study to determine the
17  rate that Greyhound's tires were being
18  punctured?
19      A.   No, sir.  There is nothing that
20  says it was a study.
21      Q.   Now, when you use the term
22  puncture resistance in a tire, does that mean
23  impervious to puncture, or what, what does
24  puncture resistance as far as you're concerned
25  mean in a radial medium tire?
```

81

1               J.W. DAWS
2          MR. POLLAK: Objection to form.
3     You can answer.
4          A.   Well, puncture resistance is
5     essentially the ability to resist a complete
6     penetration of the tread, you know, by some
7     fraction of the total population of puncturing
8     energies and entities that exist in the road.
9          Q.   Now, when you use the term
10    complete penetration, you mean an object that
11    goes through the tread all the way through the
12    inner liner.  Is that correct?
13         A.   That's correct.
14         MR. POLLAK: Objection to form.
15    You can answer.
16         A.   That's correct.
17         Q.   Would you say that a tire that
18    prevented an object from going all the way
19    from outside the tread through the inner
20    liner, is sufficiently puncture-resistant?
21         MR. POLLAK: Objection to the form
22    of the question.
23         A.   If the tire allows the inner liner
24    to be breached, either because the puncturing
25    entity made it there or because wires migrated

82

1               J.W. DAWS
2     there, or some combination of the two, then a
3     puncture occurred, you know, whether or not
4     the puncturing entity actually, you know,
5     remains extended through the inner liner after
6     the, you know,  after the vehicle comes to
7     rest.
8          Q.   I'm not sure if you answered my
9     question, though.
10         What I'm asking you is, if a tire
11    prevents a puncturing object from going
12    through to the inner liner, whether that tire
13    was satisfactorily puncture-resistant?
14         MR. POLLAK: Objection: asked and
15    answered.  Also, I object to the form.
16    You can answer.
17         A.   Well, it is certainly
18    satisfactorily puncture-resistant for that
19    particular puncture.  That doesn't mean there
20    isn't another puncture out there that couldn't
21    puncture the tire all the way through.
22         Q.   Now, in the instant case, we have
23    a screw that punctured through the tread and
24    went so far as the belt package area.  Isn't
25    that correct?

83

1               J.W. DAWS
2          A.   That's correct.  In all likelihood
3     it went slightly further and then backed up to
4     lock into the, in -- you know, the screw
5     has -- the major diameter of the screw is
6     larger than the pace of the belt, the opening
7     in the belts, so it would tend to lock into or
8     get trapped, you know, in the belts.  So it
9     goes in and then comes back out where it
10    snapped off.
11         Q.   So the belts trapped the screw, is
12    that correct?
13         MR. POLLAK: Objection to the
14    form.  You can answer.
15         A.   The belts trapped the piece of
16    screw that was still left in the tire, yes.
17         Q.   And the screw as a result did not
18    penetrate the inner liner, correct?
19         A.   That's a hypothetical.  In my
20    opinion it did, it did penetrate the inner
21    liner and then pushed back out again.
22         Q.   You are saying the screw itself,
23    not another object which you refer to as a
24    migrating wire, the screw itself penetrated
25    the inner liner?

84

1               J.W. DAWS
2          A.   I think the screw actually pushed
3     the wire into the inner liner.
4          Q.   Well, that's not what I'm asking
5     you.  I'm asking you whether or not the screw
6     itself punctured the inner liner?
7          A.   Yes, it did.  It pushed the wire
8     into the inner liner.
9          Q.   No, I'm not asking what it pushed.
10    Did the tip of the screw penetrate the inner
11    liner?
12         A.   Yes, it did.
13         Q.   Where is the evidence of that, of
14    the tip of the screw penetrating the inner
15    liner?
16         A.   Well, there is no evidence of
17    that.
18         Q.   So what's the basis for your
19    statement that the tip of the screw penetrated
20    the inner liner?
21         A.   Because there is no evidence that
22    it didn't.  There is absolutely no evidence
23    that the wire happened to migrate there all by
24    itself.
25         Q.   If there is no evidence in your

John William Daws, Ph.D., PE.                    September 14, 2010

---

85

1                J.W. DAWS
2    view that it did, and no evidence that it
3    didn't, then you can't say by a preponderance
4    of the evidence whether or not the tip of the
5    screw penetrated the inner liner, is that
6    correct?
7            MR. POLLAK:  Objection:  asked and
8        answered.  It is also argumentative.
9        Over objection, you can answer.
10       A.    The, you know, the wire, I don't
11   believe, would have migrated through the inner
12   liner by itself.  I think it had to be pushed
13   there by the screw.  And the only way it can
14   be pushed there by the screw, is if the screw
15   actually carries it to the inner liner.
16       Q.    Correct me if I am wrong, but I
17   don't believe I asked you whether or not the
18   screw pushed a wire through the inner liner.
19   I asked you whether or not the tip of the
20   screw itself penetrated the inner liner.  And
21   is the answer to that yes or no?
22           MR. POLLAK:  Objection:  asked and
23       answered.  Same objection.  You can
24       answer.
25       A.    Yes.

---

86

1                J.W. DAWS
2        Q.    And again, I asked you what the
3    evidence was for that, and you said there is
4    none supporting that it did and there is none
5    contradicting that it did.  Is that correct?
6        A.    In my opinion the evidence is the
7    wire is through the inner liner.  In my
8    opinion it wouldn't get there by itself.  So
9    the screw had to get it there.
10       Q.    Well, the screw encounters -- we
11   are talking about a wire that came from one of
12   the belts, correct?
13       A.    That's correct.
14       Q.    And that's before the screw even
15   would have gotten to the body cords of the
16   tire, correct?
17       A.    That's correct.
18       Q.    So at some point contact is made
19   by the screw to a steel belt wire.  Do we know
20   if the steel belt wire came from the number
21   four, three, two or one belt?
22       A.    I don't think that's been
23   determined.
24       Q.    Have you determined that?
25       A.    No.

---

87

1                J.W. DAWS
2        Q.    And then that wire, because of the
3    force of the contact, is driven through the
4    inner liner.  Is that correct?
5        A.    That's correct.
6        Q.    But, again, the screw itself did
7    not actually physically go through the inner
8    liner, correct?
9        A.    How can the screw drive the wire
10   through the inner liner without going there
11   itself?  That's physically impossible.
12       Q.    You are saying that the force of
13   the screw which broke or chipped the wire was
14   not enough to just make that wire itself
15   penetrate through the inner liner?
16           MR. POLLAK:  Objection to the form
17       of the question.  You can answer.
18       A.    It has to carry the wire with it.
19   It can't -- there is no way for it to -- I'm
20   not sure I agree that it was a belt wire, but,
21   you know, I tend to think it was a body ply
22   wire, but there you go, I don't have a
23   measurement of it.
24           And the reason, the reason for
25   that is that, you know, it takes a fair amount

---

88

1                J.W. DAWS
2    of time to migrate a wire in a tire.  That
3    doesn't happen overnight.  And the leak rate
4    that I measured on this tire just simply does
5    not support this puncture having been in there
6    for any amount of time.
7        Q.    Well, we will get to the leak
8    rate.
9        A.    Um-hum.
10       Q.    But you are saying through the
11   laws of physics, you have an equal and
12   opposite reaction, right?  You have something
13   that is hitting a wire with enough force that
14   the wire won't be able to be displaced and
15   pierce through the inner liner rubber on its
16   own, just from the force of being struck.  Is
17   that what you are saying?
18           MR. POLLAK:  Objection to the
19       form.  You can answer.
20       A.    Well, this is not like billiards
21   where you hit a ball and it rolls off on its
22   own.
23           The wire won't roll off on its
24   own.  It has to be dragged by the puncturing
25   entity.

89

J.W. DAWS

1
2      Q.   What if the wire was struck and
3  positioned in such a way that it was facing
4  perpendicular to the surface of the inner
5  lining, okay?
6      A.   Okay.
7      Q.   Would subsequent revolutions of
8  the tire cause extra force to be applied and
9  cause that wire to penetrate the inner liner?
10     A.   Well, if it is turned, and it
11 doesn't have -- if it is not far enough along
12 to get to the inner liner, then what you are
13 supposing, further wire turns down.
14          In other words, it is still
15 connected to the cable.  So in order for
16 further wire to turn down, it has to be
17 because the wire, the wire bundle is basically
18 becoming unwrapped, that is, there is no wrap
19 cable holding it altogether, no wrap wire
20 binding the cords.
21          And, again, that's going to take a
22 while and it is basically going to migrate
23 away from where the screw is.  And the
24 physical evidence we have is this thing's
25 right in line with the screw.  There is no

90

J.W. DAWS

1
2  migration away from it or anything else.
3      Q.   What is a while, how long would
4  that process take?
5          MR. POLLAK:  Objection to the
6  form.  You can answer.
7      Q.   You said it would take a while.
8      A.   Yeah, it would --
9          MR. POLLAK:  Objection to the
10 form.  You can answer.
11     A.   It would certainly take more than
12 a day.
13     Q.   How about two days?
14     A.   More than a day.
15     Q.   How about two days?
16     A.   More than a day.
17     Q.   How about two days, would that be
18 enough?
19     A.   It depends on how many miles you
20 are driving and what kind of load.
21     Q.   How many miles would you need?
22     A.   Again, in the absence of a binding
23 wire, I don't know.  I don't think anybody can
24 tell you the answer to that correctly or
25 within any reasonable degree of certainty.

91

J.W. DAWS

1
2      Q.   So in other words you cannot
3  refute that it could have happened within two
4  or three days over a distance of 500 miles, is
5  that correct?
6          MR. POLLAK:  Objection to the form
7  of the question.  You can answer.
8      A.   Again, I wouldn't know any basis
9  for that as well.  That's a guess on
10 somebody's part.
11     Q.   Can you refute that, though?
12     A.   As easily as somebody might be
13 able to refute my one day or less.
14     Q.   So you think it is like a 50/50
15 proposition here?
16          MR. POLLAK:  Objection to the form
17 of the question.  You can answer.
18     A.   More miles are better.  The
19 longer -- you know, it takes a while for a
20 wire to migrate in a tire.  It doesn't happen
21 instantaneous.  You have got to extract that
22 wire from somewhere in the cable.
23     Q.   How about if it was 600 miles over
24 five days?
25          MR. POLLAK:  Objection to the

92

J.W. DAWS

1
2  form.
3      A.   Wire migrations that I have seen
4  have been over thousands of miles.
5      Q.   How many thousands?
6      A.   Thousands of miles.  I don't know
7  how many thousands of miles.  But they didn't
8  happen in two or three days.  They didn't
9  happen in -- you know, they happened where a
10 wire is misplaced in the construction of the
11 tire, so the tire is new.
12          I see it after it has failed, it
13 is, you know, 50,000 miles down the road and
14 there is a migrated wire.
15     Q.   I'm talking about a situation
16 where you have a radial medium truck tire
17 that's been punctured into the tread belt
18 package by a screw.  Have you seen any other
19 situations like that in terms of belt
20 migration?
21          MR. POLLAK:  Objection to the
22 form.  You can answer.
23     A.   Again, I don't see how the belt
24 wire would migrate.  It is attached at both --
25 it is attached at one end.  How can it

93

1                J.W. DAWS
2  migrate?
3      Q.   Again, I'm asking you is it less
4  likely, more likely or just as likely that it
5  could have migrated over a period of days, as
6  opposed to the screw tip driving the wire
7  through the inner liner?
8          MR. POLLAK:  Objection to the form
9      of the question.  You can answer.  It
10     has also been asked and answered.  You
11     can answer the question.
12     A.   I think it is absolutely unlikely
13 that the barred wire migrated at all.
14     Q.   And why do you say it is unlikely?
15     A.   Because it is still -- the wire is
16 only cut in one place.  So for it to migrate,
17 it -- typically, the wire has to be free.
18 It's got to be able to move.  It is attached
19 at one end of the cable.  Whichever cable it
20 came from, it is attached.  So the chances for
21 it to migrate, are very, very small, one.
22         Second, it is directly under the
23 line of the screw.  So if it's, if it's, if it
24 starts out, if you want to have a hypothesis
25 that it migrates and it starts out adjacent to

94

1                J.W. DAWS
2  the screw, then the only way for it to get
3  enough length to actually go through the inner
4  liner, means it has to move away from the
5  liner, the screw because it is attached at the
6  one end of the cable.
7      Q.   Well, it didn't migrate, did it?
8  I mean, it is attached to the cable and it
9  extended through the inner liner.
10         MR. POLLAK:  Objection to the form
11     of the question.  You can answer.
12     A.   Again, I believe that the wire was
13 pushed into the inner liner by the screw.  The
14 screw actually drove it through the inner
15 liner.
16     Q.   And what portion of the screw
17 would have had to have hit the tire in this
18 fashion to cause it to drive down like that?
19     A.   One of the threads.  I mean, the
20 tip is going to have to cut the wire and
21 because the screw gets dramatically larger and
22 it has threads on it, it is going to tend to
23 drag the wire along with it.
24     Q.   Now, when it is dragging the wire,
25 isn't the wire extended ahead of where the

95

1                J.W. DAWS
2  screw is?
3          MR. POLLAK:  Objection.  You can
4      answer.
5      A.   Probably not.  Again, it is being
6  pulled along by the thread, not the tip.
7      Q.   When you say it is being pulled
8  along, isn't a portion of the wire sticking
9  out ahead of where the screw tip is?
10     A.   Not likely.  Again, the screw tip
11 may cut the wire, but it is being drug along
12 by traction between the thread and the rubber
13 around the wire.  So it, you know, it lags the
14 screw tip by some amount.
15         It is not like the wire is huge
16 and the screw tip spears the wire tip and
17 pushes it ahead of it.  That doesn't happen.
18     Q.   And what in the x-ray tells you
19 that?
20         MR. POLLAK:  Objection to the
21     form.  You can answer.
22     A.   Well, the shape of the screw.  The
23 screw tip is, you know -- you can't see the
24 penetrating wire in the x-ray.  So I know --
25 but I know the screw tip, you know, if the

96

1                J.W. DAWS
2  screw tip cuts the wire, then the only thing
3  to drag, the only thing to provide traction on
4  the wire is not the screw tip because it's
5  already passed.
6      Q.   How far was the screw tip from the
7  inner liner?
8          MR. POLLAK:  Objection to the form
9      of the question.
10     A.   About, from the inside of the
11 inner liner, about .08 inches, .08 or so.
12     Q.   And did you measure the hole where
13 the wire was that penetrated the inner liner?
14     A.   No, I didn't.
15     Q.   Was that hole equal to, less than
16 or greater than the size of the diameter of
17 the screw?
18     A.   Based on my microphotographs, it
19 is slightly larger than the diameter of the
20 wire.
21     Q.   Did you measure the hole in the
22 photographs?
23     A.   No.
24     Q.   So then why are you saying it is
25 slightly larger?

John William Daws, Ph.D., PE.                    September 14, 2010

---

97

1                J.W. DAWS
2        A.   Because you can see the diameter
3    of the screw or the diameter of the wire and
4    you can see the hole just slightly larger than
5    it.
6        Q.   But you made no measurement of it?
7        A.   No, I didn't.
8        Q.   Now, you have indicated that the
9    screw was trapped in the steel belts, isn't
10   that right?
11       A.   That's correct.
12       Q.   So how is it that the screw, if
13   trapped in the steel belts, could penetrate
14   into the liner and then settle back out of the
15   liner?
16       A.   Well, remember that the screw
17   punctures in and then it's snapped off.  All
18   right, so in that process of snapping off, it
19   is going to settle back to a locked position.
20       Q.   Well, what's exactly trapped in
21   the steel wires?  Isn't the thread of the
22   screws --
23       A.   The threads of the screws are held
24   between wires.
25       Q.   So why does it matter that the

---

98

1                J.W. DAWS
2    portion that's sticking out of the tread is
3    cut off if the threads are trapped within the
4    steel belt area?
5        MR. POLLAK:  Objection to the
6        form.  It has also been asked and
7        answered.  Over objection, you can
8        answer.
9        A.   I'm not sure I even understand the
10   question.
11       Q.   Well, you said that the reason why
12   you believe the screw came back away from the
13   liner was because a portion of the screw was
14   snapped off.  Is that correct?
15       MR. POLLAK:  Objection.  You can
16       answer.
17       A.   Well, I think that that's the most
18   likely scenario.  The screw is going to settle
19   to a point of minimum energy and that's going
20   to be where the wires between -- in the belts
21   are sitting at the minor diameter, that is,
22   between the threads.  All right?
23       So when the screw punctures in, if
24   it is not at that energy, it's going to back
25   out.  It only has enough energy to get to a

---

99

1                J.W. DAWS
2    certain place and it won't go any further, so
3    it has to back out.  Plus, when the screw is
4    snapped off, that's going to tend to pull it
5    back a little bit.
6        Q.   Why does it have to back off?  Why
7    doesn't it stay exactly where it stopped?
8        A.   Because --
9        MR. POLLAK:  Objection.  You can
10       answer.
11       A.   Because it is physically unstable
12   there.  It is not the point of minimum energy.
13   It is the point of minimum energy -- I mean,
14   the belts are -- the belts are -- if it is
15   sitting at a point of a major diameter on a
16   thread, then the belts are stretched.  And as
17   they work, it is going to pop the thing back.
18   It is going to push it back.  And since the
19   since the break is just below the top of the
20   outer belt, you know, I mean, it is right at
21   the top of the outer belt.  You can see that
22   there is steel in there but you can't, you
23   know, it was almost impossible to determine
24   what it was, and because these screws tend to
25   be fairly brittle, you know, they tend to

---

100

1                J.W. DAWS
2    break if you bend them.
3        My opinion is that the screw went
4    in, did its dirty work on the wire, and the
5    next time the tire came around, it snapped the
6    extra portion of the screw off.  Because there
7    was nothing in the tread, you know, there was
8    no screw piece in the tread, and there was no
9    impression on the tread to suggest that the
10   screw had been bent over and run for a while
11   to cut an impression into the tread.  It was a
12   clean cut.
13       Q.   Now, if I wanted to confirm what
14   you have just told me in terms of how a screw
15   migrates or doesn't migrate in the steel-belt
16   package of a radial medium truck tire, what
17   might I go to read, what journal or book might
18   I read that describes that process?
19       MR. POLLAK:  Objection to the
20       form.  You can answer.
21       A.   Well, you would probably start out
22   with Energy Methods in Elastodynamics.  You
23   may start with --
24       Q.   Right, some type of theoretical
25   study?

John William Daws, Ph.D., PE.                    September 14, 2010

---

101

```
 1              J.W. DAWS
 2      A.   Well, it is not a study.  It is
 3  the basics of energy methods.  That is,
 4  systems seek minimum energy states.
 5      Q.   Have any tire manufacturers done
 6  any studies on how the steel belts or --
 7  strike that; how screws penetrate a steel-belt
 8  package?
 9      A.   No, not to my knowledge.
10      Q.   Has any study been done which
11  examines how a steel belt is affected by being
12  struck by a screw in an in-service operation,
13  as far as you know?
14      A.   No, sir.
15      Q.   Has any peer-reviewed article or
16  study been conducted which describes how
17  screws affect steel belts when coming into
18  contact with them during the operation of a
19  radial medium truck tire?
20      A.   You know, I preface this by, you
21  know, punctures tend to be treated by tire
22  companies as road hazard and not their
23  problem.  So I haven't seen any tire companies
24  publishing any kind of studies about punctures
25  at all.
```

102

```
 1              J.W. DAWS
 2      Q.   How about the Department of
 3  Transportation, have they done any studies
 4  into that?
 5      A.   No, sir.
 6      Q.   Have they performed any defect
 7  investigations concerning how a screw's
 8  puncture affects steel-belt packages in radial
 9  medium truck tires?
10          MR. POLLAK:  Objection.  You can
11      answer.
12      A.   No, sir.
13      Q.   In fact, not just the tire
14  companies but you, yourself, on numerous
15  occasions have described a puncture by a screw
16  as a road hazard.  Isn't that correct?
17          MR. POLLAK:  Objection.  You can
18      answer.
19      A.   That's correct.
20      Q.   And you on many occasions have
21  described a puncture by a screw as an
22  environmental factor.  Isn't that correct?
23      A.   It's a road hazard.  I don't know
24  whether I would describe it as an
25  environmental hazard, but it is a road hazard.
```

103

```
 1              J.W. DAWS
 2      Q.   Are you denying that you referred
 3  to it as an environmental factor in numerous
 4  prior depositions?
 5          MR. POLLAK:  Objection.  You can
 6      answer.
 7      A.   If I described it as an
 8  environmental factor, I'll stand by that,
 9  sure.
10      Q.   And what is an environmental
11  factor?
12      A.   Well, I would, I would basically
13  think of an environmental factor as ozone, as
14  something associated with the environment,
15  rather than something associated with things
16  lying on the road.  But, you know, I guess you
17  could consider it part of the environment.  I
18  mean, the tire is operating over a road and
19  there you go.
20      Q.   And an environmental factor is one
21  that is out of the control of a manufacturer
22  of the tire, is that correct?
23          MR. POLLAK:  Objection to the
24      form.  You can answer.
25      A.   Well, yes and no.  I mean, tires
```

104

```
 1              J.W. DAWS
 2  need to be built to deal with the hazards that
 3  are in the field, and any tire manufacturer
 4  should be looking at how tires are failing.
 5  And if they see an increase in that rate at
 6  which they are failing, then you would expect
 7  them to be concerned about it.  Because,
 8  again, they don't have control over the state
 9  of the roads or the hazards they are in.
10      Q.   Is any tire puncture-proof as far
11  as you know, any radial medium truck tire or
12  tire used for commercial bus operation?
13          MR. POLLAK:  Objection to the
14      form.  You can answer.
15      A.   There will always be some level of
16  puncturing entity and some -- some level of
17  energy and some puncturing entity that can
18  puncture a pneumatic tire.  There are lots of
19  tire designs that you can puncture and they
20  don't affect the operation of the tire, but a
21  pneumatic tire like we are talking about here,
22  there is always going to be something that can
23  puncture it.
24      Q.   Puncture it through the tread and
25  through the inner liner, correct?
```

105

```
 1              J.W. DAWS
 2      A.   That's correct.
 3      Q.   And many punctures occur which
 4  have nothing to do with a defective condition
 5  of the tire, is that correct?
 6           In other words, would you say that
 7  any time a radial medium truck tire is
 8  punctured that that means that tire is
 9  defective?
10      A.   No, sir.
11      Q.   So in other words punctures occur
12  that have absolutely nothing to do with a
13  defect in the design and manufacture of the
14  tire?
15      A.   That's not what I said.  What I
16  said was that there was an energy level at
17  which a tire, any tire can be punctured.  And
18  a tire by its design, should be able to deal
19  with a majority of the entities that it finds.
20           So there is going to be big ones
21  that will puncture any tire, but there are
22  going to be little ones that shouldn't
23  puncture every tire.
24      Q.   If a screw or a nail punctures a
25  tire, does that mean that that tire is
```

106

```
 1              J.W. DAWS
 2  defective?
 3           MR. POLLAK: Objection: asked and
 4  answered.  Objection to the form.  You
 5  can answer.
 6      A.   I think that depends on how the
 7  tire's been built, what kind of changes have
 8  been made in it, what sorts of -- and as NHTSA
 9  would do, what kind of failure rates you are
10  seeing from road hazard.
11      Q.   If a G-409 tire is punctured, does
12  that mean that that tire was defectively
13  designed or manufactured?
14           MR. POLLAK: Objection to the
15  form.  Asked and answered.  You can
16  answer.
17      A.   What it means is that the G-409
18  tire encountered a puncturing entity which had
19  the size and energy required to puncture it.
20      Q.   And what I'm asking you is, would
21  you conclude in all instances that the tire
22  encountered that type of situation, that the
23  tire was defective in design or manufacturing?
24           MR. POLLAK: Objection to form and
25  asked and answered.  You can answer.
```

107

```
 1              J.W. DAWS
 2      A.   The specification C-3, going from
 3  C-2 to C-3, constitutes a design defect.
 4  Whether it actually causes the failure of a
 5  tire, depends on the puncture -- on the
 6  puncture.
 7      Q.   Well, let me break that down.  Are
 8  you saying that any time a C-3 G-409 tire is
 9  punctured, that it necessarily follows that
10  that puncture resulted because of a design or
11  manufacturing defect in that tire?
12           MR. POLLAK: Objection.  You can
13  answer.
14      A.   I'm saying that the design defect
15  in that tire made it more probable that the
16  tire will be punctured.  That is a lower
17  energy puncturing event.
18      Q.   What I'm asking you -- listen to
19  my question.  A C-3 G-409 tire, are you saying
20  that every time that tire is punctured, that
21  it's the result of a manufacturing or design
22  defect?
23           MR. POLLAK: Objection to the
24  form.  Asked and answered.  You can
25  answer.
```

108

```
 1              J.W. DAWS
 2      A.   The question of the defect is
 3  constant.  The question of whether it causes
 4  the tire to fail, depends on how it is
 5  punctured.
 6      Q.   Well, there is a question of a
 7  defect, and there is a question of whether or
 8  not the defect is causally related to a
 9  particular puncture.
10           And what I'm asking you is, just
11  because a C-3 G-409 tire is punctured, doesn't
12  mean that that tire is manufactured or
13  designed defectively.  Is that correct?
14           MR. POLLAK: Objection to the
15  form.  Objection: asked and answered.
16  Over objection, you can answer again.
17      A.   No, it's not.  You know, this is
18  very similar --
19      Q.   It is not correct, is that what
20  you are saying?
21      A.   It is not correct.
22      Q.   Right.  So in other words a G-409
23  tire manufactured to the C-3 specification,
24  can suffer a puncture which is not caused by
25  any design or manufacturing defect?
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

109

                    J.W. DAWS
1
2        A.    No.  What I --
3        Q.    That's what I'm asking you.
4        A.    Well, just, okay.
5        Q.    I want you to answer my question.
6        A.    I don't understand your question,
7    then.  Because, you know, just because a tire
8    has a defect, doesn't mean that it fails
9    because of that defect.  I think we are all --
10   everybody understands that part of it.
11       Q.    That's right.
12       A.    That is something that NHTSA
13   clearly believes and has used in many
14   different defect analyses.
15       Q.    And now what I'm asking you is,
16   just because a C-3 G-409 tire sustains a
17   puncture, that doesn't mean that the puncture
18   was caused as a result of a particular design
19   or manufacturing defect in the tire?
20            MR. POLLAK:  Objection:  asked and
21   answered.  Also the form.  You can
22   answer.
23       A.    Okay, again, I don't understand
24   the question.  I mean, that's like -- that's
25   like, you know, if we go back to a Wilderness

---

110

                    J.W. DAWS
1
2    AT type example.  Firestone made a change in
3    the wedge product of the tire.  Just because
4    the tire failed, didn't mean that the wedge
5    had anything to do with the tire failure.  But
6    all of those tires were defective according to
7    NHTSA.
8        Q.    Right.  But I'm asking you, and
9    let me try to make it clear, just because a
10   G-409 C-3 tire is punctured, regardless of
11   what your theories are regarding whether or
12   not there is a defect existing in the G-409
13   C-3 tire, does it necessarily imply that any
14   puncture sustained by the G-409 C-3 tire was
15   as a result or because of that design defect?
16            MR. POLLAK:  Objection to the
17   form.  Asked and answered.  Over
18   objection, you can answer.
19       A.    Well, I think I said before that
20   there is always going to be a puncture energy
21   or puncturing entity that will puncture any
22   tire.
23       Q.    Right.  But you are not answering
24   the question I'm asking you.
25       A.    Change it.

---

111

                    J.W. DAWS
1
2        Q.    If I've got a hundred punctures to
3    G-409 C-3 tires, does it necessarily follow
4    that all of those 100 punctures occurred
5    because the G-409 C-3 tire is defective?
6            MR. POLLAK:  Objection:  asked and
7    answered.  You can answer.
8        A.    That question cannot be answered
9    in a vacuum.  That question can only be
10   answered relative to the C-2 tires and the
11   difference between their puncture rates.
12       Q.    I'm not asking you to compare a
13   C-2 and a C-3.  The same way I'm not asking
14   you right now to compare a four-belted G-409
15   tire with a three-belted G-409 tire.
16            I'm asking you simply if you have
17   a G-409 C-3 tire, isn't it possible that it
18   can be punctured and that the mechanism
19   causing the puncture is not causally related
20   to any design defect in the tire?
21            MR. POLLAK:  Objection:  asked and
22   answered.  You can answer.
23       A.    I'm trying to think of how I can
24   answer your question without getting the same
25   question back again.

---

112

                    J.W. DAWS
1
2            As I said, you know, you can
3    puncture a tire having -- with sufficient
4    energy, so, you know, if I walk up to a tire
5    with a nail gun, you know,  and it is belt
6    like a normal tire, you can shoot the nail
7    through the tire.  There is always
8    sufficient -- there is always a case where
9    sufficient energy can puncture the tire.
10           The question is, when you present
11   the tire with the range of random occurrences
12   on the highway, how many of those tires that
13   are in service will be punctured versus some
14   other design.  Everything in the tire industry
15   is evolutionary by definition.  You look at
16   what you do in one design, you compare that
17   with what you do in another design, and that
18   is the only way to make such an assessment.
19       Q.    A properly manufactured and
20   designed tire can be caused to puncture, is
21   that correct?
22       A.    You can always come up with a way
23   to puncture a tire, a pneumatic tire.
24       Q.    And would you say that properly
25   manufactured and designed tires can be

John William Daws, Ph.D., PE.                    September 14, 2010

---

113

1                    J.W. DAWS
2    punctured as a result of a screw on a road
3    surface?
4            MR. POLLAK: Objection: asked and
5        answered.  You can answer.
6        A.   Again, there are always scenarios
7    by which you can generate sufficient energy to
8    puncture a tire, be it by a screw or a nail or
9    whatever.
10       Q.   And it has nothing to do with
11   whether or not the tire is defective or not,
12   is that correct?
13           MR. POLLAK: Objection. You can
14       answer.
15       A.   The tire -- again, with sufficient
16   energy, I can puncture any tire.  Any tire.
17   With sufficient energy.
18       Q.   And it doesn't mean that that tire
19   is defective, correct?
20           MR. POLLAK: Objection. You can
21       answer.
22       A.   I can puncture any tire with
23   sufficient energy.  Any tire.
24       Q.   And that does not mean that the
25   tire that you might puncture is defective,

---

114

1                    J.W. DAWS
2    correct?
3            MR. POLLAK: Objection. You can
4        answer.
5        A.   It doesn't mean that it is not
6    defective.  It is not a, you know,  if you
7    don't get punctured, you are not defective, or
8    if you get punctured, you are not defective.
9    It doesn't mean that at all.
10       Q.   And it doesn't mean you are
11   defective?
12       A.   It's a non-conclusion.
13       Q.   And it doesn't mean you are
14   defective, is that correct?
15           MR. POLLAK: Objection.
16       Q.   Is there a reason why you are not
17   answering the question the way I'm phrasing it
18   and are flipping it around every time I ask
19   it?
20           MR. POLLAK: Objection to the form
21       of the question.  Go ahead.
22       A.   I'm answering the question I think
23   you are asking me, and I'm answering to the
24   best of my ability.
25       Q.   I think you are smarter than

---

115

1                    J.W. DAWS
2    that --
3        A.   I'm struggling --
4        Q.   -- and I think you are avoiding to
5    answer the question in the way that I'm asking
6    it.
7        A.   Well, that's your opinion.  I have
8    my opinion.  You have yours.
9        Q.   Are you saying that if a C-3 409
10   tire is punctured by a screw on a roadway,
11   that in all instances that puncture would have
12   occurred because that tire is defective?
13           MR. POLLAK: Objection. You can
14       answer.
15       A.   No.  What I'm saying is that the
16   tire would be more likely to be punctured by
17   some energy level than a C-2 tire.
18       Q.   Now, would a three-belt retread
19   tire be more likely to be punctured than the
20   same model tire that had four belts?
21           MR. POLLAK: Objection. You can
22       answer.
23       A.   I believe that's true.
24       Q.   Does that mean that the
25   three-belted retread tire is defective?

---

116

1                    J.W. DAWS
2        A.   It means it is subject to more
3    punctures, but since it occurs in dual tire
4    applications, it is certainly not a safety
5    issue.
6        Q.   Is the C-3 tire defective merely
7    because it might have a higher puncture
8    frequency than the C-2 G-409 tire?
9            MR. POLLAK: Objection to the
10       form.  You can answer.
11       A.   Yes, it is.
12       Q.   Defective?
13       A.   Defective.
14       Q.   Did you compare the puncture
15   frequencies of the C-3 G-409 tire and C-2
16   G-409 tire with any other radial medium truck
17   tires and radial medium truck tires that are
18   used for commercial bus service?
19       A.   Yes, I did.
20       Q.   Which tires did you compare them
21   to?
22       A.   One of the Michelin tires that was
23   used to replace these tires.  As my analysis
24   shows, the puncture rate went from around 1
25   per million steer tire miles.  After the C-3

117

J.W. DAWS

1
2     change, it went up to around 4.  And then when
3     the tires were replaced by Michelin tires, it
4     went back down to 1.
5         Q.   Again, this is, you are referring
6     to that 1852-page maintenance desk report?
7         A.   That's correct.
8         Q.   What I'm asking you is, did you do
9     any specific puncture studies comparing
10    puncture frequencies between the C-3 G-409,
11    the C-2 G-409 and any other tire?
12        MR. POLLAK:  Objection to form.
13    You can answer.
14        A.   No, sir.
15        Q.   Do you know the puncture rate of
16    any radial medium truck tires that are used in
17    long-haul service or commercial bus service
18    that have been manufactured by Continental?
19        A.   No, sir.
20        Q.   Have you compared their puncture
21    frequency with the G-409, either C-2 or C-3?
22        A.   No, sir.
23        Q.   Have you compared the puncture
24    resistance frequency or puncture frequency of
25    Firestone radial medium truck tires and

118

J.W. DAWS

1
2     commercial bus tires with any version of the
3     Goodyear G-409 tire?
4         A.   No, sir.
5         Q.   What other manufacturers make
6     radial medium truck tires?
7         A.   Many different manufacturers.  I
8     think every manufacturer that makes tires,
9     makes medium radial truck tires.
10        Q.   And do those manufacturers also
11    make tires, radial medium truck tires that are
12    used for commercial bus application?
13        A.   I don't know the answer to that
14    question.  I think some of the small players
15    may not.  Like Tornel in Mexico, for example,
16    may not make bus tires.
17        Q.   But all of the major manufacturers
18    make such bus tires, correct?
19        A.   That's correct.  Whether they make
20    315/80R 22-1/2 I don't know.
21        Q.   And again, have you done any
22    comparative studies specifically looking for
23    the puncture frequency between all of those
24    manufacturers' radial medium truck tires and
25    commercial bus tires in terms of their

119

J.W. DAWS

1
2     puncture frequency with the Goodyear G-409
3     tire of any specification, including the C-2
4     or C-3?
5         A.   No, sir.  That can't be done.
6         Q.   Well, is there any basis for you
7     to say that any of those manufacturers' tires
8     are or do have puncture frequencies that are
9     greater or lower than the G-409 tire?
10        MR. POLLAK:  Objection to the
11    form.  You can answer.
12        A.   All I can tell you is that the
13    Michelin tire that replaced the G-409, has a
14    lower puncture frequency than the C-3 version
15    of this tire.
16        Q.   Well, that's not based on a
17    puncture frequency test, is it?
18        MR. POLLAK:  Objection to form.
19    You can answer.
20        A.   Sure it is.  It is the exposure of
21    a population of tires to the random puncturing
22    events on the highway over a long period of
23    time.
24        Q.   Again, you are just referring to
25    the 1852-page maintenance desk report,

120

J.W. DAWS

1
2     correct?
3         A.   There is no other data, so, yes.
4         Q.   So that's the only thing.  So what
5     I'm saying to you is, can you say one way or
6     another whether or not any manufacturer's tire
7     has a greater or lower puncture frequency in
8     terms of radial medium truck tires and radial
9     medium truck tires used in commercial bus
10    applications, than any version of the G-409
11    tire?
12        MR. POLLAK:  Objection.  Objection:
13    asked and answered.  You can answer it
14    again.
15        A.   Again, you know, other than the
16    study I did with the data I had, I know of no
17    other such data.
18        Q.   And that would mean that you know
19    of no articles or industry publications or
20    journals or anything that's peer-reviewed
21    which would compare the frequency of punctures
22    between radial medium truck tires and radial
23    medium truck tires used on commercial buses
24    between any of the manufacturers?
25        A.   That's correct.

121

```
1              J.W. DAWS
2       Q.   Now, you have said in depositions
3    that if a tire was defective, you would expect
4    thousands and thousands and thousands of
5    similar failures.  Is that correct?
6           MR. POLLAK: Objection to the form
7        of the question.  You can answer.
8       A.   You would certainly expect a large
9    number.  I mean, a defective, you know, a
10   defective tire depending on how it is
11   defective, I think that commentary had to do
12   with Wilderness, you know, radial ATX2 and
13   Wilderness AT where there were, what, 16 to 20
14   million tires in service.  You would expect
15   thousands, certainly thousands and thousands
16   of failures, yes.
17           Now, again, the failure rate is
18   typically in percentages.  When you start
19   getting above a percentage, a percent of tires
20   that are failing for a given reason, then
21   there is cause for concern.
22      Q.   Now, is there any precise data
23   which says what the percentage of Greyhound
24   tires were that were failing as a result of
25   punctures.
```

122

```
1              J.W. DAWS
2           MR. POLLAK:  Can you repeat the
3        question, please.
4           (Record read.)
5           MR. POLLAK:  Objection to the
6        form.  You can answer.
7       A.   Again, I think the maintenance
8    response desk data is the best data out there.
9       Q.   Best or only data that you are
10   referring to?
11      A.   Well, I'm sure Goodyear had data,
12   but they never produced it to us, so there you
13   go.
14      Q.   Well, you don't know that any such
15   data like that exists, do you?
16      A.   Well, they are taking back every
17   single tire that comes.  Why wouldn't they
18   have that data?
19      Q.   The question is do you know
20   whether or not Goodyear has such data?
21      A.   If they don't have that data, then
22   they are totally remiss in their
23   responsibility as a tire maker.
24      Q.   Well, does Greyhound have that
25   data?
```

123

```
1              J.W. DAWS
2       A.   No, Greyhound won't have that
3    data.
4       Q.   And Greyhound has no
5    responsibility for the safety of their
6    passengers?
7           MR. POLLAK: Objection to the form
8        of the question.  You can answer.
9       A.   Greyhound has maintenance response
10   data that says, hey, these tires failed for
11   these reasons.
12      Q.   In the 1852 pages -- have you read
13   all those pages by the way?
14      A.   Yes, I have.
15      Q.   How many times does the word
16   puncture appear?
17      A.   I couldn't tell you.
18      Q.   How about once?
19      A.   All right.
20      Q.   Is that a report that seeks to
21   determine what the puncture rate was in tires
22   that were used on Greyhound buses?
23      A.   No, that's a report that covers
24   basically all the times service had to be
25   provided in normal operation.
```

124

```
1              J.W. DAWS
2       Q.   Do you think if Greyhound, acting
3    as a responsible commercial carrier of
4    passengers, was experiencing a puncture
5    problem with the tires that were on its buses,
6    that it should have done something about it?
7           MR. POLLAK: Objection to the form
8        of the question.
9       A.   I'm not sure what Greyhound could
10   do about it.  You know, Goodyear certainly
11   participates in those maintenance reviews,
12   and, you know, when large percentages of tires
13   are failing in steer axle service, you would
14   think they would be looking into the cause.
15   And in fact they said they were looking into
16   the cause.
17      Q.   And did anybody to your knowledge
18   ever conclude that steer axle failures were
19   occurring in disproportionate numbers because
20   they were being punctured?
21      A.   Well, certainly --
22      Q.   That's a yes or a no.
23      A.   Well, wait a minute.
24           MR. POLLAK: Objection to the form
25        of the question.  You can answer over
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

125

J.W. DAWS

1
2    objection.
3        A.   Flats and, you know, flats and --
4    let me see what the other category was.
5        Flats and leaks represented
6    together, represented certainly the largest
7    percentage of all the -- of all the failures.
8        Q.   Flats?  I didn't hear the word
9    puncture there.
10       A.   Well, what is the most likely
11   cause of a flat?  It is a puncture.
12       Q.   Well, is that what Greyhound
13   employees and engineers have said?
14       MR. POLLAK:  Objection to the form
15   of the question.  You can answer.
16       A.   I don't have any idea what
17   Greyhound employees have said.
18       Q.   Well, let me ask you this.  You
19   have been involved with this case for quite
20   some time, correct?
21       A.   That's correct.
22       Q.   Over three years?
23       A.   Yes, sir.
24       Q.   Have you ever encountered any
25   documents prepared by Greyhound employees in

---

126

J.W. DAWS

1
2    their regular course of business where they
3    indicated that they were concerned because of
4    a high puncture rate of Goodyear G-409 tires?
5        A.   I don't recall.
6        Q.    That is something you would
7    recall, I assume, if you had encountered it,
8    correct?
9        MR. POLLAK:  Objection.  You can
10   answer it.
11       A.   It's possible.  Again, I don't
12   have all of Greyhound's data, you know, I
13   don't have all of Greyhound's paperwork,
14   presentations.
15       Q.   Oh, is there a reason why
16   Greyhound might withhold information like that
17   from you, their tire expert in this
18   litigation?
19       MR. POLLAK:  Note my objection to
20   the form.  You can answer.
21       A.   I have no idea.
22       Q.   Do you know what a risk manager
23   is?
24       A.   Not really.
25       Q.   Somebody who manages risk?

---

127

J.W. DAWS

1
2        A.   That's what the title says.
3    Again, I've never been a risk manager.  I
4    don't have any idea really what a risk manager
5    would do.
6        Q.   Well, just from your own
7    experience, what do you think a risk manager
8    does?
9        MR. POLLAK:  Just note my
10   objection.  You can answer.
11       A.   Again, I've never been a risk
12   manager.  I don't even know -- I've never
13   worked in a company that had a risk manager
14   that I know of.
15       Q.   Michelin didn't have risk
16   managers?
17       A.   The department managers associated
18   with tire design and testing and so on,
19   handled that function as far as I know.
20       Q.   Would you think that a common
21   carrier such as Greyhound has that type of
22   position in its organization?
23       MR. POLLAK:  Just note my
24   objection.  You can answer.
25       A.   Again, I don't know what a risk

---

128

J.W. DAWS

1
2    manager does. I don't know.
3        Q.   Well, would you think it is
4    important for somebody at Greyhound to examine
5    trends in terms of how accidents occur or how
6    failures occur in their buses?
7        MR. POLLAK:  Objection to the form
8    of the question.  You can answer.
9        A.   Well, again, you know, analysis
10   like that is typically done on the basis of
11   Pareto, where you deal with the big ones
12   first, you deal with the ones that cause you
13   the most, cause you the most issues and you
14   work towards smaller ones.
15       Q.   Would you say that a puncture
16   problem on tires that are being used on its
17   buses, would be a big concern of Greyhound's,
18   or a little concern of Greyhound's?
19       MR. POLLAK:  Objection to the form
20   of the question.  You can answer.
21       A.   Well, I mean, if you look at, if
22   you look at the data for steer axles, you
23   know, there were, what did we say, 1800 total
24   record, 1800 pages, five records to a page, so
25   they were pushing 10,000 records.

| 129 | 131 |
|---|---|

**129**

J.W. DAWS

1
2  Q.   Yes.
3  A.   Right, in that, and those were
4  tire issues only of which steer axle, you
5  know, flats and leaks represented around 800.
6  Q.   Well, let me ask you something.
7  Was Greyhound just collecting that data, or
8  were they collecting and analyzing that data?
9  MR. POLLAK:  Just note my
10  objection.  You can answer.
11  A.   Don't know.  I mean, certainly
12  they collected because it represents issues.
13  Now, I don't know what the overall Pareto of
14  that looked like.
15  Q.   It represents issues, meaning that
16  if you examine the data, you try to find
17  patterns and see if there is any specific type
18  of failure modes that you need to be concerned
19  with.  Isn't that correct?
20  MR. POLLAK:  Note my objection.
21  You can answer.
22  A.   That's one way you can use the
23  data, sure.
24  Q.   Well, why else would you need the
25  data.  What does it matter if you have a

**131**

J.W. DAWS

1
2  MR. POLLAK:  Objection:  asked and
3  answered.  You can answer.
4  A.   Again, the only kind of analysis I
5  have seen like that was overall failure rates.
6  MR. KAPLAN:  Could you read back
7  that last question, please.  I don't
8  know if I got an answer to that.
9  (Record read.)
10  Q.   Could you answer that question,
11  sir?
12  A.   No.
13  Q.   The answer is no?
14  A.   The answer is no, and -- yes, I
15  can answer the question.  No -- the answer is
16  no.  Okay.
17  Q.   Okay.
18  Did you review the deposition
19  testimony of Alvin Ross taken June 5th, 2007?
20  A.   No, sir, that does not ring any
21  bells, but let me just check.
22  MR. POLLAK:  Can we take a break
23  at 12:30?
24  MR. KAPLAN:  Yeah, that will be
25  fine.

| 130 | 132 |
|---|---|

**130**

J.W. DAWS

1
2  record of a flat tire occurring in Illinois on
3  a certain date in 2003, if not to see if there
4  is some type of cumulative pattern that you
5  can tie that incident to?
6  MR. POLLAK:  Objection to the
7  form.  You can answer it.
8  A.   They may use to assess what they
9  are spending and who they are spending it with
10  in terms of service calls, for all I know.
11  Q.   Well, exactly.  So with Greyhound
12  they not only should be concerned about
13  passenger safety, but they want to know if
14  they are getting their bang for their buck
15  with the tires that they are leasing from
16  Goodyear.  Isn't that right?
17  MR. POLLAK:  Objection to the form
18  of the question.  You can answer.
19  A.   I would suspect so, yeah.
20  Q.   Now, did you ever see any analysis
21  or any study done in the normal course of
22  business by any Greyhound employee where they
23  used that data from the maintenance desk and
24  concluded that there was anything wrong with
25  the puncture rates of the G-409 tires?

**132**

J.W. DAWS

1
2  MR. POLLAK:  Or sooner if you want
3  to.
4  THE VIDEOGRAPHER:  The tape ends
5  in 20 minutes.
6  MR. KAPLAN:  Perfect.
7  I'm sorry, could you please, for
8  the witness's convenience, read the last
9  question.
10  (Record read.)
11  A.   No, I did not.
12  Q.   I'm going to represent to you that
13  Mr. Ross was the national manager of
14  maintenance for Greyhound.  And I'm also going
15  to represent to you that he said that he had
16  no knowledge, one way or another, whether or
17  not there were any particular problems,
18  defects or anomalies regarding the Goodyear
19  G-409 tires.  Does that surprise you?
20  MR. POLLAK:  Objection to the form
21  of the question.  You can answer.
22  A.   Not necessarily, no.
23  Q.   I'm going to also represent to you
24  that as national manager of maintenance, Mr.
25  Ross never received any memos, correspondence,

John William Daws, Ph.D., PE.                    September 14, 2010

---

### 133

J.W. DAWS

1
2  e-mails or communications of any kind
3  regarding potential delamination or detreading
4  issues with Goodyear tires.  Does that
5  surprise you?
6       MR. POLLAK:  Objection to the
7  form.  You can answer.
8       A.  No, sir, it does not.
9       Q.  Have you reviewed the deposition
10 testimony of Mario Nava which was taken on
11 March 12, 2010?
12      A.  Yes, I have.
13      Q.  And he was --
14      A.  Wait a minute, let me just check
15 the date.  I don't know whether there was a
16 second deposition or something.
17 March 12, 2010.
18      Q.  Yes.
19      A.  Yes.
20      Q.  And Mr. Nava was the director of
21 maintenance engineering for the Greyhound bus
22 lines.  Do you recall that?
23      A.  Yes.
24      Q.  And do you also recall that Mr.
25 Nava said that he never knew of any red flag

---

### 134

J.W. DAWS

1
2  or safety problems with the G-409 tire?
3       A.  I recall him saying that Goodyear
4  did all the failure analysis of the tires, and
5  he got no feedback saying there was a problem,
6  so.
7       Q.  Well, he was the liaison with
8  Goodyear, is that right?
9       MR. POLLAK:  Objection, you can
10 answer.
11      A.  As far as I know, yes.
12      Q.  So if Greyhound had any issues
13 with the Goodyear tires, he would have
14 reported them to Goodyear.  Isn't that right?
15      MR. POLLAK:  Objection.  You can
16 answer.
17      A.  One would think.
18      Q.  And isn't it fair to say that
19 during the course of the time that he worked
20 at Greyhound, he never heard any problems
21 regarding the G-409 in terms of their being
22 susceptible to being punctured?
23      A.  If you represent to me that's what
24 he said, that's fine.  I don't have that in my
25 summaries.

---

### 135

J.W. DAWS

1
2       Q.  Okay.  I represent to you that
3  that's what was said.  Are you surprised to
4  hear that?
5       MR. POLLAK:  Objection to the
6  form.  You can answer.
7       A.  Not necessarily, no.
8       Q.  I'm going to represent --
9       A.  Mr. Nava, his tenure ended in
10 early 2006.  So the first round of the C-3
11 tires would have made there -- you know,
12 basically the summer of 2005 was the first
13 year that we really saw.
14      Q.  Wasn't it the summer of 2004?
15 Wasn't the C-3 revision July of 2004?
16      A.  July of 2004, but it takes about a
17 year, you know,  14 months or so for the tires
18 to make -- to fill up the fleet.
19      Q.  And we are well after the 14-month
20 period, aren't we now, by the time Mr. Nava
21 left?
22      A.  By a few months, yeah.
23      Q.  And Mr. Nava also said, and I will
24 represent to you, that he was never aware of
25 any safety issues with the G-409 tires.  Would

---

### 136

J.W. DAWS

1
2  that surprise you?
3       MR. POLLAK:  Objection to the
4  form.  You can answer.
5       A.  Again, no.
6       Q.  Okay.  How about the testimony of
7  Mr. Richard E. James:  did you read that
8  testimony?  That was taken recently, August
9  10, 2010.
10      A.  Then I probably didn't, but let me
11 just check.
12      No, sir.
13      Q.  Let me represent to you that Mr.
14 James has worked for Greyhound continuously
15 from 1991 to the present.  So he would have
16 been there through the whole time period that
17 the G-409 tire, and specifically the C-3 G-409
18 tire was being used.  Okay?
19      A.  Okay.
20      Q.  And let me also represent to you
21 that Mr. James was at various times the
22 manager of quality assurance at Greyhound, he
23 was the national manager, he was the garage
24 manager at the Dallas facility.
25      Would it surprise you if I told

John William Daws, Ph.D., PE.                    September 14, 2010

---

137

1           J.W. DAWS
2   you that Mr. James said that he never heard of
3   any puncture-related issues regarding the
4   Goodyear G-409 tire?
5           MR. POLLAK:  Objection to form.
6   You can answer.
7       A.   Again, not necessarily, no.
8       Q.   Would it surprise you if Mr. James
9   said it was not a concern at Greyhound that
10  G-409 tires were experiencing a greater number
11  of punctures than anticipated because that
12  wasn't happening?
13          MR. POLLAK:  Objection to the
14  form.  You can answer.
15      Q.   Would that surprise you?
16      A.   That would surprise me, yes.
17      Q.   Would it surprise you if Mr. James
18  was asked "Did anybody ever tell you while you
19  were at Greyhound, or did you ever learn at
20  Greyhound, that puncture rates on G-409 tires
21  were considered a safety concern?" and his
22  answer was "no"?
23          MR. POLLAK:  Objection to the
24  form.
25      A.   That would not surprise me, no.

---

138

1           J.W. DAWS
2       Q.   Would it surprise you if Mr. James
3   was asked if anybody had ever told him that
4   the G-409 tire was unsafe and he said no?
5           MR. POLLAK:  Objection to the
6   form.  You can answer.
7       A.   That would not surprise me, no.
8       Q.   So, apparently, none of these
9   three high ranking Greyhound individuals who
10  gave sworn testimony had any concern or any
11  knowledge about an increased puncture rate in
12  G-409 tires after the C-3 revision went into
13  effect.  Is that it correct?
14          MR. POLLAK:  Objection.  You can
15  answer it.
16      A.   Well, remember that Greyhound knew
17  absolutely nothing about the C-3 change, that
18  was one of those under the table, let's make
19  this change and continue to supply product.
20  Greyhound had absolutely no understanding that
21  the tire had changed.
22          MR. KAPLAN:  Why don't I have the
23  reporter reread that question because I
24  don't think you heard it correctly
25  because that's not the question that I

---

139

1           J.W. DAWS
2   asked you.
3           Could you please reread the
4   question.
5           (Record read.)
6           MR. POLLAK:  And note my objection
7   to the question.  You can answer.
8       A.   So none of them had any knowledge
9   of the C-3 change, so they couldn't have --
10      Q.   No, that's not what I'm asking.
11  Clearly in the question --
12          MR. POLLAK:  You want to let him
13  finish the answer.  You can do what you
14  want, but let him finish his answer.
15      A.   Then you need to ask me the
16  question that says did they have any problems
17  with puncture resistance in the tires, period.
18  Because if you ask me knowledge of puncture
19  resistance after C-3 then they have to know
20  something about C-3.  Otherwise, they are
21  blind to it.
22      Q.   No, at any time period.  At any
23  time period.  Did any of these Greyhound
24  individuals indicate that at any time period
25  they considered the G-409 tire to have a

---

140

1           J.W. DAWS
2   puncturability problem?
3           MR. POLLAK:  Objection.  Over
4   objection, you can answer.
5       A.   No, they did not.
6           MR. KAPLAN:  Why don't we take a
7   break now.
8           MR. POLLAK:  Sure.
9           THE VIDEOGRAPHER:  We are now
10  going off the record, 12:14 p.m.  This
11  is the end of tape No. 2.
12          (Lunch recess:  12:14 p.m.)

141

J.W. DAWS

1           J.W. DAWS
2       A F T E R N O O N   S E S S I O N
3           1:18 p.m.
4           THE VIDEOGRAPHER:  This is the
5    beginning of tape No. 3 in the Daws
6    deposition.  We are going back on the
7    record at approximately 1:18 p.m.
8    J O H N   W I L L I A M   D A W S,
9        having been previously duly sworn, was
10       examined and testified further as
11       follows:
12   CONTINUED EXAMINATION
13   BY MR. KAPLAN:
14       Q.   Good afternoon.  Prior to coming
15   to this deposition today, were you shown a
16   deposition notice?
17       A.   Yes, I did.
18       Q.   And did you bring with you your
19   file materials that you've collected and
20   accumulated in this case?
21       A.   Yes, I did.  All my file
22   materials, with the exception -- let's see.
23   Yeah, all my file materials.  The only thing I
24   didn't bring was my billings.  Client said I
25   didn't have to produce those.

142

J.W. DAWS

1           J.W. DAWS
2       Q.   Just for our purposes I want to
3    mark everything.  So if you could show me what
4    would be the best way to divide up everything
5    into exhibits.
6           I see there are two folders, and
7    then we have a bunch of loose velobind -- what
8    are they called?
9           MR. POLLAK:  Hanging folders.
10       Q.   Why don't we do it step by step
11   then.
12       A.   Okay.
13       Q.   Why don't we mark this as Daws
14   Exhibit 1.
15       A.   These two binders represent what I
16   call my deposition binder.  They have the
17   stuff that I want to refer to or may need to
18   refer to, to support my opinions.  All that
19   material is in these two binders.
20       Q.   Could you just tell me generally,
21   what's in there is one black binder and one
22   that looks like it is a grayish?
23       A.   They are both black binders but
24   one of them, volume I -- there is a table of
25   contents for each binder.  So this one has my

143

J.W. DAWS

1           J.W. DAWS
2    CV, my testimony list, list of materials that
3    I was provided, case information sheet which
4    is kind of how I keep track of what's going on
5    in a case, correspondence with my client, both
6    paper and e-mail.  The caveat for e-mail is my
7    system dumps it after 45 days, so, you know,
8    if it is older than that when I put this
9    binder together, so this section right here is
10   e-mail.
11       Q.   Okay.
12       A.   Okay.  And then the tire
13   inspection summary, my tire inspection notes,
14   photograph thumbnails of all the photographs,
15   the evidence log for the case, my initial
16   report, the text of it, you know, my leak rate
17   estimate, the x-rays, front tire wear
18   documents, construction analysis that I did,
19   penetration reference, some of the penetration
20   references, steer axle flat rate analysis,
21   Tire and Rim Association recommendations, bus
22   route maps for the various places the bus went
23   and a presentation on tire findings.
24       MR. KAPLAN:  Okay.  Why don't we
25       refer to that as Daws 1A.

144

J.W. DAWS

1           J.W. DAWS
2           (Daws Exhibit 1A, black
3           binder, Volume I Daws Engineering
4           deposition binder marked for
5           identification, as of this date.)
6       Q.   And then why don't you tell us
7    what is in the other binder which we will
8    refer to as Daws 1B.
9       A.   So this binder has in it, which is
10   volume II of my deposition binder, has in it
11   the text of my responsive report, TPMS data,
12   deposition summaries prepared by my office,
13   the rebuttal report text, photograph of skim
14   polishing data from other G-409 inspections
15   that I have done, some plots that I made from
16   Mr. Parson's leak test data and other data
17   about the left front tire.
18           (Daws Exhibit 1B, black binder
19           Volume II Daws Engineering
20           deposition binder marked for
21           identification, as of this date.)
22       MR. KAPLAN:  Mr. Pollak, are we
23       being provided with copies of the
24       materials that are in both of those
25       binders?

John William Daws, Ph.D., PE.                    September 14, 2010

---

145

J.W. DAWS

1        J.W. DAWS
2        MR. POLLAK:  We have CDs that
3    contain that, correct.
4        A.   We have, basically everything on
5    the table here is on a DVD.
6        MR. POLLAK:  DVD.
7        A.   Along with all my original
8    photographs.
9        Q.   Okay.
10        A.   So these binders and all contain
11    thumbnails.  This has everything.
12        Q.   Okay.
13        A.   What's not on these DVDs, is the
14    stuff here that's in paper.
15        Q.   Okay.  And what do we have here
16    that's in paper?
17        A.   Well, I guess the other things not
18    on the DVDs is, this is a set of 15 or so CDs
19    that was provided from Jim Dixon's files.
20    They look to be the same -- they look to be
21    inclusive of stuff that I had been provided.
22    So I really never even looked at them.
23        MR. KAPLAN:  Just to interrupt one
24    second.
25        Kevin, are those the same

---

146

1        J.W. DAWS
2    documents that Greyhound previously
3    produced as the Dixon production?
4        MR. POLLAK:  The CDs that were
5    just referred to, yes.
6        MR. KAPLAN:  Okay, thank you.
7        A.   Then this CD has photographs and
8    notes from earlier inspections which is on
9    here.  This CD has my photographs and notes
10    from Elizabethtown which is also on here.
11    This has police photographs which is not on
12    there.  This one has Goodyear's production in
13    this case.  This one has a video of the Topeka
14    dream tire spray post in Topeka.  This one has
15    additional documents produced by Goodyear.
16    This one has the Transcon CSI report
17    materials.  This one has the maintenance
18    response desk data.  And this one has the
19    plaintiff depositions.
20        Q.   And what's in this hard copy pile?
21        A.   Basically, these are just -- well,
22    this is the deposition notice.  The chairman's
23    factual report, and -- one of these should be
24    the operational report.
25        MR. POLLAK:  I probably mixed that

---

147

1        J.W. DAWS
2    up.
3        A.   Okay, the NTSB reports associated
4    with this case.  And then these are just
5    documents that I printed out from these other
6    CDs and whatnot, you know, that were
7    interesting to me in the course of everything
8    and they were in my file.  I brought them with
9    me.
10        MR. POLLAK:  Just for the record,
11    when I was looking through his file, I
12    probably just misplaced and took the
13    operational report.  If you want to put
14    it in his file, that's fine, it belongs
15    in there.
16        MR. KAPLAN:  Okay.
17        MR. POLLAK:  I had two copies.  I
18    have both copies.  Here is your
19    operational.  I'll take back the
20    factual.
21        A.   And, for example, this stack of
22    depositions here are ones that never got
23    scanned.  You know, I received the plaintiff
24    ones electronically.  I received some of the
25    expert ones electronically.  So they are on

---

148

1        J.W. DAWS
2    the CD.
3        Q.   At present do you have any plans
4    to perform any further investigation or
5    testing relative to your services in this
6    case?
7        A.   No plans at this point.
8        Q.   Okay.  When were you first
9    retained to do work for Greyhound in this
10    case, and when I say this case, I'm talking
11    about the caption matter that we are here
12    regarding today?
13        A.   I think in March of 2007.
14        Q.   And do you recall what the
15    circumstances were of your being retained?
16    Was it a phone call, a letter?
17        A.   I had a couple of phone calls from
18    Mr. Pollak here and I received an e-mail from
19    him which is in the binder here that says
20    you've been retained.
21        At that point we hadn't, to my
22    recollection we really hadn't talked much
23    about the Elizabethtown matter.  We talked
24    about my qualifications and so on and then
25    went on from there.

149

1                    J.W. DAWS
2        Q.   Had you heard about the
3    Elizabethtown matter before having your
4    initial discussions with Greyhound's counsel
5    in March of 2007?
6        A.   I had not.
7        Q.   Had you spoken with any other
8    individuals who were not affiliated with
9    Greyhound as far as you know about the
10   Elizabethtown accident prior to March of 2007?
11       A.   No, I had not.
12       Q.   Were you in any way involved with
13   an investigation performed by the NTSB
14   regarding the Elizabethtown accident prior to
15   March of 2007?
16       A.   No, sir.
17       Q.   Were you ever involved with any
18   aspects of the NTSB investigation which may
19   have occurred after March of 2007 regarding
20   the Elizabethtown accident?
21       A.   Other than looking at tires that
22   may or may not have wound up in the NTSB's
23   testing, because I looked at tires in Dallas,
24   I looked at tires in Louisville, and my
25   understanding is some of those tires wound up

150

1                    J.W. DAWS
2    in the NTSB's testing, but other than looking
3    at the tires pretest, no.
4        Q.   Maybe I didn't ask the question
5    properly.  I'm just curious to see if you were
6    asked to be involved with any of the
7    operations tests or investigation performed by
8    the NTSB regarding the Elizabethtown accident?
9        A.   I was not.
10       Q.   From the first time that you were
11   retained in this matter and until the present,
12   I presume you have sent invoices to Greyhound?
13       A.   I have.
14       Q.   And what is the total amount in
15   terms of dollars that you have billed
16   Greyhound for your services since first being
17   retained by Greyhound in March of 2007?
18       A.   That's a really confusing issue
19   because there was another case.  Shortly after
20   I did some initial tire work, there was
21   another case involving an accident in Alabama
22   and we wound up billing a lot of that work on
23   Elizabethtown, and a lot of Elizabethtown on
24   that work.  And I think in total, I think I
25   have probably billed $150,000 over 3-1/2

151

1                    J.W. DAWS
2    years.
3        Q.   And in fact, one of the first
4    things you were asked to do after you were
5    retained by Greyhound in this case, was to
6    examine the tire or tires that were on the bus
7    involved in the Opelika, Alabama accident,
8    isn't that correct?
9            MR. POLLAK:  Objection to the form
10   of the question.  You can answer.
11       A.   That was one of the tires that I
12   was asked to look at in Louisville, but I, at
13   that time I really wasn't aware there was --
14   you know, that it was going to be any kind of
15   a legal matter.  It was just, I was looking at
16   a lot of different tires.
17       Q.   Well, when you say a lot of
18   different tires, are you talking about G-409s?
19       A.   G-409s.  I looked at the tires,
20   you know, that were in the Dallas depot, I
21   looked at failed tires in Dallas depot, I mean
22   I looked at worn-out tires, I looked at failed
23   tires and I went to Louisville and I did the
24   same thing.
25           This was one of the -- the Opelika

152

1                    J.W. DAWS
2    tire was one of the failed tires.
3        Q.   Other than worn-out and failed
4    tires, did you look at any tires that were
5    taken out of service for your inspection?
6        A.   You mean that I asked to be
7    removed from service?
8        Q.   Whether you asked for them to be
9    removed or Greyhound offered to show you them.
10       A.   Well, in the Dallas depot and one
11   of the pictures I have shows there are bunches
12   of tires stacked along the wall, and I just
13   randomly picked, you know,  a dozen or so of
14   them to look at.
15       Q.   Now, the tires that you picked,
16   were those tires that had already been removed
17   from service because of either a failure mode
18   or because they had worn out?
19       A.   The tires that I looked at, some
20   of them were worn out, some of them were, you
21   know, probably waiting to go on a tag axle or
22   something like that, and others of them --
23   there were some failed tires that they wanted
24   me to look at as well.
25       Q.   So Greyhound directed you to what

153

1                   J.W. DAWS
2   tires they wanted you to look at?
3        A.   Well, they directed me to the
4   failed fires.  There was a stack of failed
5   tires.  And so I looked at those.  There were
6   also -- and then there were these other tires
7   and I just pulled some at random and looked at
8   them because I wanted to get a baseline.  I
9   wanted to understand kind of what do these
10  tires look like normally.
11       Q.   These other tires that you say you
12  looked at, where were they?  Was this at
13  Louisville or was it at Dallas?
14       A.   No, Dallas depot.
15       Q.   And were those tires that anyone
16  asked you to look at first or were those tires
17  that you said, hey, I'd like to take a look at
18  those tires over there?
19       A.   I just asked to look at some of
20  the tires, you know, some of the tires, some
21  of the representative tires, it is always
22  helpful to look at tires intact before you
23  start looking at a failed tire.
24       Q.   Was it your understanding that
25  those tires were going to be taken out of

154

1                   J.W. DAWS
2   service permanently, or that some of them were
3   going to go back into service?
4        A.   I didn't really have any
5   understanding about that.  I just pulled some
6   of the tires and looked at them.
7        Q.   Approximately how many tires did
8   you look at in the group that did not involve
9   the failed tires?
10       A.   Maybe a dozen or so.
11       Q.   And how many of the failed tires
12  did you look at?
13       A.   Maybe 8 or 10.  I didn't -- the
14  actual listing of them is --
15       Q.   That was in one of your
16  attachments to your report, correct?
17       A.   Yes.
18       Q.   And you also looked at eight tires
19  that had been on the Opelika bus, is that
20  correct, or only the accident tire involved
21  from the Opelika incident?
22       A.   I looked at the accident tire.  I
23  also saw the bus, looked at some of the tread
24  depths and wear patterns on that.
25       Q.   Now, am I correct in saying that

155

1                   J.W. DAWS
2   the only other report that you prepared
3   regarding a G-409 tire was the one from the
4   Opelika incident, other than the tire that's
5   involved in this case?
6        A.   Well, there were three reports in
7   this case and I think there were, I think
8   there were two reports in Opelika, I don't
9   know.
10       Q.   Well, what I mean to say is, there
11  was one tire that you wrote about in the
12  Elizabethtown accident.
13       A.   Right.
14       Q.   There was another tire you wrote
15  about that was in the Opelika accident.
16       A.   That's correct.
17       Q.   Have you written reports used for
18  litigation regarding any other G-409 tires?
19       A.   No, sir.
20       Q.   And other than inspection notes,
21  did you prepare any reports or come up with
22  any opinions regarding the manufacture or
23  design of G-409 tires other than the two that
24  we just mentioned?
25            MR. POLLAK:  Objection to the form

156

1                   J.W. DAWS
2   of the question.  You can answer.
3        A.   No, sir.
4        Q.   In the Opelika case, did you
5   opine that -- by the way, that was a steer
6   tire that had suffered a tread separation,
7   correct?
8        A.   Tread separation, yes.
9        Q.   Did you opine in that case that
10  that tire had been overloaded?
11       A.   No.  The tire had a manufacturing
12  defect in my opinion, an open inner liner
13  joint which led to the demise of the tire.  So
14  whether the tire was loaded at its limit or
15  slightly beyond, really didn't make a whole
16  lot of difference with that defect.
17       Q.   But you didn't conclude in that
18  report that the tire had been subject to
19  overload conditions.  Is that correct?
20       A.   That's correct.
21       Q.   And that tire did not involve a
22  puncture, is that correct?
23       A.   That's correct.
24       Q.   And approximately how many hours
25  would you say that you devoted to the work

John William Daws, Ph.D., PE.                    September 14, 2010

---

157

J.W. DAWS

1
2     that you performed in this case for Greyhound?
3     And that again would include the Opelika,
4     Greyhound and Elizabethtown Greyhound
5     incidents.
6          A.   I don't know.  I mean, you have
7     billing records there, so.
8          Q.   I don't know if I have all the
9     billing records.
10         A.   You probably don't.  Like I say,
11    those were produced I'm sure in Opelika so
12    that was, you know,  some time last year.
13         Q.   Do you know who, do you recall who
14    you billed, who sent your invoices to at
15    Greyhound?
16         A.   I was asked to send my invoices to
17    Mr. Pollak and Mr. Dixon.
18         Q.   And who is Mr. Dixon?
19         A.   He's the guy at Greyhound that
20    gets my bills paid.
21         Q.   Is he a risk manager?
22         A.   Could be.  He's the guy that gets
23    my bills paid.  When I have a problem getting
24    a bill paid, I call him.
25         Q.   You don't call Mr. Pollak first?

---

158

J.W. DAWS

1
2          A.   No.
3          Q.   And have you discussed the case at
4     all with Mr. Dixon other than the times when
5     your bill has not been paid?
6          A.   Nope.  I've only talked to Mr.
7     Dixon twice about bills and that's it.  I
8     haven't talked to him about the case at all.
9          Q.   What Greyhound employees over the
10    last 3-1/2 years have you spoken with
11    regarding the Elizabethtown accident?
12         MR. POLLAK:  Objection to the
13    form.  You can answer.
14         A.   Specifically regarding the
15    Elizabethtown accident?
16         Q.   Correct.  Let me expand it then.
17    Elizabethtown accident and the
18    Goodyear G-409 tire in particular?
19         A.   Alex Cook is the only one that
20    comes to mind.  And like I say, I don't
21    believe I talked to him about the
22    Elizabethtown tire at all.
23         Q.   Which tire did you talk to Mr.
24    Cook about?
25         A.   We talked about the G-409 in

---

159

J.W. DAWS

1
2     general.
3          Q.   Anybody else?
4          A.   Not that I recall.
5          Q.   Did you talk to any mechanics at
6     Greyhound?
7          A.   No.
8          Q.   Did you ever speak with any
9     drivers at Greyhound?
10         A.   No.
11         Q.   Did you ever speak with any
12    maintenance managers at Greyhound?
13         A.   When I went to Louisville, I
14    introduced myself to the service manager, you
15    know, to the maintenance manager in
16    Louisville.  And I cannot recall his name to
17    save myself.
18         Q.   But other than to exchange
19    pleasantries, there was no substantive
20    conversation?
21         A.   Other than to introduce myself,
22    ask him where -- you know, there were certain
23    things that I wanted to look at, so where were
24    they.  So find somebody to take me around and
25    help me find these things.  And one of the

---

160

J.W. DAWS

1
2     things that I did was remove the tire from the
3     Opelika bus and dismounted it.  So I needed
4     somebody to do that while I videotaped it.
5          Q.   Did you speak with any of the
6     garage managers at Greyhound?
7          A.   No, I did not.
8          Q.   Did you speak with anybody at
9     Greyhound who made policy regarding how
10    maintenance was to be performed by Greyhound
11    employees or third-party contractors?
12         A.   No, sir.  I was not asked to look
13    into Greyhound practices and so on.  It is
14    just not part of what I was doing.
15         Q.   Did you speak to any people at
16    Greyhound who were liaisons or interfaced with
17    Goodyear in any way?
18         A.   Not that I'm aware of.  Unless
19    Alex Cook was doing that.  I have, you know,
20    he never said he did and I didn't ask.
21         Q.   Did you speak with anybody who had
22    done any type of failure analysis at
23    Greyhound?
24         A.   Well, Alex Cook said he did
25    failure analysis.  He did Pareto analysis and

---

161

1          J.W. DAWS
2 so on.  But we didn't talk specifically about
3 any of his analyses.
4     Q.    Did you and Mr. Cook ever talk
5 about failure analyses in terms of the G-409
6 tire?
7     A.    No, sir.
8     Q.    Did you speak with anybody at
9 Greyhound regarding failure analysis regarding
10 the G-409 tire?
11     A.    No, sir.
12     Q.    Did you speak with anybody at
13 Greyhound regarding how the maintenance report
14 desk kept records?
15     A.    No, sir.
16     Q.    Did you speak with anybody at
17 Greyhound regarding how the maintenance report
18 desk records were kept or maintained?
19     A.    No, sir.
20     Q.    Did you speak with anybody at
21 Greyhound regarding how information was
22 supposed to be transmitted to the desk which
23 collected the information about bus failures?
24     A.    No, sir.
25     Q.    Did you speak with anybody at

---

162

1          J.W. DAWS
2 Greyhound regarding any load issues related to
3 MCI buses that were used with G-409 tires?
4     MR. POLLAK:  Objection to form.
5 You can answer.
6     A.    The only conversation I ever had
7 about weights was asking Alex whether buses
8 were weighed in any way in a routine manner.
9 The answer is no.
10     Q.    Did Mr. Cook -- that's Alex?
11     A.    Yes.
12     Q.    Did he indicate whether or not he
13 had done any failure analysis related to load
14 issues --
15     A.    No, sir.
16     Q.    -- on Greyhound buses?
17     A.    He did not.
18     Q.    Other than Mr. Cook are you aware
19 of any person at Greyhound who may have been
20 entrusted with the responsibility of
21 performing failure analyses regarding
22 Greyhound bus accidents?
23     MR. POLLAK:  Objection to the
24 form.  You can answer.
25     A.    No, sir.

---

163

1          J.W. DAWS
2     Q.    Do you know who a Michael Bair is,
3 B-A-I-R?
4     A.    No, sir.
5     Q.    Do you know who Gary Bolden is?
6     A.    I do.
7     Q.    And do you know if Mr. Bolden has
8 any relation or involvement with inspections
9 that took place regarding the accident tire
10 from the Elizabethtown accident?
11     MR. POLLAK:  Objection.  Don't
12 answer that question.
13     MR. KAPLAN:  What's the basis of
14 that objection?
15     MR. POLLAK:  I don't think you are
16 entitled that information.
17     MR. KAPLAN:  I'm entitled to know
18 if he spoke with another consulting
19 expert.
20     MR. POLLAK:  You can ask that
21 question.
22     MR. KAPLAN:  Well, I'm asking him
23 that.
24     MR. POLLAK:  We'll, make it
25 simple.  The question you asked and the

---

164

1          J.W. DAWS
2 way you asked it, I'm objecting and I'm
3 directing the witness not to answer.
4     MR. KAPLAN:  On what basis?  Is it
5 privileged?
6     MR. POLLAK:  Yes, absolutely.
7     MR. KAPLAN:  How is that
8 privileged?
9     MR. POLLAK:  Because the question
10 asks about an activity that may or may
11 not have been done by somebody.
12     Q.    Well, did you ever have any
13 conversations, you have any conversations with
14 Mr. Bolden, regarding the tire that was
15 involved in this subject case?
16     A.    Mr. Bolden was at the tire
17 inspection in Akron at the Goodyear Technical
18 Center and you obviously are aware of that.
19     Q.    That's right.
20     A.    And I had tried to hire Mr. Bolden
21 at one time when I worked at Exponent.  I had
22 dinner with him at one of the hi-tech tire
23 society meetings, you know,  so I know the
24 man.
25     And we talked, you know, as we are

John William Daws, Ph.D., PE.                    September 14, 2010

---

165

J.W. DAWS

1
2  going through the inspection, we are talking
3  about things we are looking at.  But that's,
4  you know, as far as the substance of those
5  conversations, I don't recall us talking about
6  any kind of opinion or anything.
7      Q.   Did you have any understanding
8  why -- oh, by the way, Mr. Bolden was hired by
9  Greyhound to perform an inspection at the
10 Goodyear Tech Center when you performed your
11 inspection, isn't that correct?
12          MR. POLLAK:  Objection, don't
13      answer that question.
14          MR. KAPLAN:  Why not?
15          MR. POLLAK:  The same reason.
16          MR. KAPLAN:  Well, there is no
17      mystery here that Greyhound brought Mr.
18      Bolden to the Goodyear Tech Center to
19      perform an examination of the subject
20      tire.  Isn't that correct?
21          MR. POLLAK:  Well, since there was
22      a sign-in sheet and Mr. Bolden showed up
23      and knew people who worked for Goodyear,
24      I guess there is no secret that he was
25      there.  Anything beyond that, besides

---

166

J.W. DAWS

1
2      the fact that you may know he was there
3      because he signed a piece of paper or
4      Mr. Stroble saw him and knows him,
5      anything involving Mr. Bolden is
6      privileged.
7          MR. KAPLAN:  No, I have an e-mail
8      from you telling me that Mr. Bolden was
9      going to be there to examine the tire on
10     Greyhound's behalf.
11         MR. POLLAK:  He was going to be
12     there, we told you that because we had
13     to tell you that.
14         MR. KAPLAN:  Right.  So I'm just
15     saying there is no secret that Mr.
16     Bolden was there to examine the tire at
17     the behest of Greyhound.
18         MR. POLLAK:  Any questioning
19     involving what Mr. Bolden did or didn't
20     do, the witness is not going to answer.
21         MR. KAPLAN:  I don't agree and I
22     will tell you right now, Mr. Daws, you
23     may have to come back at your own
24     expense if you don't answer these
25     questions.  Because my contention is

---

167

J.W. DAWS

1
2      that if you had any discussions with Mr.
3      Bolden about what he did, about what you
4      did, what he observed, what you
5      observed, then that is fair game for my
6      examination, and it is not the basis for
7      an objection or a direction to the
8      witness not to answer.
9      Q.   So am I correct that you are going
10 to follow Mr. Pollak's directions not to
11 answer, or are you going to answer some
12 questions I have about Mr. Bolden and his
13 involvement?
14     A.   I'm going to do what my client
15 tells me to do.
16     Q.   And your attorney?
17         MR. POLLAK:  I think he was
18     talking about --
19     A.   Actually, you know, I'm not
20 represented by counsel here.
21     Q.   So then you are not answering the
22 question on your own accord?
23     A.   I suppose so.
24     Q.   So let me ask the question again.
25 Were you aware that Mr. Bolden was at the

---

168

J.W. DAWS

1
2  inspection of the tire at the Goodyear Tech
3  Center because Greyhound had hired him to
4  attend?
5          MR. POLLAK:  Objection.  Don't
6      answer that question.
7      Q.   Are you going to answer Mr. Daws?
8  You tell me you are not represented by
9  counsel.  So I understand he is directing you,
10 but it is your decision.
11     A.   Well, I have to go with what my
12 client says.
13     Q.   Did you ever talk to Mr. Bolden
14 about his examination of the G-409 tire that
15 was involved in the Elizabethtown accident?
16         MR. POLLAK:  Objection:  asked and
17     answered.  You could answer.
18     A.   I did not.
19     Q.   Do you know why Mr. Bolden was
20 present at the examination of the
21 Elizabethtown tire?
22     A.   I have absolutely no idea.  It is
23 a little bit of an affront to me as an expert,
24 but, so be it.
25     Q.   Do you find it -- would it be an

169

1                J.W. DAWS
2    unusual situation that a client would hire two
3    different tire experts to perform an
4    examination on the exact same tire at the
5    exact same time and location?
6            MR. POLLAK:  Objection to the form
7        of the question.  You can answer that
8        hypothetical question.
9        A.   That, if you take out the "at the
10   exact same time and the exact same place," the
11   answer is no, it is not unusual at all.
12       Q.   Okay.
13       A.   If you add at the same time and
14   the same place, yeah, it is fairly unusual.
15   Although, I've been in inspections where
16   different clients have different tire experts
17   there.
18       Q.   Now, you said it was an affront to
19   you?
20       A.   Yeah.
21       Q.   Could you explain why it was an
22   affront to you?
23       A.   Well, I generally don't have
24   clients that hire multiple tire experts.
25       Q.   As if somebody was going to

170

1                J.W. DAWS
2    second-guess what your conclusions might be?
3            MR. POLLAK:  Objection to the form
4        of the question.  You can answer.
5        A.   Well, I mean, yeah.  I mean, let's
6    face it --
7        Q.   And it is also like hedging your
8    bets as well, isn't it?
9            MR. POLLAK:  Objection to the form
10       of the question.  You can answer.
11       A.   Again, I don't know what Mr.
12   Bolden's opinions are.  I have no idea.
13       Q.   Well, so, in other words if a
14   client didn't like what expert A said, they
15   can always fall back on what expert B said?
16           MR. POLLAK:  Objection to the form
17       of the question.  You can answer.
18       A.   That happens all the time in this
19   business.  I mean, why does Goodyear have
20   multiple experts?  Same reason.
21       Q.   How do you know that that's the
22   same reason?
23       A.   Because you can only have one.
24       Q.   How do you know that that's why
25   Goodyear does that?

171

1                J.W. DAWS
2        A.   Why else would they pay the money
3    for multiple experts?
4        Q.   Is that your answer?
5        A.   That's my answer.
6        Q.   That you don't have an answer?
7            MR. POLLAK:  Objection to the form
8        of the question.
9        A.   Well, I only have my suspicions,
10   okay.
11       Q.   Now, how about Mr. Bair, you have
12   never heard of him?
13       A.   Never heard of him.
14       Q.   Are you aware that the NTSB had
15   examined the tire prior to the time that you
16   had an opportunity to examine the tire?
17       A.   Yes, I am.
18       Q.   When did your examination of the
19   tire take place?
20       A.   July 30, 2008.
21       Q.   And the accident had occurred
22   approximately two years earlier, right?
23       A.   I believe so, yes.
24       Q.   Do you know when the first time
25   the tire was examined by the NTSB was?

172

1                J.W. DAWS
2        A.   No, I don't.
3        Q.   Do you know who attended the
4    examination on behalf of the NTSB?
5        A.   Jim Gardner was their tire expert.
6        Q.   Do you know who else attended the
7    examination when Jim Gardner attended?
8        A.   No, I don't.  Although, I believe
9    from the report Mr. Stroble was there but
10   that's all I remember.  And Mr. Yohe maybe,
11   but that's all I know.
12       Q.   But you don't remember seeing the
13   name Michael Bair there?
14       A.   No, I don't.
15       Q.   Would it have been customary for
16   Greyhound to have its own tire expert attend
17   an inspection that was being conducted on
18   behalf of the NTSB?
19           MR. POLLAK:  Objection to the form
20       of the question.  You can answer.
21       A.   Well, they would have had a person
22   there.  Maybe Mr. Cook or somebody else.  I
23   don't know.
24       Q.   You wouldn't have any reason to
25   dispute that an individual by the name of

173

1          J.W. DAWS
2    Michael Bair who is a consulting tire expert,
3    attended the inspection on behalf of Greyhound
4    in 2006, would you?
5          MR. POLLAK:  Objection to the
6    form.  You can answer.
7          A.    I have never heard of Michael Bair
8    and I thought I knew all the tire experts in
9    the industry.  I've never heard of him.
10         Q.    Would it concern you even more
11   that in addition to having the mirror
12   examination conducted by another expert when
13   you looked at the tire, that Greyhound had
14   also used another expert to attend the NTSB
15   inspections in 2006?
16         MR. POLLAK:  Objection to the form
17   of the question.  You can answer.
18         A.    That doesn't concern me at all.
19         Q.    Either way, Greyhound has never
20   given you any information from a Mr. Michael
21   Bair, have they?
22         A.    No, sir.
23         Q.    And they haven't given you any
24   information from Mr. Bolden regarding his
25   examination of the subject tire, have they?

174

1          J.W. DAWS
2          MR. POLLAK:  Note my objection.
3    You can answer.
4          A.    That's correct.
5          Q.    Have you ever written anything
6    regarding steel-belt design?
7          A.    No, sir.
8          Q.    Have you ever written anything
9    regarding puncture resistance in radial medium
10   truck tires?
11         A.    No, sir.
12         Q.    Now, when you examined the subject
13   tire, that was at the Goodyear Tech Center,
14   the first time, correct?
15         A.    That's correct.
16         Q.    And who else was with you when
17   that tire examination took place?
18         A.    Well, let's see.  Mr. Pollak was
19   there, Mr. Cook, Mr. Bolden.  The guy from the
20   Goodyear Tech Center lab, and I really don't
21   remember his name.  I think Mr. Reuschlin was
22   there and Mark Arndt.
23         Q.    Now, prior to your inspection of
24   the tire on that occasion, had you reviewed
25   any notes or reports from examinations

175

1          J.W. DAWS
2    regarding that tire, which had predated your
3    exam?
4          A.    I think there was a draft of the
5    NTSB, you know, a draft, not for publication,
6    that was forwarded to me.
7          Q.    And you read that?
8          A.    And I read that.
9          Q.    Anything else?
10         A.    Not that I'm aware of.
11         Q.    Had you formed any opinions about
12   what the cause of the tire failure was at that
13   time just prior to the time that you performed
14   your own inspection?
15         MR. POLLAK:  Objection to the
16   form.
17         A.    No, sir.  I hadn't seen the tire.
18         Q.    Now, why don't we take a look --
19   by the way, you prepared exam notes regarding
20   that accident tire, isn't that correct?
21         A.    Yes, sir.
22         Q.    And I believe they are included in
23   attachment 1 from pages 4 through 8 from your
24   report?
25         A.    Actually that particular

176

1          J.W. DAWS
2    inspection includes through page 12 because it
3    is both front tires off the bus.
4          Q.    Right.  I'm just referring to the
5    accident tire.
6          A.    Okay.
7          Q.    Am I correct?  Have I identified
8    the pages?
9          A.    Yeah, that's fine.
10         Q.    This is a form page that has a lot
11   of typewritten information with areas where
12   you can handwrite information into.  Is that
13   correct?
14         A.    It is my inspection blank, yeah.
15         Q.    Was this a form that was created
16   by you?
17         A.    Yes, it was.
18         Q.    And it looks like you have
19   different dates on the bottom left-hand corner
20   of when the pages, the individual pages were
21   created?
22         A.    Well, or modified.
23         Q.    Okay.
24         A.    I try to keep up with whether I
25   have the current version.

John William Daws, Ph.D., PE.                    September 14, 2010

---

177

```
 1              J.W. DAWS
 2      Q.   Is this the exact form that you
 3  have with you when you are doing your tire
 4  exam, or do you first record your findings
 5  onto a piece of paper and then later enter
 6  them into the examination report?
 7      A.   This is it.  What you see is what
 8  you -- these are the notes I take while I'm
 9  doing the inspection.
10      Q.   Okay.  Now, you don't have a
11  separate handwritten note that has additional
12  information?
13      A.   No, this is it.
14      Q.   Okay.  Now, I presume that one of
15  the things that you try to accomplish with
16  this is to record what you see as forensic
17  evidence which could shed light on what the
18  cause of the failure was.  Is that correct?
19          MR. POLLAK:  Objection to the form
20  of the question.  You can answer it.
21      A.   The inspection, for me the
22  recording of the inspection is basically
23  recording my observations.  It is not a -- I
24  know, I really try not to draw any conclusions
25  while I'm doing this.  I try to capture all
```

---

179

```
 1              J.W. DAWS
 2      A.   Not in terms of the observations.
 3  Typically what -- I'd say never but typically
 4  what gets changed in the inspection form are
 5  pages 2 and 3.
 6          If you look at page 2 and page 3
 7  of the inspection form, one has information,
 8  for example, about where the inspections take
 9  place and what I know about the accident.
10  Sometimes what I know about the accident is
11  pretty sketchy.  Sometimes, you know, when I
12  do my inspection, I don't have a vehicle
13  placard to look at and somebody sends me a
14  photograph of that, you know, if they've sent
15  me the tire to inspect, for example.  So I
16  would be updating those.
17          Generally my observations, my tire
18  observations are pretty much done at the time
19  the inspection is over.
20      Q.   Now, in examining a tire that had
21  been involved in a tread separation, would
22  looking for polishing be something that you
23  would do?
24      A.   Oh, absolutely.
25      Q.   Could you show me where in the
```

---

178

```
 1              J.W. DAWS
 2  the observations.
 3      Q.   But would it be fair to say that
 4  the observations you choose to record are
 5  observations which you think may be useful to
 6  you in rendering an opinion later on based on
 7  the forensic evidence?
 8          MR. POLLAK:  Objection:  asked and
 9  answered.  Objection to the form.  You
10  can answer it.
11      A.   Well, the useful to me is kind of,
12  maybe hyperbole because sometimes the things I
13  record, come back to bite me in terms of my
14  opinions or whatever.  But I try to capture
15  all the observations that appear to me to be
16  significant.  Okay, so -- and then from that I
17  have to formulate opinions --
18      Q.   Okay.
19      A.   -- that match up with the rest of
20  what I know about the case and so on.
21      Q.   Is there ever an occasion where
22  you perform an exam on a tire and then later
23  look at photographs of the tire and change
24  what's in the examination report or supplement
25  what's in the examination report?
```

---

180

```
 1              J.W. DAWS
 2  examination notes for tire 1 as it is called,
 3  you indicate polishing?
 4      A.   Well, the inspection of the
 5  location where you have polishing is where
 6  I've noted edge cracks between belt 2 and belt
 7  3.
 8          MR. POLLAK:  Just for the record,
 9  the pages are numbered on the top right
10  corner.
11          MR. KAPLAN:  On the top right-hand
12  corner, right.
13          MR. POLLAK:  So just indicate
14  where you are referring.
15      A.   Okay.  So on page 6 in the second
16  rectangle there, you will see edge cracks
17  between belt 2 and belt 3.  That's the
18  location where there is polishing, although I
19  didn't write down polishing.
20      Q.   Okay.  Is there a reason why you
21  didn't write down the word polishing at the
22  time?
23      A.   No.
24      Q.   Isn't polishing a fairly
25  significant forensic finding that one would
```

181

                J.W. DAWS
1
2  expect to find in a tread separation?
3       A.   Sure, but I got a great photograph
4  of that location.
5       Q.   But was there any reason why you
6  didn't write it down?
7       A.   Not that I know of.
8       Q.   Now, in terms of over-deflection,
9  that is something that would be a forensic
10 indicator as well.  Right?
11      MR. POLLAK:  Objection to the
12 form.
13      Q.   Could you show me where you have
14 indicated signs of over-deflection on the
15 inspection or examination sheets?
16      A.   Well, you have, you know, your
17 bead grooves which in this case, in this tire
18 are very narrow for this type of tire, for the
19 G-409 on this service.
20      Q.   Can you just tell me what page
21 and where --
22      A.   Okay, page 7, the supplemental
23 notes.
24      Q.   Okay.
25      A.   You can see on page 6 there is a

182

                J.W. DAWS
1
2  tag, there is a circle around the -- and if
3  you'll look at those two circular drawings,
4  you will see there is a circle inside of the
5  inner most circle and a line going out and a
6  number 13 on both sides.
7       Q.   Um-hum.
8       A.   And flip over to page 7, item 13,
9  it says bead groove, and you will see that
10 I've measured them.
11      Q.   Okay.
12      A.   Okay.
13      Q.   All right, how about in terms of
14 cracking, I notice you mentioned the edge
15 cracks on page 6.
16      A.   Right.
17      Q.   Was there any other evidence of
18 cracking that you noted?
19      MR. POLLAK:  Objection to the
20 form.  You can answer.
21      A.   No.  I don't see the word cracking
22 anywhere else.  There were obviously, you
23 know, things on the sidewall consistent with
24 the accident.
25      Again, I generally don't record

183

                J.W. DAWS
1
2  stuff that is associated with the accident,
3  although there is some notation here on the
4  sidewalls of abrasion, cuts and a split.
5       Q.   Now, how would you describe --
6  this was a tread separation, is that correct?
7  Or would you describe it as a tread and belt
8  separation?
9       A.   It's a -- it's -- it's basically a
10 tread and belt separation provoked by loss of
11 air, okay.  But it is -- it is a preexisting
12 fatigue crack system in the tire which is why
13 it happens to fail at this location.
14      Q.   Now, when you say provoked by loss
15 of air, would that mean air that was lost
16 through the puncture that we have been talking
17 about previously?
18      A.   Yes, sir.  But this fatigue crack
19 system, this system of edge cracks preexisted
20 the failure of the tire, pre -- you know, it
21 takes, because of the polishing in evidence
22 there, it takes some time to develop that
23 cracking.
24      Q.   Later on you indicated, I believe
25 in your report you said there was limited

184

                J.W. DAWS
1
2  polishing.  Is that correct?
3       A.   That's correct.
4       Q.   So how long a period of time would
5  it take for this type of an edge crack to have
6  occurred with limited polishing?
7       MR. POLLAK:  Objection to the
8  form.  You can answer.
9       A.   Again, we are talking anywhere
10 from a thousand to a couple of thousand miles.
11 You know, where it starts to polish we can see
12 that the edge cracks are considerably more
13 extensive than that.  They just haven't
14 started to polish yet.
15      Q.   Now, you've testified previously
16 the polishing can start anywhere from 500 to
17 1500 miles, is that correct?
18      A.   Well, in a passenger car tire,
19 yeah.  You've got to remember these tires are
20 far, far stiffer.
21      Q.   So you would say it could be
22 anywhere from a thousand to 2,000?
23      A.   Well, a thousand to maybe 5,000
24 miles.
25      Q.   Okay.

185

                    J.W. DAWS
1
2       A.   You know, I mean, these tires are
3   very much stiffer than passenger car tires.
4       Q.   A thousand being the low end and
5   5,000 being the higher end?
6       A.   It may even be longer than that.
7   I don't know.  You know, I don't think
8   anybody -- if there has been much work on
9   polishing as an indicator, it's been on
10  passenger tires because that's where most of
11  the work is done.
12      Q.   Right, and no studies have been
13  done showing how long polishing takes to
14  accumulate in radial medium truck tires, is
15  that right?
16      A.   Right.  All we know is that it
17  doesn't happen overnight.
18          Again, you know, the experience
19  would be that it would take considerably
20  longer than the same amount of polishing in a
21  passenger or light truck tires.
22      Q.   But theoretically, if a bus went
23  for a thousand miles overs three or four days,
24  you could develop that kind of polishing in
25  that period of time?

186

                    J.W. DAWS
1
2       A.   Again, that would be fairly
3   extreme.  You know, I think it is, you know,
4   this crack predates the, you know --
5       Q.   This tread separation?
6       A.   This tread separation predates the
7   loss of air in the tire.  So something is
8   causing the tire to break down here in its
9   normal service.
10      Q.   Well, if there had been a slow
11  leak caused by a puncture in a tire over a
12  course of four or five days, would this type
13  of polishing have exhibited itself?
14          MR. POLLAK:  Objection to the
15      form.  You can answer.
16      A.   I don't think so.  I think that
17  the edge cracks, my opinion is that those edge
18  cracks and that polishing is consistent with
19  something that is going on in the tire in a
20  more routine basis.
21          Again, the air loss in this tire
22  was sufficient to -- not sufficient to support
23  the -- this particular puncture having been in
24  there for, or is more significant than you can
25  support having been in the tire for multiple

187

                    J.W. DAWS
1
2   days.
3       Q.   When you have written in papers
4   that these types of, this type of polishing
5   can occur in tens of miles, you were referring
6   to passenger or light truck tires?
7       A.   I've never referred to polishing
8   having occurred in tens of miles.  I've talked
9   about flat spot wear, irregular wear.  You
10  know, the polishing, the polishing aspect of
11  the skim rubber is a little bit different.
12      Q.   Did you ever say in an article
13  written for the Rubber and Plastic News,
14  called Forensic Analysis and Tire Tread
15  Separations that typical estimates of
16  durations are thousands of miles for heavy
17  polishing versus merely several tens of miles
18  for regions showing little or no polishing?
19      A.   Yeah.
20      Q.   Okay, so --
21      A.   And again, that is primarily
22  passenger and light truck tires.  You know,
23  two-belt tires, fairly light weight.
24      Q.   So again, though, you can't rule
25  out that this type of polishing that you

188

                    J.W. DAWS
1
2   observed could have occurred over the course
3   of a few days in a bus going a thousand or
4   1500 miles.  Is that correct?
5           MR. POLLAK:  Objection to the
6       form.  It has also been asked and
7       answered.  Over objection you can
8       answer.
9       A.   A thousand or 1500 miles a day
10  for --
11      Q.   No, over a five-day period.
12          MR. POLLAK:  Objection to the
13      form.  Asked and answered.  Over
14      objection, you can answer it again.
15      A.   Again, I think a thousand miles
16  would be fairly extreme because there is no
17  transition of the polishing, that is, the
18  cracking is just getting into the steel belt
19  area, or getting towards the center of the
20  steel belt, and the looseness that generates
21  polishing obviously hasn't progressed very
22  far.
23      Q.   I thought you had said earlier
24  that that polishing can occur anywhere from 1
25  to 2,000 miles?

John William Daws, Ph.D., PE.                    September 14, 2010

---

189

J.W. DAWS

1
2     A.   It can start.
3     Q.   And you would get limited
4  polishing as a result of that?
5     A.   You would get minimal, minimal
6  polishing.  You know, again, this polishing is
7  very evident.
8     Q.   Okay.
9     A.   You know, it is just not, if you
10 think in terms of severe polishing, severe
11 polishing is where you basically, you know,
12 rubbed off most of the skim rubber and your
13 steel cord is exposed.  We are not at that
14 level here.
15    Q.   Now, do you indicate where the
16 puncture is we've talked about in your exam
17 notes?
18    A.   I do.
19    Q.   Can you just show us where that
20 is.
21    A.   If you look at page 6 at the two
22 top rectangles, you can see that there is, in
23 the segment after the 6 o'clock location, you
24 can see the piece, the tread piece labeled No.
25 9, there is a hole indicated.

---

190

J.W. DAWS

1
2        And the same thing in the second
3  rectangle, the underside of that hole in the,
4  in the inner liner or in the casing, you can
5  see there is a hole noted in both the inside
6  and the outside.
7     Q.   Now, this is at the 6:30 position,
8  correct?
9     A.   Yeah, about the 6:30 position.
10    Q.   How easily visible was this hole
11 on the tread side?
12    A.   On the outside of the tread, it
13 looked like a small cut.  I mean, it would be
14 hard to define it, you know, looking at it
15 with nothing in it, it would be very difficult
16 to define it as a puncture.  So if the tire
17 was still intact and you looked at, it looks
18 like a small road cut.
19    Q.   So a driver or somebody who may
20 have been looking at this tire after the
21 puncture occurred, but before the tire failure
22 occurred, might not have even noticed this as
23 a puncture.  Is that correct?
24        MR. POLLAK:  Objection.  You can
25    answer.

---

191

J.W. DAWS

1
2     A.   I think that is probably correct.
3  It is clearly an in and out kind of cut that
4  the screw made in the tire, and there is --
5  you know, most of the time punctures are noted
6  by people when they see the puncturing entity
7  sticking out of the tire.
8     Q.   Was there also a rubber flap over
9  the puncture area on the tread?
10    A.   Well, again, the hole is kind of a
11 wiggly shape.
12        I mean, if you want to call it a
13 flap, yes, but let me see if I can get a
14 picture of it.  It is kind of a W-shaped
15 looking hole.
16        You know, if you want to call that
17 a flap, so be it.
18    Q.   Based on --
19    A.   Yeah, if you look at photograph
20 No. 142 of my inspection set.
21    Q.   Okay.
22    A.   There is a, you can see the hole
23 and it is a squiggly looking like W sort of a
24 shape.  I suppose you could call that flap if
25 you wanted.  But it is kind of, the screw goes

---

192

J.W. DAWS

1
2  in, the screw comes out and the place closes
3  up again.
4     Q.   Based on the configuration of the
5  hole of the cut pattern, would you anticipate
6  that during operation, the hole might have
7  sealed up somewhat, slowing the flow of air
8  out of the cut?
9        MR. POLLAK:  Objection to the
10    form.  You can answer.
11    A.   Absolutely not.  There is more
12 than enough cross-sectional area in that
13 opening to overwhelm whatever air can come out
14 of the hole in the inner liner.
15    Q.   Has that been known to happen that
16 during operation, a puncture hole or a cut
17 hole can close up as a result of the movement
18 of the tire on the road?
19    A.   I would say the answer to that is
20 no, and the reason I would say that is you
21 could, you might consider, for example, that
22 when the tire goes around and that hole is on
23 the ground, you know, there isn't going to be
24 any air coming out of it, or there might not
25 be any air coming out of it.  But it is only

John William Daws, Ph.D., PE.                    September 14, 2010

---

193

J.W. DAWS

1
2   on the ground for a very short period of each
3   rotation, and the rest of the time it's just
4   open.  You know, I have seen cases, of course,
5   where the puncturing entity actually goes
6   through the tread and is still in the tread.
7   It actually, you know, you wear it off on the
8   surface of the tread.
9       Q.   Right.
10      A.   And then, you know, basically the
11  tire tends to leak every time whatever that
12  entity is hits the ground, as opposed to the
13  other case.
14      Q.   How about dirt or debris getting
15  into the cut area or the hole area:  did that
16  happen?
17          MR. POLLAK:  Objection to the
18      form.  You can answer.
19      A.   I suppose it is a limited
20  possibility, but nothing, there was nothing in
21  that that led to, you know --
22      Q.   When you observed it?
23      A.   Yeah, there was no evidence that
24  there was anything in that hole, and, you
25  know,  immediately after the accident there

---

194

J.W. DAWS

1
2   may have been some dirt associated with the
3   accident scene.  That wouldn't be
4   unreasonable.
5       Q.   Well, if dirt had gotten into a
6   hole created by a puncture that was creating a
7   slow leak over a period of days, could dirt
8   have gotten into that hole and slowed the flow
9   of air out of that puncture site?
10          MR. POLLAK:  Objection to the
11      form.  Also, asked and answered.  You
12      can answer.
13      A.   Again, the inside of the whole
14  would show evidence of dirt.
15      Q.   Well, dirt can come in and it can
16  go out --
17      A.   Yeah, but --
18          MR. POLLAK:  Objection to the
19      form.  You can answer.
20      A.   But there will be some residual
21  gray coloration associated with dirt having
22  been there.
23      Q.   In all cases?
24      A.   All the ones I'm familiar -- I
25  mean, anything I've ever seen.  If the hole

---

195

J.W. DAWS

1
2   has been plugged up with dirt, then there, you
3   know, if somebody washes it out, I mean if
4   somebody takes water and cleans it out, you
5   won't find that.  But the dirt will dry up
6   and, you know, it will be gone.
7       Q.   And by the time you looked at the
8   tire, several other people had already looked
9   at the tire.  Isn't that correct?
10      A.   Yes.  As far as I know.
11      Q.   And air had been forcibly shot
12  through the hole through the liner outward,
13  isn't that correct?
14      A.   Not through the tread.  Only
15  through the belt package.
16      Q.   But through the belt package it
17  was out, correct?
18      A.   Right.
19      Q.   Now, the construction of this
20  G-409 tire, would you say that it was a normal
21  construction for a radial medium truck tire?
22          MR. POLLAK:  Objection to the
23      form.  You can answer.
24      A.   It really depends on what you mean
25  by normal.

---

196

J.W. DAWS

1
2       Q.   Well, was it unusual in any way,
3   the type of construction?
4           MR. POLLAK:  Note my objection to
5       form.  You can answer.
6       A.   It looks like lots of four-belt
7   radial medium truck tires.
8       Q.   Did you see anything unusual about
9   it?
10          MR. POLLAK:  Objection to the form
11      of the question.  You can answer.
12      A.   Again, nothing that you would --
13  from a forensic standpoint.
14      Q.   Now, on page 7, your observations
15  sections, you see -- well, it looks like in
16  some of these sections you have specific items
17  1 through 19, and as you mentioned earlier you
18  have some comments by No. 13, bead groove and
19  then you have some additional lines I suppose
20  for observations that don't necessarily fit in
21  the topics 1 through 19.  Is that correct?
22      A.   That's correct.
23      Q.   And would you say that you
24  put in -- what's the purpose for having these
25  blanks lines after all of those numbers?

197

1           J.W. DAWS
2           MR. POLLAK:  Objection.  You can
3    answer.
4       Q.   In other words, why do you have a
5    space there for comments, what's the purpose?
6       A.   So I can make comments.
7       Q.   And why would you make a comment?
8           MR. POLLAK:  Objection to the
9    form.  You can answer.
10      A.   To, well, you know, if you do the
11   number of inspections that us guys in the
12   forensics business do, and then three years
13   later somebody wants to know what you saw,
14   hopefully you have, you know, some notes.
15      Q.   And it would reflect on things
16   that you saw of some import at least to you,
17   correct?
18      A.   That's correct.  So if those notes
19   can't be easily done directly on the drawings,
20   then sometimes you, you know, I'll note
21   additional things that I've seen.  And I may
22   make additional drawings like I did here.
23      Q.   Now, on No. 4 you see it says hole
24   comment?
25      A.   Yes.

198

1           J.W. DAWS
2       Q.   And there is no comment, correct?
3       A.   That's correct.
4       Q.   And then on number 6 it says nail,
5    et cetera, comment, and there is no comment?
6       A.   That's true.
7       Q.   Any reason why you didn't put any
8    comments in?
9       A.   Because I got notes here about
10   what the hole is and then I got my microscope
11   out and took close-up pictures of it, took
12   other detailed pictures of the thing.
13          MR. POLLAK:  Referring to page 6.
14      A.   Referring to page 6 in the
15   inspection notes.
16      Q.   At that time did you have any
17   opinions as to whether or not a hole or a
18   nail, et cetera, had any relationship to the
19   tire failure involved in this accident?
20          MR. POLLAK:  Objection to the
21   form.  You can answer.
22      A.   Well, certainly I knew that based
23   on the leak video that the NTSB had, I knew
24   that air actually went out through the inner
25   liner here.  So it certainly played some role

199

1           J.W. DAWS
2    in it.
3       Q.   When did you first view the leak
4    video?
5       A.   Let's see.  I don't really recall.
6    I know I pulled it off the -- I can't
7    remember.  I can't remember.
8       Q.   Okay.  On page 3 of the
9    inspection, this is in that general area
10   that you -- it doesn't relate specifically to
11   tire 1.
12      A.   Right.
13      Q.   You indicated that the front GAWR
14   was 16,000 pounds.  That's the gross axle
15   weight?
16      A.   That's correct.
17      Q.   Is that correct?
18      A.   Um-hum.
19      Q.   And you also indicate that the
20   GVWR -- that's the gross vehicle weight
21   rating?
22      A.   That's correct.
23      Q.   -- is 48,000 pounds.  Where did
24   you get that information from about the gross
25   vehicle weight rating?

200

1           J.W. DAWS
2       A.   I think that's out of the NTSB
3    report.  If it is not on the placard -- I'm
4    sure it must be on the placard.
5           I don't have my bus photographs in
6    this book.
7       Q.   All right --
8       A.   Technically, it is supposed to be
9    on the placard.
10      Q.   Now, it is in the NTSB report?
11      A.   Yeah.  It is in the NTSB report,
12   yeah.
13      Q.   I'm just curious, I have a
14   question about combined gross axle weight
15   ratings versus gross vehicle weight ratings.
16      A.   Right.
17      Q.   The question I have is this.  Here
18   you have a bus that has a gross axle weight
19   rating in the front axle of 16,000 pounds.
20      A.   Right.
21      Q.   And then you have two other axles
22   that have gross axle weight ratings?
23      A.   Correct.
24      Q.   In this case if you add up the
25   combined gross axle weight ratings, it is

201

J.W. DAWS

2  about 50,500 pounds.
3      A.   Correct.
4      Q.   How does that differ from the
5  gross vehicle weight rating?
6      A.    Gross axle weight ratings will
7  rarely equal the gross vehicle weight rating.
8  And, in fact, in my experience they never do.
9  And the reason is that the weight, the load
10  weight can shift back and forth in a vehicle.
11  So, you know, the axle weight, the sum of the
12  axle weight ratings is always larger than the
13  gross vehicle weight.
14      Q.    Does that provide any safety
15  margin in a bus that is loaded properly in
16  terms of where the load is distributed?
17      MR. POLLAK:  Objection to the
18  form.  You can answer.
19      A.   Well, if you can control where the
20  load goes in a bus, that is, you can force
21  people to sit uniformly and you make sure all
22  the luggage is put in uniformly and stuff like
23  that, then probably.
24         On the other hand, you know, you
25  can't force, you can't tell people to sit in a

---

203

J.W. DAWS

2  generally not controlled.
3      Q.   Could anybody else other than
4  Greyhound have controlled where passengers sat
5  within their buses?
6      MR. POLLAK:  Objection.  You can
7  answer.
8      A.   Well, I think, you know, the
9  answer to that is no, but nor could they
10  control how much people weighed and how much
11  luggage they brought.
12      Q.   Well, those are estimates that are
13  determined in the industry, are they not, how
14  many pounds you attribute to a particular
15  passenger and how much weight you attribute to
16  the luggage that they bring on?
17      A.   Well, sure, that's why you, you
18  know, Tire and Rim and the federal agencies
19  basically use 150 pounds per person and 35
20  pounds of luggage, but, you know, clearly in
21  America today, 150-pound average people just,
22  you know, there aren't a lot of us around.
23         I mean, I'm not a big guy but I
24  weigh, you know,  I tip the scales at 180
25  pounds and when I travel anywhere, you know,

---

202

J.W. DAWS

2  particular location.
3      Q.   Well, you can tell them to sit in
4  the seats, right?
5      A.   Well, yeah, they have to sit in
6  the seats, but you have no idea -- for
7  example, if there is 30 people on the bus, you
8  have no idea whether all 30 of them are going
9  to sit in the back or whether all 30 of them
10  are going to sit in the front.
11      Q.   Who would control that?
12      MR. POLLAK:  Objection to form.
13  You can answer.
14      Q.   Where people sit in the bus.
15      A.   You know, unless you do what the
16  airlines do, you know, assign seats, I don't
17  know how you could control that.
18      Q.   Well, is that something that
19  Greyhound could have done?
20      MR. POLLAK:  Objection to the form
21  of the question.
22      A.   Again, I wasn't looking at what
23  Greyhound might or might not have done in this
24  case.  All I'm saying is in the industry, in
25  the busing industry, my experience is that is

---

204

J.W. DAWS

2  I've got my briefcase and I've got my
3  suitcase.  And if I go on an inspection, my
4  inspection bag weighs 45 pounds and my
5  suitcase weighs 30.
6      Q.   Children travel as well, right?
7      A.   Sure.
8      Q.   And women travel?
9      A.   Sure they do.
10      Q.   And are you aware of Greyhound
11  ever challenging or contesting the 150-pound
12  bogey for passenger weight or the 35-pound
13  Bogey for luggage weight?
14      MR. POLLAK:  Objection to form.
15  You can answer.
16      A.   The only conversation I ever had
17  with anybody at Greyhound about that was with
18  Mr. Cook, and he said he thought that was a
19  bunch of garbage.  And he had , you know -- I
20  mean, to me the proper way to do it is to take
21  a -- when you are doing the vehicle design,
22  you take the distribution of people, weights
23  and so on, and the locations of seating and
24  luggage, and you run a Monte Carlo simulation
25  where you, you know, randomly select various

205

1            J.W. DAWS
2    weight people at various locations.  I mean,
3    that's how we do imbalance in tires, that's --
4    you know.
5        Q.    Now, Mr. Cook felt that was, what
6    was your term, a bunch of garbage?
7        A.    Yeah, that 150-pound average is
8    not necessarily the, you know, not necessarily
9    real life.
10       Q.    And was Mr. Cook concerned that
11   that could lead to potential safety issues
12   regarding the load that was placed on the
13   Greyhound buses?
14           MR. POLLAK:  Objection to the form
15       of the question.
16       A.    He just said they used 150 pounds
17   and he didn't think that that was necessarily
18   reasonable.
19       Q.    That was to you he said that?
20       A.    That was to me.
21       Q.    Do you know if Mr. Cook ever
22   complained to the Department of Transportation
23   about those figures?
24       A.    No, sir, sure don't.
25       Q.    Do you know if he ever complained

206

1            J.W. DAWS
2    to MCI about that?
3        A.    Oh, there were some -- I don't
4    know whether Mr. Cook did.
5        Q.    Mr. Cook?
6        A.    No, I don't.
7        Q.    About the 150 pounds?
8        A.    No, I don't.
9        Q.    How about Goodyear, did Mr. Cook
10   ever complain to Goodyear about the 150
11   pounds?
12       A.    Not that I'm aware of.  Like I
13   said, I don't know.
14       Q.    I want to show you something that
15   was part of your file which was an
16   MCI-produced document 1001057.  And it is
17   entitled Table 4, Bus Passenger Profile
18   Summary Observations.  And I want to ask you,
19   does this break down passengers by age,
20   height, weight and sex?
21           MR. POLLAK:  Can we just mark
22       that, Mr. Kaplan, as he is looking at
23       it?
24           MR. KAPLAN:  Sure.  What are we up
25       to now?

207

1            J.W. DAWS
2            MR. POLLAK:  The two binders were
3        1A and 1B.
4            MR. KAPLAN:  And then this we
5        didn't mark?
6            MR. POLLAK:  No.
7            MR. KAPLAN:  So mark it as Daws 2.
8            MR. POLLAK:  You have to let the
9        reporter mark it first, John.
10           (Daws Exhibit 2, document
11       produced by MCI bearing No. 001057
12       entitled Table 4, Bus Passenger
13       Profile-Summary Observations marked
14       for identification, as of this
15       date.)
16           MR. POLLAK:  Let me see that,
17       John.
18           THE WITNESS:  Um-hum.
19           MR. POLLAK:  I think, I'm not sure
20       what you called it, but it says at the
21       top Table 4 Bus Passenger
22       Profile-Summary of Observations.
23           MR. KAPLAN:  I called it MCI and
24       then I gave a number.  It looks like the
25       number is 001057.

208

1            J.W. DAWS
2        Q.    Now, when you look in the sections
3    for where the weights of the passengers are
4    located, do you see, it looks to me that three
5    particular weight groups are significantly
6    higher than all the others?
7        A.    Yes.
8        Q.    And what weight groups are those?
9        A.    121 to 140, 141 to 160, 161 to
10   180.
11       Q.    Well, actually 100 to 120 is more
12   than 161 to 180, isn't it?
13       A.    Okay, 194 to 196, yeah, for a
14   total.  Right.
15       Q.    Now, is there anything that you
16   can tell me looking at that which would cut
17   against a weight determination of 150 pounds
18   per passenger?
19           MR. POLLAK:  Objection to the
20       form.  You can answer.
21       A.    Well, again, you know, I don't
22   know, I don't have a date on this.  I
23   don't know who, you know, where this came
24   from or anything else.  You know, and I simply
25   haven't looked at the demographic data for the

209

J.W. DAWS

1
2  United States.
3        You know, I would guess that if
4  you pulled democratic data -- or demographic
5  data, you would find that, you know, on
6  average of a hundred and -- because the most,
7  the most densely populated cell in here is 121
8  to 140 pounds.  That would suggest that the
9  average American is somewhere around 130
10 pounds and I would suspect that's not true
11 today.
12       Q.   Well, luckily we are not guessing
13 and suspecting and we are not basing this on
14 what your knowledge is of your own weight,
15 right?
16       A.   That's true.  On the other hand,
17 there is no date on that.  You know, I mean if
18 that is a 1975 study, it is a very different
19 set of numbers than they would be today.
20       Q.   Well, you also have to factor in
21 you have infants from 0 to 5 years?
22       A.   Sure.
23       Q.   And children from 6 to 10 years
24 old?
25       A.   No doubt.  And you also have

210

J.W. DAWS

1
2  undetermined luggage and cargo and so on in
3  real life bus service.
4        Q.   Now, do the airlines make
5  calculations for passenger weight and loads?
6        MR. POLLAK:  Objection.  You can
7  answer.
8        A.   I know they do.
9        Q.   Did you check any of those
10 studies?
11       A.   No, I didn't.
12       Q.   Have you checked any studies which
13 detail the amount of weight assigned or
14 luggage assigned to a typical passenger on any
15 means of conveyance, such as a bus, a train or
16 an airplane?
17       A.   No, sir.
18       THE WITNESS:  Could we take a
19 break for just a couple of minutes?
20       MR. KAPLAN:  Sure.
21       MR. POLLAK:  Sure.
22       THE VIDEOGRAPHER:  Going off the
23 record at approximately 2:23 p.m.  This
24 is the end of tape No. 3.
25       (Recess taken.)

211

J.W. DAWS

1
2        THE VIDEOGRAPHER:  This is the
3  beginning of tape No. 4 in the Daws
4  deposition.  We are going back on the
5  record at approximately 2:33 p.m.
6  BY MR. KAPLAN
7        Q.   Now, the fact that you were
8  retained by Greyhound and performed these
9  examinations on the subject tire, this is
10 because you were looking to find a cause for
11 the tire failure.  Is that correct?
12       MR. POLLAK:  Objection to the
13 form.  You can answer.
14       A.   Well, I was looking to -- yeah, to
15 find the cause of the tire failure, yeah.
16       Q.   Now, you've describe your own
17 scientific method to reach an opinion to a
18 degree, a reasonable degree of engineering
19 certainty as, "pruning the tree down to one
20 cause."  Is that a correct statement?
21       A.   I think that's a fair assessment
22 of what goes on, yes.
23       Q.   Now, we've already discussed the
24 fact that punctures by nails and screws is not
25 an uncommon occurrence in tires, correct?

212

J.W. DAWS

1
2        MR. POLLAK:  Objection to the form
3  of the question.  You can answer it.
4        A.   Well, actually it really is an
5  uncommon event, yes.  Is actually is not very
6  common.
7        Q.   Well, you have had your own tires
8  punctured by screws, haven't you?
9        MR. POLLAK:  Objection, you can
10 answer.
11       A.   Sure.  Everybody has I think.  But
12 when you look at the number of punctures, I'm
13 almost 60 years old and I probably had ten
14 total punctures in my life.
15       Q.   And if we multiply everybody times
16 ten, that is a lot punctures, isn't it?
17       A.   It is a lot of punctures, but it
18 is not a lot of per mile -- you know, per
19 miles traveled it is not a big number.
20       Q.   Well, punctures can be repaired,
21 isn't that correct?
22       MR. POLLAK:  Objection to the
23 form.  You can answer.
24       A.   Yeah, the -- really it all
25 depends.  I mean, if the tire hasn't been run

213

J.W. DAWS

1    flat, then, and you have a puncture and it is
2    done properly, you can generally repair a tire
3    unless it is punctured, you know, outside the
4    outer tread grooves and things like that.
5        Q.   If someone has discovered a
6    puncture in the tread area of the tire before
7    the tire has failed, that tire can be a
8    candidate for puncture repair.  Isn't that
9    correct?
10           MR. POLLAK:  Objection to the form
11   of the question.  You can answer.
12       A.   That's correct.
13       Q.   In fact, it is assumed by the
14   industry that punctured tires can be repaired?
15           MR. POLLAK:  Objection to the
16   form.
17       A.   Yeah, I think that is, you know,
18   again, provided they are not damaged in the
19   process of going flat.  That is, you have to
20   notice that you have a puncture before it
21   actually goes flat.
22       Q.   Let me go a step further.  The
23   industry assumes that tires can be punctured
24   all the way through the inner liners and that

215

J.W. DAWS

1    of the tires, every time you dismount it and
2    remount it, you start again.
3        Q.   Let's say it is, the puncture that
4    occurred in this case was discovered shortly
5    after it occurred.  Was this the type of
6    puncture that could have been repaired?
7            MR. POLLAK:  Objection to the
8    form.  You can answer.
9        A.   In all likelihood that had this
10   puncture been discovered, it could have been
11   repaired.  Again, provided the tire hadn't
12   been driven too far and suffered heat damage
13   and things like that.  I mean, you know it
14   would require a dismount and inspection and so
15   on, prior to doing a repair.
16       Q.   Now, in order for a tire to become
17   punctured, many factors are involved, such as
18   type of object that causes the puncture,
19   correct?
20       A.   Correct.
21       Q.   The sharpness of the object?
22       A.   In general, yes.
23       Q.   The position and angle that the
24   object encounters the tire?

214

J.W. DAWS

1    those are the types of punctures that can be
2    repaired, correct?
3            MR. POLLAK:  Objection to the
4    form.  You can answer.
5        A.   That's correct.
6        Q.   Now, you have examined tires
7    through the course of your consulting work
8    that have had numerous puncture repairs in
9    just the one tire.  Isn't that correct?
10           MR. POLLAK:  Objection.  You can
11   answer.
12       A.   They have had numerous puncture
13   repairs, yes.
14       Q.   You have seen tires with three or
15   more separate puncture repairs in that
16   individual tire, correct?
17           MR. POLLAK:  Objection to the
18   form.  You can answer.
19       A.   But, in general, I'm looking at
20   failed tires.  So by the time you have
21   multiple puncture repairs, you know, you are
22   more likely to have a failed tire.
23           I mean, you know, the problem with
24   oxygenation, or, you know, oxidative breakdown

216

J.W. DAWS

1        A.   That's correct.
2        Q.   The portion of the tire
3    encountered?
4        A.   That's correct.
5        Q.   The speed of the vehicle at the
6    time that the object and the tire encounter
7    one another?
8        A.   That's correct.
9        Q.   The location, in other words, the
10   type of surface that the puncturing object
11   might be on, in other words a hard surface as
12   opposed to a soft dirt surface?
13       A.   Okay, if you, if you take into
14   account off-road operation, yeah.
15       Q.   And the air pressure in the tire
16   itself will have some effect on its
17   puncturability, isn't that correct?
18           MR. POLLAK:  Objection to the
19   form.  You can answer.
20       A.   Well, generally, road hazards in
21   general, the more highly inflated the tire,
22   the more likely you are to have road hazard
23   damage of any sort.
24       Q.   Now, this all goes into that

John William Daws, Ph.D., PE.                          September 14, 2010

---

217

1           J.W. DAWS
2  randomness category that you were talking
3  about, all the different conditions that you
4  have which lead up to the puncturing of the
5  tire, correct?
6           MR. POLLAK:  Objection to the
7       form.  You can answer it.
8       A.   Which in my opinion goes to why it
9  has not been studied in any great detail
10 because reproducing a given specific puncture
11 is almost impossible.
12      Q.   Now, could you define
13 over-deflection?
14      A.   Sure, over-deflection in tire
15 science is when the tire has more deflection
16 than it would have at its max load, max
17 pressure condition.
18      Q.   And is underinflation or
19 overloading two types of over-deflection?
20      A.   Underinflation --
21          MR. POLLAK:  Objection to form.
22      You can answer.
23      A.   Underinflation and overloading are
24 two sides of the same coin.  A tire carries a
25 load that is dependent upon its pressure.  So

---

218

1           J.W. DAWS
2  at a lower pressure, a tire carries a lower
3  load or maximum at the level of what I call
4  maximum deflection.
5       Q.   It is kind of like a load scale?
6       A.   Right.  If you define the maximum
7  deflection of the tire, as that state where it
8  has max load, max pressure, then any state
9  that allows it to have more deflection than
10 that, is, by definition, over-deflected.
11      Q.   So a tire which is on a vehicle
12 that is not overloaded but is running with too
13 little air pressure, can suffer signs of
14 over-deflection.   Is that correct?
15      A.   That's correct.
16      Q.   And those are the exact same signs
17 that you would see in a tire that was inflated
18 to proper pressures that was mounted on a
19 vehicle that was overloaded weight-wise.  Is
20 that correct?
21          MR. POLLAK:  Objection to form.
22      A.   In general, in general you are
23 correct.  Although, I think that overloading
24 tends to have some slightly different
25 indications on the bead than underinflation.

---

219

1           J.W. DAWS
2  But that's really only dependent upon
3  long-term operation at that state.
4       Q.   Now, would you say that
5  over-deflection, in other words underinflation
6  or overload is one of the environmental issues
7  which can cause steel-belted radial tires to
8  fail through tread and tread belt separations?
9           MR. POLLAK:  Objection to the
10      form.  You can answer.
11      A.   Certainly overload or
12 underinflation can cause tire, radial tires to
13 develop tread separations, yes.
14      Q.   And punctures which lead to
15 under-inflated operation can cause tires to
16 fail through tread and tread belt separations,
17 is that correct?
18          MR. POLLAK:  Objection to form.
19      You can answer.
20      A.   Again, it has been my experience
21 that a puncture, unless it causes -- you know,
22 a puncture, generally breaks the tire down in
23 terms of allowing it to run flat, long before
24 it ever causes a tread separation.
25          If the tire is intact and has

---

220

1           J.W. DAWS
2  integrity at the time it receives a puncture,
3  it will generally go flat long before you ever
4  have tread separation.
5       Q.   So, in other words, you can have
6  the following scenario:  You can have a tire
7  that's punctured that leads to a slow leak
8  which leads to under-inflated operation, which
9  leads to heat damage to the tire, which leads
10 to separate, a tread separation, isn't that
11 correct?
12          MR. POLLAK:  Objection to the
13      form.  You can answer.
14      A.   I think that, from what I have
15 seen, punctures tend to result in run flats
16 which in the case of a medium radial truck
17 tires may result in tread peeling off but for
18 different reasons than a tread separation.
19 That is, you will generally never find edge
20 cracking and polishing in those pieces.
21      Q.   Haven't you testified on numerous
22 occasions that punctures which lead to
23 under-inflated operation can cause tires to
24 fail through tread, and tread and belt
25 separations?

221

J.W. DAWS
2    MR. POLLAK:  Objection to the
3  form.  You can answer.
4    A.    You can definitely get the tread
5  and the tread belt to peel off as part of
6  that, sure.
7    Q.    And that's because the punctures
8  lead to under-inflated operation, correct?
9    A.    That's correct.
10   Q.    And the under-inflated operation
11 leads to the degradation of the tire which is
12 consistent with the degradation that leads to
13 a tread separation?
14   A.    That's true.  Although in those
15 cases, you will generally never find polishing
16 and extensive edge cracking.  It is a
17 different mechanism going on at the level of
18 the tread belt.
19   Q.    Well, all of that can occur,
20 though, without any defect being involved,
21 correct?
22   MR. POLLAK:  Objection to the
23 form.  You can answer.
24   A.    You can certainly have no defect
25 that would result in a tread separation, that

222

J.W. DAWS
2  is too thin a wedge or misplaced belts, things
3  like that, and have the tread come off the
4  tire due to it being run underinflated, yes.
5    Q.    Tread and tread belt separations
6  occur in every type of radial medium truck
7  tire, correct?
8    MR. POLLAK:  Objection to form.
9    A.    To my knowledge, yes.
10   Q.    And that is not because they are
11 defective; this is something that can happen
12 based on a number of different environmental
13 factors, correct?
14   A.    You can always, you know, no
15 matter how you build a tire, there is a way to
16 cause it to have a tread belt separation.
17   Q.    And is it also fair to say that
18 properly constructed and designed tires can
19 sustain a puncture, which leads to a slow air
20 leak, which leads to underinflation, which
21 leads to damage to the tire, which leads to a
22 tread separation?
23   MR. POLLAK:  Objection.  You can
24 answer.
25   A.    I suppose it is conceivable that

223

J.W. DAWS
2  if you had a puncture and a slow air leak, and
3  it went on for days and days or months, you
4  could get a tread belt separation out of that,
5  yeah.
6    Q.    Can misalignment cause tread belt
7  separation?
8    A.    Misalignment can cause the belt
9  stresses on one side of the belt to be higher
10 than another, and if the tire is susceptible
11 to tread belt separation, you can definitely
12 create that situation.
13   Q.    Well, did the tire, the two front
14 tires on the bus involved in the Elizabethtown
15 accident, did they exhibit signs of
16 misalignment?
17   A.    Yes, they did.
18   Q.    And would you, is it your opinion
19 that misalignment of the bus in some way
20 contributed to the occurrence of the tread
21 separation?
22   MR. POLLAK:  Objection to form.
23 You can answer.
24   A.    No, sir.
25   Q.    Can you explain why it is that

224

J.W. DAWS
2  misalignment can lead to tread separation and
3  that these tires showed signs of misalignment
4  but it was not a contributing factor to the
5  tread separation that occurred here.
6    A.    Sure.  In the first place the
7  tires are mounted on a rim that is really
8  narrower than recommended, so they are going
9  to be susceptible to edge wear.  The design
10 itself it is susceptible to edge wear.  And in
11 this case we have, again, we have shoulder
12 wear on the sides of the tire that you would
13 expect to find from a toe-in situation, but
14 the bead grooves are essentially equal which
15 means that it is not severe.
16     So my conclusion from that is that
17 the, there was some marginal toe-in causing
18 wear or due to the -- you know, causing
19 shoulder wear on the tire that is associated,
20 you know, exacerbated by the fact that the
21 rim's too narrow, you know, but it is not
22 significant or it's not large because the bead
23 grooves are essentially the same size.  If you
24 had different size bead grooves on each side
25 of the tire, substantially different size bead

225

1          J.W. DAWS
2  grooves, then the tire would have been shifted
3  pretty dramatically in its load.
4       Q.   Are you actually saying that there
5  was a misalignment damage, but that that
6  wasn't sufficient enough to contribute to the
7  tread separation?
8       A.   Well, there is no misalignment
9  damage.  There is some additional wear on the
10 outer, I think it is the outer rib of each of
11 the tires.  There is also chamfer wear which,
12 again, doesn't have anything to do with
13 misalignment.  But, you know, it is just not
14 unusual to find some level of misalignment
15 wear, especially -- well, in this case because
16 the tire is mounted on a narrow rim, it is
17 going to be much more susceptible to that.
18      Q.   Okay.  You made two statements.
19 You said the rim is too narrow and then you
20 said the rim was narrower than recommended.
21           When was the subject tire in this
22 case first introduced to a Greyhound bus?
23      MR. POLLAK:  You mean the G-409 in
24 general, or this specific tire?
25      MR. KAPLAN:  The specific tire

226

1          J.W. DAWS
2  involved in this accident.
3      MR. POLLAK:  Okay.
4       A.   I'm not exactly sure.  Let me see.
5       Q.   If I told you November of 2005,
6  would you have any reason to dispute that?
7       A.   No, that's sounds about right.
8      MR. POLLAK:  Note my objection to
9  the form.
10      Q.   And then if I told you it was
11 introduced to the bus that was involved in the
12 accident in December 2005, would you have any
13 reason to dispute that?
14      A.   No.
15      Q.   Now, when this -- and by the way,
16 when was this tire manufactured?
17      A.   Sometime in September of --
18      Q.   It was a 3705 tire so that would
19 be sometime in September 2005?
20      A.   2005.
21      Q.   When this tire was manufactured,
22 was this tire considered by anyone to not be
23 acceptable for use on an 8-1/4 inch rim?
24      MR. POLLAK:  Objection.  You can
25 answer.

227

1          J.W. DAWS
2       A.   At the time this tire was fitted
3  to the bus, the Tire and Rim Association had
4  modified its recommendation, so that it would
5  hold 8,000 pounds on an 8-1/4 inch rim.
6       Q.   So in other words, at all times
7  during the life of the subject tire in this
8  case, and what I mean by that is from the
9  moment that it was manufactured until the time
10 that it failed, the Tire and Rim Association
11 approved that size tire from being utilized on
12 an 8-1/4 inch rim.  Is that correct?
13      A.   Well, they always allowed this
14 tire to be used on an 8-1/4 inch rim.
15      Q.   So when you refer to it as
16 narrower than recommended --
17      A.   Um-hum.
18      Q.   -- who said that it was too
19 narrow?
20      A.   Well, the recommended sizes for
21 this tire are 9 and 9.75.
22      Q.   Aren't we quibbling with words
23 here?  The 8-1/4 inch size is an approved
24 size, is that correct?
25      A.   It's a last resort size.  It is a

228

1          J.W. DAWS
2  size that is not -- that does not follow the
3  engineering design information.  That is, when
4  you look at the recommended percentage rim
5  widths to percentage tire widths, the 8-1/4
6  inch rim simply does not fall in that range.
7  The Tire and Rim Association I would imagine
8  allowed it to be used because there were so
9  many 8-1/4 inch wide 22-1/2 rims around.
10      Q.   In other words it is a very
11 prevalent use combination, isn't that true?
12      MR. POLLAK:  Objection.  You can
13 answer.
14      A.   I don't have any idea what it is
15 in terms of market penetration, but I would
16 imagine that the tire has been picked up for
17 use, you know, in replacing the 1275R 22-1/2.
18      Q.   So you imagine the use combination
19 was large enough that the Tire and Rim
20 Association felt some need to approve it?
21      MR. POLLAK:  Objection.  You can
22 answer.
23      A.   Well, again the Tire and Rim
24 Association is made up of tire manufacturers.
25 So somebody obviously brought this forward and

229

J.W. DAWS

1
2    the Tire and Rim Association, the members of
3    the Tire and Rim Association approved it.
4        Q.   Is Michelin a member of the Tire
5    and Rim Association?
6        A.   They certainly are.
7        Q.   If Michelin thought that the 8-1/4
8    inch size rim was not appropriate on this
9    tire, would they have approve the Tire and Rim
10   Association's approval?
11           MR. POLLAK: Objection. You can
12   answer.
13       A.   Well, I don't know that Michelin
14   fits a 315/80R 22-1/2 to an 8-1/4 inch rim.
15       Q.   That's not what I asked you. They
16   have some responsibility to the public being a
17   member of the Tire and Rim Association, don't
18   they?
19           MR. POLLAK: Objection. You can
20   answer.
21       A.   But I don't know whether they get
22   to veto. I don't know whether they have veto
23   authority. I don't know how the Tire and Rim
24   Association actually makes decisions like
25   this. They certainly don't have testing

230

J.W. DAWS

1
2    capability. The Tire and Rim Association, you
3    know, has a committee for medium radial truck
4    tires and the chairmanship of that committee
5    rotates among the tire makers. So, you know,
6    whether a tire maker can veto anything like
7    this. I don't know.
8        Q.   Have you ever seen any minutes of
9    meetings from the TRA regarding the approval
10   of the 8-1/4 inch rim with the size of the
11   G-409 involved in this case?
12       A.   I have not.
13       Q.   Are you aware of any governing
14   body that disapproves of the use of the 8-1/4
15   inch rim with a G-409 size tire involved in
16   this case?
17           MR. POLLAK: Objection. You can
18   answer.
19       A.   No, sir, government bodies don't
20   make that determination.
21       Q.   I said governing body.
22       A.   Governing bodies don't make that
23   determination. It is the Tire and
24   Rim Association -- I'm not sure the ETRTO
25   approves this size on an 8-1/4.

231

J.W. DAWS

1
2        Q.   Are you aware of any industry
3    groups that disapprove of the use of the 8-1/4
4    inch rim with the size of the G-409 tire that
5    was involved in this case?
6        A.   No, sir. It doesn't mean they
7    don't exist. I'm just not aware of them.
8        Q.   And we do know one that does
9    exist, and that's the Tire and Rim
10   Association. Isn't that right?
11       A.   That's correct.
12       Q.   Would you say that that is the
13   largest and most influential body regarding
14   the matching of Tire and Rim sizes in North
15   America?
16       A.   In North America, yes.
17       Q.   What does over-deflected operation
18   do to a tire which can cause it to eventually
19   sustain a tread separation?
20           MR. POLLAK: Objection to form.
21   You can answer.
22       A.   It increases the amount of sheer
23   stress at the belt edge between the working
24   belts. It -- and as a result it increases the
25   heat and because it increases the sheer stress

232

J.W. DAWS

1
2    and the heat, it can cause cracking from the
3    edge of the steel belts into the tire. And
4    that will ultimately lead to a tread
5    separation in the purest sense.
6        Q.   Would you say that long term
7    minimal over-deflection can have the same
8    forensics effect as more severe but short term
9    over-deflection?
10       A.   I don't know whether you can make
11   a generalization like that.
12       Q.   Okay.
13       A.   Again, it is a stress state and
14   duration and speed kind of an issue.
15       Q.   Now, you prepared your initial
16   report in this case in July of 2010, July
17   28th, correct?
18       A.   I believe so, yes.
19       Q.   When did you start drafting this
20   report?
21       A.   Probably two weeks before.
22       Q.   Is it possible that you started
23   drafting it back in April of 2010?
24       A.   It's conceivable, yeah.
25       Q.   How about earlier than April of

233

```
           J.W. DAWS
1
2   2010?
3       A.   Maybe.
4       Q.   If you had billed Greyhound for
5   doing work on the drafting of your report, I
6   presume you actually did that work, right?
7       A.   Oh, yes.
8       Q.   Okay.
9       A.   But, again, it -- what did you
10  say, 2008?
11      Q.   No, 2010.
12      A.   Beginning of 2010, okay, yeah,
13  sure.
14      Q.   When would you say that you began
15  drafting the report, the July 28th, 2010
16  report?
17          MR. POLLAK:  Objection.  Asked and
18      answered.  You can answer it over
19      objection.
20      A.   Do you have billings from 2010 in
21  that bundle?
22      Q.   Well, I know it goes back at least
23  to the beginning of 2010.  I'm asking if you
24  know independently when the date is?
25      A.   No, I don't.
```

234

```
            J.W. DAWS
1
2       Q.   Do you remember when you first
3   formulated your opinion in this case that
4   there was an issue regarding the
5   puncturability of the C-3 G-409 tire?
6          MR. POLLAK:  Objection to the
7      form.  You can answer.
8       A.   Sometime in 2009, in the fall,
9   early winter of 2009.
10      Q.   So you had been investigating the
11  G-409 tire for over two years at that time.
12  Is that correct?
13          MR. POLLAK:  Objection to the
14      form.  You can answer.
15      A.   Well, this tire, I did my
16  inspection in mid 2008.  Right?  So for this
17  tire, yeah.
18      Q.   Well, you were called in to
19  investigate the G-409 tire in relation to the
20  Elizabethtown accident in March of 2007, isn't
21  that correct?
22          MR. POLLAK:  Objection to form.
23      You can answer.
24      A.   That's correct.
25      Q.   And again, as we discussed, the
```

235

```
            J.W. DAWS
1
2   process was your attempt to see if you could
3   find what the cause was for the tire failure?
4          MR. POLLAK:  Objection.  You can
5      answer.
6       A.   That's correct.
7       Q.   So what I'm saying is, it took you
8   based on your testimony, approximately 2-1/2
9   years to come up with the conclusion that
10  there was some type of puncture-related issue
11  with the G-409 tire.  Is that correct?
12          MR. POLLAK:  Objection to the
13      form.  You can answer.
14      A.   If you say so.  I'll buy that.  I
15  mean, it took --
16      Q.   Well, I'm not saying.  I'm basing
17  it on what you are telling me.
18      A.   Yeah, I did an inspection in 2008,
19  middle of 2008.  I subsequently got more data
20  about, you know, I got the maintenance desk
21  data.  I had to basically rebuild my analysis
22  of constructions and so on that I had done in
23  a limited way for Opelika.
24      Q.   But you began investigating the
25  G-409 tire in March of 2007.  Correct?
```

236

```
            J.W. DAWS
1
2          MR. POLLAK:  Objection to the
3      form.  You can answer.
4       A.   I did some preliminary
5   inspections, and then we were off and running
6   on Opelika.
7       Q.   When did you examine all those
8   other tires that you talked about, the ones in
9   Louisville and the other depots?
10      A.   2007.
11      Q.   And, by the way, did you form your
12  opinion about the puncture resistance of the
13  C-3 version of the G-409 tire, before or after
14  you were given the maintenance desk reports by
15  Greyhound?
16      A.   Before.  I definitely wanted to
17  figure out, or at least when I did my analysis
18  I definitely wanted to figure out whether the
19  data supported my conclusion.
20      Q.   And that's because you would tend
21  to doubt the existence of a design defect if
22  there was not data to support the theory of
23  design defect, correct?
24          MR. POLLAK:  Objection to the
25      form.  You can answer.
```

237

J.W. DAWS
1
2    A.  Well, certainly when you take a,
3  you know, a perfectly good running tire and
4  you make it weaker, there is some cause for
5  concern.  But the, you know, the data
6  certainly supports that, you know, the tire
7  got worse.
8    Q.  Would you have been able to
9  support your theory of a design defect
10  relating to the puncturability of the C-3
11  design, if there was in your opinion no field
12  data to support that?
13    MR. POLLAK:  Objection.  You can
14    answer.
15    A.  Again, I think the field testing,
16  you know, that is represented by the
17  maintenance response desk data, basically is,
18  is just that.  It is field testing of
19  hypothesis.
20    Q.  Well, I'm going to address that
21  data later --
22    A.  So you have a hypothesis about a
23  tire failure, all right, from the standpoint
24  of pure physics, you know, it is reasonable.
25    On the other hand, you know,

238

J.W. DAWS
1
2  without the kind of field test or field data
3  you get, it's, you know, it is -- I think it
4  becomes more difficult to be absolutely
5  certain that you have a design defect in the
6  tire.
7    Q.  Would it be fair to say that
8  without the field data, and I put that in
9  quotes, that you referred to, you would
10  not be able to conclude to a reasonable degree
11  of engineering certainty that the C-3 G-409
12  tire did have a design defect?
13    MR. POLLAK:  Objection:  asked and
14    answered; also to the form.  You can
15    answer.
16    A.  Well, I think the C-3 design is a
17  weaker tire.  The issue is, is it too weak for
18  the service intended, and the only way to do
19  that is to look at field data.  And the only
20  field data out there is, you know, is the
21  maintenance response desk data.
22    Q.  So is it fair to say that without
23  that, in quotes, field data that you referred
24  to, you would not be able to conclude to a
25  reasonable degree of engineering certainty

239

J.W. DAWS
1
2  that there was a design defect in the C-3
3  G-409 tire which caused the tire failure in
4  Elizabethtown?
5    MR. POLLAK:  Objection:  asked and
6    answered.  Objection to the form.  You
7    can answer.
8    A.  I think I've answered the
9  question.
10    MR. KAPLAN:  Can you reread it to
11    him again because I don't think he has
12    answered it, and with all of the
13    obstructing objections, it may be
14    confusing to the witness.
15    (Record read.)
16    A.  Again, I think, you know, I would
17  conclude there was a design defect.  Whether I
18  could support it or not is another story.
19    Q.  So it would be an unsupportable
20  claim of a design defect without the field
21  data, in quotes, that you referred to?
22    MR. POLLAK:  Objection.  You can
23    answer.
24    A.  Again, it is my opinion.
25    Q.  Well, your opinion, for legal

240

J.W. DAWS
1
2  purposes, has to be based on evidence and it
3  has to be to a reasonable degree of
4  engineering certainty.  So what I'm asking you
5  is, if you did not have the field data which
6  you claim exists in the maintenance desk
7  reports, would you be able to make the
8  conclusion that the C-3 G-409 tire was
9  suffering from a design defect which caused
10  the Elizabethtown accident?
11    MR. POLLAK:  Objection:  asked and
12    answered.  You can answer.
13    A.  And I think the answer to that is
14  yes.  The puncture in this case is one of just
15  barely.  So when you go from a denser wire
16  design to a more open wire design, just barely
17  in the more open wire design becomes not quite
18  in the closed, the more closed design.
19    Q.  That all depends how the screw
20  hits the tire, right?
21    MR. POLLAK:  Objection.
22    A.  But in this particular case, in
23  this particular instance, it is a case of just
24  barely.
25    Q.  What was the speed that the bus

John William Daws, Ph.D., PE.                    September 14, 2010

---

241

J.W. DAWS

1
2  was operating at at the time that the subject
3  tire sustained the puncture with the screw?
4      A.   No one knows.
5      Q.   What was the pressure, the air
6  pressure in the tire at the time that it made
7  contact with the screw that caused the
8  puncture?
9      A.   The last recorded pressure in this
10 tire is 115 psi.
11     Q.   Well, that's not what I asked you,
12 is it?
13     A.   No.  Nobody knows.
14     Q.   Do you know what position or angle
15 the screw was when it encountered the tire?
16     A.   No, sir.  It went straight into
17 the steel belt, but no idea what it looked
18 like on the road.
19     Q.   Is there anyway for you to predict
20 that this screw would not have punctured a
21 pre-C-3 G-409 tire?
22         MR. POLLAK:  Objection to the
23 form.
24     A.   That's my opinion.  It would not
25 have punctured that tire.  Based solely on the

---

242

J.W. DAWS

1
2  fact that the aerial density of the C-3 tire
3  is less than the aerial density of the C-2
4  tire.
5      Q.   Are you saying that a screw of
6  this type could not have punctured a C-2 tire?
7         MR. POLLAK:  Objection:  asked and
8  answered.  You can answer over
9  objection.
10     Q.   A C-2 tire.
11     A.   That's not what I'm saying.
12     Q.   Well, let me ask you that
13 question.  Are you saying this screw could not
14 have punctured a C-2 G-409 tire?
15         MR. POLLAK:  Objection:  asked and
16 answered.  You can answer over my
17 objection.
18     A.   This screw in this particular
19 instance would not have punctured a C-2 tire
20 in my opinion.
21     Q.   When you say in this instance, you
22 don't know what the speed was.  Correct?
23     A.   That's correct.
24     Q.   You don't know what the air
25 inflation of the tire was?

---

243

J.W. DAWS

1
2      A.   That's correct.
3      Q.   You don't know what type of road
4  surface this occurred on?
5      A.   That's correct.
6      Q.   You don't know what type of angle
7  the screw was when it encountered the tire,
8  isn't that correct?
9      A.   That's correct.
10     Q.   But you are still saying that it
11 is impossible for this screw to have punctured
12 a C-2 G-409 tire?
13         MR. POLLAK:  Objection:  asked and
14 answered for the third time.
15     A.   What I'm saying is, I know that
16 the energy that in this puncture associated
17 with this screw was just barely enough to get
18 the tip of the screw through the inner liner
19 on a C-3 tire.  So if I change -- if I go back
20 to the C-2 density, then it is more probable
21 than not that that puncture would not have
22 gone through that tire.
23     Q.   Isn't it possible that the screw
24 could have gone through a C-2 tire without
25 running into the same amount of steel that it

---

244

J.W. DAWS

1
2  encountered when if went through the C-3 tire?
3      A.   You asked me about this specific
4  instance.  So whatever steel cord it hit, it
5  would hit more of the same steel cord in the
6  same location.
7      Q.   And if it hit more of that steel
8  cord, isn't it possible that more of that
9  steel cord would have penetrated the inner
10 liner?
11     A.   No.  Because the tip of the screw
12 would not have gone through the inner liner.
13     Q.   That's not what I'm asking you.
14         Is it possible for the screw to
15 have driven more steel through the C-2 tire
16 than what happened in the C-3 tire?
17         MR. POLLAK:  Objection:  asked and
18 answered several times.  You can answer
19 again.
20     A.   The answer is absolutely not,
21 because, again, the screw has to pull the
22 steel through the inner liner.  So if the
23 screw never gets through the inner liner, the
24 steel cord never gets through the inner liner.
25     Q.   Well, how do you know there wasn't

245

J.W. DAWS
1
2    enough energy for the screw to pull a little
3    extra steel through into the inner liner?
4          MR. POLLAK:  Objection to form.
5    You can answer.
6    A.    I'm sorry?
7    Q.    When you are making an energy
8    calculation, how do you determine what the
9    energy was involved here when this screw
10   penetrated the tread of the C-3 tire?
11   A.    I don't even understand the
12   question.
13   Q.    Well, I don't understand what you
14   are saying.  It makes no sense.  If you have a
15   screw that's penetrating a tread area of a
16   tire, how can you say that if the screw makes
17   contact with wire under the exact same
18   conditions, that it isn't going to cause
19   additional wires to be pushed through into the
20   inner liner?
21         MR. POLLAK:  Just note my
22   objection.  Mr. Kaplan, you can ask the
23   question over my objection, but if you
24   are going to start telling this witness
25   that his answers don't make sense, it is

246

J.W. DAWS
1
2    a problem for me I don't think
3    appropriate for a deposition.  So if you
4    please refrain from your own commentary
5    when you ask the question of this
6    witness.  I don't think it is
7    respectful.
8          But over objection you can answer
9    the question.
10         MR. KAPLAN:  Well, I think you
11   have to stop telling the witness that he
12   has answered the question because he
13   hasn't.
14   A.    Well --
15         MR. POLLAK:  It is an objection
16   that I have a right to make to preserve
17   the record and that's what I'm doing.
18   I'm not speaking to the witness.  I'm
19   speaking to the record.
20         MR. KAPLAN:  Well, technically all
21   objections except for form are preserved
22   until the time of trial.  So I'm not
23   sure what right you are speaking of.
24         But anyway, could you read back
25   the last question.

247

J.W. DAWS
1
2          MR. POLLAK:  With my objection
3    included.  I mean, not to say it, but
4    the objection is there.
5          (Record read.)
6          MR. POLLAK:  You have my
7    objection, correct?
8    A.    Okay, then we need to go back to
9    when I was describing, you know, what actually
10   happened, my opinion about what actually
11   happened in this accident, or in this
12   puncture.
13         The screw cuts the wire.  The
14   thread of the screw drags the wire tip into
15   the inner liner and the screw pulls back.  If
16   the screw never gets through the inner liner,
17   then it can't pull any wire into the inner
18   liner.
19         So, so if the -- this business of,
20   you know, if the screw encounters more wire,
21   why won't it bring more wire into the inner
22   liner?  Because it never gets there.
23   Q.    Could you show me where in your
24   report you say that the screw dragged wire
25   into the inner liner?

248

J.W. DAWS
1
2    A.    Probably not.
3          No, I can't.
4    Q.    What's the difference between
5    forced and dragged?
6    A.    No difference at all.
7    Q.    Well --
8    A.    Other than, other than the only
9    way the screw can capture and pull a wire is
10   if it traps it between the edge of the screw
11   and the rubber.  That is, the screw can't
12   impale a section of wire and push it ahead of
13   itself.
14   Q.    Could you show me where in your
15   report you used the term pull?
16   A.    No.
17   Q.    It doesn't exist in your report --
18   A.    I doubt that I even used that
19   term.
20   Q.    Right.
21   A.    Okay.
22   Q.    By the way, what is the puncturing
23   entity in this case?
24   A.    The screw.
25   Q.    Now, at the top of page 11 of your

249

```
1              J.W. DAWS
2    report, and I'm quoting from you, you say:
3         "The puncturing entity, the screw
4    did not completely penetrate the tire."
5         Did I read that correctly?
6    A.  Yes.
7    Q.   And the sentence after that says:
8         "Instead, the puncturing entity
9    cut the edge of a steel cable and forced
10   a tread reinforcement wire through the
11   inner liner."
12        Did I read that correctly?
13   A.  Yes, you did.
14   Q.   Can you show me anywhere in your
15   report where you say that the puncturing
16   entity itself, the screw, actually penetrated
17   into the inner liner?
18   A.  Probably not, no.
19   Q.   This theory that you have appeared
20   to have come up with today, have you done any
21   testing to confirm the mechanism of what you
22   say happened, the screw pulling wires into the
23   inner liner?  Have you done any type of
24   testing with tires to replicate that?
25        MR. POLLAK: Objection to form.
```

250

```
1              J.W. DAWS
2    You can answer.
3    A.  No.
4    Q.   Do you know anybody who has?
5    A.  No, sir.
6    Q.   Do you know if anybody has written
7    any peer-reviewed articles or journals
8    describing such testing?
9    A.  No.
10   Q.   Let's go back to your report.  On
11   page 3 on the background section, you are
12   describing in the first paragraph that there
13   were 52 passengers on board the bus at the
14   time of the accident.  Correct?
15   A.  That's correct.
16   Q.   How many passengers was this bus
17   rated for?
18   A.  52 I think.
19   Q.   Can you check the NTSB report
20   because I believe it is a 55-passenger bus.
21   A.  This is the operation testing.  Do
22   you have the factual report somewhere?  There
23   it is.
24        55 passengers, you are correct.
25   Q.   And is there any indication that
```

251

```
1              J.W. DAWS
2    the bus was carrying any freight?
3    A.  No, sir.
4    Q.   So as far as we can tell, this bus
5    was not fully loaded at the time of the
6    accident, correct?
7    A.  Well, every seat was not full,
8    that's correct.
9    Q.   Well, it is rated for 55
10   passengers.  Is that correct?
11   A.  That's correct.
12   Q.   And they have three less than 55?
13   A.  That's correct.  And we don't have
14   any idea what those -- or at least I don't
15   have any idea what those passengers weighed or
16   how much luggage they had.
17   Q.   They could all have been very
18   light, right?
19   A.  Or they all could have been very
20   heavy or they could have had multiple bags or
21   whatever.
22   Q.   Don't know that?
23   A.  I don't know.
24   Q.   In fact, when Greyhound loads its
25   buses, it doesn't weigh its passengers, does
```

252

```
1              J.W. DAWS
2    it?
3    A.  No, sir.
4    Q.   It doesn't weigh the luggage that
5    the passengers bring on, does it?
6    A.  No, sir.
7    Q.   And the reason why it doesn't do
8    that is because it uses the calculations on
9    chart that we spoke about a little while ago,
10   Exhibit 2, isn't that correct?
11        MR. POLLAK: Objection to the
12   form.  You can answer.
13   A.  I don't really know.
14   Q.   Well, they use the standard 150
15   pounds per passenger and 35 pounds per
16   luggage, correct?
17        MR. POLLAK: Objection to the
18   form.  You can answer.
19   A.  My understanding is that's how MCI
20   designs the bus.
21   Q.   Well, MCI designed this bus to be
22   used with 8-1/4 inch rims and 315/R80 22.5
23   tires, correct?
24   A.  The placard says 12R75R22, or
25   1275R 22-1/2 tires.
```

253

J.W. DAWS

1
2    Q.   Is the placard correct or wrong?
3    A.   Well, the placard is what's
4  supposed to be correct.  Obviously, an 8-1/4
5  inch rim is perfect for that.  Unfortunately,
6  that tire isn't perfect for a 16,000 pound
7  axle.
8    Q.   Right.  Now, there is no question,
9  though, that the right tire, at the right
10  inflation was well known to Greyhound,
11  regardless of what the placard says?
12        MR. POLLAK:  Objection.  You can
13    answer.
14    Q.   Well, Greyhound knew it was going
15  to run 315/R80 22.5 tires at 120 psi on the
16  drive axles.  No question about that, right?
17    A.   I don't believe so.  Although
18  there was some confusion evidently in the
19  first of the 102DL3s.
20    Q.   Well, that's, you are talking
21  about the 1990s?
22    A.   Yes.
23    Q.   I'm talking, though, 2005, 2006.
24    A.   Okay.
25    Q.   Have you looked at the K 91 in

254

J.W. DAWS

1
2  this case which was the maintenance guide that
3  Greyhound prepared for tire servicing in this
4  case, or in this situation?
5    A.   Not in this case I haven't, no.
6    Q.   Have you looked at the service
7  lane service guides that were prepared by
8  Greyhound for their engineers to use when
9  maintaining and inflating tires that were
10  mounted on the 102DL3 buses?
11    A.   No.  I wasn't aware they had
12  engineers working the service lanes.
13    Q.   Do you have --
14    A.   Again, I wasn't asked to look at
15  Greyhound procedures.
16    Q.   Let's say Greyhound maintenance
17  people.  You are aware Greyhound maintenance
18  people were working in the service lanes?
19    A.   But, again --
20    Q.   Is that correct?
21    A.   Sure.  But I wasn't asked to look
22  at service procedures or maintenance
23  procedures or anything like that.
24    Q.   If I represent to you that in all
25  of these documents that were given to the

255

J.W. DAWS

1
2  Greyhound personnel, it was made clear that
3  the drive axle tires on the 102DL3 buses had
4  to be inflated to 120 psi, would you have any
5  reason to disagree with me or doubt that?
6        MR. POLLAK:  Objection to the form
7    of the question.  You can answer.
8    A.   Again, I don't have -- I have no
9  knowledge of the operational procedures or
10  maintenance.
11    Q.   By the way, this bus as indicated
12  in your report had operated with 8-1/4 inch
13  rims and 315/R80 22.5 tires for approximately
14  988,215 miles.  Is that correct?
15    A.   That's what the service was at the
16  time of the accident approximately.
17    Q.   Now, at the bottom of page 3 -- by
18  the way, do you have any reason to doubt that
19  the drive axle on this bus could not support a
20  load of 16,000 pounds?
21    A.   I don't have any reason to believe
22  the drive axle couldn't support the 16,000
23  pounds.
24    Q.   I'm sorry, the steer axle?
25    A.   The steer axle itself?

256

J.W. DAWS

1
2    Q.   Yes.
3    A.   The steer axle itself I believe is
4  rated at 16,500 pounds according to MCI
5  documents.  So 16,000 pounds would have been
6  well within its capability.
7    Q.   Do you have any reason to doubt
8  that the wheel, the wheels that were mounted
9  on the steer axles could not sustain weights
10  of 8,000 pounds each?
11    A.   The wheels according to the
12  documents are rated at 8,000 pounds, yes.
13    Q.   Do you have any reasons to
14  conclude that the G-409 tires that were
15  mounted on the wheels on the steer axle of the
16  Greyhound bus, could not support a weight of
17  8,000 pounds each?
18    A.   There is absolutely no testing
19  data to support that they can.
20    Q.   The question was, do you have any
21  reason to conclude that those tires could not
22  support a weight of 8,000 pounds each?
23        MR. POLLAK:  Objection.  You can
24    answer.
25    A.   Well, the original rating was 7610

257

J.W. DAWS
1
2  pounds on an 8-1/4 inch wide rim.
3      Q.   And what was it in 2005?
4          MR. POLLAK:  Objection, you can
5  answer.
6      A.   It was raised to 8,000 pounds, but
7  there is no support for that, none.
8      Q.   No support by whom, you mean by
9  the TRA?
10     A.   By the T&RA, by Goodyear, by
11 anybody.  Goodyear never did any testing on an
12 8-1/4 inch wide rim.
13     Q.   Are you aware of any testing from
14 any other manufacturer as to whether or not a
15 tire of this size could support 8,000 pounds?
16     A.   No, sir.
17     Q.   Do you have any evidence which in
18 any way indicates that a tire of this size,
19 specifically the G-409 tire, could not support
20 a weight of 8,000 pounds?
21         MR. POLLAK:  Objection.  You can
22 answer.
23     A.   Having no test data, doesn't
24 automatically say it is acceptable.
25     Q.   That's not what I'm asking.  I'm

258

J.W. DAWS
1
2  asking you do you have any data which supports
3  a conclusion that this tire could not support
4  a load of 8,000 pounds?
5      A.   No.  I have no personal data, no.
6      Q.   Does the Department of
7  Transportation have any tests that are
8  designed for tires to pass before they can
9  claim that they have a certain load rating?
10     A.   No.
11     Q.   Who does?
12     A.   Pardon me?
13     Q.   Does anybody?
14     A.   No sir.
15     Q.   Are any of these tests contained
16 in the FMVSS 119 tests?
17     A.   The FMVSS 119 testing is testing
18 that was originally designed for bias plied
19 tires, and is designed to test to see if a
20 tire is minimally acceptable on its design rim
21 on a 9, in this case a 9-inch rim.
22     Q.   Minimally acceptable to whom?
23     A.   For highway service.
24     Q.   To whom, though?  Who sets those
25 tests and guidelines?

259

J.W. DAWS
1
2      A.   The NHTSA, National Highway
3  Traffic Safety Administration.
4      Q.   And they are part of the
5  Department of Transportation?
6      A.   They are.
7      Q.   And do they have any other tests
8  that are used in any other way to determine
9  load capacity of a tire?
10     A.   No, sir.
11     Q.   And did Goodyear have the G-409
12 tire tested pursuant to those tests?
13     A.   Yes, sir.
14     Q.   And did the Goodyear G-409 tire
15 pass those tests?
16     A.   As far as I know, it did.
17     Q.   And in fact it passed those tests
18 by a considerable margin, isn't that correct?
19         MR. POLLAK:  Objection as to form.
20 You can answer.
21     A.   It depends on which tests you are
22 talking.  Plunger energy?
23     Q.   Well, do you -- the plunger energy
24 or any of those tests.  Did it pass every one
25 of those tests?

260

J.W. DAWS
1
2      A.   No modern radial tire will fail
3  plunger energy, okay.
4      Q.   Well, is there any test that the
5  Goodyear G-409 tire failed?
6          MR. POLLAK:  Objection.  You can
7  answer.
8      A.   Not that I'm aware of, not for
9  FMVSS 119.
10     Q.   Are there any other tests?
11     A.   If there aren't, you know, shame
12 on Goodyear.
13     Q.   Well, what other tests are there
14 that are recognized by the industry?
15     A.   Well, each tire maker makes up its
16 own tests.
17     Q.   Are there any industry standards?
18     A.   No, sir.
19     Q.   So you can't say that Goodyear
20 violated any industry standards, can you?
21     A.   Again, if they didn't have
22 considerably more testing than what's been
23 produced, that seems strange to me.
24     Q.   That's not what I asked you.  I
25 asked you did Goodyear violate any industry

261

J.W. DAWS

1
2    standards?
3        A.   There are no industry standards.
4        Q.   So they could not have violated
5    them?
6        A.   They could not have violated what
7    doesn't exist, that's correct.
8        Q.   Now, you also recorded in your
9    report the mileage that the bus was operated
10   on the 28th of August of 2006, correct?  I
11   think at the second-to-last line you indicated
12   it went about 365 miles that day.
13       A.   Yes, sir.
14       Q.   Do you know how many miles the bus
15   was driven that week?
16       A.   No, sir, I don't.
17       Q.   And by the way, you indicate on
18   page 4 in the second paragraph, last line,
19   that this tire had about 91,000 miles of
20   service, correct?
21       A.   That sounds about right, yes.
22       Q.   So that would mean this tire was
23   entering the last third of its use life?
24       A.   No, sir.
25       Q.   Well, it was designed for 140,000

262

J.W. DAWS

1
2    miles pursuant to --
3        A.   First tread life, yes.
4        Q.   Was Greyhound using this tire in a
5    retreadable situation?  Was Goodyear having
6    the G-409 tires retread?
7        A.   Not that I know.  That doesn't
8    mean that Goodyear wasn't retreading them.  It
9    is a retreadable tire.
10       Q.   Operating on three belts is what
11   we discussed?
12       A.   Whatever.  Whether you retread it
13   with four belts or you retread it with three
14   belts, it is still a retreadable tire.
15       Q.   Now, at the bottom of page 5 of
16   your report, you talk about the OSS shoulder
17   rib wear, and you say that that wear would
18   have been very recent.  Can you explain that.
19       A.   Sure.  Sub-tread rubber is a good
20   10 points durometer hardness softer than the
21   tread rubber.
22       Q.   No, what I meant was what did you
23   mean by very recent, days, hours, weeks or in
24   terms of how many miles it would have created
25   to cause that?

263

J.W. DAWS

1
2        A.   It could have occurred that day.
3    You know, it is really a section of
4    peak-through.  There is a section where the
5    sub-tread rubber is showing through, and, you
6    know, once that starts to happen, you know, it
7    expands very quickly.  So the question is, you
8    know, I don't think anybody can say it didn't
9    happen that day.  It might have been two days
10   or something like that, but it certainly
11   wasn't very long.
12       Q.   And this is different than the
13   shoulder wear that you described just before
14   that, that you said would have been the
15   patterns referred to by Mr. Jeffries?
16       A.   Absolutely.
17       Q.   Now, the polishing that you found,
18   that was only in the piece labeled No. 12,
19   correct?
20       A.   That's correct.
21       Q.   And did you find polishing
22   anywhere else?
23       A.   Of the pieces that were left, no.
24       Q.   Were there any pieces that you had
25   available to you for examination where you

264

J.W. DAWS

1
2    might have expected to see polishing but
3    didn't?
4        A.   No, sir.
5        Q.   Now, you have said that this was
6    consistent with a preexisting progressive
7    breakdown, and we talked -- this is what we
8    talked about earlier, how long the polishing
9    would have been there?
10       A.   Correct.
11       Q.   And then as we get farther down
12   you talk about your leak rate which was 0.024
13   psi per minute?
14       A.   That is my estimate, yes.
15       Q.   Using a calculator, that's about
16   1.44 psi per hour?
17       A.   I believe so, yes.
18       Q.   Now, over a 48-hour period, if the
19   tire was leaking at that rate it would have
20   lost approximately 69 psi, correct?
21       A.   That's correct.
22       Q.   So if it had been inflated to 120
23   psi, in other words the pressure would have
24   been down to 51 psi?
25       A.   That's correct.

265

1           J.W. DAWS
2      Q.   And over 36 hours, it would have
3   lost 51.8 psi, correct?
4      A.   Yeah, I haven't done that math,
5   but sure, that sounds about right.
6      Q.   All right, and then if it had been
7   there for 24 hours, in other words if it had
8   happened the evening of the 27th, then it
9   would have been reduced 34.5 psi at the time
10  of the accident?
11     A.   That's correct.  That sounds about
12  right.
13     Q.   Now, on the next page, page 7,
14  again, we talk about the use of a narrower
15  than recommended wheel width.  This is what we
16  covered before when we had our discussion
17  about whether or not it was approved by the
18  TRA, correct?
19     A.   That's correct.
20     Q.   On page 8 you talk about the
21  vehicle placard.  Who prepares the vehicle
22  placard?
23     A.   The vehicle manufacturer.
24     Q.   Goodyear doesn't prepare that?
25     A.   No, sir.

266

1           J.W. DAWS
2      Q.   Greyhound doesn't prepare that?
3      A.   No, sir.
4      Q.   Now, we discussed the time when
5   the screw would have entered the subject tire,
6   and your testimony and your report says it has
7   to be, it had to have occurred on the day of
8   the accident.  Is that correct?
9      A.   Based on the leak rate, yes.
10     Q.   Do you base it on anything else
11  other than your leak rate?
12     A.   That's the primary consideration
13  is the leak rate.  The leak rate that I have
14  computed from the data basically is too large
15  to support the tire having been -- having had
16  that leak for days and days.
17     Q.   The data that you utilized to
18  determine the leak rate, did it have any
19  variables?
20          MR. POLLAK:  Objection to the
21  form.  You can answer.
22     Q.   Well, you made estimations, right?
23     A.   Sure.
24     Q.   So is there a tolerance level for
25  your leak rate?  Could it have been a little

267

1           J.W. DAWS
2   slower than what you calculated?
3      A.   Could it have been plus or minus 5
4   percent, sure.  Could it have been any larger
5   or smaller than that, probably not.
6      Q.   And that was the main factor you
7   said.  What were the other factors, if any,
8   for your conclusion?
9      A.   For my conclusion about what?
10     Q.   The puncture occurring on the date
11  of the occurrence.
12     A.   Again, there is --
13          MR. POLLAK:  Objection to the form
14  of the question.
15     A.   There is really no evidence that
16  the tire was, you know, dramatically leaking.
17  If you look at the recorded pressures for this
18  tire, over any length of time, I mean, other
19  than the last recorded, basically the
20  pressures have been, you know, within 5 psi of
21  120 every where, except when it is
22  overinflated to 130 or 132, right.
23     Q.   Now, that would be for the time
24  period before August 18th, 2006, correct?
25     A.   That would have been through -- I

268

1           J.W. DAWS
2   guess the last, the last recorded pressure was
3   August 18 I think, where it was 115 psi.
4      Q.   Right.  And after that air
5   pressure reading on August 18th, was the air
6   pressure ever again taken?
7          MR. POLLAK:  Objection to the form
8   of the question.  You can answer.
9      A.   Not to my knowledge.
10     Q.   So that's approximately a ten-day
11  period?
12     A.   That's correct.
13          (Discussion off the written
14  record.)
15          THE VIDEOGRAPHER:  You might want
16  to ask what you just said over.
17          MR. KAPLAN:  Can you read back the
18  last question.
19          (Record read.)
20     Q.   In your report you speak about the
21  inspections that Marshal Clark did, Brian
22  Lancaster did and Mr. Burgess did.
23     A.   That's correct.
24     Q.   Do you use those inspections as a
25  basis for concluding that the tire did not

269

1           J.W. DAWS
2    sustain its leak until the date of the
3    occurrence?
4        A.    Based on my leak rate estimate,
5    those inspections would indicate to me that
6    the tire had not been punctured at that time.
7        Q.    Well, what is it about Mr. Clark's
8    deposition testimony that indicates to you
9    that the tire was not punctured on August 22nd
10   when he performed his federally mandated
11   inspection of the bus?
12       A.    Because from August 22nd to the
13   accident date, August 28, you know, six days
14   later the tire could not have had that leak
15   rate without being flat.
16       Q.    That's of course assuming your
17   leak rate is correct.  If the leak rate was
18   much slower, it is conceivable that the tire
19   could have been punctured on August 22nd when
20   Mr. Clark did his examination?
21           MR. POLLAK: Objection to the
22       form.
23       A.    Well, there is no possibility the
24   leak rate could have been lower.
25       Q.    None whatsoever?

270

1           J.W. DAWS
2        A.    None whatsoever.  The -- okay.
3        Q.    Mr. Clark didn't use an air gauge,
4    did he?
5        A.    Not that I'm aware of.
6        Q.    In fact, did anybody use an air
7    gauge after August 18th, 2006 to measure the
8    air pressure?
9           MR. POLLAK: Objection.
10       A.    Not that I know of.  There was no
11   recording of it.
12       Q.    And bump checks that were done,
13   bump checks just tell you whether or not a
14   tire is flat or has some air in it, correct?
15       A.    It tells you whether the tire has
16   inflation pressure.
17       Q.    So the tire could have 40 psi in
18   it and the bump check wouldn't necessarily
19   tell you anything, would it?
20       A.    Well, again, the NTSB when they
21   looked at deflection, you know, said below 50
22   psi, and I think that's probably being very
23   conservative, but they determined that below
24   50 psi would be visually obvious.
25       Q.    Visually, okay.  So I'm asking you

271

1           J.W. DAWS
2    just from a bump test alone, can a bump test
3    tell you anything?
4        A.    Not reliably.
5        Q.    So let's say it is 55 psi.  The
6    NTSB says you probably can't see if a tire is
7    under-inflated at 55 psi, correct?
8        A.    That's correct.
9        Q.    And you wouldn't be able to tell
10   whether or not a tire was down to 55 psi based
11   on a bump check alone, isn't that correct?
12           MR. POLLAK: Objection.  You can
13       answer.
14       A.    That's correct.  Although a tire
15   ought to really be getting hot every time it
16   is operated.  So if you think about running
17   the tire day after day when the pressure is in
18   the 50s, I would expect to find zipper
19   failures on the sidewall occurring.  Because
20   on this tire, any pressure below about 90 is
21   going to lead to zipper failure.
22       Q.    And for how long a period of time?
23       A.    Well, for hundreds of miles, you
24   know, I would expect to generate sidewall
25   failure.

272

1           J.W. DAWS
2        Q.    Well, a bump check, obviously,
3    wouldn't be able to tell you if the tire was
4    down to 100 psi, would it?
5        A.    No, it wouldn't.
6        Q.    And a visual check wouldn't tell
7    you if the tire was down to 100 psi either,
8    would it?
9        A.    That's correct.
10       Q.    So at 100 psi you might not get a
11   zipper break to occur that quickly.  In fact,
12   you might get enough heat degradation to cause
13   a tread separation before that, isn't that
14   correct?
15           MR. POLLAK: Objection to form.
16       You can answer.
17       A.    I don't think so.  Typically, you
18   have to be, you know, you have to, you have to
19   really -- if the tire doesn't have some
20   ongoing breakdown in it, you have to run at 10
21   to 15 percent under-inflated for thousands and
22   thousands of miles to get to tread sep -- to
23   actually generate or respond a tread
24   separation.
25       Q.    Don't zipper breaks

273

1           J.W. DAWS
2    characteristically occur upon reinflation
3    after a tire's been run low?
4        A.   Yeah, and -- but they can also
5    spontaneously occur just because the tire is
6    being run and run and run and run very low.
7        Q.   Do we know when air was last added
8    to this tire?
9        A.   No, sir.
10       Q.   Now, when you calculated your leak
11   rate, you, you looked at the video that had
12   been prepared by the NTSB, isn't that right?
13       A.   That's correct.
14       Q.   Now, what did you do with that
15   video: did you break it down frame by frame,
16   did you use one frame, did you use several
17   frames? How did you make your calculations?
18       A.   Okay. I ran the video against a
19   stop watch to calculate the number of bubbles
20   that were being generated per second. Okay.
21       Q.   And how many bubbles were being
22   generated per second?
23       A.   Let me see here. I --
24       Q.   Which attachment? You are
25   referring to one of the attachments, right?

274

1           J.W. DAWS
2        A.   Yeah, tab 12 in the binder, the
3    depo binder. I'm not sure which attachment it
4    is in the report.
5           MR. DACUS: 5.
6        A.   Attachment 5? Okay.
7        Q.   Okay, so --
8        A.   So I counted 15, 15 bubbles.
9        Q.   When you say you counted 15
10   bubbles, you indicated that you were measuring
11   bubbles per second?
12       A.   Right, so I counted 15 bubbles
13   over .9 seconds on the stopwatch which gives
14   you a rate of 16.7 bubbles per second.
15       Q.   How did you -- you counted the
16   number of the bubbles while the video was
17   running?
18       A.   Yes.
19       Q.   You were able to count 15 bubbles
20   in .9 seconds?
21       A.   Yes.
22       Q.   Is it possible you made a mistake
23   with how many bubbles you counted?
24       A.   I did it three times.
25       Q.   Over the same .9 seconds or

275

1           J.W. DAWS
2    different periods of time?
3        A.   I don't know whether it was
4    exactly the same set of frames. It was
5    probably overlapping frames.
6        Q.   Well, were you counting bubbles
7    twice?
8        A.   No, no, no. I'm talking about
9    three separate measurements, starting from
10   zero each time.
11       Q.   But how long is the video?
12       A.   It is just a few seconds long.
13       Q.   How many seconds?
14       A.   It is probably six seconds, eight
15   seconds.
16       Q.   Okay, so the .9 seconds that you
17   are talking about, was that the same .9
18   seconds that you counted over and over?
19       A.   As close as I could get.
20       Q.   The same .9 seconds?
21       A.   As close as I could get.
22       Q.   Did you count any of the other
23   time periods?
24       A.   No, I did not.
25       Q.   Did you compare those time periods

276

1           J.W. DAWS
2    to see whether or not less bubbles or more
3    bubbles appeared during those 5.1 seconds?
4        A.   Okay, when I play the video, the
5    bubble rate seems from an audio standpoint to
6    be about the same.
7        Q.   What do you mean it seems from an
8    audio standpoint?
9        A.   It sounds like, like the bubble
10   rate, the bubble frequency is constant.
11       Q.   So you were not just counting
12   bubbles, you were listening to bubbles?
13       A.   Sure.
14       Q.   And when you were doing this you
15   were able to count 15 different popping sounds
16   within the space of .9 seconds, is that what
17   you are saying?
18       A.   Yes, sir.
19       Q.   And you are saying that there is
20   absolutely no margin for error in your ability
21   to count bubbles popping over .9 seconds?
22          MR. POLLAK: Objection: asked and
23   answered. You can answer.
24       A.   All I'm saying is I did it three
25   different times and came up with the same

John William Daws, Ph.D., PE.                    September 14, 2010

---

277

J.W. DAWS
1
2  number.
3      Q.   Over that same period, the .9
4  seconds?
5      A.   As close as I could get it.
6      Q.   Again, what about the other 5.1
7  seconds?
8      A.   Again, the video is skipping, it
9  is stepping so you have to find a place where
10 the video is continuous.
11     Q.   What do you mean it is skipping
12 and it's stepping?
13     A.   You obviously never watched the
14 video.
15     Q.   I'm asking you to tell me what you
16 mean.  You are using terms:  skipping,
17 stepping.  What does that mean?
18     A.   Darn terms.  It means that the
19 video --
20     Q.   The terms have a meaning and you
21 can use them to kind of fudge facts in a way
22 that you want.  That's why I'm trying to get
23 you to explain them.
24     A.   Well, the video, in a couple of
25 sections in the video, so, you know, there is

---

278

J.W. DAWS
1
2  probably six seconds of the video and in two
3  or three places the video does a skip, and I'm
4  not sure whether it is because whoever was
5  making that recording was using a lousy video
6  recording tool, or whether they were doing it
7  on their cell phone or what, but there is a
8  hiccup.  So you have to find a place in the
9  video where there is no hiccup, otherwise you
10 are not sure that you have missed bubbles or
11 that the time is continuous or anything.
12 Obviously, if the video skips, there is a jump
13 in time.
14     Q.   So what you are telling me is you
15 can't tell me whether or not the production of
16 bubbles was at a consistent rate over a period
17 of six seconds?
18         MR. POLLAK:  Objection.  You can
19 answer.
20     A.   Again, in my opinion it was
21 consistent.
22     Q.   Again, your opinion based on what?
23         MR. POLLAK:  Objection.  You can
24 answer.
25     A.   The auditory sound that came from

---

279

J.W. DAWS
1
2  the video, the rate at which the bubble -- the
3  rate at which bubbles are being made.
4      Q.   And that's the popping sound?
5      A.   That's the popping sound.
6      Q.   90 of them you heard in six
7  seconds?
8      A.   Again, the rate seemed consistent,
9  the frequency of bubble occurrence.
10     Q.   Well, could you tell the
11 difference between 70 bubbles popping and 90
12 bubbles popping over a period of six seconds?
13     A.   Well, let's see, 60 bubbles over 6
14 seconds is ten a second, right?  Roughly?  Ten
15 a second is a fairly low count rate.  15 a
16 second is something that is auditorily of a
17 given frequency; that is, you notice if it
18 speeds up or slows down.
19     Q.   Do you think you could create for
20 a jury looking at this deposition what it
21 sounds like, ten popping bubbles in one
22 second?  I'll time you.
23     A.   No.  I would suggest we simply
24 play the video for the jury because that's
25 clear.

---

280

J.W. DAWS
1
2      Q.   And how about the difference
3  between ten bubbles and 15 bubbles per second,
4  can you differentiate for us what that sounds
5  like by making the sound of the bubble?
6      A.   No.
7      Q.   What did this pop sound like?  Can
8  you recreate the sound?
9      A.   No, sir.  I'm not a sound
10 generator.
11     Q.   Are you an expert in the sounds
12 that bubbles make?
13     A.   I have grand kids, they play with
14 bubbles all the time.
15     Q.   Do you count the bubbles that they
16 blow in their milk with their straws?
17         MR. POLLAK:  Objection.
18     Q.   Is that where you got practice for
19 this method?
20         MR. POLLAK:  Come on.
21     Q.   Well, let me ask you this.  If I
22 wanted to read somewhere about this method of
23 counting bubbles and bubble frequency in a
24 video, is there some place I could read this
25 or read about it?

281

1                    J.W. DAWS
2          A.   No, sir.
3          Q.   Is this a practice that is
4   accepted and followed in the tire industry?
5          A.   This is nothing but physics.
6          Q.   That's not what I asked you.  Is
7   this an acceptable means to determine the flow
8   and rate of flow of air from a puncture in a
9   tire, according to the tire industry?
10         A.   Nobody in the tire industry cares
11  about the air flow rate out of a tire in a
12  puncture.  They don't.
13         Q.   In fact, when the NTSB did this
14  test, they weren't trying to determine what
15  the air flow was, correct, the rate of flow?
16         A.   They were trying to determine
17  whether it actually leaked.
18         Q.   That's right.  And in fact, that's
19  what this kind of test is for, just to
20  determine whether there is a leak and where
21  the leak is coming from, correct?
22              MR. POLLAK:  Objection.  You can
23  answer.
24         A.   But it represents a test that can
25  be used to estimate the leak rate.

282

1                    J.W. DAWS
2          Q.   Based on your ipsi ditzig or can I
3   read about that anywhere else?
4               MR. POLLAK:  Objection to the
5   form.  You can answer.
6          A.   Again, a bubble of a given size
7   has a given internal volume.
8          Q.   Okay.  How did you determine what
9   the size was of the bubbles?
10         A.   I scaled them off the video.
11         Q.   And what did you use to scale the
12  size of the bubbles?
13         A.   Spacing between the belt cord is
14  the reference.
15         Q.   And was that a precise measurement
16  that you were able to make?
17         A.   Well, I know what the spacing in
18  the belt cord was.
19         Q.   Right?
20         A.   Okay.  And then I blew the whole
21  thing up on the screen and measured the
22  bubble, measured the bubbles, relative to a
23  scale that was generated between the steel
24  cords.
25         Q.   Was the video being shot straight

283

1                    J.W. DAWS
2   down at the bubbles or at an angle?
3          A.   That's why you have to scale off
4   the steel cord.
5          Q.   So what you get is a
6   two-dimensional picture of the bubble, right?
7          A.   Right.  But the bubbles are round.
8          Q.   Well, you get a two-dimensional
9   picture of the bubble, correct?
10         A.   That's correct.
11         Q.   So when you said you measured the
12  bubble, what exactly did you measure?  You
13  measured width?
14         A.   Diameter and length.
15         Q.   Diameter?
16         A.   Um-hum.
17         Q.   Okay.  In order to determine the
18  volume of a bubble, you have to make a
19  three-dimensional calculation, don't you?
20         A.   The bubble is a sphere.  It only
21  has one --
22         Q.   Are all the bubbles the same size?
23         A.   Essentially, yes.
24         Q.   Essentially, or were they the same
25  size?

284

1                    J.W. DAWS
2          A.   They were the same size.
3          Q.   Were the bubbles perfectly
4   spheroid or were they irregularly shaped?
5          A.   Bubble origination is spherical.
6   After they --
7          Q.   Do you have a picture which shows
8   the bubbles?
9               MR. POLLAK:  Mr. Kaplan, you keep
10  interrupting the witness.
11              MR. KAPLAN:  I don't keep
12  interrupting him.
13              MR. POLLAK:  You have, maybe the
14  last two or three answers or four
15  answers.
16              MR. KAPLAN:  Okay.  All right.
17              MR. POLLAK:  So please let the
18  witness answer the questions before you
19  ask your next question.
20         A.   No, I don't have the leak test
21  picture.
22         Q.   Do you have any picture that would
23  show that these bubbles are all the same size?
24         A.   I don't have the leak test
25  picture.

285

J.W. DAWS

1
2     Q.   Do you have any measurements that
3  show that the different bubbles depicted in
4  this video were the same size?
5     A.   Well, I measured the bubble
6  diameter at .15 inches.
7     Q.   But you measured if from a
8  two-dimensional perspective, is that correct?
9     A.   That's correct.
10     Q.   Can a bubble be flat and another
11  bubble be higher up than the other bubble?
12     A.   If you have a sphere and you
13  measure, no matter which way you measure it
14  from, you are measuring the diameter.
15     Q.   Well, there are irregular-shaped
16  spheres, aren't there?  Not all spheres are
17  perfect globes, perfect circles?
18     A.   Not all -- spheres are perfect
19  circles.
20     Q.   Are all of these bubbles perfect
21  spheres, is that what your testimony is?
22     A.   When they originate at the hole,
23  they are a sphere.  Once they merge into other
24  bubbles, they develop a membrane between them.
25     Q.   Well, when they come out of the

286

J.W. DAWS

1
2  hole, they come out at a certain size because
3  the hole limits what the size of the bubble
4  can be, correct?
5     A.   No, the bubble --
6     Q.   When it is coming out of the hole?
7     MR. POLLAK:  Mr. Kaplan, again,
8  the witness is obviously not finished
9  with his answer which I think is
10  obvious, will be obvious on this video
11  and you keep -- if he pauses in an
12  answer, you start asking your next
13  question, as opposed to letting the
14  witness answer.  Can you please let the
15  witness completely finish your question
16  before you start your next question.
17     A.   I --
18     Q.   Are you not finished?
19     A.   I don't remember the question, no.
20     Q.   What I'm asking you is, do you
21  have any evidence to show that the bubbles
22  that you mentioned were perfect spheres?
23     A.   The leak test video speaks for
24  itself.
25     Q.   I'm asking you do you have

287

J.W. DAWS

1
2  evidence that shows that these bubbles that
3  came out were perfect spheres?
4     MR. POLLAK:  Asked and answered.
5  You can answer.
6     A.   I would answer that the leak test
7  video speaks for itself.  You know, we would
8  play that.
9     Q.   Can an air bubble be compressed in
10  a way where it is not a perfect sphere, but it
11  has less height than width?
12     A.   Anybody that has played with soap
13  bubbles, knows that you can compress a bubble,
14  but you can't change its volume.
15     Q.   And if a bubble has irregular
16  measurements, isn't that possible for a bubble
17  to have irregular measurements?
18     MR. POLLAK:  Objection.  You can
19  answer.
20     Q.   In other words, it is not a
21  perfect sphere?
22     MR. POLLAK:  Objection.  You can
23  answer.
24     A.   Sure.
25     Q.   So if a bubble is not a perfect

288

J.W. DAWS

1
2  sphere, then how do you determine the radii to
3  use in calculating the volume?
4     MR. POLLAK:  Objection.  You can
5  answer.
6     A.   Again, you look at the video.  The
7  bubbles are spherical.  You make a measurement
8  of their diameter.  You calculate their
9  volume.  You know the rate that it is
10  producing bubbles, and then you estimate the
11  leak rate from that.
12     Q.   What is the measurement that you
13  make of the bubble, what are the measurements
14  that you take?
15     A.   The diameter.
16     Q.   How do you get the diameter?
17     MR. POLLAK:  Objection.  You can
18  answer.
19     A.   Again, on the video.
20     Q.   The diameter is the
21  two-dimensional measurement around the
22  circumference of the bubble?
23     A.   Yeah, it's, again, a bubble in
24  free air.
25     Q.   Is the bubble in free air or is

289

```
 1              J.W. DAWS
 2  the bubble resting on a portion of the tire?
 3      A.   Well, it is certainly not trapped
 4  between two surfaces that would cause it to
 5  distort.
 6      Q.   Well, were these bubbles floating
 7  in the air above the tire or were these
 8  bubbles that had formed on the surface of the
 9  tire piece that was being tested?
10      A.   Well, you look at them as
11  basically, they come out and they are sitting,
12  before they get combined into the rest of the
13  bubble mass, they are bubbles.  And you see
14  them forming one after another and you pick
15  them up after they've detached from the hole
16  but before they've been combined into the rest
17  of the mass.
18      Q.   Where are the bubbles physically
19  resting at that point in time when you look at
20  them?
21          MR. POLLAK:  Objection.  You can
22      answer.
23      A.   Typically resting on the tire
24  surface.
25      Q.   Can you tell how far up the
```

290

```
 1              J.W. DAWS
 2  circumference of the bubble is that rises off
 3  of the tire surface?
 4          MR. POLLAK:  Objection.
 5      Q.   In other words, is each bubble the
 6  same perfect shape, or do some bubbles come up
 7  higher or actually a little bit lower in terms
 8  of where the surface of the tire is?
 9          MR. POLLAK:  Objection.  You can
10      answer.
11      A.   The bubbles are the same size as
12  they are coming out, as they are being
13  produced.  So the definition of a soap bubble
14  is one that has sufficient surface energy in
15  the film to encompass air of the same pressure
16  on the inside as it is on the outside.
17      Q.   How many of these bubbles did you
18  measure?
19      A.   Probably five or six.
20      Q.   And based on -- and how many
21  bubbles did you see throughout the whole
22  video?
23      A.   Well, you see a lot of bubbles
24  throughout the video.  But the ones I counted,
25  you know, I counted basically 15 bubbles.
```

291

```
 1              J.W. DAWS
 2      Q.   And you measured five?
 3      A.   And I measured five for diameter,
 4  yeah.
 5      Q.   And did you measure it from a
 6  quick view of the video, or did you use a
 7  frame from the video?
 8          MR. POLLAK:  Objection.  You can
 9      answer.
10      A.   I stopped the video in a couple of
11  places and measured bubbles.
12      Q.   Now, when you said you stopped it
13  in a couple places, in terms of how much time
14  had elapsed, how much time had elapsed from
15  the first time you stopped the video to the
16  second time you stopped the video?
17      A.   However long it takes for the
18  computer to stop the video.
19      Q.   And were you able to tell whether
20  or not a new bubble had formed in between the
21  time after you first stopped it until the time
22  that you stopped it again?
23      A.   Well, certainly the video changed,
24  so, yeah.  It's not the same frame.
25      Q.   Were you able to match it up frame
```

292

```
 1              J.W. DAWS
 2  by frame to see how many bubbles appeared
 3  every second and which bubbles were new and
 4  which bubbles had already been there for a
 5  period of time?
 6      A.   I certainly didn't match it frame
 7  by frame, no.  I don't have the tools to do
 8  that.
 9          MR. POLLAK:  It is 4 o'clock.
10      Let's take a break.
11          MR. KAPLAN:  Okay.
12          THE VIDEOGRAPHER:  We are now
13      going off the record approximately 3:52
14      p.m.  This is the end of tape No. 4.
15          (Recess taken.)
16          THE VIDEOGRAPHER:  This is the
17      beginning of tape No. 5 in the Daws
18      deposition.  We are going back on the
19      record approximately 4:05 p.m.
20  BY MR. KAPLAN:
21      Q.   Have you ever read any journals or
22  peer review literature which describes the
23  utilization of the air bubble measurement and
24  listening to tests that you've described as an
25  approved method to calculate the air flow from
```

John William Daws, Ph.D., PE.                   September 14, 2010

---

293

J.W. DAWS
1
2  the hole of the tire?
3      A.   No, I have not.
4      Q.   Does the volume of a gas change
5  with pressure and temperature?
6      A.   Yes, it does.
7      Q.   Do you know what the temperature
8  was when this test was performed by the NTSB?
9      A.   No, I don't.
10     Q.   Do you know what the pressure was?
11     A.   No, I don't.
12     Q.   When the bubbles appeared in the
13  video, the tread wasn't attached to the inner
14  liner portion, was it?
15     A.   The tread is never attached to the
16  inner liner portion of the tire.
17     Q.   In other words, the test was
18  conducted by forcing a certain amount of air
19  through a piece of a tire, correct?
20     A.   Through the inner liner and all --
21  the body ply and all four steel belts.
22     Q.   Was there any tread attached to
23  that part of the tire?
24     A.   No, sir.
25     Q.   Are you an expert in the mechanics

---

294

J.W. DAWS
1
2  of air transport through water?
3      A.   I hold a Ph.D. in mechanical
4  engineering. I've studied in detail, air flow
5  and how to model it and so on, so.
6      Q.   Do you consider yourself an expert
7  in the mechanisms of air transport through
8  water?
9          MR. POLLAK:  Objection.  You can
10     answer.
11     A.   I'm not -- you know, I'm a tire
12  expert. What I do is tires.
13     Q.   Do you consider yourself an expert
14  in bubble formation?
15     A.   No, I'm knowledgeable about that.
16     Q.   Do you consider yourself an expert
17  in applied physics?
18     A.   I do.
19     Q.   Do you consider yourself an expert
20  in fluid dynamics?
21     A.   I do.
22     Q.   How about fluid mechanics?
23     A.   I do.
24     Q.   Do you consider yourself an expert
25  in the sounds that bubbles make when they pop?

---

295

J.W. DAWS
1
2      A.   Not necessarily, although my Ph.D.
3  dissertation was in vibrations and dynamics
4  and acoustics.
5      Q.   Does that involve sounds made by
6  bubbles popping?
7      A.   It involved sounds made by
8  everything.
9      Q.   Including bubbles popping?
10     A.   Including bubbles popping.
11     Q.   And do different bubbles makes
12  different sounds?
13     A.   Certainly the frequency at which
14  bubbles pop make different sounds.
15     Q.   What was the frequency that these
16  bubbles popped at?
17     A.   I didn't measure it.
18     Q.   Now, you used the term overload in
19  your report. You said there were signs of
20  overload. Was that simply a substitute for
21  the use of the term over-deflection, or did
22  you mean overload as opposed to
23  underinflation?
24          MR. POLLAK:  Objection.  You can
25     answer.

---

296

J.W. DAWS
1
2      A.   Again, my opinion is that the tire
3  was overloaded rather than underinflated,
4  simply because the history of the tire, the
5  actual pressure measurements that were made
6  over the life of the tire, suggested that it
7  was routinely overinflated rather than
8  underinflated.
9      Q.   When you say routinely
10  overinflated, can you show me the evidence
11  indicating that it was routinely overinflated?
12     A.   Sure. If you plot all the -- if
13  you plot all the pressure measurements ever
14  made for this tire over its entire lifetime,
15  you get a plot that looks like this where the
16  horizontal line here, the dark horizontal line
17  is 120 psi. So there is far more time where
18  the tire is overinflated than it is -- you
19  know, there is a couple of occurrences of it
20  being less than 120 psi, but for the most of
21  the tire's life, it is running above 120 psi.
22          MR. POLLAK:  Could you just
23     identify which document you are talking
24     about because the reporter --
25     A.   That's the first page in tab 8 of

297

```
 1              J.W. DAWS
 2  the binder, the second volume of my deposition
 3  binder.
 4          MR. KAPLAN:  Why don't we mark
 5      that as Daws 3, please.
 6          (Daws Exhibit 3, plot of tire
 7          pressure measurements of subject
 8          tire taken from tab 8, Volume II
 9          Daws Engineering deposition binder
10          marked for identification, as of
11          this date.)
12      Q.   Now, where did the data come from
13  that was used to create Daws 3?
14      A.   The data came from the tire
15  records, tire inspection card, tire records
16  and so on.
17      Q.   Did the air pressures that were
18  recorded on those documents indicate whether
19  the air pressure was taken cold or hot?
20      A.   No, it did not.
21      Q.   If a tire is inflated to 120 psi
22  and then operated with proper load, how high
23  can the air pressure become as a result of the
24  operation of the vehicle?
25      A.   It can certainly go over 130 which
```

298

```
 1              J.W. DAWS
 2  is why -- some of these are probably hot
 3  measurements.
 4      Q.   So can you tell which one of those
 5  measurements are hot as opposed to cold?
 6      A.   No, sir.
 7      Q.   If all of those measurements were
 8  recorded as a result of a hot measurement,
 9  would that still indicate to you that there
10  was chronic overinflation of those tires?
11      A.   Oh, I didn't say --
12          MR. POLLAK:  Objection.
13      Objection, you can answer.
14          MS. BOYLE:  Objection.
15      A.   I didn't say the tire was
16  chronically overinflated.  I just said that
17  the pressures that were measured were over
18  120, by and large, over the course of the life
19  of the tire, rather than under 120.
20      Q.   But that would not be an unusual
21  finding if those measurements were taken when
22  the tire was hot.  Correct?
23      A.   That's correct.
24      Q.   Do you have any other evidence
25  that you can point to which details or which
```

299

```
 1              J.W. DAWS
 2  supports your theory that the tire was
 3  overloaded as opposed to underinflated?
 4      A.   Well, again I think this data
 5  supports that the tire was properly inflated
 6  through its lifetime.
 7          MR. POLLAK:  Referring to Daws
 8      Exhibit 3.
 9      A.   Daws Exhibit 3.
10      Q.   Properly inflated?
11      A.   Yeah.  Some of these probably were
12  taken warm which would suggest that the tire
13  was run at about 120 psi throughout its life,
14  and, you know, given the fact that it has got
15  edge cracks and polishing in it, the
16  alternative then is overloading.
17      Q.   Is there any proof that the
18  Greyhound buses were actually being
19  overloaded?
20          MR. POLLAK:  Objection to the
21      form.  You can answer.
22      A.   There is no weight data for the
23  buses, no.  And we do have proof that the tire
24  was well maintained in terms of air pressure,
25  so.
```

300

```
 1              J.W. DAWS
 2      Q.   But, again, the signs of
 3  over-deflection are the same for
 4  underinflation and overload, correct?
 5          MR. POLLAK:  Objection.  You can
 6      answer.
 7      A.   The end result on the tire is very
 8  similar, yes.
 9      Q.   Now, the NTSB received data from
10  Greyhound which is referred to in its report
11  indicating that the average load of Greyhound
12  buses in that time period was 35 passengers
13  per bus.  Do you recall seeing that
14  information?
15      A.   I believe so, yeah.
16      Q.   And 35 passengers would be
17  significantly lower than the 55 passenger
18  capacity?
19      A.   Provided this bus always saw the
20  average passenger count, sure.  I haven't seen
21  any passenger count for this bus.
22      Q.   Well, did Greyhound ever offer you
23  the historical passenger count for this
24  particular bus for the six-month period before
25  the subject accident?
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

301

```
1              J.W. DAWS
2         MR. POLLAK:  Objection.  You can
3    answer.
4         A.   No, sir.
5         Q.   Did you ever ask them for that?
6         A.   I asked them if there was any
7    weight data.
8         Q.   Did you ever ask them to see if
9    there was a passenger count for the trips that
10   this bus was on during the six months before
11   the subject accident?
12        A.   No, sir.
13        Q.   Would that have been useful to
14   determine whether or not the bus had been
15   overloaded on any previous occasions?
16        A.   Without knowing what the
17   passengers weighed, probably not.
18        Q.   How about if there was an
19   indication that the bus was run consistently
20   with 55 passengers, would that tend to help
21   support your theory of overload?
22        MR. POLLAK:  Objection.  You can
23   answer.
24        A.   Again, I think it makes it more
25   probable.
```

---

302

```
1              J.W. DAWS
2         Q.   And, likewise, if the bus is only
3    being run with 35 or less passengers, that
4    would make your theory of overload less
5    probable.  Is that correct?
6         MR. POLLAK:  Objection.
7         A.   Well, it certainly reduces the
8    probability, yeah.
9         Q.   And is that possibly the reason
10   why Greyhound never offered you the
11   information about its passenger data for this
12   particular bus?
13        MR. POLLAK:  Objection to the form
14   of the question.  You can answer.
15        A.   Again, the number of passengers is
16   not the same thing as the number of passengers
17   and the weight of each passenger and the
18   seating location of each passenger.
19        Q.   Right, but we just established it
20   would make a difference to your theory,
21   whether or not the bus is regularly loaded
22   with 55 passengers as opposed to 25
23   passengers, isn't that correct?
24        MR. POLLAK:  Objection.  You can
25   answer.
```

---

303

```
1              J.W. DAWS
2         A.   No, that's not correct.
3         Q.   Well, would anybody else other
4    than Greyhound have that data?
5         A.   I don't think Greyhound has that
6    data, but they certainly don't have passenger
7    weight.
8         Q.   Do you know if the Greyhound bus
9    in question was carrying freight during the
10   six months before the subject accident?
11        A.   No, I don't.
12        Q.   Were you aware that Greyhound
13   buses did carry freight in addition to
14   passengers and passenger luggage?
15        MR. POLLAK:  Objection.  You can
16   answer.
17        A.   Yes, sir.  That had to do with
18   fitting of the 16,000 pound front axles to
19   these buses.
20        Q.   Would that have been important to
21   your forensic analysis to determine whether or
22   not Greyhound was overloading its buses with
23   freight, in addition to passenger and luggage
24   weight?
25        MR. POLLAK:  Objection.  You can
```

---

304

```
1              J.W. DAWS
2    answer.
3         A.   Certainly any data I could have
4    gotten, would have been useful.
5         Q.   Did you ever ask Greyhound for
6    that data?
7         A.   No.
8         Q.   Did Greyhound ever offer you that
9    data?
10        A.   No, sir.
11        Q.   Can we assume by the fact that
12   Greyhound didn't offer you that data, that it
13   would not have been helpful to your
14   calculations in terms of trying to put the
15   blame on somebody else?
16        MR. POLLAK:  Objection to the
17   form.  You can answer.
18        A.   Again, I don't know how to even
19   answer that question.  You know, it is very
20   unlikely that the weight of any cargo was
21   tracked or the weight of any passengers.
22        Q.   How would a common carrier like
23   Greyhound get paid for the freight that it
24   carried?
25        A.   I have no idea.
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

305

1              J.W. DAWS
2      Q.   Do you think it might be done by
3   how much freight in terms of how much it
4   weighed?
5      A.   Might do it by volume.
6      Q.   Well, weight would have to get
7   involved with the fuel calculations and
8   everything else.  In other words, the more
9   freight you have, might cause more expense to
10  Greyhound to operate their buses.  Isn't that
11  correct?
12          MR. POLLAK:  Objection to form.
13      You can answer.
14      A.   Again, I have no idea.  No idea
15  how they got paid for freight.
16      Q.   Now, if a tire, if the subject
17  tire had had a leak of a longer duration than
18  one day, the tire would have sustained
19  forensic evidence of underinflation, wouldn't
20  it have?
21      A.   Not for -- again, it would take
22  thousands of miles, maybe thousands and
23  thousands of miles.
24      Q.   Well, you don't know how many
25  miles the bus was run from the 18th of August

---

306

1   until the 28th of August, do you?
2      A.   It looks like about a thousand
3   miles.  I'm sorry, it looks -- 18th of August.
4   It looks like about 5,000 miles, the 18th of
5   August to the 28th of August at the accident
6   scene.
7      Q.   And based on all your testimony
8   that certainly would be enough mileage for the
9   polishing to have materialized.  Isn't that
10  true?
11      A.   I don't, I don't think that is
12  enough mileage to have created the polishing
13  that we've seen in there.  I mean, it could
14  certainly have started in that amount of time.
15      Q.   How about the other --
16      A.   Again, you have to, you have to,
17  if you are going to go with a low leak rate
18  theory, you figure the first number of -- the
19  thing has to get punctured and then it has to
20  leak down to a point where the tire starts to
21  crack and then the crack has to progress and
22  then it can start to polish.  So, you know.
23      Q.   Well, what support is there for
24  the overload theory?

---

307

1              J.W. DAWS
2          MR. POLLAK:  Objection to the
3      form.  You can answer.
4      A.   Well, you have, again, you have
5   this cracking and polishing, you know, which
6   didn't come from underinflation and, you know,
7   again, it takes a long period of time to
8   develop it.  So, you know, we know that early,
9   from Exhibit 3, you know, in this time period
10  in July and so on, the tire's properly
11  inflated.  So there is no way for it to be
12  underinflated in that time period and get, you
13  know, and get the cracking to begin to
14  develop.
15      Q.   Well, we know there is a 5,000
16  mile operational period over the course of ten
17  days where the air pressure was not checked on
18  this tire, correct?
19          MR. POLLAK:  Objection to the form
20      of the question.  You can answer.
21      A.   That's correct.
22      Q.   So that's separate and apart from
23  the prior inflation history that you are
24  talking about, correct?
25      A.   That's correct.

---

308

1              J.W. DAWS
2      Q.   Now, one way to have determined
3   conclusively whether or not it was a slow air
4   leak in this tire, is if air pressure checks
5   had been done in the time period between the
6   18th and the 28th, isn't that correct?
7      A.   Certainly had an air pressure
8   check been done somewhere in the middle there,
9   we would have better understanding of what
10  actually happened, yeah.
11      Q.   So if Mr. Clark had done an air
12  pressure check on August 22nd that would have
13  given us a better understanding, isn't that
14  correct?
15      A.   Well, it would have given us
16  another data point.
17      Q.   And are you aware that this
18  Greyhound bus was at several Greyhound service
19  lane service areas during the period from
20  August 23rd through August 27th, 2006?
21      A.   Yes, sir.
22      Q.   And are you aware that the
23  Greyhound personnel who man those stations and
24  have been deposed in this case, have claimed
25  that they did not use air pressure gauges to

309

1               J.W. DAWS
2    check the air pressure of the tires on
3    Greyhound buses?
4               MR. POLLAK:  Objection to the form
5         of the question.
6         A.   I don't recall reviewing any of
7    their -- any service lane personnel testimony.
8         Q.   Do you think it's good practice or
9    bad practice for a Greyhound person to have a
10   bus come through a service lane service area
11   in between August 22nd and August 28th, 2006
12   and not check the air pressure?
13              MS. BOYLE:  Note my objection.
14              MR. POLLAK:  Objection.  You can
15        answer.
16        A.   I don't have any opinions on
17   Greyhound's operation, operational procedures.
18   And I just wasn't asked to look at it.  I
19   don't have any opinions.
20        Q.   How about if a Greyhound person
21   who manned the service lane in between August
22   22nd and August 28th, 2006 failed to record
23   what, if any, air pressures that person may
24   have taken?
25              MR. POLLAK:  Objection to the

310

1               J.W. DAWS
2         form.
3               MS. BOYLE:  Note my objection.
4         A.   Again, I don't have any opinions
5    on Greyhound's procedures.
6         Q.   Would the puncture alone that was
7    involved in this case have led to the failure
8    of this tire without any evidence of over, or
9    additional over-deflection?
10              MR. POLLAK:  Objection to the
11        form.  You can answer it.
12        A.   I think the puncture, there is two
13   possible outcomes.  One, the puncture without
14   this internal breakdown going on in the tire,
15   the tire would have gone further down the
16   road.
17              Now, the question is would it, you
18   know, if the leak rate was as low as
19   Goodyear's experts would suggest, the tire
20   would probably have worn out, been removed
21   because it was under 6/32 of an inch before
22   anything bad happened.  If it was, you know,
23   the leak rate I got, the tire would have
24   either failed or, you know, I don't know
25   whether it would have made Montreal or not.

311

1               J.W. DAWS
2         Q.   So can you say to a degree of
3    engineering certainty, whether or not the
4    puncture in and of itself would have led to
5    the cause of this tire's failure?
6               MR. POLLAK:  Objection.  You can
7         answer.
8         A.   Again, I think the -- that all
9    depends on, you know, the sequence of events.
10   If this puncture in and of itself would not
11   have caused the tire to fail at the point that
12   it did.
13        Q.   And you can't say whether or not
14   it would have made it to a garage facility
15   before the time it had failed?
16        A.   Well, in all likelihood, had it
17   been, had the tire not had this preexisting
18   crack, it probably would have made it to
19   Montreal.  What was that, another two hours up
20   the road?  So it probably would have made it
21   to Montreal.
22              Now, whether, you know, it was
23   noticed as being low at the time it got ready
24   to leave Montreal, I don't know.
25        Q.   How about the over-deflection that

312

1               J.W. DAWS
2    existed, would that have, in and of itself,
3    caused the tire to fail?
4               MR. POLLAK:  Objection.  You can
5         answer.
6         A.   I'm sorry?
7         Q.   The over-deflected condition that
8    you claim preexisted the occurrence of the
9    puncture --
10        A.   Oh, okay.
11              MR. POLLAK:  Objection.
12        Q.   -- would that have, in and of
13   itself, caused the tire to fail?
14              MR. POLLAK:  Objection.  You can
15        answer.
16        A.   I think in all likelihood the tire
17   would have been removed from service before it
18   failed based on the level of polishing and so
19   on that was in this tire at the time of its
20   failure.
21        Q.   So it would not have --
22        A.   It would not have -- it certainly
23   would not have failed on this trip.
24        Q.   Now, in your report you made
25   references to body armor --

313

J.W. DAWS

1
2       A.   Yes, sir.
3       Q.   -- as being a design comparison
4  for steel-belted tires, is that correct?
5       A.   No, sir.  I related -- used
6  comparison to body armor simply to say that in
7  a field that specializes in penetration,
8  aerial density is the prime -- is the primary
9  variable.  So the variable that I looked at in
10 these tires is aerial density.
11      Q.   Do you think that body armor
12 design should be definitive when it comes to
13 theories regarding steel-belt radial design?
14      A.   Obviously not.  Steel-belt radial
15 design is an art and science all to its own.
16 However, the aerial density is a prime
17 variable in terms of the penetrability of any
18 type of composite structure.
19      Q.   And as you said it is a trade-off,
20 whether you add more steel or take less steel
21 away, or take steel away, depends on the use
22 that a tire is going to be put to and what the
23 design parameters are supposed to be.  Isn't that
24 that correct?
25      MR. POLLAK:  Objection.  You can

314

J.W. DAWS

1
2  answer.
3       A.   All tire design is a series of
4  compromises.
5       Q.   Now, it is interesting that you
6  used the analogy with body armor because you
7  have been quoted on numerous occasions as
8  saying that tires are not bulletproof, is that
9  correct?
10      A.   I don't know of a tire that will
11 stop a bullet.
12      Q.   Obviously, body armor is not
13 designed to do the same thing as a tire is
14 designed to do, correct?
15      A.   That's correct.
16      Q.   It is not designed to support
17 thousands of pounds of load, correct?
18      A.   That's correct.
19      Q.   It is not designed to support
20 loads for hundreds of thousands of miles, is
21 that correct?
22      A.   That's correct.
23      Q.   It is not designed to support
24 loads over the course of millions of
25 revolutions of a wheel on a road, isn't that

315

J.W. DAWS

1
2  correct?
3       A.   That's correct.
4       Q.   Tires are designed to provide a
5  comfortable ride?
6       A.   That's correct.
7       Q.   Body armor is not?
8       A.   I don't think anybody rides on
9  body armor.
10      Q.   Well, different types of impacts
11 and road hazards are confronted by tires than
12 by body armor, correct?
13      A.   Tires must be designed to
14 accommodate a certain amount of road hazard to
15 envelope optimum use on the pavement and so
16 on.
17      Q.   Tires are not designed to stop
18 bullets, are they?
19      A.   No, they are not designed to stop
20 bullets.
21      Q.   Are they designed to be
22 impenetrable to knife attacks?
23      MR. POLLAK:  Objection to the
24 form.
25      A.   Again, on the sidewall, no.  On

316

J.W. DAWS

1
2  the tread surface, you betcha.  I don't know
3  of anybody who can stab through a tire on the
4  tread.
5       Q.   With an ice pick?
6       A.   You're welcome to go out in a
7  parking lot and try it.
8       Q.   Have you ever done it?
9       A.   Yeah, I've tried it.
10      Q.   Have you seen any studies
11 regarding stabbing tires with ice picks?
12      A.   No.
13      Q.   Have you seen any articles,
14 studies, reports or journals which suggest
15 beneficial comparisons between body armor
16 design and tire design?
17      A.   Again, to me the --
18      Q.   Wait, you didn't answer.  You were
19 shaking your head.
20      MR. POLLAK:  And, Mr. Kaplan, you
21 interrupted his answer.
22      MR. KAPLAN:  No, but he was
23 shaking his head.  I think you were
24 shaking your head no and it doesn't get
25 picked up on the transcript.

John William Daws, Ph.D., PE.                    September 14, 2010

---

317

1              J.W. DAWS
2         MR. POLLAK:  What gets picked up
3    is that you clearly, unequivocally,
4    without a doubt stopped him midstream of
5    his answer.
6         Dr. Daws, please finish your
7    answer at the point where Mr. Kaplan
8    interrupted you and tried to ask another
9    question.
10         MR. KAPLAN:  Why don't you repeat
11    the question.  Can you read it back to
12    him please.
13         (Record read.)
14    A.    Again, the variable of importance
15    is aerial density.  The area of industry that
16    has the most interest in penetration
17    resistance is armor.
18    Q.    Maybe you didn't hear my question.
19    Let me read it to you again and maybe you can
20    answer the question that I asked.
21         Do you know of any articles,
22    studies, reports or journals which suggest
23    beneficial comparisons between body armor
24    design and tire design?
25         MR. POLLAK:  Objection.  Asked and

---

318

1              J.W. DAWS
2    answered.  Objection to the form.  You
3    can answer.
4    A.    No.
5    Q.    Are there different design
6    considerations between types of body armor
7    such as bulletproof vests and stab-proof
8    vests?
9    A.    Yes.
10    Q.    And a bulletproof vest is designed
11    like a net or a tether line, would that be a
12    fair characterization?
13    A.    They are designed with a certain
14    amount of give, where as stab armor is not.
15    Q.    In other words, a bulletproof vest
16    wants to absorb inertial energy, but on the
17    other hand, it is not designed to stop a
18    pointed object from penetrating it.  Is that
19    correct?
20    A.    That's correct.
21    Q.    Likewise, a stab-proof vest isn't
22    going to give you total protection regarding
23    penetration.  Isn't that correct?
24    A.    That's correct.  It is the same
25    kind of a deal as in tire design.  There are

---

319

1              J.W. DAWS
2    compromises associated with the goals and
3    objectives of the design.
4    Q.    In other words, it is assumed that
5    stab-proof vests are going to be fully
6    penetrated, it is just that you want to limit
7    how far the penetrating object goes?
8    A.    And, again, the penetrating
9    object, the amount of penetration depends on
10    the aerial density of the design.
11    Q.    I'm not sure if you answered my
12    question.
13         MR. KAPLAN:  Could you reread the
14    question that I asked the witness.
15         (Record read.)
16    A.    Well, I think that is a gross
17    simplification when you say it assumes they
18    are going to be penetrated.  Obviously, the
19    goal, the design goal is to stop penetration.
20    Q.    Is that what stab-proof vests do:
21    do they stop penetration, or do they limit
22    the amount of penetration?
23    A.    Well, they certainly -- in
24    general, they limit the amount of penetration.
25    Obviously, that depends on the amount of

---

320

1              J.W. DAWS
2    energy and the shape of the penetrating
3    object.
4    Q.    Now, we've been discussing the
5    earlier, the maintenance desk reports.  One of
6    the calculations you made when determining or
7    when calculating your theories about the
8    frequency of punctures was that the mileage of
9    the G-409 had a steady rate over its life
10    history.  In other words from 2001 through
11    2008 at 140,000 miles?  Don't you say that in
12    your report, sir?
13         MR. POLLAK:  Objection.  You can
14    answer.
15    A.    As far as I know, that's the
16    design goal of the tire.
17    Q.    Is that what happened in the real
18    world?  Was the 140,000 mile bogey achieved
19    from 2001 through 2004?
20    A.    I don't recall.
21    Q.    In fact, didn't the mileage of the
22    G-409 tire increase considerably after the C-3
23    revision went into effect?
24    A.    If it did, I don't have any data
25    that looks like that.

321

```
        J.W. DAWS
1
2      Q.   I want to show you a couple of
3  Greyhound documents that were produced.  Why
4  don't we mark one as Exhibit 4 and another as
5  Exhibit 5.  Exhibit 4 is marked JD 0012965 and
6  Exhibit 5 is JD 0012949.  Exhibit 4 is
7  entitled 315/80R22.5 G-409 MBA Tire
8  Performance.  The other document is entitled
9  315/80R22.5  G-409 MBA Tire Performance.
10         (Daws Exhibit 4, document
11         entitled 315/80R22.5 G-409 MBA Tire
12         Performance bearing No. JD 0012965
13         marked for identification, as of
14         this date.)
15         (Daws Exhibit 5, document
16         entitled 315/80R22.5 G-409 MBA Tire
17         Performance bearing No. JD 0012949
18         marked for identification, as of
19         this date.)
20     MR. POLLAK:  Just note my
21  objection to the characterization of
22  these documents as Greyhound documents.
23     MR. KAPLAN:  Well, I said they
24  were produced by Greyhound.
25     MR. POLLAK:  So is there a
```

322

```
        J.W. DAWS
1
2  question?
3      MR. KAPLAN:  Yes.
4      Q.   Can you make out what those charts
5  show?
6      A.   This looks like a Goodyear
7  document which Goodyear didn't produce, put
8  out by Mileage Sales and Service.  Exhibit 4
9  is mileage versus -- oh, this is mileage.  I
10  guess that would be average mileage, but I
11  don't know, it doesn't say.  And then you have
12  I guess August '01, August '02 through May
13  '06.  Okay.
14     Q.   And how about the second document?
15     A.   And the second -- I'm sorry, what?
16     Q.   How about the second document?
17     A.   The second document shows G-409
18  MBA tire performance, and, let's see, it shows
19  mileage on the vertical access and it shows,
20  it looks like monthly mileage.  So it shows,
21  yeah, mileage by month, okay.
22     Q.   Do the both charts show in effect
23  the same data, or consistent data?
24     A.   No, sir, they don't.
25     Q.   In which ways are they
```

323

```
        J.W. DAWS
1
2  inconsistent?
3      A.   Well, the data on Exhibit 5
4  basically looks like about a year-and-a-half
5  from January '03 to July '04.  Okay.  So, this
6  data doesn't even begin to cover C-3.
7      MR. POLLAK:  Referring to which
8  exhibit?
9      A.   Exhibit 5.
10     Q.   Right.
11     A.   It shows that the trend is going
12  up and then it goes down and then it goes up
13  again.
14     Q.   How about the other exhibit?
15     A.   This exhibit --
16     MR. POLLAK:  Referring to Exhibit
17  4.
18     A.   4, basically shows, it looks like
19  either a monthly snapshot for August or the
20  average for the year preceding August.  It is
21  hard to tell which.  And there is a general
22  increase from '01 all the way through '06.
23     Q.   Now, the information period that
24  those two documents overlap, is the data
25  consistent?  In other words, they do
```

324

```
        J.W. DAWS
1
2  cross-reference at least to some extent the
3  same period of time, do they not?
4      MR. POLLAK:  Objection.  You can
5  answer.
6      A.   Yeah, but they are not similar --
7  let's see.  August '03 is about a hundred
8  thousand -- it's really hard to say.  I don't
9  know whether this is a year following or a
10  year -- you know, a year following.
11     MR. POLLAK:  You have to refer to
12  document numbers.
13     A.   Okay.  I don't know whether
14  Exhibit 4 is a year following or a year
15  preceding as an average, or whether it is --
16  it clearly isn't the same as this.
17     MR. POLLAK:  Which number?
18     A.   Exhibit 5.  It looks like they
19  might be in the same ballpark at least one
20  spot there, but it's hard to say.
21     Q.   When you have here August of 2003
22  on Exhibit 4, it indicates approximately
23  104,000 miles.  Is that correct?
24     MR. POLLAK:  Just note my
25  objection to -- object to the form.
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

325

1           J.W. DAWS
2      A.   Yes.  No, wait a minute -- August
3  '03?
4      Q.   Right.
5      A.   Yeah, about 104 somewhere around
6  in there.
7      Q.   Now, do you see this bar over here
8  after July '03, it would be August, September,
9  October, November, December, January?
10     A.   Yeah.
11     Q.   Would this bar reflecting August
12 of '03, also indicate the same amount of
13 miles?
14          MR. POLLAK:  Objection to the form
15     of the question.
16     A.   It may.  It's hard to say.  I
17 mean, the scale is 5,000 miles so -- whether
18 it is 104,000 or not, I don't know.  But like
19 I said, they are similar at that point.
20 However, this one peaks and then goes down
21 again.
22          MR. POLLAK:  Referring to which
23     exhibit.
24     A.   Exhibit 5 peaks and then goes
25 down.

---

326

1           J.W. DAWS
2      And this one shows --
3          MR. POLLAK:  You have to say which
4     numbers.
5      A.   And Exhibit 5 shows it
6  concentrating up.
7          MR. POLLAK:  The witness was
8     pointing to Exhibit 4 when he just said
9     Exhibit 5.
10     Q.   It is tougher to figure out this
11 than to calculate bubbles in a video, huh?
12     A.   Well, I would need some time to
13 really digest.  I mean, you are hitting me
14 cold with this and asking me to determine
15 what's exactly intended by the graph.
16     Q.   Well, let me help you out.  This
17 shows, it says tire performance and then it
18 has 145,000 down to 65,000.  In August of '03
19 it indicates less than a 105,000, and in May
20 of '06 it indicates close to 145,000.  Isn't
21 that correct?
22          MR. POLLAK:  Objection to form.
23     You can answer.
24     A.   That's what Exhibit 4 shows, or
25 purports to show.

---

327

1           J.W. DAWS
2      Q.   And it is 315/80R22.5 G-409 MBA
3  tire performance chart from the mileage sale
4  and service group.  Do see that?
5      A.   I do.
6      Q.   So do you think it is too much of
7  a stretch to assume that what this is saying
8  is that the mileage of the G-409 tires in
9  August of '03 was slightly under 105,000 and
10 that in May of '06 it was slightly over
11 145,000 miles?
12          MR. POLLAK:  Objection to the form
13     of the question.  You can answer.
14     A.   That may be an interpretation I
15 craft, I don't know.
16     Q.   Do you interpret it any other way?
17          MR. POLLAK:  Objection to the form
18     of the question.
19     A.   Again, I, I don't know where the
20 data is coming from.  You know, it says it is
21 a Goodyear confidential document.  I've never
22 seen it before, so.
23     Q.   I'm representing to you this was
24 produced to Goodyear by Greyhound.  So it is a
25 document that Greyhound had in its possession.

---

328

1           J.W. DAWS
2      Did Greyhound ever show you this
3  document?
4          MR. POLLAK:  Objection to the form
5     of the question.
6      A.   Let's see.  Well, that would have
7  been in this production set and I said in
8  brief review of those 15 CDs, I didn't see a
9  whole lot different than what I already seen,
10 so I obviously didn't look at it even though
11 it was probably in that set.
12     Q.   If the C-3 G-409 tire was
13 sustaining punctures at a high rate, would
14 that be consistent with it operating for on
15 the average 145,000 miles as opposed to
16 105,000 miles?
17          MR. POLLAK:  Objection.  You can
18     answer.
19     A.   The puncture rate calculation that
20 I did is based on -- is normalized for
21 mileage.
22     Q.   Well, your puncture rate
23 calculation, if I'm correct, assumes a
24 constant of 140,000 miles?
25     A.   No, sir, it doesn't.  That has

329

1                J.W. DAWS
2    absolutely nothing to do with anything.
3        Q.    Could you show me --
4        A.    The bus --
5        Q.    I'm sorry.
6        A.    The bus mileage comes from the
7    actual mileage recorded from Greyhound.  That
8    is the number of bus miles per month.  Okay?
9    That doesn't have anything to do with the
10   tires.
11          It just says the only thing I used
12   the mileage for, the tire mileage for is to
13   determine how many months it would take to
14   wear out all the tires on the buses to
15   determine how long it would take from the time
16   a manufacturing change or a design change was
17   made, to the time that the fleet would be
18   equipped with those tires.  That's it.
19       Q.    But you used a completely
20   different calculation.  You used the total
21   number of bus miles, not even taking into
22   consideration the average number of miles each
23   individual tire was able to last in the fleet.
24   Is that correct?
25       A.    I normalized the number of

330

1                J.W. DAWS
2    punctures, flats, by the number of miles.
3        Q.    Number of bus miles?
4        A.    Well, steer axle miles.  Steer
5    axle tire miles.
6        Q.    Did you factor at all into your
7    calculations, the mileage performance on
8    average for the individual tires themselves?
9        A.    No.  Why would you do that?
10       Q.    Well, do you think it is
11   insignificant that the G-409 tire was
12   experiencing close to a 50 percent better
13   mileage record than it did in August of '03?
14          MR. POLLAK:  Objection to the
15       form.  You can answer.
16       A.    Well, if you look at the data, I
17   mean, in August '05, let's see, let me see
18   this one here, Exhibit 5, design change was in
19   the middle of '04, so we are starting to see
20   this trend.
21          MR. POLLAK:  Refer to which
22       exhibit, John, please.
23       A.    Exhibit 5.  So, again, when I look
24   at the number of flats per steer axle mile,
25   what difference does it make how long the

331

1                J.W. DAWS
2    steer tires last until you are telling me they
3    fall apart before they wear out.
4        Q.    Well, what I'm asking you is,
5    doesn't it appear clear that the G-409 tire
6    was lasting for considerably more miles after
7    the C-3 revision was made?
8          MR. POLLAK:  Objection.
9        A.    And my answer is so what?
10       Q.    Does "so what" mean yes?
11       A.    My answer is so what.  It doesn't
12   have anything to do with puncture resistance.
13       Q.    Do you think that a tire that is
14   on the road for 140,000 miles as opposed to
15   90,000 miles, has a greater chance of
16   encountering road hazards such as screws and
17   nails and other sharp objects?
18          MR. POLLAK:  Objection to the
19       form.  You can answer.
20       A.    That's not the issue here.
21       Q.    That's not the answer to the
22   question?
23       A.    It is not the issue.  It is simply
24   not the issue.
25          What you are telling me is that

332

1                J.W. DAWS
2    somehow or another tires magically avoid a
3    puncture.  You are driving along, somewhere on
4    the road there is a puncture.  What does it
5    matter whether the tire has 90,000 miles and
6    is going to wear out at 140, or it has 130,000
7    miles and is going to wear out at -- well,
8    let's say, what does it matter whether the
9    tire has 90,000 miles and is going to wear out
10   at 105,000 miles, versus 90,000 miles and is
11   going to wear out at 130.  It doesn't make any
12   difference.
13       Q.    Are you telling me that you
14   wouldn't expect a tire that you considered to
15   have a defect in terms of its puncturability
16   to have -- strike that.
17          Are you telling me that a tire
18   with an increased puncture risk is going to
19   last 50 percent longer than a tire without a
20   puncture risk?
21       A.    That's apples and oranges.  They
22   have no relation to one another.  None.  None.
23       Q.    When you say they have no
24   relation, if a tire is more apt to be
25   punctured, is it going to have more

John William Daws, Ph.D., PE.                    September 14, 2010

---

333

1              J.W. DAWS
2   opportunities to be punctured in 90,000 miles
3   than a tire that, in your opinion, is less or
4   more puncture proof?
5              MR. POLLAK:  Objection.  You can
6       answer.
7       Q.   In other words, if I ran the C-3
8   tire next to the C-2 tire, would you expect
9   the C-3 tire to last the same amount of
10  mileage as the C-2 tire?
11      A.   Well, clearly the data suggest
12  that the C-3 tires wear longer.
13      Q.   And wouldn't the average be taken
14  down if more tires were removed from service
15  because of punctures at lower mileages?
16      A.   It all depends on whether that is
17  wear-out data or whether it is the whole
18  population data.
19      Q.   Does it say anywhere on this that
20  this is wear-out data?
21      A.   No, it doesn't say that it isn't.
22      Q.   So you can't tell one way or the
23  other?
24             MR. POLLAK:  Objection to the
25      form.

---

334

1              J.W. DAWS
2       A.   That's right.
3       Q.   If the C-3 G-409 tire lasted
4   longer in service than the C-2 G-409 tire,
5   wouldn't that cut against your theory of there
6   being a puncture-resistant problem with the
7   C-3 tire?
8             MR. POLLAK:  Objection.  You can
9       answer.
10      A.   Absolutely not.  It has absolutely
11  nothing to do with it.
12      Q.   Again, if I put a C-3 tire on the
13  left front of a bus and a C-2 tire on the
14  right front of the bus and ran them, would you
15  expect the C-2 tire to last longer or the C-3
16  tire to last longer?
17             MR. POLLAK:  Objection.  You can
18      answer.
19      A.   You are trying to compare
20  wear-out, wear of tread, to puncture
21  resistance.
22      Q.   Who says I'm doing that?
23      A.   You said last longer.  That's what
24  you are saying.
25      Q.   Well, would it stay on the road

---

335

1              J.W. DAWS
2   without failing, longer?
3             MR. POLLAK:  Objection to form.
4       A.   That's not what that data says.
5       Q.   How do you know?
6       A.   Well, let --
7       Q.   Didn't you just say you can't tell
8   if it is wear-out data or the life of the
9   tire?
10      A.   Sure.  But my analysis is, the
11  number of flats per million steer axle tires.
12  I don't care how many tires you grind through
13  or don't grind through.  If I travel the same
14  number of steer tire miles and I have four
15  times as many flats, then that doesn't have
16  anything to do with how long the tires last.
17             It's a question -- it's a question
18  of, you know, how many flats per steer tire,
19  per million steer tire miles.
20      Q.   Okay, flats.  We're not talking
21  about punctures.
22      A.   Well, punctures.
23      Q.   Well, where does it say punctures,
24  again, going back to the maintenance desk
25  reports, where does it use the term puncture?

---

336

1              J.W. DAWS
2             MR. POLLAK:  Objection.  You can
3       answer.
4       A.   Again, the most likely category
5   for a flat is a puncture.
6       Q.   When did you tell Greyhound that
7   you thought that the G-409 tire was defective?
8       A.   I have no idea.
9       Q.   Are you aware that Greyhound
10  continued to use the G-409 tire even in the
11  steer positions, well into 2010?
12             MR. POLLAK:  Objection.  You may
13      answer.
14      A.   In the steer axle positions?
15      Q.   Yes.
16      A.   My understanding is it was removed
17  from service in -- or they started removing it
18  from service on steer axles in 2009 sometime.
19      Q.   Well, the reason why G-409 tires
20  started to be removed was because the contract
21  with Goodyear for leasing those tires was
22  winding down, isn't that correct?
23             MR. POLLAK:  Objection, but you
24      can answer.
25      A.   Again, I don't have any idea about

337

1            J.W. DAWS
2  that.
3       Q.   Are you aware that Greyhound has
4  admitted that there were G-409 tires on the
5  steer axles of its buses well into 2010?
6            MR. POLLAK: Objection. You can
7  answer.
8       A.   No, I'm not aware of that.
9       Q.   Is that consistent with Greyhound
10 honestly believing that the G-409 tire was a
11 defective and dangerous tire?
12           MR. POLLAK: Objection to form.
13 You can answer.
14      A.   Again, I'm just not aware of it.
15      Q.   Well, did you ever report the
16 dangers that you feel are inherent in the
17 G-409 tires to the National Transportation
18 Safety Board?
19           MR. POLLAK: Objection.
20      A.   No, I did not.
21      Q.   Did you report it to NHTSA?
22      A.   No, I did not.
23      Q.   Did you report it to any agency
24 within the Department of Transportation?
25      A.   No, I did not.

338

1            J.W. DAWS
2       Q.   Were you aware that the design
3  change, the C-3 design change, wasn't only in
4  the G-409 tire, but it was in numerous tires
5  in Goodyear's radial medium truck tire fleet?
6       A.   Yes, I was.
7       Q.   Are you aware of any data that
8  suggests that on a global basis Goodyear was
9  having problems with the puncturability of its
10 radial medium truck tires --
11           MR. POLLAK: Just note my
12 objection.
13      Q.   -- using the C-3 design revision?
14           MR. POLLAK: Just note my
15 objection to the form of the question.
16      A.   Greyhound has -- Goodyear has
17 produced no data that would suggest that, you
18 know --
19      Q.   Are you aware of any data --
20           MR. POLLAK: Mr. Kaplan, you again
21 interrupted.
22           MR. KAPLAN: He was finishing
23 his --
24           MR. POLLAK: So let him finish.
25           MR. KAPLAN: I believe he had

339

1            J.W. DAWS
2  finished. Did you finish your answer?
3       A.   You know, there is, essentially
4  there is no data.
5       Q.   Have you ever read in any industry
6  journal that Goodyear was experiencing
7  puncture problems with its radial medium truck
8  tires?
9       A.   No, sir.
10      Q.   Did you ever read any
11 peer-reviewed articles that mentioned the fact
12 that Goodyear was experiencing an abnormally
13 high rate of punctures in its radial medium
14 truck tires after the C-3 type revisions were
15 made in their radial medium truck tires?
16      A.   Again, I wouldn't expect to find
17 an article like that, unless it was produced
18 by Goodyear. And why would Goodyear produce
19 such an article because nobody else in the
20 world knows about C-3.
21      Q.   Well, when the Ford Firestone
22 recall came about, wasn't much of that fueled
23 by what came about in the media and what
24 people are reporting to the media?
25      A.   That's correct.

340

1            J.W. DAWS
2       Q.   Has anything like that happened
3  with Goodyear radial medium truck tires?
4       A.   Well, I think, you know, this
5  whole business of steer axle tire failure
6  certainly has the NTSB's interest at this
7  point in time.
8       Q.   Has the NTSB investigated G-409
9  tires because of steer axle failures?
10      A.   Well, they did this investigation.
11      Q.   Well, this investigation was an
12 accident investigation?
13      A.   It was an accident investigation,
14 yes.
15      Q.   And did the NTSB find any defect
16 with the G-409 tire?
17      A.   No, sir.
18      Q.   Did the NTSB conclude that the
19 G-409 tire in any way had a problem in terms
20 of its puncturability?
21           MR. POLLAK: Objection.
22      A.   No, sir, they did not.
23      Q.   Now, in fact, going back to the
24 Ford Firestone analogy, you used to testify at
25 numerous occasions for Ford, did you not?

341

```
1              J.W. DAWS
2        A.  I did.
3        Q.   And you in almost all of those
4   instances, never have found fault with the
5   Firestone Wilderness or ATX tires, did you?
6        A.   In the vast majority of cases,
7   that's correct.
8        Q.   You didn't find ever that there
9   was a design defect in those tires, did you?
10       A.   I never had design information for
11  the tires.
12       Q.   Well, isn't it true that you said
13  that one of the reasons why you couldn't
14  conclude that there was a design defect in
15  those tires, because you would expect a huge
16  accident rate coming back in the field data?
17       MR. POLLAK:  Objection.  You can
18  answer.
19       A.   I don't think I said huge.  I may
20  have used the word huge, but you got to
21  remember you had 20 million tires produced.
22  So if you had a 1 percent failure rate, you
23  would have tens of thousands of tires failing,
24  and they had a, you know, 15 percent or 1-1/2
25  rate out of Decatur, you know, you would
```

342

```
1              J.W. DAWS
2   expect, you know, considerably more than that.
3        Again, NHTSA never figured out
4   exactly what was driving the whole failure
5   issue.  There were four issues or four things
6   that they figured that contributed perhaps,
7   you know, but the wedge gauge was the one that
8   they nailed.
9        And essentially the fact is that,
10  you know, they recalled the entire population
11  of radial ATX, ATX 2 and Wilderness AT on the
12  basis of the wedge gauge and only a handful of
13  those tires, relatively speaking, failed.  All
14  of them were considered defective because of
15  the design change Firestone made.
16       Q.   Were any G-409 tires recalled or
17  have they ever been recalled as far as you
18  know?
19       A.   No, sir.
20       Q.   Do manufacturers warrant against
21  nails or screws puncturing their tires?
22       A.   No, sir.
23       Q.   Have you ever opined that any
24  other tire had a defect in its steel-belt
25  package because the amount of steel was not
```

343

```
1              J.W. DAWS
2   sufficient enough and that the tire's
3   puncture-resistance was reduced as result?
4        MR. POLLAK:  Objection to the
5   form.
6        A.   No, sir.
7        THE WITNESS:  Sorry.
8        (Discussion off the written
9   record.)
10       Q.   Are you familiar with the radial
11  medium truck tires that are manufactured by
12  Firestone or Bridgestone or Continental or
13  Yokohama or Kumho Tire?
14       A.   Other than having done forensic
15  examination of some Yokohama tires and some
16  Firestone tires, no.
17       Q.   Can you say whether or not any of
18  those companies radial medium truck tires
19  would have prevented or caused the puncture in
20  the instant case to have not occurred?
21       MR. POLLAK:  Objection to the
22  form.  You can answer.
23       A.   No, I can't.
24       Q.   What is the maintenance response
25  desk at Greyhound?
```

344

```
1              J.W. DAWS
2        A.   I believe it is where drivers call
3   in for service.
4        Q.   They call in for service or they
5   call in to report that their bus has been
6   disabled?
7        A.   Well, that's what I mean by
8   service.  The bus had been disabled, because
9   if the bus needs service when it reaches a
10  depot, that doesn't get a maintenance response
11  desk call.
12       Q.   Do you know whether or not all the
13  incidents reported involve buses that have
14  breakdowns or can't operate?
15       A.   No, I don't.
16       Q.   And do you know what type of
17  information is provided by the drivers to the
18  maintenance response desk?
19       A.   No, sir.
20       Q.   Do you know who provides it:  does
21  the driver provide it or someone else?
22       A.   No, sir, I don't.
23       Q.   Is there a desk script which the
24  responder or the operator who receives the
25  call, is supposed to follow for purpose of
```



345

1          J.W. DAWS
2  obtaining information relating to the reported
3  incident?
4          MR. POLLAK:  Objection.  You can
5      answer.
6      A.  No, I don't know that.
7      Q.  So if there was a script,
8  obviously you have never seen a copy of it?
9      A.  That's correct.
10     Q.  Does the responder ask what caused
11 the incident?
12         MR. POLLAK:  Objection to the
13     form.  You can answer.
14     A.  I don't know.
15     Q.  Is the person who is reporting the
16 incident, required to tell exactly what the
17 cause of the incident was?
18         MR. POLLAK:  Objection.  You can
19     answer.
20     A.  I have no idea.
21     Q.  In fact, would it be fair to say
22 that if a driver reported that he had a flat
23 tire, he might not have any idea as to whether
24 or not a nail or a screw or road hazard or
25 some completely different event caused the

346

1          J.W. DAWS
2  tire to become flat.  Isn't that correct?
3          MR. POLLAK:  Objection.  You can
4      answer.
5      A.  Well, that's not completely true.
6  I think that's a colorful exaggeration at
7  best.
8          Let's just look at -- if you look
9  at causes, causations on front tire failures,
10 the typical, or the ones that are reported are
11 flats, tires blown, leaks, tires worn, it's
12 bad, it's cut which would cover your road
13 hazard, its cupped, it's split, again a road
14 hazard or something similar, it has a bulge in
15 it, again, the effect of a road hazard, or a
16 tread throw, that is, a delamination.  So
17 there is at least at the level of the data in
18 those files, there are, tires are, you know,
19 tire failures are broken up into many
20 different categories.
21     Q.  How about punctures, do we see
22 punctures mentioned?
23         MR. POLLAK:  Objection.  You can
24     answer.
25     A.  Again, flats are clearly, the most

347

1          J.W. DAWS
2  likely cause of a flat is a puncture.  And
3  leaks, again, the most likely cause of a leak
4  is a puncture.
5      Q.  Now, I believe you said you
6  haven't read the deposition testimony of Mr.
7  Richard James of Greyhound?
8      A.  That's correct.
9      Q.  And I explained to you that he was
10 the national manager, he has been in Greyhound
11 for 19 years.  Are you aware that he was asked
12 whether or not he had seen printouts of
13 reports from the maintenance response desk and
14 that he said that he had?
15     A.  No, sir.
16     Q.  Now, are you aware that he was
17 asked:
18         "Now, if you were to look at a
19     maintenance response desk report that
20     indicated a flat tire, would that tell
21     you how that tire was caused to be
22     flat?"
23         And his answer was:  "No, sir, it
24 would not."
25         MR. POLLAK:  Is there a question?

348

1          J.W. DAWS
2      Q.  Do you have any reason to disagree
3  with Mr. James' testimony?
4          MR. POLLAK:  Objection to the
5      form.
6      A.  Well, again, the most likely
7  candidate for a flat tire is a puncture.
8      Q.  Do you think you would be more
9  familiar with Greyhound's maintenance
10 response desk works, or Mr. James?
11         MR. POLLAK:  Objection.  You can
12     answer.
13     A.  Again, I don't know how the
14 maintenance response desk works.
15     Q.  Do you think you would be more
16 familiar with how drivers report incidents
17 into the maintenance response desk, or Mr.
18 James?
19         MR. POLLAK:  Objection.  You can
20     answer.
21     A.  I don't have any idea how the
22 maintenance response desk works.
23     Q.  Do you think you would be more
24 familiar with how to interpret this
25 information that comes in through the

349

```
 1              J.W. DAWS
 2  maintenance response desk or Mr. James?
 3      A.  Well, as a tire expert, I'm
 4  certainly more capable of evaluating what
 5  categories are being put down than Mr. James
 6  is perhaps.
 7      Q.  Well, Mr. James was asked also:
 8          "If a report from the maintenance
 9  response desk indicated that a tire was
10  flat, would that indicate to you that a
11  tire had been punctured?"
12          And his answer was:  "No, sir."
13          MR. POLLAK:  Is that a statement
14  or question, Mr. Kaplan?
15      Q.  Do you have any reason to doubt
16  Mr. James' veracity when he stated "no, sir"?
17          MR. POLLAK:  Objection to the
18  form.  You can answer.
19      A.  That may be what he believes.
20      Q.  Well, who would have more
21  familiarity with the reports that go into the
22  maintenance report desk:  Mr. James who has
23  worked at Greyhound for 19 years, or you?
24      A.  Well --
25          MR. POLLAK:  Objection.  You can
```

350

```
 1              J.W. DAWS
 2  answer.
 3      A.  I have far more tire experience
 4  than Mr. James would think about.
 5      Q.  Well, Mr. James said that a broken
 6  torsion bar can cause a tire to become flat.
 7  Is that listed in the category that you gave?
 8      A.  That probably comes into the
 9  heading of blown.
10      Q.  It is not exactly the same though,
11  is it?
12          MR. POLLAK:  Objection to the
13  form.  You can answer.
14      A.  No, it is not.
15      Q.  Mr. James indicated that a broken
16  shock on a bus can cause a tire to become
17  flat.
18          MR. POLLAK:  Is there question?
19      Q.  Do you agree or disagree with
20  that?
21      A.  I think there is some cases, you
22  can always find some case where that, some
23  mechanical failure on the bus can give rise to
24  the tire -- can give rise to road hazard
25  damage on the tire.
```

351

```
 1              J.W. DAWS
 2      Q.  Mr. James said that misalignment
 3  can cause a tire to become flat.
 4      A.  No, sir.
 5          MR. POLLAK:  Is there a question?
 6      Q.  Do you agree or disagree with
 7  that.
 8          MR. POLLAK:  John, let him first
 9  ask the question before you answer.  I'm
10  not sure what you are asking.  Just note
11  my objection that there was no question.
12      Q.  Do you agree or disagree with Mr.
13  James?
14      A.  I absolutely disagree that
15  misalignment can cause a tire to become flat.
16      Q.  Do you think Mr. James might have
17  more experience than you regarding how
18  Greyhound buses and their tires fail based on
19  his 19 years of experience working in a
20  maintenance capacity?
21          MR. POLLAK:  Objection.  You can
22  answer.
23      A.  I have never seen a tire go flat
24  due to misalignment, unless it literally got
25  so bad that it wore completely through all the
```

352

```
 1              J.W. DAWS
 2  steel belts.
 3      Q.  Do you think you know more about
 4  tire failures on Greyhound buses than Mr.
 5  James does?
 6          MR. POLLAK:  Objection.  You can
 7  answer.
 8      A.  I know more about tire failures
 9  than Mr. James does.
10      Q.  Do you agree with Mr. James that
11  sidewall failures can cause a bus to go flat?
12      A.  A sidewall blowout certainly
13  results in a flat tire, yes.
14      Q.  Now, I notice you mentioned a
15  bunch of categories.  I didn't hear you
16  mention the word sidewall or tread.  Is that
17  correct?
18      A.  That's correct.
19      Q.  That would be a different
20  scenario, right, if there was damage to the
21  sidewall versus damage to the tread?
22      A.  I don't believe that the
23  description in the reports covers that.
24      Q.  So a flat tire can include damage
25  to a sidewall of a tire, as well as a tread of
```

John William Daws, Ph.D., PE.                    September 14, 2010

---

353

1             J.W. DAWS
2    a tire then?
3        A.    Typically, if you have sidewall
4    damage, you see it.
5        Q.    Typically?  Do you know what
6    Greyhound drivers typically report to the
7    maintenance response desk?
8        A.    Again, I'm not sure exactly what
9    gets reported to the maintenance response
10   desk.
11       Q.    Well, let me just make this clear.
12   I think I already asked you whether or not you
13   had ever spoken to any Greyhound bus driver
14   and you indicated that you have never spoken
15   to any Greyhound bus driver, is that correct?
16            MR. POLLAK:  Just note my
17   objection.  You can answer.
18       A.    That's correct.
19       Q.    Did you ever speak to anybody at
20   Greyhound regarding how the reports that go to
21   the maintenance response desk are interpreted
22   by Greyhound?
23       A.    No, sir.
24       Q.    Did you ever speak to anybody at
25   Greyhound regarding the information that goes

---

354

1             J.W. DAWS
2    into the maintenance response desk, other than
3    your just looking at a report that was printed
4    out of a computer and given to you?
5        A.    I missed the first part of the
6    question.
7        Q.    Well, did you ever speak to
8    anybody at Greyhound regarding what goes into
9    these maintenance response desk reports?
10       A.    No, sir.
11       Q.    Did you have any conversation
12   whatsoever regarding any topic having to do
13   with maintenance response desk reports with
14   any employee of Greyhound?
15            MR. POLLAK:  Objection.
16       A.    No, sir.
17            MR. POLLAK:  I just need to take a
18   men's room break when you have some
19   convenient --
20            MR. KAPLAN:  Pretty soon.  Pretty
21   soon.
22       Q.    Do you agree that sidewall failure
23   such as cuts and gashes, can cause a tire to
24   go flat?
25       A.    Sure.

---

355

1             J.W. DAWS
2        Q.    Do you agree that cracked wheels
3    as Mr. James indicates, can cause a tire to
4    become flat?
5        A.    Yes, sir.
6        Q.    And that a damaged rim also can
7    cause a tire to become flat?
8        A.    Generally if you damage the rim,
9    you've also damaged the tire.  But, yeah it
10   will be flat.
11       Q.    How about a defective valve, can
12   that cause a tire to become flat?
13       A.    Yes, sir.
14       Q.    And are you aware that Mr. James
15   said that, and I'll quote:
16            In any instance on maintenance
17   response desk report of tire failures
18   where it indicates either blown out or
19   flat, any one of these conditions that
20   we've talked about could be the cause of
21   that, correct?
22            And his answer was:  Yes, sir.
23       A.    As I said --
24            MR. POLLAK:  John, there is no
25   question.

---

356

1             J.W. DAWS
2        Q.    Do you have any reason to doubt
3    Mr. James' testimony in that regard?
4            MR. POLLAK:  Objection.  You can
5    answer.
6        A.    Again, like I said, I never looked
7    at Mr. James' testimony.  I never talked to
8    Mr. James.
9        Q.    I think it might be helpful for
10   you to do so at some point.
11            MR. KAPLAN:  Now is a good time to
12   take a quick break.  I don't have a lot
13   more to go.
14            MR. POLLAK:  Thank you.
15            THE VIDEOGRAPHER:  We are now
16   going off the record at approximately
17   5:08 p.m.  This is the end of tape No.
18   5.
19            (Recess taken.)
20            THE VIDEOGRAPHER:  This is the
21   beginning of tape No. 6 in the Daws
22   deposition.  We're going back on record
23   at approximately 5:19 p.m.
24   BY MR. KAPLAN:
25       Q.    Could you please take out

357

J.W. DAWS

1
2 attachment No. 9 to your July 28th report?
3     A.   Can you tell me which attachment
4 that is.
5     Q.   I believe that's the one that has
6 the breakdown of the information regarding the
7 maintenance response desk reports.
8     A.   Okay.  Okay.
9     Q.   Now, on I believe it is the third
10 page there appears to be a --
11          MR. POLLAK:  One second.
12     Q.   Tell me when you are ready.
13     A.   I don't have the attachments in
14 the sense that you -- which document are you
15 looking at?
16     Q.   I just have it --
17     A.   Oh, okay, all right.
18     Q.   There is an indication, there is a
19 chart which shows a breakdown of the number of
20 flats that occurred on a monthly basis.  Do
21 you recall preparing something like that?
22     A.   Yes, sir.
23     Q.   And looking at Exhibit, or
24 attachment 9 there is an indication that in
25 August of 2005 there were 22 flats?

358

J.W. DAWS

1
2     A.   Okay.
3     Q.   Now, this would have been
4 information that you would have utilized in
5 constructing your theory about puncture
6 frequency.  Is that correct?
7     A.   That's correct.
8     Q.   And what I would like you to do is
9 as follows.
10          I have here something I want to
11 mark as an exhibit which has from the 1852
12 pages, all of the instances of, or all the
13 reports coming from August of 2005.  And what
14 I would like you to do is to go through them,
15 tell me which ones you utilized for purposes
16 of your report and why you concluded that
17 those reports were flat tires that were caused
18 by a puncture, as opposed to any other type of
19 failure mode.  Okay?
20     A.   Okay.  Let's go off the record.
21          MR. POLLAK:  One second.  Which
22 month are you talking about in the
23 attachment?
24          MR. KAPLAN:  Well, I have it over
25 here, August of 2005.  So first we have

359

J.W. DAWS

1
2 to stay on the record so we can mark
3 this as an exhibit.
4          (Daws Exhibit 6, maintenance
5          response desk page Nos. 51, 54, 93,
6          106, 221, 250, 348, 378, 386, 450,
7          471, 506, 555, 578, 590, 597, 668,
8          672, 713, 749, 810, 899, 936, 977,
9          1026, 1034, 1066, 1206, 1214, 1343,
10          1355, 1393, 1519, 1528, 1564, 1579,
11          1615, 1678, 1685, 1694, 1736, 1745,
12          1746, 1755, 1767 and 1803 marked
13          for identification, as of this
14          date.)
15          THE WITNESS:  And these pages are
16 numbered sequentially?
17          MR. KAPLAN:  Well, yes.  It's --
18          MR. POLLAK:  No.
19          MR. KAPLAN:  They are.  It is, the
20 first one is 51 out of 1852, the second
21 one is 54 out of 1852, we couldn't do a
22 breakdown by month.
23          MR. POLLAK:  Just for the record,
24 Daws Exhibit 6 consists of multiple
25 pages from the maintenance response desk

360

J.W. DAWS

1
2 and they are numbered as follows in this
3 order, 51, 54, 93, 106, 221, 250, 348,
4 378, 386, 450, 471, 506, 555, 578, 590,
5 597, 668, 672, 713, 749, 810, 899, 936,
6 977, 1026, 1034, 1066, 1206, 1214, 1343,
7 1355, 1393, 1519, 1528, 1564, 1579,
8 1615, 1678, 1685, 1694, 1736, 1745,
9 1746, 1755, 1767 and 1803.  And I would
10 also like to note for the record that
11 this document was produced by Greyhound
12 during the course of discovery in this
13 case and is sequential based upon bus
14 number.  That's the way it was produced.
15          MR. KAPLAN:  Right, that's the way
16 it was produced to us.
17          MR. POLLAK:  Correct.
18     Q.   And what I've done is, I've
19 checked off on each page an entry that
20 indicates it's from August of 2005, and there
21 are approximately 50, 51 entries.  And I would
22 like you to go through these and tell me page
23 by page which ones you used for your own
24 statistics and what the basis for your
25 concluding that the incident reflected in each

361

J.W. DAWS

1  J.W. DAWS
2  one of these entries, had anything to do with
3  a punctured tire through the tread area?
4       MR. POLLAK:  Are you referring to
5       the entries that have a date in August
6       2005?  Is that correct?
7       MR. KAPLAN:  Correct.  On that
8  exhibit I have a check mark in pen next
9  to each one of those entries to make it
10  a little bit easier for you to find.
11       MR. POLLAK:  Just note my
12  objection to the form of the question.
13       Q.   Why don't we start with page 51.
14  And if you note there are two entries towards
15  the bottom of the page.
16       MR. POLLAK:  Just, also another
17  objection besides the form of the
18  question.  It is a foundation question.
19  I'll say the word objection, and the
20  witness can go ahead.
21       MR. KAPLAN:  Foundation?  What's
22  the foundation objection?  This is a
23  document you produced to us that this
24  witness claims to rely upon for the
25  basis of his theories in this case.

363

J.W. DAWS

1  J.W. DAWS
2  I have some idea about what it is I'm looking
3  at page by page.
4       MR. POLLAK:  I think it is fair
5       for you to look at it before you testify
6       about it, sure.
7       Q.   Just so I'm clear, this is the
8  form of the document that was provided to you
9  by Greyhound, correct?
10       A.   No, I got the documents
11  electronically.
12       Q.   But when you print it out, does it
13  look like this?
14       A.   If you look at them on the screen,
15  they look exactly like this.
16       Q.   So these, since you already
17  indicated to me that you reviewed every single
18  of the 1852 pages, you would have already
19  reviewed each one of the pages that are part
20  of this exhibit.  Correct?
21       A.   Certainly.
22       MR. KAPLAN:  Okay.  Why don't we
23  go off the record.
24       MR. POLLAK:  We can go off the
25  record.

362

J.W. DAWS

1  J.W. DAWS
2       MR. POLLAK:  I'm not going to -- I
3  just note my objections and you can ask
4  your questions.
5       MR. KAPLAN:  Okay.
6       Q.   Looking at the first --
7       A.   So let me just get this straight.
8  You are wanting to look at each of these
9  entries and say why I would consider it a flat
10  or not a flat?
11       Q.   Right.  Or why you used it for
12  purposes of your own compilation of
13  information and why you didn't use others?
14       A.   Okay.  And are you sure that every
15  page involved in August is on this -- in this
16  bundle?
17       Q.   Well, I will tell you what.  After
18  this deposition is over you are free to go and
19  look through the 1852 pages and find out any
20  that I failed to collect, okay?
21       MR. POLLAK:  Just note my
22  objection for the reason stated.
23       A.   I guess what I'm saying is, I
24  would like to go off and look at this stuff
25  and then come back and continue.  So at least

364

J.W. DAWS

1  J.W. DAWS
2       THE VIDEOGRAPHER:  Off the record
3  at approximately 5:27 p.m.
4       (Recess taken.)
5       THE VIDEOGRAPHER:  We're now going
6  back on record approximately 5:51 p.m.
7  BY MR. KAPLAN
8       Q.   Looking at this exhibit -- what
9  exhibit number is it again?
10       MR. POLLAK:  6.
11       Q.   6.  Looking at Exhibit 6, on page
12  51 were there any incidents from August of
13  2005 that were used in your calculations?
14       A.   No, sir.
15       Q.   How about page 54?
16       A.   No, sir.
17       Q.   How about page 93?
18       A.   No, sir.
19       Q.   How about page 106?
20       A.   No, sir.
21       Q.   How about page 221?
22       A.   Yes, sir.
23       Q.   And can you tell me which one of
24  these incidents you used in your calculation?
25       A.   Bus No. 2223 on August 12, 2005

John William Daws, Ph.D., PE.                    September 14, 2010

---

365

J.W. DAWS

1
2    front left, front tire flat.
3        Q.    Does it say anything else about
4    the tire, other than that it is flat?
5        A.    Nope.
6        Q.    Does it say what caused the tire
7    to become flat?
8        A.    No, sir.
9        Q.    Is the word puncture mentioned?
10       A.    No, sir.
11       Q.    Does it indicate what model of bus
12   this tire was mounted on?
13       A.    No, sir.
14       Q.    Does it indicate whether or not
15   this was a C-3 or C-2 G-409 tire?
16       A.    No, sir.
17       Q.    Does it mention whether it is even
18   a G-409 tire or some other tire?
19       A.    No, sir.
20       Q.    Do you see the word tread
21   mentioned any place on this?
22       A.    No, sir.
23       Q.    Do you know whether or not this
24   bus was operating or parked when the person
25   who noticed that the tire was flat, first

---

366

J.W. DAWS

1
2    noticed it?
3        MR. POLLAK:  Objection.
4        A.    No, sir.
5        Q.    Does it indicate who called in
6    this report?
7        A.    No, sir.
8        Q.    And what was the basis for your
9    concluding that this represented a puncture
10   through the tread area of the tire?
11       A.    Basically the spare was installed
12   and the bus continued, so there was nothing
13   mechanically wrong with the bus.  And again
14   the most likely cause of a flat is a puncture.
15       Q.    So you are assuming that it was a
16   puncture through the tread as opposed to any
17   other disabling incident that occurred to the
18   tire, is that correct?
19       MR. POLLAK:  Note my objection to
20   the form.
21       A.    As we discussed before, if you
22   find things that are other indications, like
23   cupping or cut or something like that, bulge,
24   blown, there is all kinds of other
25   descriptions given.  Flat is, in my opinion

---

367

J.W. DAWS

1
2    generic for the tire went flat, and puncture
3    is the most likely cause for that.
4        Q.    Well, flat is generic, isn't that
5    correct?
6        A.    I believe so, yeah.
7        Q.    And as the Greyhound witness
8    testified, flat can mean any one of a number
9    of failures that led to that tire being flat,
10   isn't that correct?
11       MR. POLLAK:  Note my objection to
12   this entire line of questioning as
13   having been asked and answered
14   previously.  So it is continuous
15   objection on that ground.  Objection.
16       MR. KAPLAN:  Can you read the
17   question back, please.
18       (Record read.)
19       MR. POLLAK:  Objection to form.
20       A.    Well, certainly we can exclude
21   anything that was mechanically wrong, like a
22   shock or air bag or anything like that.  The
23   bus, the service provider put the spare on and
24   the bus went on about its business.
25       Q.    So a few things can be excluded

---

368

J.W. DAWS

1
2    but plenty can't be excluded, isn't that
3    right?
4        MR. POLLAK:  Objection.
5        A.    Again, the most likely cause of a
6    flat is a puncture.
7        Q.    And that's your assumption, again?
8        A.    Yes.
9        MR. POLLAK:  Objection to the word
10   assumption.
11       Q.    Okay, now, that was page 221, how
12   about page 250:  is there anything that you
13   utilized on that page?
14       A.    No, sir.
15       Q.    How about page 348?
16       A.    Yes, sir.
17       Q.    And which one did you utilize?
18       A.    Bus 2746, August 20, 2005.
19       Q.    Does that entry indicate what kind
20   of bus model this tire was mounted on?
21       A.    No, sir.
22       Q.    Does it indicate whether or not it
23   was a C-3 or C-2 G-409 tire?
24       A.    No, sir.
25       Q.    Does it indicate whether it is

369

1              J.W. DAWS
2    even a G-409, as opposed to some other type of
3    tire?
4         A.   No, sir.
5         Q.   Does it indicate whether or not
6    this tire had any failure in its tread or its
7    sidewall?
8         A.   No, sir.
9         Q.   Does it indicate the word
10   puncture?
11        A.   No, sir.
12        Q.   Again, we're operating under the
13   same assumption that you utilized in the
14   previous incident, is that correct?
15            MR. POLLAK:  Just note my
16        objection to the form and continuous
17        objection to the use of the word
18        assumption.  I object to every question
19        that has that word in it.
20        A.   My opinion is that the leak, you
21   know, when it says flat, he had a puncture.
22   That's the basis on which I built my analysis.
23        Q.   What facts relevant to Greyhound
24   buses are you basing your opinion on?
25        A.   Facts?

370

1              J.W. DAWS
2         Q.   Yeah, facts.
3         A.   As a tire expert, the number of
4    flat tires that I've seen that did not involve
5    a puncture are fairly small.
6         Q.   Do you have any experience in
7    analyzing the different types of tire failures
8    experienced by Greyhound buses?
9         A.   Well, I've looked at a lot of
10   G-409 tires off of Greyhound buses.
11        Q.   That were given to you by
12   Greyhound to look at, right?
13        A.   That's correct.
14        Q.   Have you done any systematic
15   review of the types of failure modes that
16   Greyhound buses experience?
17        A.   Buses in general?  No, sir.
18        Q.   All right.  That was page 348.
19            How about page 378?
20        A.   Yes, sir.
21        Q.   Okay.  That would be bus 2834 on
22   August 28th?
23        A.   Yes, sir.
24        Q.   And that is a case that was on an
25   MC 12 bus, correct?

371

1              J.W. DAWS
2         A.   Correct.
3         Q.   That is not the model bus that was
4    involved in the Elizabethtown accident, was
5    it?
6         A.   I don't care.
7         Q.   I just asked you yes or no.
8         A.   No, it's not.
9         Q.   I'm sure you don't care, but I
10   just want to know yes or no.
11            MR. POLLAK:  Objection to whatever
12        it is, I don't know if it was a
13        statement or a comment or whatever it
14        was.
15        Q.   Does this indicate anywhere
16   whether or not this was a C-2 or C-3, G-409
17   tire?
18        A.   No, sir.
19        Q.   Does it indicate anywhere whether
20   this was even a G-409 tire at all?
21        A.   No, sir.
22        Q.   Does it indicate whether or not
23   this involved the tread or the sidewall of the
24   tire?
25        A.   No, sir.

372

1              J.W. DAWS
2         Q.   Does it state in any way what the
3    cause of the flat tire was?
4         A.   No, sir.
5         Q.   Does the word puncture appear
6    anywhere?
7         A.   No, sir.
8         Q.   And was this bus operating or was
9    it parked when whoever it was who noticed the
10   flat tire, noticed it was flat?
11        A.   I don't know.
12        Q.   Do you know how it was noticed?
13        A.   No, sir.
14        Q.   Do you know who reported it in?
15        A.   No, sir.
16        Q.   Page 3 -- that was page 378.
17            How about page 386?
18        A.   Yes, sir.
19        Q.   And would that be the 2863 bus on
20   August 27?
21        A.   Yes, sir.
22        Q.   And that involved an MC 12 bus,
23   not a 102DL3, correct?
24        A.   That's correct.
25        Q.   Does this entry indicate anywhere

373

J.W. DAWS

1
2  whether or not this was a C-3 or a C-2 G-409
3  tire?
4      A.   Again, I don't care.  But no, it
5  doesn't.
6      Q.   You don't care whether it is a C-2
7  or a C-3 G-409 tire?
8      A.   No, sir.
9      Q.   Aren't you comparing the puncture
10 frequencies between a C-3 and a C-2 G-409
11 tire?
12     A.   No, sir?  I'm comparing the
13 puncture frequencies -- I'm analyzing the
14 puncture frequencies experienced by the
15 Goodyear fleet -- I mean the Greyhound fleet,
16 over a range of time.  And aligning that with
17 the period of time when C-3 tires were coming
18 into the fleet or were completely fitted to
19 the fleet.
20     Q.   So whether or not the punctures
21 occurred on a C-3 or a C-2 G-409 tire, you are
22 saying has no relevance?
23     A.   That's correct.
24     Q.   Could you even tell if this was a
25 G-409 tire involved in this calculation --

374

J.W. DAWS

1
2  involved in this report?
3      A.   Not from this record, no.
4      Q.   Does it say what the cause of the
5  flat tire was?
6      A.   No, sir.
7      Q.   Do you see the word puncture
8  mentioned anywhere?
9      A.   No, sir.
10     Q.   Was the bus operating or parked
11 when the flat tire was noticed?
12     MR. POLLAK:  Objection.
13     A.   No, sir.  It says it continues on
14 schedule, so.  And, again, I don't know when
15 the flat was noticed.
16     Q.   Do you know who called in the
17 report?
18     A.   No, sir.
19     Q.   Okay.  Let's go to page 450.  Did
20 you utilize any of those entries?
21     A.   No, sir.
22     Q.   How about page 471?
23     A.   Yes.
24     Q.   Would that be on bus 30518 from
25 August 16, 2005?

375

J.W. DAWS

1
2      A.   Yes, sir.
3      Q.   Again, is there a bus model
4  indicated on this report?
5      A.   No, sir.
6      Q.   Does it indicate whether or not
7  this is a C-3 or a C-2 G-409 tire?
8      A.   No, sir.
9      Q.   Does it indicate whether this is
10 even a G-409 tire as opposed to some other
11 type of tire?
12     A.   No, sir.
13     Q.   Does it indicate whether or not
14 there was any failure in the tread or the
15 sidewall of the tire?
16     A.   No, sir.
17     Q.   Does it indicate what the cause of
18 the flat tire was?
19     A.   No, sir.
20     Q.   Do you see the word puncture
21 indicated anywhere?
22     A.   No, sir.
23     Q.   Again, does this indicate whether
24 or not the bus was operating or parked when
25 the condition was first noticed?

376

J.W. DAWS

1
2      A.   No, sir.
3      Q.   Do you know who called in this
4  report?
5      A.   No, sir.
6      (Discussion off the written
7  record.)
8      Q.   In approximately how many of the
9  entries throughout this exhibit would you say
10 you utilized for purposes of your
11 calculations?
12     MR. POLLAK:  Referring to those
13 exhibits, please.
14     MR. KAPLAN:  Correct.
15     A.   Yes, in those Exhibit 6 there are
16 20 front tire entries which suggests to me you
17 missed a page or two, from August.
18     Q.   From August?
19     A.   From August 2005 because there are
20 22 entries.
21     Q.   Do any of these entries indicate
22 whether a C-3 or C-2 G-409 tire was involved?
23     A.   No, sir.
24     Q.   Did any of these entries indicate
25 whether or not it was a G-409 tire as opposed

377

```
 1             J.W. DAWS
 2  to another type of tire?
 3       A.   No, sir.
 4       Q.   Did any of these entries indicate
 5  whether or not the tread area or the sidewall
 6  of the tire was involved?
 7       A.   No, sir.
 8       Q.   Did any of these entries indicate
 9  what the cause of the flat tire was?
10       A.   No, sir.
11       Q.   Did any of these entries indicate
12  the word puncture anywhere?
13       A.   No, sir.
14       Q.   All that was indicated was the
15  generic words "flat tire," is that correct?
16       A.   Front tire flat.
17       Q.   Was any indication given as to
18  whether or not the bus was operating or parked
19  when the condition was first noticed?
20       A.   No, sir.
21       Q.   Is any indication given in any of
22  these entries as to who called the report in?
23       A.   No, sir
24       MR. KAPLAN I have no further
25       questions.  Thank you very much.
```

378

```
 1             J.W. DAWS
 2  EXAMINATION BY MR. DACUS:
 3       Q.   Dr. Daws, my name is John Dacus.
 4  I introduced myself this morning when we
 5  began.  I represent Motor Coach Industries in
 6  this lawsuit.
 7            I want to see if I understand what
 8  your opinions are from your report and from
 9  your testimony today.  First, is it fair to
10  say that one of your primary opinions is that
11  the tire failure that occurred on bus 6528 at
12  the time of this accident on August 28, 2006,
13  was the result of overloading, meaning, too
14  much weight on the front axle of the coach, as
15  compared to over-deflection which might result
16  from underinflation?
17       A.   Well, again, I would submit to you
18  that the -- what I'm talking about is load in
19  excess of what this particular tire is capable
20  of handling.
21            You know, there is a range, when
22  you build a series of tires, like Goodyear did
23  over an extended period of time, and you have
24  things like belt wire with a plus or minus 10
25  percent modulus, so there are, there is a
```

379

```
 1             J.W. DAWS
 2  range of strengths associated with those
 3  tires.  These tires are mounted on a wheel
 4  which, you know, we're simply guessing at its
 5  load capacity, at the load capacity of the
 6  tire on this wheel.
 7            And so in essence in, my opinion
 8  is that in this case, for this tire, this tire
 9  was loaded beyond what it could carry.  Now,
10  whether that load was in excess of 16,000
11  pounds or not, I don't really know because
12  there is obviously no weight record for the
13  bus, and, you know, things like that.
14       Q.   All right.
15       A.   And then because this developed a
16  crack system in the tire, a progressive
17  failure when the tire began to lose air on the
18  date of the accident, it came apart in advance
19  of when it would have come apart in a normal
20  scenario where the tire had no progressive
21  preexisting breakdown.
22       Q.   What amount of overload do you
23  theorize this tire was subjected to on bus
24  6528?  And I'm talking about the left front
25  tire.
```

380

```
 1             J.W. DAWS
 2       A.   Well, the tire was subjected, in
 3  all likelihood, to a load in excess of 10
 4  percent above what it would -- what it could
 5  carry.
 6       Q.   Okay.
 7       A.   Now, we don't know whether the
 8  tire could really carry 8,000 pounds or not on
 9  this wheel.  Certainly the original load
10  capacity for this size tire on this size wheel
11  is 7610 pounds so we feel pretty confident it
12  will carry that.  But beyond that, I don't
13  know.
14       Q.   Now, this load in excess of 10
15  percent that you theorize was on this left
16  front tire of the bus on August 28, 2006, what
17  load is that in pounds?
18       MR. POLLAK:  Objection.  You can
19       answer.
20       A.   Again, if we knew what, you know,
21  what the actual tire could handle, you know,
22  the actual tire might be able to handle 7800
23  pounds or something like that, so you would
24  have, or 7600, let's say 7600 pounds what the
25  original T&RA spec was, you know, 10 percent
```

381

J.W. DAWS

1      of that would be another 760 pounds, so, you
2      know, 8300, 8 thousand, yeah, 8300 pounds,
3      something like that.
4          Q.    Now, do you have an opinion to a
5      reasonable degree of engineering certainty as
6      to what the overload was on this particular
7      tire on this particular bus on August 28,
8      2006?
9              MR. POLLAK: Objection. You can
10     answer.
11         A.    No, sir. It may not have been
12     overloaded at all on that particular date,
13     until it started losing air and then of course
14     it would have been significantly, it would
15     have been significantly overloaded.
16         Q.    So you are not able to tell us
17     with any degree of engineering certainty,
18     whether the tire was even overloaded on the
19     day of the accident. Is that right?
20         A.    That's true.
21         Q.    And what -- I want you to list for
22     me, and you have done a job of explaining here
23     but right now I'm just trying to understand
24     the points that are the basis for your opinion

382

J.W. DAWS

1      that the left front tire on the coach that was
2      involved in this accident had previously been
3      overloaded, if it was not overloaded on the
4      day of the accident?
5              MR. POLLAK: Objection. You can
6      answer.
7          A.    Again, the leak rate, my
8      estimation of the leak rate won't support a
9      leak beyond the date of the accident. So the
10     damage in the tire, the preexisting damage in
11     the tire is clearly longer, of longer duration
12     than one day, probably longer duration, you
13     know, tens of thousands miles.
14             So we're not, we're not in a
15     situation where this damage, this preexisting
16     fatigue damage in the tire could have come
17     about because of this particular puncture.
18     Which leaves, which leaves the overload, the
19     loading the tire beyond its natural capacity
20     as the opportunity for breaking it down,
21     unless of course it has some kind of internal
22     defect that we can't find after the accident.
23         Q.    All right, so if I understand
24     correctly, and you tell me if I get it wrong,

383

J.W. DAWS

1      your basis for all the things that are the
2      basis for your opinion that this left front
3      tire on the bus in question was overloaded at
4      some point, if not on the day of the accident,
5      are that the leak rate you calculated will not
6      support the type of damage that you found on
7      the tire, is that one of the points?
8          A.    Will not support the damage, the
9      fatigue crack damage in the tire, the
10     polishing, the cracking associated with that
11     portion of the forensic evidence.
12         Q.    Now, the fatigue cracking and the
13     polishing that you are talking about, you
14     found on one of the pieces of the left front
15     tire. Is that correct?
16         A.    That's correct.
17         Q.    But not on any others?
18         A.    Well, remember, a large portion of
19     the tire was missing at that location which
20     would be consistent with a fatigue crack. I
21     mean, a fatigue thumbnail grows from the belt
22     edge of the tire into a crescent-shaped zone
23     in between steel belts, and when the tire
24     starts to come apart, the first pieces to come

384

J.W. DAWS

1      off the tire are at that location. That is
2      also where the inner liner blew out and things
3      like that. So the piece that we happened to
4      have recovered, has that evidence on it.
5              Now, there are certainly other
6      pieces; they just weren't recovered.
7          Q.    But to answer my question, the
8      fatigue cracking and the polishing that you
9      described, is found on only one piece of the
10     tire that was recovered. Correct?
11         A.    That's the only piece that
12     actually --
13         Q.    Is that correct?
14         A.    That's correct, yeah.
15         Q.    And that determination by you
16     about the leak rate, that's, the leak rate is
17     what you determined from your analysis of the
18     bubbles. Is that correct?
19         A.    That is correct.
20         Q.    And that determination about your
21     leak rate, plus the presence of the fatigue
22     cracking and polishing, leads you to the
23     conclusion, without any other basis, that the
24     loaded, the loading of the tire was beyond its

385

J.W. DAWS

1    J.W. DAWS
2    natural loading --
3         A.    Actually there is two other
4    factors there.  The one that is shown in one
5    of the exhibits where the air pressure, the
6    historical air pressure of this tire indicates
7    that it is from historical basis, properly
8    maintained.  So there is nothing long term,
9    there is no long term underinflation of this
10   tire.
11        And the second thing is when the
12   NTSB ballasted their test bus, the front axle
13   load was higher than 16,000 pounds.  So
14   hopefully they did a rep -- you know, they did
15   a representative ballasting of their bus.
16        Q.    So now we've got four things that
17   leads you to the conclusion that the loading
18   of the tire, the left front tire was beyond
19   its natural load capacity.
20        One is the leak rate that you
21   determined from the bubble analysis.  Two is
22   the fatigue cracking and polishing that you
23   saw on one of the tire pieces.  Three is the
24   historical data that I believe was on one of
25   the exhibits that you looked at, I believe it

386

J.W. DAWS

1    J.W. DAWS
2    is Daws Exhibit 3?
3         A.    That's correct.
4         Q.    And the NTSB ballasting of the
5    coach used by the NTSB for testing where they
6    were trying to produce delaminations and
7    blowouts.  Is that correct?
8         A.    That is correct.
9         Q.    Those four things.  Any others?
10        A.    Not that I can think of.
11        Q.    Okay.
12             MR. POLLAK:  Just note my
13        objection to the form.  I just, I think
14        those, you counted two as one.  I just
15        think those are five things.  You
16        counted the fatigue and polishing as
17        one.
18             MR. DACUS:  Yes, I did.
19             MR. POLLAK:  So I think there is
20        five things that he mentioned.
21        Q.    Now, the historical air pressure
22   that you, you examined some data and you put
23   together a chart Daws Exhibit 3, correct?
24        A.    That's correct.
25        Q.    Now, that historical data provides

387

J.W. DAWS

1    J.W. DAWS
2    nothing about the tire pressure record from
3    August 18th, 2006 through the date of the
4    accident, August 28th, 2006.  Correct?
5         A.    That's correct.
6         Q.    And you were specifically not
7    asked to look at the actions, activities,
8    procedures, of the Greyhound personnel with
9    regard to tire inspections and likeness, is
10   that correct?
11        A.    I was not retained to analyze any
12   of it.
13        Q.    And you didn't undertake to
14   analyze any of that?
15        A.    No, sir.
16        Q.    In any manner?
17        A.    No, way, shape or form.
18        Q.    Now, what references did you use
19   to determine that the fatigue cracking and the
20   polishing, if I might put those two together,
21   were the result of long-term overloading as
22   opposed to underinflation?
23             MR. POLLAK:  Objection.  You can
24        answer.
25        A.    We already talked about the bases

388

J.W. DAWS

1    J.W. DAWS
2    of the opinion.  I'm a little bit biased, but
3    the best article about fatigue cracking and
4    polishing are the, let's see, the Fractography
5    of Tire Tread Separations by John Daws, the
6    Failure Analysis of Tire Tread Separations,
7    again by John Daws, the article Fractography
8    Aids Study of Tire Tread Separations by John
9    Daws, and the Forensic Analysis in Tire Tread
10   Separations, again by John Daws.
11        Q.    Did you use any references,
12   papers, photographs, fractography, other than
13   work that you had done, to determine that the
14   fatigue cracking and the polishing were the
15   result of overloading, as opposed to
16   underinflation?
17             MR. POLLAK:  Objection.  You can
18        answer.
19        A.    Well, my work has been
20   peer-reviewed, you know, so -- but it
21   certainly matches the conclusions of Ron Smith
22   and a few other people that have written about
23   fractography.  You know, so, but again --
24        Q.    That's not my question.
25        A.    This is something that I do

389

J.W. DAWS

1
2  routinely.  This is the kind of work that I do
3  routinely in terms of forensic analysis on
4  tires.
5       Q.    If you would please answer my
6  question.
7            Did you use any references or work
8  by others, other than yourself, to determine
9  that the fatigue cracking that you observed
10 and the polishing that you observed were the
11 result of overloading other than your own
12 work?
13      A.    Again, in terms of my fractography
14 analysis, that's based a lot on what Ron Smith
15 did, as well as my own testing in the field.
16 The rest is my analysis.
17      Q.    And the work that Ron Smith did,
18 can you point me a little closer to that?
19      A.    Mr. Smith published -- or Dr.
20 Smith published several papers on tire pieces
21 picked up off of road sides, and what the tear
22 patterns look like and how to analyze them.
23           I could provide you with
24 references if you would like.
25      Q.    All right.  Any other work

390

J.W. DAWS

1
2  prepared by others in the field that you
3  relied upon to determine that the fatigue
4  cracking and the polishing that you observed
5  on the tire piece, were as a result of
6  overloading as opposed to underinflation?
7       A.    No, sir.
8       Q.    Now, are you saying that ten days
9  of unknown tire pressure on the left front
10 tire, immediately preceding the accident, are
11 not sufficient to cause the fatigue cracking
12 and polishing that you observed?
13      MR. POLLAK:  Objection.  You can
14 answer.
15      MS. BOYLE:  Just note my objection
16 to the form of the question.
17      A.    I'm saying that there is no -- no
18 evidence whatsoever that the tire was
19 punctured before the date of the accident.
20           So we can talk about pressure not
21 being measured there, but it is certain the
22 tire wasn't flat.  So I don't know see any way
23 where it could possibly have developed fatigue
24 cracking.  Fatigue cracking takes a
25 substantial amount of time to develop.

391

J.W. DAWS

1
2       Q.    And what do you mean by a
3  substantial amount of time?
4       A.    Thousands of miles.
5       Q.    Thousands of miles?
6       A.    Thousands of miles at a bare
7  minimum.  And on this type of tire it may take
8  considerably longer.
9       Q.    Have you done any testing to
10 determine how long it takes to develop fatigue
11 cracking or polishing on a commercial truck
12 tire such as the Goodyear G-409?
13      A.    No, sir.
14      Q.    Are you aware of any testing done
15 by others that you know the result of that
16 indicate the number of miles or the length of
17 time it requires to develop fatigue cracking
18 or polishing, if you have an underinflated
19 tire?
20      A.    I am not.  Certainly nobody's
21 published any information like that.
22      Q.    And neither have you, is that
23 right?
24      A.    I have not published information.
25 I have certainly seen a lot of tires come back

392

J.W. DAWS

1
2  from the field while I worked for Michelin.
3  So you get a feel for what we are talking
4  about.
5            But, in general, this is not
6  something studied, and every tire expert I
7  know of relies on his experience to make that
8  kind of determination.
9       Q.    But that's all that you are
10 relying on is your experience and not any
11 references or studies or tests regarding the
12 length of time or the number of miles it takes
13 to develop the fatigue cracking and polishing.
14 Is that correct?
15      MR. POLLAK:  Objection.  You can
16 answer.
17      A.    There are no tests.  No tests
18 whatsoever.
19      Q.    And to answer my question, that's
20 all you are relying on --
21      MR. POLLAK:  Objection.
22      A.    I'm relying --
23      Q.    -- your experience?
24      A.    -- on my education --
25      MR. POLLAK:  John, you can answer.

John William Daws, Ph.D., PE.         September 14, 2010

393

```
 1              J.W. DAWS
 2      A.  I'm relying on my education, my
 3  experience, my training.
 4      Q.   In your education and training,
 5  were you ever trained on the subject of how
 6  many miles or how much time is required to
 7  develop the fatigue cracking and the polishing
 8  that you observed in the left front tire of
 9  the bus in question?
10      A.   I was certainly trained on the
11  general aspects of fatigue cracking, polishing
12  and so on, and then had the opportunity to
13  observe many tires coming back from the field
14  with those characteristics.
15      Q.   But on these tires coming back
16  from the field, I would gather that you would
17  not know exactly what the inflation history of
18  those tires had been in all cases?  Am I right
19  about that?
20      A.   Well, for tires that were in
21  general service, commercial service, you know,
22  where the tire was sold to a customer and then
23  came back due to a failure, no, but there were
24  many tires that were in fleets that Michelin
25  used for testing, and in those cases you had
```

394

```
 1              J.W. DAWS
 2  very good understanding about the mileage,
 3  about the air pressure or the air inflation
 4  and the load.
 5      Q.   Is it fair to say that
 6  underinflation can cause the type of fatigue
 7  cracking and polishing that you observed on
 8  the subject tire?
 9          MR. POLLAK:  Objection.  You can
10      answer.
11      A.   It's fair to say that that can
12  develop over fairly long period of time, yes.
13      Q.   Underinflation produces
14  over-deflection of the tire, is that correct?
15      A.   That's correct.
16      Q.   And if you have a substantial
17  underinflation on a tire that is intended to
18  be operated at 120 psi inflation pressure --
19  and by substantial I mean 40, 60, 80 psi below
20  the intended inflation pressure -- that can
21  produce a very significant over-deflection of
22  the tire, correct?
23          MR. POLLAK:  Objection.  You can
24      answer.
25      A.   Well, not only can it produce a
```

395

```
 1              J.W. DAWS
 2  significant over-deflection of the tire, it
 3  can also produce in a much shorter term,
 4  sidewall failure with that kind of load, or
 5  that kind of underinflation.
 6      Q.   And have you done any testing to
 7  determine which will occur first with that
 8  type of underinflation:  a sidewall failure or
 9  a delamination?
10          MR. POLLAK:  Objection.  You can
11      answer.
12      A.   Well, typical test strategies for
13  bead and sidewall are heavily underinflated or
14  heavily -- you know, heavily underinflated.
15  If you want to exercise the summit, the
16  shoulder of the tire, to provoke tread
17  separation or separation that can lead to
18  tread separation, you really need to run at
19  closer to max pressure and max load.  That is
20  the -- and that's just based on, you know, the
21  huge number of design tests that Michelin used
22  to run on number of, I guess still does run,
23  on numerous different design programs, you
24  know, where you try to, you tried to exercise
25  the bead and the sidewall and the tread system
```

396

```
 1              J.W. DAWS
 2  separately.  That is, if you want to provoke a
 3  failure in the bead, how do you do that?  If
 4  you want to provoke a failure in the sidewall,
 5  how do you do that?  Okay.
 6      Q.   Have you run any tests to
 7  determine whether a bead or sidewall failure
 8  will occur with underinflation, significant
 9  underinflation, before a delamination?
10      A.   I have not personally run such
11  tests, no.
12      Q.   And aren't aware of any?
13      A.   Again, I saw lots of tests like
14  that at Michelin.
15      Q.   You didn't rely on any such tests
16  in connection with developing your opinions in
17  this case, correct?
18      A.   But that's certainly my
19  experience.
20      Q.   But am I correct, you didn't rely
21  on any such tests in developing your opinions
22  in this case?
23      A.   I don't have any Michelin tests
24  that I can produce, no.
25      Q.   Now, you talked about another
```

397

J.W. DAWS

1  
2     factor in your determination that the tire in
3     question was overloaded, if not on the day in
4     question, at least on some day or some period
5     of time earlier.  And one of those points was
6     that when the NTSB ballasted a 102DL3 coach
7     for testing intended to produce delaminations
8     and blowouts, they ended up with more than
9     16,000 pounds on the front axle.  Correct?
10        A.   That's correct.
11        Q.   Have you done any study or
12    analysis yourself of whether it is difficult
13    or easy to overload the front axle of this
14    type of coach?
15        A.   No, sir.
16        Q.   And do you know what parameters
17    the NTSB used or what considerations went into
18    the ballasting of the bus that they did?
19        A.   No, sir, although they were trying
20    to assess the handling characteristics of the
21    bus for this accident, as part of this
22    accident investigation.
23            So I would imagine that they were
24    trying to get a picture for what the bus
25    actually looked at in its loaded state.  But,

398

J.W. DAWS

1  
2     no, I don't have a picture.  There is nothing
3     in their report that would indicate that.
4         Q.   You didn't attend the testing of
5     the NTSB where they were attempting to produce
6     delaminations and blowouts?
7         A.   I did not.
8         Q.   Have you read anything more on
9     that testing than is noted in the Human
10    Performance and Vehicle Group Chairman's
11    Report of Operational Testing, 35 pages?
12        A.   No, sir.
13        Q.   Have you talked to anybody who
14    participated in that testing?
15        A.   No, sir.  Not about the testing,
16    no.
17        Q.   Have you seen any of the data that
18    came from that testing, other than the videos?
19        A.   No, sir.
20        Q.   Did you see any of the --
21        A.   Well, other than what's in the
22    report and the videos.
23        Q.   Right.
24        A.   Yes.
25        Q.   In the report there is reference

399

J.W. DAWS

1  
2     to some testing of steering efforts, torques?
3         A.   Yes, sir.
4         Q.   Do you recall that?
5         A.   I do.
6         Q.   Did you actually see any of the
7     data relating to that?
8         A.   Well, I think the data plots are
9     shown in the report for each one of the
10    delaminations.
11        Q.   Yes, I know they showed data
12    plots, but did you actually see any of the
13    data that was collected?
14            MR. POLLAK:  Objection.  You can
15    answer.
16        A.   I'm not sure what you mean.  What
17    would be the difference between the data
18    plotted and the actual data?
19            In other words, did I get a CD
20    with bits and bytes on it, no.
21        Q.   Did you ask for any of the data
22    from that testing?
23        A.   No, sir.
24        Q.   I take it the data from that
25    testing would be of no value or interest to

400

J.W. DAWS

1  
2     you?
3         A.   Well, again, I was asked to
4     analyze the tire failure and to look at
5     aspects about the tire.  I'm not sure --
6         Q.   Did you look --
7         A.   I'm not sure the steering torque
8     really plays much of a role in that opinion.
9     You know, the tire has already failed by that
10    point.
11        Q.   So steering torques would not be
12    of interest to you in connection with
13    analyzing that testing?
14        A.   Not the raw data, no.
15        Q.   Did you ever see any of the
16    unfiltered data from that testing?
17        A.   No, sir.
18        Q.   You only saw it after a filter had
19    been applied to it?
20        A.   That is correct and that would
21    have been very interesting to look at because
22    a two-second filter probably is way too long.
23        Q.   Did you examine any of the tires
24    that were intentionally delaminated or blown
25    out --

John William Daws, Ph.D., PE.                    September 14, 2010

---

401

```
 1              J.W. DAWS
 2     A.  Yes, sir.
 3     Q.  -- from that testing?
 4     A.  I did.
 5     Q.  Which tires did you examine?
 6     A.  I'd have to cross-reference the G
 7  numbers.  I know I looked at some of those
 8  tires before they left Dallas to go to the
 9  testing.  And I would have to cross-reference
10  the G numbers.  I know there was some of them.
11  I just don't recall which ones they were.
12     Q.  Did you look at any of those tires
13  after they were delaminated or blown out by
14  the intentional efforts to do so?
15     A.  No, sir, I did not.
16     Q.  Now, in your report, as I
17  understood it, you felt that one of those
18  delamination tests was of greater interest
19  than all of the other tests, and that was
20  delamination test No. 5.  Is that correct?
21        MR. POLLAK:  Objection to the
22     form.  You can answer.
23     A.  That's correct.
24     Q.  And I would like you to tell us
25  all the reasons why you felt that delamination
```

---

402

```
 1              J.W. DAWS
 2  test No. 5 was of greater interest in
 3  connection with this case than any of the
 4  other tests?
 5        MR POLLAK:  Objection.  You can
 6     answer.
 7     A.  Delamination No. 5 in review of
 8  the video data which is basically the snapshot
 9  of the tire failure after the 15-minute run,
10  in other words, the tire first lost a piece of
11  the inside tread rib, but it didn't lose air
12  pressure and the rest of the tire was intact.
13  So the decision was made to proceed and at
14  that point in time the tire was run until it
15  sustained a tread separation, a blowout.
16        And the interesting thing, when
17  you look at the video for that tread
18  separation and blowout, is the tread
19  separation and the blowout occur at the same
20  time.  That is, you know, the tread separation
21  begins and the tire blows out in simultaneous
22  fashion.  And in my opinion, that is exactly
23  what happened in this tread separation.  That
24  is, at the time the tire started to come apart
25  over those fatigue cracks, the inner liner
```

---

403

```
 1              J.W. DAWS
 2  blew out.  So we had a tread separation and a
 3  blowout at the same time.
 4     Q.  Did you examine any of the
 5  steering data from the steering
 6  instrumentation that was used in delamination
 7  No. 5?
 8     A.  I did not.
 9     Q.  Did you examine the tire or what
10  was left of the tire after delamination No. 5?
11     A.  I did not.
12     Q.  In delamination No. 5 the NTSB
13  report of operational testing indicates that:
14        "Delamination No. 5 occurred in
15     the vehicle traveling at 80 miles per
16     hour on the left curb beginning with the
17     partial separation and detachment of the
18     inboard tread.  Delamination occurred at
19     a tire pressure of 41.9 psi and a
20     temperature of 320 degrees Fahrenheit
21     with no loss of inflation."
22        Did I read that correctly?
23     A.  You certainly did.
24     Q.  Did you actually see any
25  photographs or any video of the initial
```

---

404

```
 1              J.W. DAWS
 2  separation, partial separation and detachment
 3  of the inboard tread?
 4     A.  No, sir.  There was none produced
 5  to me.
 6     Q.  The NTSB report authors indicate
 7  that delamination occurred at a tire pressure
 8  of 49.1 psi and a temperature of 325 degrees
 9  Fahrenheit, with no loss of inflation.
10        I take it, then, you would
11  disagree with the authors of that, that what
12  occurred at that point was, in fact, a
13  delamination?
14     A.  Absolutely.  A delamination,
15  basically this is a tread chunk, for lack of a
16  better terminology.  The tread piece or
17  section of the tread rib has detached based on
18  heat.  So this is not a delamination where the
19  tread and the tread belts come off.
20     Q.  Can tread belts come off a tire
21  due to heating?
22     A.  If you push it far enough, sure.
23  Most -- in fact, in medium radial truck tires
24  most flat tires ultimately result in sections
25  of the steel belts coming apart.
```

405

J.W. DAWS

1    J.W. DAWS
2        Q.   So heating is enough to produce a
3    delamination?
4            MR. POLLAK:  Objection to the
5        form.
6        A.   Again, heating is enough to cause
7    a breakdown of the tire.  So if you want to
8    call it -- it is not a delamination in the
9    sense that most of these delam tests were
10   involved, because most of these delam tests
11   did not result in a deflation of the tire.
12       Q.   And you do understand that after
13   inspecting the tire on delamination No. 5, the
14   NTSB testers actually decided to continue
15   driving on it for more than 15 minutes before
16   the tire spontaneously deflated, correct?
17       A.   Again, had the -- yeah, I
18   understand that completely and had the tire
19   had, truly had a delamination, there is no way
20   you could have driven it down the road for 15
21   minutes at 80 miles an hour.
22       Q.   Now, isn't it true, at least from
23   the report of the operational testing which is
24   all that you have been privy to regarding this
25   NTSB testing, that the tire spontaneously

406

1    J.W. DAWS
2    deflated over a 3-second interval, immediately
3    followed by a catastrophic and complete
4    disintegration of the tire?
5            MR. POLLAK:  Objection to the
6        form.  You can answer.
7        A.   That's what the report says, yes.
8        Q.   Now, did the left front tire of
9    the coach in question here, completely
10   disintegrate?
11       A.   Well, it certainly threw the tread
12   and most of the steel belts, or most of the
13   tread and a large chunk of the steel belts.
14   But remember, it went off the road long before
15   it ever finished rolling.  So it didn't wind
16   up looking, you know, it didn't completely
17   disintegrate like this tire, but this tire
18   once it became deflated, you know, rolled to a
19   stop, where the tire in our case didn't do
20   that.  And there is always a tremendous amount
21   of variability between the end look of tires.
22       Q.   In at least a few respects you'd
23   agree that delamination No. 5 is not the same
24   as what occurred in the accident in question?
25           MR. POLLAK:  Objection to the

407

J.W. DAWS

1    form.  You can answer.
2        A.   No, sir, I wouldn't agree with
3    that at all.
4        Q.   In every respect it is just the
5    same?
6        A.   It's almost identical, except
7    that, you know, what we don't have in our case
8    is the tire having a low enough air pressure
9    to start throwing a tread rib in advance of
10   the failure.
11       Q.   What was the air pressure of the
12   tire in question before it delaminated?
13           MR. POLLAK:  Objection to the form
14       of the question.
15       A.   Nobody knows, but at the same time
16   in delam No. 5 it was down to 42 psi.
17       Q.   So you don't know what the tire
18   pressure was on the tire in question just
19   before the delamination?
20       A.   No, sir.
21       Q.   And don't have an opinion?
22       A.   Well, I don't know.
23       Q.   And don't have an opinion?
24       A.   Well, again, I would suggest to

408

1    J.W. DAWS
2    you that it was considerably higher than 42
3    psi just because the leak rate won't support
4    that kind of a 30 to 40 psi number.
5        Q.   Setting aside the leak rate for
6    the moment, do you know or do you have an
7    opinion what the air pressure was in the left
8    front tire of the coach in question just
9    before the tire delaminated and the accident
10   occurred?
11           MR. POLLAK:  Objection.  You can
12       answer.
13       A.   I do not know what that pressure
14   was.  Nor does anyone else.
15       Q.   Now, you disagree, then, I take
16   it, that there was a complete disintegration
17   of the tire on delamination No. 5, but there
18   was not a complete disintegration of the tire,
19   the left front tire, of the coach in question
20   at the time of this accident?
21           MR. POLLAK:  Objection.  You can
22       answer.
23       A.   I disagree that they are
24   comparable at the point of rest.  And the
25   reason they are not comparable to point of

409

1              J.W. DAWS
2    rest is in delam No. 5 the tire continued to
3    be driven until the bus was brought to a stop.
4    Whereas, in our accident, the bus left the
5    road.  And at that point in time, you don't
6    continue to destroy the tire.
7         Q.    And you don't feel that the
8    continued driving of the tire for 15 minutes
9    after it had already thrown a portion of the
10   tread in delamination No. 5, is different than
11   the operation of the coach in question at the
12   time of this accident?
13             MR. POLLAK:  Objection.
14        A.    Well, again, I think the starting
15   point pressure of the two cases is different
16   which is why you have that piece of tread rib
17   coming off on delam No. 5.  So they start at a
18   different pressure point.
19             MR. DACUS:  Could you read back
20        the question, please.
21             (Record read.)
22        A.    Well, there is no evidence to
23   suggest that a tread rib came off 15 minutes
24   before the tire failure, that's correct.
25        Q.    They are different in that sense?

410

1              J.W. DAWS
2         A.    Well, in that sense, yes.
3         Q.    Now, did you look at delamination
4    No. 2 at all?
5         A.    I did.
6         Q.    In that particular delamination
7    test, the report of operational testing
8    indicates that the bus was traveling at 78
9    miles an hour and entering into a right curve,
10   is that correct?
11        A.    Yes.
12        Q.    And that the tire was delaminated
13   with great force and lost inflation with only
14   about 2 seconds of precipitating separation
15   providing limited warning to the driver of the
16   impending failure, although vibration was
17   noted by the driver and those aboard the
18   coach.  Did you find that?
19        A.    Yes.  I'm looking for my chart.
20        Q.    What chart are you looking for?
21        A.    Chart where I have the different
22   delams.
23             MR. POLLAK:  Take your time, John.
24        A.    And with my notes on that.
25             Okay.

411

1              J.W. DAWS
2             MR. DACUS:  Could you read back
3        the question before he looked for the
4        chart.
5             (Record read.)
6         Q.    That's what the report describes,
7    is it not?
8         A.    That is what the report describes,
9    yes.
10        Q.    Is that dissimilar to what was
11   described in this accident?
12        A.    Yes, it is.
13        Q.    And how so?
14        A.    Well, if you look at the video,
15   basically you get a tread separation and then
16   you get where the casing stays inflated, and
17   then two seconds later, you get a blowout.  So
18   it is not a simultaneous event.  Whereas, in
19   delam 5 it is a simultaneous event.
20        Q.    And at what tire pressure and
21   temperature did delamination No. 2 occur?
22        A.    Well, the NTSB report sets 30.7
23   psi and a temperature of 297 degrees
24   Fahrenheit.
25        Q.    And do you have reason to doubt

412

1              J.W. DAWS
2    any of that?
3             MR. POLLAK:  Objection.
4         A.    No, sir.
5         Q.    Certainly, from these delamination
6    tests performed by the NTSB, it would appear
7    that you can make a tire delamination occur by
8    lowering the pressure in the tire.  Correct?
9         A.    That is correct, yes.
10        Q.    And so there is no question that
11   if the pressure were allowed to get low enough
12   in a left front tire such as on the coach in
13   question, that it could produce a
14   delamination.  Correct?
15             MR. POLLAK:  Objection.
16        A.    Well, that's exactly what happened
17   here.  Only you don't have to get the
18   pressure very low because the tire already had
19   a separation working in it, as opposed to a
20   tire that has full integrity, you have to
21   drive it longer and harder and at lower
22   pressures to make that happen.
23        Q.    Was the fatigue cracking and the
24   polishing that you observed on the one piece
25   of the tire in question, enough fatigue

---

413

J.W. DAWS

1
2     cracking to cause the tire to have a tread
3     separation?
4            MR. POLLAK:  Objection.  You can
5     answer.
6       A.   Not without a loss in air
7     pressure, no.
8       Q.   And what you have done is assumed
9     that there would be other pieces that weren't
10    found that also had fatigue cracking and
11    polishing on them?
12      A.   There have to be.
13      Q.   But that's an assumption you've
14    made?
15      A.   No, it's not, it's a fact.
16    There's -- I mean, obviously I don't have the
17    pieces, but they got to go together and you
18    can see the cracking going up and where the
19    tread belt ends.  You know that there are
20    cracks on the other side of that piece where
21    it's missing.  It can't be otherwise.
22      Q.   But you only saw it with your own
23    eyes in one piece, is that correct?
24      A.   Yes, sir.
25      Q.   That's a fact?

---

414

J.W. DAWS

1
2       A.   Certainly.
3       Q.   And you have assumed that it
4     proceeded into other pieces?
5            MR. POLLAK:  Objection:  asked and
6     answered.  Objection to the form.
7       A.   Based on my education, testing,
8     experience, training, so on, yes.  I --
9       Q.   Because you didn't see it on the
10    other pieces?
11           MR. POLLAK:  Wait a second, John,
12    you interrupted his answer.  Can you
13    please let Dr. Daws finish his answer.
14      A.   Because those pieces were never
15    recovered for examination.  It is not like I
16    simply ignored them.  They don't exist.
17      Q.   I'm not suggesting that you --
18      A.   They are not there.  But you know
19    that the fractography evidence has to be
20    continuous.  That's a must.  It can't be
21    otherwise.  And if they are continuous, then
22    they go into the next piece, wherever that
23    piece wound up.
24      Q.   But your own eyes didn't see those
25    pieces, correct?

---

415

J.W. DAWS

1
2       A.   That's correct.  It doesn't mean
3     they don't exhibit.  It just means I didn't
4     see them.
5       Q.   And as a matter of fact, there is
6     no one else who has investigated this accident
7     who has ever seen those pieces either, is that
8     correct?
9            MR. POLLAK:  Objection.
10      A.   That's my understanding.  All the
11    pieces that were collected, were provided for
12    inspection.
13      Q.   And is there anything about
14    delamination No. 2 that you think makes it
15    unlike the accident in question, other than
16    the couple of seconds delay between the
17    delamination and the blowout?
18      A.   Well, again, I didn't get to look
19    at the tire at the end of, at the point of
20    rest for delam No. 2, just like I didn't get
21    to look at for delam No. 5.
22           So the only thing I can do is look
23    at the video and say this doesn't conform to
24    my analysis of what happened to the tire in
25    this bus accident.

---

416

J.W. DAWS

1
2       Q.   And because delamination No. 2
3     does not conform to your analysis, you have
4     discounted it as being representative of what
5     occurred in this accident.  Is that correct?
6            MR. POLLAK:  Objection.  You can
7     answer.
8       A.   That's correct.
9       Q.   Isn't it a fact that in both
10    delamination No. 2 and in delamination No. 5,
11    there was no loss of control by the driver of
12    the test bus involved in the NTSB testing?
13           MR. POLLAK:  Objection.  You can
14    answer.
15      A.   Well, that's true.  But you got to
16    remember that that testing was done on a track
17    which is, you know, wide.  The driver knew
18    something was going to happen.  He just didn't
19    know exactly when.
20           Contrast that to the accident
21    where the bus is between an 18-wheeler and a
22    drop-off with a distance of about 12 feet, you
23    know, something, a little space on the side,
24    you don't have a lot of room to maneuver.  And
25    we don't have the path data for the bus.  We



417

1            J.W. DAWS
2    don't know how much swerving back and forth
3    the bus actually did in these tests before it
4    came to rest.
5        Q.   Because you weren't provided with
6    all the data from the testing.
7        A.   Well, I don't know whether they
8    actually recorded that.  I mean, did the bus
9    carry a GPS system?  I don't know.
10       Q.   Well, actually the test report
11   indicates that it did.
12       A.   Well, you know, there is a big
13   difference between a GPS system for measuring
14   speed and a GPS system that is accurate enough
15   to track the path of the bus, if you will.
16       Q.   Did you ever ask Greyhound for any
17   of the data for the delamination tests
18   performed by the NTSB?
19           MR. POLLAK:  Object to the form.
20       A.   I did not.
21       Q.   Would you have expected Greyhound
22   to provide you with all of the data from the
23   delamination testing, not just the video and
24   the NTSB report?
25           MR. POLLAK:  Objection.  You can

419

1            J.W. DAWS
2        A.   It would have been another piece
3    of data to work with, yes.
4            MR. POLLAK: I want to take a
5    break.  Is this a good time to take a
6    break?
7            MR. DACUS:  Yes, that would be
8    fine.
9            THE VIDEOGRAPHER:  We are now
10   going off the record at approximately
11   6:51 p.m.  This is the end of tape No.
12   6.
13       (Dinner recess:  6:51-7:44 p.m.)

418

1            J.W. DAWS
2    answer.
3        Q.   If they had it?
4        A.   I don't see why they wouldn't have
5    provided it to me if they had it.
6        Q.   It wouldn't be of interest to you?
7        A.   Yeah, I think with, you know, the
8    data could be interesting.  Again, you would
9    have to know how the data acquisition system
10   was set up and exactly what was happening and
11   so on.
12           Again, my biggest criticism of
13   this data is the filtering because, you know,
14   a tread separation basically makes a -- you
15   get a steering impulse or a braking impulse
16   force every time the tread flap hits the
17   fender which is ten times a second.  And so
18   you have in delam No. 5, for example, you have
19   three peaks, three steering peaks.  That
20   doesn't really represent what's actually
21   happened.
22       Q.   And if the unfiltered data had
23   been provided to you, you could have looked
24   more closely at what was occurring during the
25   delamination and blowout events?

420

1            J.W. DAWS
2        E V E N I N G   S E S S I O N
3            7:44 p.m.
4    J O H N   W I L L I A M   D A W S,
5        having been previously duly sworn, was
6        examined and testified further as
7        follows:
8            THE VIDEOGRAPHER:  We are going
9    back on record at approximately 7:44
10   p.m.  This is the beginning of tape No.
11   7 in the Daws deposition.
12   CONTINUED EXAMINATION
13   BY MR. DACUS:
14       Q.   Dr. Daws, am I correct that you
15   have never worked for a vehicle manufacturer?
16       A.   I have never been employed by a
17   vehicle manufacturer, that's correct.
18       Q.   I take it then your experience and
19   background would not include having ever set
20   load capacity on any vehicle?
21       A.   That's one of the things that I --
22   I specialize in -- one of the things I
23   specialize in is tire applications for
24   vehicles, how to select the proper tire for
25   the vehicle.

421

1           J.W. DAWS
2       Q.    But setting load capacity for a
3   vehicle, you have not done?
4       A.    I have done cases where the load
5   capacity was improperly set.
6            I have never designed a vehicle
7   and set the load capacity for said vehicle,
8   that's correct.
9       Q.    And you have not been involved in
10  setting the load capacity for a vehicle,
11  correct?
12      A.    That's correct.
13      Q.    Similarly, you have never set a
14  front axle weight rating or a gross vehicle
15  weight rating on any vehicle, correct?
16      A.    That's correct.
17      Q.    You did examine the right front
18  tire of this coach that was involved in the
19  accident.  Is that correct?
20      A.    That's correct.
21      Q.    Did you find any evidence of
22  overloading on that tire?
23      A.    No.  Wouldn't expect to see
24  anything different than what was on the left
25  front tire, and the only reason you could

422

1           J.W. DAWS
2   determine overloading was the fact that the
3   tire was torn apart.
4       Q.    Did you ever disassemble or cut
5   into the right front tire to examine if it
6   showed any overload?
7       A.    Absolutely not.
8       Q.    Did you request to do that?
9       A.    No, sir.
10      Q.    Why not?
11      A.    It's just not done in forensic
12  circles.  You do a visual and tactical
13  inspection, that was the forensic examination.
14      Q.    What was the disposition of the
15  right front tire in this coach?
16           MR. POLLAK:  I'm sorry?
17      Q.    What was the disposition of that
18  tire?
19           MR. POLLAK:  Objection to the
20  form.
21      A.    I'm not sure what you mean by
22  disposition.
23      Q.    Was it put back on another coach,
24  was it --
25      A.    Last time I saw it, Goodyear had

423

1   it.
2       Q.    How much overload is required to
3   produce the fatigue cracking and polishing
4   that you found on the piece of the tire in
5   question?
6           MR. POLLAK:  Objection.  You can
7   answer.
8       A.    Probably something on the order of
9   10 percent.  Again the question is what
10  exactly is the load, you know, how much load
11  can that tire really carry.
12           We don't really know the answer to
13  that question, but, you know, if it is loaded
14  beyond 10 percent of what it can actually
15  carry, you can get that kind of damage over a
16  fair amount of time.
17      Q.    Is anything less than 10 percent
18  enough overload to produce the kind of fatigue
19  cracking and polishing that you found in the
20  piece of the tire?
21      A.    Obviously, if the tire -- you
22  can't overload a tire by 5 percent forever.
23  Okay.  So -- and obviously on this bus the
24  tire's not overloaded every time the bus runs.
25  

424

1           J.W. DAWS
2   So, you know, that doesn't mean that if you
3   overload the tire by 5 percent, it will never
4   fail.  You know, nobody really knows what the
5   safety margin is on tires.
6       Q.    There is a safety margin, though,
7   is there not?
8       A.    Not necessarily.  Safety margin
9   may very well be negative on this tire.
10      Q.    Did you assume that there was a
11  safety margin or no safety margin on this
12  tire?
13      A.    I'm sorry, why -- I wouldn't make
14  any sort of assumption like that.
15      Q.    So the answer to my question is
16  you don't know how much overload it would take
17  to produce the kind of fatigue cracking and
18  polishing that you observed on the piece of
19  the tire in question?
20           MR. POLLAK:  Objection.  You can
21  answer.
22      Q.    Is that correct?
23      A.    If the load was running, let's say
24  10 percent over what the tire could really
25  carry, then you would get this kind of

425

J.W. DAWS

1
2  situation.
3         Now, what that tire really is
4  capable of carrying, you know, didn't really
5  know.
6      Q.   Can you give me a load in pounds
7  or kilograms or however you want to do it,
8  that will tell me what the load is required to
9  be in order to produce the kind of fatigue
10 cracking and polishing that you observed on
11 the piece of the tire in this case?
12        MR. POLLAK:  Objection.  You can
13      answer.
14     A.   I would say anything in excess of,
15 I would think you run into trouble above 7610
16 pounds.
17     Q.   So it is your opinion that at any
18 load above 7610 pounds, this tire was
19 overloaded sufficient to produce the kind of
20 fatigue cracking and polishing that you
21 observed?
22        MR. POLLAK:  Objection.  You can
23      answer.
24     A.   Over its entire life, yeah.
25     Q.   So at 7650 pounds, this tire was

426

J.W. DAWS

1
2  overloaded?
3      A.   Again, we don't know the answer to
4  that question.
5      Q.   Okay.  For how long would it be
6  required to have an overload just above 7610
7  pounds to produce the kind of fatigue cracking
8  and polishing that you observed?
9         MR. POLLAK:  Objection.  You can
10      answer.
11     A.   For its entire lifetime.
12     Q.   91,000 miles?
13     A.   91,000 miles.
14     Q.   Will any duration of overloading,
15 less than its entire lifetime at just above
16 7610 pounds, cause the kind of fatigue
17 cracking and polishing that you say you
18 observed?
19        MR. POLLAK:  Objection.  You can
20      answer.
21     A.   The higher -- the greater the
22 load, the shorter duration it takes.
23     Q.   That tells me you know the
24 direction that it moves in, but do you know
25 the duration in months, years, trips or

427

J.W. DAWS

1
2  miles --
3         MR. POLLAK:  Objection.
4      A.   No.
5      Q.   -- that it would take to produce
6  the fatigue cracking and polishing that you
7  observed here?
8         MR. POLLAK:  Objection.
9      A.   No, sir.
10     Q.   Now, is it fair to say that there
11 was no direct evidence of any overloading of
12 the front axle of this coach --
13        MR. POLLAK:  Objection.
14     Q.   -- although there may have been
15 some conclusions you drew about overload?
16        MR. POLLAK:  Objection.  You can
17      answer.
18     A.   You mean were metal parts broken
19 or something like that?
20     Q.   Direct evidence, weights,
21 measures, axle weights, studies by you of the
22 effect of bus loading on axle weights, wheel
23 weights, wheel loads?
24        MR. POLLAK:  Objection.  You can
25      answer.

428

J.W. DAWS

1
2      A.   The only number that would be
3  equivalent to a weight would be the ballasted
4  NTSB bus.
5      Q.   And we have already established,
6  you didn't participate in that ballasting and
7  do not know how representative it was of the
8  loading, the actual loading of this coach?
9      A.   That's correct.
10     Q.   So, with the possible exception of
11 the ballasting by the NTSB in their tests that
12 you validate in Texas, you have no direct
13 evidence of any overloading having occurred on
14 this coach?
15        MR. POLLAK:  Objection.  You can
16      answer.
17     A.   There were certainly no coach
18 weights for this coach, that's correct.
19     Q.   Did you ask Greyhound for any
20 information about the loading of this coach?
21     A.   No, I did not.
22     Q.   And I take it no information about
23 the loading of this coach on the various trips
24 it took was provided to you?
25        MR. POLLAK:  Objection.  You can

J.W. DAWS

answer.
A. That's correct.
Q. Have you ever made a study of the deflection produced in a Goodyear G-409 tire produced by overloading of any level?
A. No, sir.
Q. Have you ever made any study of the deflection produced in a Goodyear G-409 tire by underinflation at any level?
A. Have I personally made such a study?
Q. Yes, sir.
A. No, sir.
Q. Have you performed any tests about the amount of deflection produced by overloading or by underinflation on a Goodyear G-409 tire on this type of coach?
A. No, sir.
Q. During your examinations of tires, did you have access to any 102DL3 coaches with Goodyear G-409 tires on them to inspect?
A. Only the Opelika coach, the Opelika case coach, and this coach. You know, wrecked vehicles.

J.W. DAWS

Q. Were you ever at a Goodyear -- I mean, not a Goodyear, but a Greyhound garage where there were 102DL3 coaches with G-409 tires mounted on the coach?
A. Yes.
Q. Did you ever request an opportunity to perform any inspections or tests with such coaches and such tires when you were at Greyhound facilities where they were located?
MR. POLLAK: Objection. You can answer.
A. No, sir.
Q. With regard to your bubble analysis -- is that the right word to --
A. It's a leak rate analysis.
Q. Okay. With regard to assessing the bubbles in the videotape that you saw and performing the leak rate analysis, did you ever do any testing to confirm that you had indeed calculated the leak rate appropriately?
MR. POLLAK: Objection. You can answer.
A. I don't even know what that

J.W. DAWS

question means.
You can't reproduce this puncture, so I don't know how you could do testing to determine that -- whether the calculation was correct or not.
Q. Did you attempt to perform any testing --
A. No, sir.
Q. -- to confirm the bubble rate measurement and the leak rate analysis?
MR. POLLAK: Objection. You can answer.
A. No. No, sir, I did not.
Q. Other than your analysis of the NTSB delamination and blowout testing covered in the report of operational testing, did you analyze any other testing to confirm any of your opinions or conclusions in this case?
MR. POLLAK: Objection. You can answer.
A. I don't believe so, no.
Q. And with regard to the NTSB testing of delamination and blowouts, you did not get to see all of the information related

J.W. DAWS

that testing, correct?
MR. POLLAK: Objection to the form. You can answer.
A. There certainly was other data that I wasn't privy to.
Q. Nor did you get to inspect the tires involved in that delamination testing after the delaminations?
A. That's correct.
Q. Are you saying that MCI should not have relied on Goodyear regarding the load rating of the G-409 tires?
A. I'm saying that the load capacity of the tire was compromised by the 8-1/4 inch rim, and the bus should have been fit with 9-inch wide rims and then the load capacity would have been something that would have been standard. That is, that, you know, that the letter dialogue that covers that approval of 8,000 pounds, is -- I mean, within a couple of days, Goodyear goes from 7,600 pounds to 8,000 pounds, and, you know, when you are building a brand new bus, I guess I don't understand why you don't put the proper wheel on it. If the

433

1             J.W. DAWS
2    wheel calls for either a 9 or a 9.75, why
3    would you go out on a limb and put an 8-1/4?
4        Q.   But answer my question, if you
5    will, and that question was, are you saying
6    that MCI did something wrong in relying on
7    Goodyear regarding the load rating of the
8    tire?
9        A.   Well, MCI had no choice but to
10   rely on Goodyear for the rating of the tire.
11       Q.   Is it true that vehicle
12   manufacturers rely on tire manufacturers all
13   the time to specify load ratings of tires?
14       A.   That is correct.
15       Q.   Are there any other areas of the
16   investigation of the cause of this accident
17   that you were told to stay away from other
18   than the areas involving Greyhound's conduct?
19           MR. POLLAK:  Objection to the
20   question.  You can answer.
21       A.   I wasn't asked to stay away from
22   the issue of conduct.  I simply wasn't
23   retained to study it.  And it certainly
24   wouldn't be commensurate with my background to
25   deal with that issue.

434

1             J.W. DAWS
2        Q.   Your background would certainly
3    include analysis of whether a tire had been
4    kept properly inflated.  Would it not?
5        A.   That is part of my analysis, and I
6    did part of this analysis on this tire.
7        Q.   But you didn't do that analysis
8    with regard to the last ten days of this
9    tire's life before the accident, correct?
10           MR. POLLAK:  Objection.  You can
11   answer.
12       A.   I have given you my opinion on the
13   fact that I don't believe the tire was
14   underinflated.
15       Q.   I understand you have given us the
16   opinion, but you didn't conduct an
17   investigation to determine whether the tire
18   was inflated -- underinflated during the last
19   ten days, or any time during the last ten days
20   of its life just before this accident,
21   correct?
22           MR. POLLAK:  Objection.
23       A.   There is no possible way of doing
24   that.
25       Q.   You didn't read --

435

1             J.W. DAWS
2        A.   I didn't do it.  There is no
3    possible way to do it.
4        Q.   Did you read any depositions of
5    Goodyear personnel -- not Goodyear, I'm sorry;
6    Greyhound personnel who may have been
7    involved in inspecting the tire in the last
8    ten days of its life?
9            MR. POLLAK:  Objection.  You can
10   answer.
11       A.   I did not.
12       Q.   Did you examine any deposition
13   testimony or deposition exhibits from the
14   Greyhound garage manager, Mr. Richard James?
15       A.   No, sir.
16       Q.   Did you look into whether
17   Greyhound required that its mechanics take
18   tire pressure readings on every occasion that
19   the bus came in for a service lane service?
20           MR. POLLAK:  Objection.  You can
21   answer.
22       A.   I did not.
23       Q.   If you had been thoroughly
24   investigating the inflation history of this
25   coach and had been asked to look into it by

436

1             J.W. DAWS
2    Greyhound, would you agree that finding out
3    what Greyhound required of its mechanics and
4    what its mechanics were actually doing in the
5    last ten days of this tire's life, would have
6    been something that you would want to look at?
7            MR. POLLAK:  Objection.  You can
8    answer.
9            MS. BOYLE:  Note my objection.
10       A.   Not unless they are recording tire
11   pressures.  Again, if there is no recording of
12   tire pressures, it doesn't do you any good.
13   You can try to recreate history, but it is
14   just not going to be there.
15       Q.   Were there any other areas of the
16   accident investigation where you were not
17   retained to develop opinions, other than the
18   area of Greyhound's conduct?
19           MR. POLLAK:  Objection to the form
20   of the question.
21       A.   Certainly.
22       Q.   And what areas were those?
23           MR. POLLAK:  Just note my
24   objection to this question.
25       A.   I wasn't asked to look at accident

437

1                J.W. DAWS
2    reconstruction.  I wasn't asked to look at
3    handleability of the bus.  I wasn't asked to
4    look at, you know, mechanical components of
5    the bus.  I wasn't asked to look at human
6    factors, injury causation.  The list is long.
7           Q.   And in each one of those areas,
8    those areas would not be something that you
9    have any background or experience in, is that
10   correct?
11          MR. POLLAK:  Objection --
12          A.   No, sir, that's not correct.  It's
13   just that I'm a tire expert.  I make my living
14   as a tire expert and nobody is going to retain
15   me to do accident reconstruction because that
16   costs too much.
17          You know, they are not going to
18   retain me -- well, accident reconstruction in
19   particular, I have quite a bit of experience
20   working in accident reconstruction when I was
21   with Exponent, but it is not something that I
22   do as a matter of course.
23          Q.   Do you actively do accident
24   reconstruction in connection with your work
25   for Daws Engineering?

438

1                J.W. DAWS
2           A.   What I do is analysis of skid
3    marks on the road in conjunction with the
4    accident reconstructionist that happens to be
5    working on a case, but that's about it.
6           Q.   But you don't do that on your own?
7           MR. POLLAK:  Objection.  You can
8    answer.
9           A.   I don't routinely do accident
10   reconstruction, no.
11          Q.   Now, with regard to the placard
12   that was on this coach, that placard indicated
13   that the bus had a 48,000 pound gross vehicle
14   weight rating?
15          A.   I believe that's correct.
16          Q.   And that placard called for tires
17   that were not actually being used by Greyhound
18   at the time of this accident, correct?
19          A.   That's correct.  In fact, the tire
20   that's called out for in the placard couldn't
21   possibly be correct, given the axle, front
22   axle load rate.
23          Q.   And because Greyhound was not
24   using that tire, that tire specification on
25   the placard made no difference?

439

1                J.W. DAWS
2           MR. POLLAK:  Objection.
3           Q.   Am I right about that?
4           MR. POLLAK:  Objection.  You can
5    answer.
6           A.   It certainly didn't cause the tire
7    to -- the tire that did fail to fail.
8           On the other hand it makes the bus
9    not conform to SMVS regulations.
10          Q.   But it had nothing to do with this
11   accident, did it?
12          A.   That's correct.
13          Q.   And similarly, with regard to the
14   proper inflation pressure for the steer axle
15   tires, that placard did not have anything to
16   do with whether Greyhound understood that it
17   needed to keep 120 psi in these tires?
18          MR. POLLAK:  Objection.  You can
19   answer.
20          Q.   Correct?
21          A.   That's correct.
22          Q.   Did Greyhound have a duty to your
23   knowledge to keep the bus weight within the
24   gross vehicle weight rating?
25          MR. POLLAK:  Objection.

440

1                J.W. DAWS
2           A.   My experience with these kinds of
3    things is, you have 52 seats, you can fill
4    them up.  Or 55 seats or whatever it is,
5    however many there are, you can fill them up.
6    And since you don't weigh people, you don't
7    really know what the axle loads and all are.
8           Q.   Have you looked into whether there
9    are state or federal laws relating to
10   maintaining a commercial vehicle within its
11   gross vehicle weight rating?
12          A.   I have not.
13          Q.   So whether Greyhound had a duty to
14   keep this bus loaded within the gross vehicle
15   weight rating, is something you really haven't
16   studied and don't have an opinion of?
17          A.   I do not have an opinion on that.
18          Q.   Would the same thing be true with
19   regard to the gross axle weight rating of the
20   front steer axle?
21          A.   I have no opinion on that.
22          Q.   Can you explain to us, if this
23   left front tire on the coach in question had
24   gone 91,000 miles as you indicate that it did,
25   why it failed at this particular time instead

441

J.W. DAWS

1
2  of on some previous occasion?
3      MR. POLLAK:  Note my objection.
4  You can answer.
5      A.   Sure.  When the, yes, I can
6  explain it.
7      Q.   And is it based on the fact that
8  there was underinflation of this left front
9  tire due to the puncture?
10     MR. POLLAK:  Objection.  You can
11 answer.
12     A.   It's based on the fact that there
13 was a loss of air pressure associated with
14 this puncture, and the tire had a preexisting
15 fatigue breakdown in process.
16     Q.   Now, how do you determine, and I
17 would like to know here a listing of all the
18 bases for your opinion, that the tire had a
19 preexisting breakdown?
20     MR. POLLAK:  Just note my
21 objection.
22     Q.   And if you have previously
23 explained, I don't need, you know, a full
24 explanation again.
25     MR. POLLAK:  Don't say anything.

442

J.W. DAWS

1
2      Q.   I just am looking for a listing of
3  what you base the opinion on that this tire
4  had a preexisting breakdown before the
5  puncture.
6      MR. POLLAK:  Just note my
7  objection.  I would just like to check
8  the time, because I think at this point,
9  Mr. Dacus, you spent your first part of
10 your questioning on this topic, and we
11 spent an entire day on that topic.  And
12 I think at this point this is abusive on
13 your part to ask the same question
14 again.  You self-qualified that by
15 indicating that there had been previous
16 testimony on this and you asked the
17 questions before we took a dinner break.
18     So I'm going to check on how much
19 time we have left, but I may not allow
20 him to do that.  If you are going to
21 spend your time going over the entire
22 day again when we are past the seven
23 hours, I think that is abusive and I
24 will move for a protective order at this
25 point.  But I want to just count how

443

J.W. DAWS

1
2  many hours we have been doing this so
3  far.
4      MR. DACUS:  You are welcome to
5  count, but I certainly have not been
6  questioning this witness for anything
7  like 7 hours.
8      MR. POLLAK:  I didn't say you
9  did.
10     MR. DACUS:  And I am proceeding as
11 rapidly as I can.
12     MR. POLLAK:  I didn't say you
13 weren't.
14     My objection is to the fact that
15 you are being extremely repetitive and I
16 believe at some point that becomes
17 abusive in the legal sense, or
18 harassment in the legal sense.
19     Obviously, you are not talking
20 loud to the witness, threatening the
21 witness.  It is obvious, but I believe
22 from a legal prospective that is
23 harassing and abusive.
24     So I'm going to check the time and
25 then I'll make a decision if I'm going

444

J.W. DAWS

1
2  to allow you to continue with this
3  questioning or move for a protective
4  order.
5      MR. DACUS:  I disagree with you.
6  Obviously --
7      MR. POLLAK:  I'm sure you do.  I'm
8  sure you do.
9      So why don't we just go off the
10 record at this point for a few minutes.
11     THE VIDEOGRAPHER:  We're now off
12 the record at approximately 8:10 p.m.
13     (Discussion off the record.)
14     THE VIDEOGRAPHER:  We're now back
15 on record, approximately 8:12 p.m.
16     MR. POLLAK:  Just before we answer
17 the question.  The witness has been here
18 being questioned for approximately 7
19 hours and 15 minutes.  Again, it is my
20 belief that we are approaching the
21 abusive stage or harassment stage, but
22 over objection, I believe this has been
23 asked and answered repeatedly during
24 today's deposition, including by Mr.
25 Dacus himself.  But over objection, I

445

```
1              J.W. DAWS
2        will allow the witness to answer.
3        A.   The first indication is the
4    presence of polishing.  Polishing is prima
5    facie evidence of preexisting breakdown.  That
6    is, this cracking existed in the tire prior to
7    the tire failure.  It can't occur at the time
8    of the tire failure.
9        Q.   Let me interrupt briefly, and I
10   don't mean it be disrespectful to you.  I'm
11   just -- I'm looking for evidence that it was
12   preexisting before the -- or your basis for
13   concluding it was preexisting before the tire
14   puncture.
15            MR. POLLAK:  Mr. Dacus, you just
16       went out of your way to stop Dr. Daws
17       from giving his answer, and then you
18       asked the same exact question.
19            So Dr. Daws, please continue with
20       your answer before you were interrupted
21       by Mr. Dacus.  Please continue with your
22       answer.
23            MR. KAPLAN:  Kevin, with all due
24       respect, if you want to limit the time
25       that this witness is being questioned,
```

446

```
1              J.W. DAWS
2        the witness clearly was not answering
3        the question that Mr. Dacus asked him.
4        Mr. Dacus corrected him.  The question
5        was, was the breakdown preexisting the
6        puncture, not preexisting --
7            MR. DACUS:  The accident.
8            MR. KAPLAN:  Correct.
9        A.   And --
10           MR. POLLAK:  Were you finished
11       answering the last -- I mean, again, you
12       stopped the witness dead in his tracks.
13       If you didn't feel the answer was
14       responsive, then, as you have done
15       before, you could ask the reporter to
16       ask the question again, you can say
17       whatever you want, but you have no right
18       to stop the witness in the middle of his
19       answer and cut him off.  Whether it is
20       responsive or not to your question, you
21       have no right to do that.
22           MR. DACUS:  Well, I admit I was
23       trying to shortcut this, but if he wants
24       to answer the question I didn't ask,
25       then I'm happy for him to do so.  But
```

447

```
1              J.W. DAWS
2        then I'm going to ask him the question
3        that I did ask.
4            MR. POLLAK:  You can do whatever
5        you want, just please don't interrupt
6        this witness in the middle of his
7        answer.  I'm sure he wouldn't do it to
8        you in the middle of your question, so
9        extend him the same courtesy.
10           MR. DACUS:  I will do so.
11           MR. POLLAK:  Thank you.  Can you
12       please continue with your answer.
13           THE WITNESS:  Can you ask me the
14       question again, please.
15       Q.   Yes, I think I can.  What I was
16   trying to find out is a listing of the bases
17   for your opinion that there was preexisting
18   breakdown in the left front tire of this coach
19   before the puncture occurred and the
20   underinflation began?
21           MR. POLLAK:  Again, just note my
22       objection to the form, note my objection
23       for all the other reasons previously
24       stated on the record.
25           Over objection, you can answer.
```

448

```
1              J.W. DAWS
2        A.   The polishing, the fatigue
3    cracking and polishing, the rate that I
4    assessed for the leak, the leak rate itself,
5    and I think those two or those three things
6    together identify that the fatigue cracking
7    and polishing predate the puncture and predate
8    the tire failure.
9        Q.   Without the leak rate, if there
10   were a mistake in your leak rate analysis or
11   if you didn't have the leak rate analysis,
12   would the fatigue cracking and polishing be
13   enough to establish that there was a
14   preexisting breakdown in the left front tire
15   of this bus before the puncture occurred and
16   the underinflation began?
17           MR. POLLAK:  Objection.  You can
18       answer.
19       A.   I would suggest to you that this
20   puncture, whatever it is, is not sufficient to
21   or could not have been in the tire long enough
22   even at a fairly low leak rate to create this
23   cracking and polishing.
24       Q.   Have you ever tested any Goodyear
25   G-409 tires on 8.25-inch rims and compared
```

449

```
1              J.W. DAWS
2   them to the performance of G-409 tires on
3   9-inch rims?
4      A.   No, sir.
5      Q.   Have you ever seen any testing
6   where that was done in any form whatsoever?
7      A.   Absolutely not.
8      Q.   Could you tell me all the bases
9   that you have for your opinion stated in your,
10  I believe it was your rebuttal report, that
11  the rim grooves on the subject tire were
12  linked to use on the 8.25-inch rims?
13     A.   Certainly.  The, my experience in
14  looking at rim grooving across a wide range of
15  wheel widths.  Typically in custom tire
16  fitments on passenger and light truck
17  vehicles, if you fit the tire, a wider tire on
18  a rim that's too narrow for it, you will very
19  quickly develop bead grooving based on the
20  flexing of the bead over the rim flange.
21  Narrow rims generate bead grooves much more
22  quickly and much larger than an equivalent set
23  up on an approved width rim.  And I have done
24  that testing for passenger and light truck.
25  Okay?
```

450

```
1              J.W. DAWS
2      Q.   But you have not done that testing
3   for commercial tires?
4      A.   No, I have not.
5      MR. POLLAK:  Did you finish your
6   answer before Mr. Dacus asked another
7   question?
8      THE WITNESS:  It's fine.
9      MR. POLLAK:  Mr. Dacus, you
10  interrupted in the middle of the
11  witness' answer which I think is evident
12  from the videotape.  Please don't do
13  that.
14     MR. DACUS:  I may have interrupted
15  at the end of his answer.
16     MR. POLLAK:  You certainly did.
17     MR. DACUS:  But I didn't interrupt
18  in the middle.
19     MR. POLLAK:  Well, the end is not
20  much better than the beginning.  It is
21  still interrupting the witness, the
22  witness's answer, which is not
23  appropriate or proper.
24     Q.   At the time Goodyear G-409 tires
25  were first applied to -- strike that.
```

451

```
1              J.W. DAWS
2           At the time that the front tires
3   of the bus in question were applied to the
4   front steer axle, they were applied on 8,000
5   pound-rated Firestone Accuride wheels,
6   correct?
7      A.   That's correct.
8      Q.   And at that time Goodyear had
9   given a rating to those tires of 8,000 pounds
10  load capacity, correct?
11     A.   That is correct.
12     Q.   And at that time the Tire and Rim
13  Association manual would support the
14  application of Goodyear G-409 tires in the
15  315/80R 22.5-inch size to that wheel on that
16  axle.  Correct?
17     MR. POLLAK:  Objection.  You can
18  answer.
19     A.   Can you be more specific about
20  what you mean by manual?
21     Q.   The Tire and Rim Association
22  manual?
23     A.   The yearbook or the engineering
24  design information?
25     Q.   The yearbook.
```

452

```
1              J.W. DAWS
2      A.   I don't believe the yearbook
3   contains that rating in 2005.  I'd have to
4   check that, but I don't think it's gotten
5   there by then.  But it may have.  Let's see.
6      Q.   Well, let's check.
7      A.   Okay, I don't have the yearbook
8   pages for 2005, but the earliest this would
9   have been in a yearbook is 2006 because the
10  rev 4 of the EDI is dated April 13, 2005, and
11  the yearbooks come out in January.
12          So the earliest yearbook
13  indication that this would have been
14  acceptable would have been in the yearbook for
15  2006.
16     Q.   But you don't have the yearbook
17  for 2005 there to determine if that's correct
18  or not?
19     MR. POLLAK:  Objection to the
20  form.  You can answer.
21     A.   No, but, again, I have the date on
22  the EDI and nothing can, you know, nothing can
23  happen in the yearbook before it happens in
24  the EDI.
25     Q.   And it is true that the EDI --
```

453

1            J.W. DAWS
2    what is that, Engineering Design Information?
3        A.   That's correct.
4        Q.   The EDI was also changed on the
5    Tire and Rim Association publications to
6    permit the application of this size tire on
7    this type of wheel for a 16,000-pound axle,
8    correct?
9        A.   That is correct based on someone's
10   say-so.
11           You know, the Tire and Rim
12   Association obviously did no testing on it, so
13   they are taking the word of somebody, some
14   tire company.
15       Q.   Do you know whether MCI was even
16   involved in the decision to put Goodyear G-409
17   tires in this size, the B315/80R 22.5-inch
18   tires on this coach?
19       A.   No, sir, I do not.
20       Q.   And certainly you would not expect
21   MCI to be involved in the testing of the
22   Goodyear tires to determine if they were
23   suitable for an 8,000-pound load rating on an
24   8.25-inch rim, correct?
25           MR. POLLAK:  Objection.  You can

454

1            J.W. DAWS
2    answer.
3        A.   No, sir, I would not expect that.
4    Goodyear should be doing their own testing.
5        Q.   Now, you told us that the failure
6    mode of the incident tire following NTSB
7    testing would result in large and
8    unanticipated steering forces, as item No. 4
9    in your initial report of your opinions.  Is
10   that correct?
11       A.   Yes, that's correct.
12       Q.   What are all the bases for that
13   opinion?
14       A.   Well, again, we've covered them ad
15   nauseam, but the tire failure is most similar
16   to delam No. 5.  It's identical to delam No.
17   5, in that we have a tread separation and a
18   blowout.  And the steer force variations in
19   delam No. 5 on the NTSB's testing, are very
20   large.  And so those are the two facts, there
21   are two bases that I would use for that
22   opinion.
23       Q.   And all of that is based upon your
24   opinion that NTSB testing delam No. 5 was
25   essentially equivalent to what occurred in

455

1            J.W. DAWS
2    this accident, correct?
3        A.   That's correct, from the
4    standpoint of the tire failure itself.
5        Q.   Because if that incident or this
6    accident occurred was more like delamination
7    No. 2, then it would not be large steering
8    forces involved, correct?
9            MR. POLLAK:  Objection.  You can
10   answer.
11       A.   Well, 130, what was that 130-inch
12   pounds versus 300-inch pounds?  It is a factor
13   of two.  What do you consider large?
14           Certainly, there would be a, you
15   know, a large steer force to the left
16   associated with this.  But, again, in my
17   opinion this tire failure on the accident bus
18   looks like delam 5.
19       Q.   Have you ever driven a bus of this
20   type?
21       A.   No, sir, I have not.
22       Q.   Have you ever tested a bus of this
23   type?
24       A.   No, sir, I have not.
25       Q.   So you would have no knowledge of

456

1            J.W. DAWS
2    what steering forces are properly handled by
3    an alert driver?
4            MR. POLLAK:  Objection.  You can
5    answer.
6        A.   I have no opinion on that.
7        Q.   And, I take it, you would have no
8    opinion on whether an alert driver could have
9    managed the steering forces that were
10   experienced in this accident --
11       A.   I don't.
12       Q.   -- right?
13       A.   That's correct, I don't have any
14   opinion.
15       Q.   You do not have any opinion that
16   MCI was involved in any way in the design of
17   the tread package for the Goodyear G-409 tire,
18   correct?
19       A.   That's correct.
20       Q.   You gave an opinion in your report
21   dated September 10th that the shoulder wear
22   and chamfer wear found on the front steer
23   tires of the bus in question, did not
24   contribute to the failure of the tire, and
25   that your opinion was supported by industry

457

1           J.W. DAWS
2   recommendations promulgated by the Maintenance
3   Council. Do you recall that?
4       A.   I do.
5       Q.   Did you in fact do any
6   investigation to determine whether Greyhound's
7   own rules for the handling of tires on steer
8   axles would have required those tires to be
9   removed from the steer axle and placed in a
10  drive axle or tag axle position?
11      A.   I did not. It's my opinion that
12  those tires would -- my understanding is when
13  a steer tire gets down to 6/32 of an inch,
14  Greyhound wanted it to be moved to a driver or
15  a tag I guess, and there were at least 16,000
16  miles traveled between the time that it was
17  first, that that wear was noted, to the time
18  of the accident. So these tires would not
19  have looked at the time of the inspection, the
20  way they looked at the time of the accident.
21      Q.   But you did not investigate
22  Greyhound's own rules for its mechanics, tire
23  mechanics, tire personnel, to indicate -- to
24  determine whether Greyhound's rules would have
25  required those tires with the evidence

458

1           J.W. DAWS
2   observed by Mr. Jeffries in July 2006, would
3   require those tires to be moved off the steer
4   axle into another wheel position on the bus?
5       A.   I did not. You know, the extent
6   of my opinion there is that they, you know,
7   those wear conditions I would consider normal.
8   The Tire Maintenance Council considers them
9   normal. They don't consider them a safety
10  issue whatsoever.
11      Q.   And you did not consider what
12  Greyhound considered about it?
13      A.   That's correct.
14      Q.   Do you disagree with Mr. Granite's
15  opinion that the NTSB delamination No. 5 tire
16  is significantly different than the appearance
17  of the tire in question in this accident?
18          MR. POLLAK: Objection. You can
19      answer.
20      A.   I'm not exactly sure what that
21  opinion of his really means. He says they
22  look different at some end point.
23          Remember that the video, which is
24  the only thing that I'm aware of that anybody
25  has to look at from the delam 5 testing, is

459

1           J.W. DAWS
2   looking down -- is looking from a video camera
3   looking down onto a tire that's smashed under
4   a wheel. So even in the best of situations,
5   there is no real way to tell that that tire
6   is, you know, alike or different than the tire
7   you have to look at in a laboratory
8   inspection.
9           Second --
10      Q.   I'm sorry.
11      A.   The second thing is that this
12  tire, the delam 5 tire had a tread separation,
13  a blowout and then the bus went on for some
14  distance before it finally came to a stop on
15  the pavement. So the tire has the opportunity
16  to break down a lot more than the tire at
17  this -- you know, after the delam and blowout,
18  than the tire on the incident bus did.
19  Because basically a very short time after, a
20  couple of seconds after this blowout and tread
21  separation occurs, the front of the bus is off
22  the road on the accident scenario, which means
23  that the tire doesn't get a chance to be
24  abused for nearly as long. So there is no
25  real reason to expect them to be the same.

460

1           J.W. DAWS
2       Q.   I'm just, really, I'm trying to
3   focus down. I understand that you think you
4   have reasons why they would look different.
5           What I'm trying to get at is do
6   you disagree with Mr. Granite's opinions that
7   the tires look significantly different, as
8   compared between the left front of the
9   accident bus and the left front of the tire
10  involved in the NTSB test delamination No. 5?
11          MR. POLLAK: Objection. You can
12      answer.
13      A.   Again, it is my opinion you can't
14  tell. You can't tell whether they are alike
15  or whether they are different with any degree
16  of reliability.
17      Q.   But you wouldn't --
18      A.   I wouldn't be expected, as I said
19  before, I would not be expected to see that
20  they are different.
21          MR. DACUS: I pass the witness.
22          MR. POLLAK: Anybody else?
23          MS. BOYLE: I have no questions.
24          MR. KAPLAN: I'm done.
25          MR. DACUS: Okay.

461

1      J.W. DAWS
2      MR. POLLAK:  That's it.
3      THE VIDEOGRAPHER:  We are now
4  going off the record at approximately
5  8:33 p.m.  This is the end of the
6  deposition, end of tape No. 7.
7      (Time noted:  8:33 p.m.)
8
9  _____
10     JOHN WILLIAM DAWS
11
12 Subscribed and sworn to before me
13 this _____ day of _____, 2010.
14
15 _____
16
17
18
19
20
21
22
23
24
25

462

1          C E R T I F I C A T E
2  STATE OF NEW YORK   )
3                 : ss.
4  COUNTY OF NEW YORK  )
5
6      I, ANNELIESE R. TURSI, a
7  Registered Professional Reporter and Notary
8  Public within and for the State of New York,
9  do hereby certify:
10     That the witness whose deposition
11 is hereinbefore set forth, was duly sworn by
12 me and that such deposition is a true record
13 of the testimony given by the witness.
14     I further certify that I am not
15 related to any of the parties to this action
16 by blood or marriage, and that I am in no way
17 interested in the outcome of this matter.
18     IN WITNESS WHEREOF, I have
19 hereunto set my hand this _____ day of
20 _____, 2010.
21
22
23 _____
24     ANNELIESE R. TURSI, RPR
25

463

1      DEPOSITION ERRATA SHEET
2
3  Esquire Deposition Assignment No. 313473
4  Case Caption:  Santiago v. Greyhound
5
6      DECLARATION UNDER PENALTY OF PERJURY
7      I declare under penalty of perjury that
8  I have read the entire transcript of my
9  deposition taken in the captioned matter or
10 the same has been read to me, and the same is
11 true and accurate, save and except for changes
12 and/or corrections, if any, as indicated by me
13 on the DEPOSITION ERRATA SHEET hereof, with
14 the understanding that I offer these changes
15
16 as if still under oath.
17
18     Signed on the_____day of
19
20 _____,20___
21
22 _____
23     JOHN WILLIAM DAWS
24
25

464

1      DEPOSITION ERRATA SHEET
2  Page No. _____ Line No._____ Change to:_____
3  _____
4  Reason for change:_____
5  Page No. _____ Line No._____ Change to:_____
6  _____
7  Reason for change:_____
8  Page No. _____ Line No._____ Change to:_____
9  _____
10 Reason for change:_____
11 Page No. _____ Line No._____ Change to:_____
12 _____
13 Reason for change:_____
14 Page No. _____ Line No._____ Change to:_____
15 _____
16 Reason for change:_____
17 Page No. _____ Line No._____ Change to:_____
18 _____
19 Reason for change:_____
20 Page No. _____ Line No._____ Change to:_____
21 _____
22 Reason for change:_____
23 SIGNATURE:_____DATE:_____
24     JOHN WILLIAM DAWS
25

## 465

```
 1          DEPOSITION ERRATA SHEET
 2   Page No. _____ Line No._____ Change to:_____
 3   _____
 4   Reason for change:_____
 5   Page No. _____ Line No._____ Change to:_____
 6   _____
 7   Reason for change:_____
 8   Page No. _____ Line No._____ Change to:_____
 9   _____
10   Reason for change:_____
11   Page No. _____ Line No._____ Change to:_____
12   _____
13   Reason for change:_____
14   Page No. _____ Line No._____ Change to:_____
15   _____
16   Reason for change:_____
17   Page No. _____ Line No._____ Change to:_____
18   _____
19   Reason for change:_____
20   Page No. _____ Line No._____ Change to:_____
21   _____
22   Reason for change:_____
23   SIGNATURE:_____DATE:_____
             JOHN WILLIAM DAWS
24
25
```

## 467

```
 1
 2
 3
 4
 5
 6            E X H I B I T S
 7
 8   FOR IDENTIFICATION              PAGE
 9
10   Daws Exhibit 6, maintenance        359
11   response desk page Nos. 51, 54, 93,
12   106, 221, 250, 348, 378, 386, 450,
13   471, 506, 555, 578, 590, 597, 668,
14   672, 713, 749, 810, 899, 936, 977,
15   1026, 1034, 1066, 1206, 1214, 1343,
16   1355, 1393, 1519, 1528, 1564, 1579,
17   1615, 1678, 1685, 1694, 1736, 1745,
18   1746, 1755, 1767 and 1803
19
20
```

## 466

```
 1   September 14, 2010
 2        I N D E X
 3   EXAM BY               PAGE
 4   Mr. Kaplan              5
 5   Mr. Dacus
 6
 7        E X H I B I T S
 8   FOR IDENTIFICATION         PAGE
 9   Daws Exhibit 1A, black binder,    144
     Volume I Daws Engineering
10   deposition binder
11   Daws Exhibit 1B, black binder     144
     Volume II Daws Engineering
12   deposition binder
13   Daws Exhibit 2, document produced    207
     by MCI bearing No. 001057 entitled
14   Table 4, Bus Passenger
     Profile-Summary Observations
15
16   Daws Exhibit 3, plot of tire       297
     pressure measurements of subject
17   tire taken from tab 8, Volume II
     Daws Engineering deposition binder
18   Daws Exhibit 4, document entitled    321
     315/80R22.5 G-409 MBA Tire
19   Performance bearing No. JD 0012965
20
21   Daws Exhibit 5, document entitled    321
22   315/80R22.5 G-409 MBA Tire
23   Performance bearing No. JD 0012949
24
25
```